UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

00 MAY 24    3: 51

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida corporation, and
LOCHMERE REALTY, INC., a Florida
Corporation,

   Plaintiffs,

v.

Case No.: *8:00CV1026-T*
*25B*

EIGER FUND I, L.P., a Delaware Limited
Partnership; EIGER, INC., a Delaware
Corporation; EIGER PARTNERS, L.P.,
a Delaware Limited Partnership;
DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC.,
a Texas Corporation; JTL CAPITAL,
L.L.C., a Texas limited liability company;
H.D. ASSOCIATES, L.P., a Delaware
Limited Partnership; BANKBOSTON,
N.A., a national association;
PAUL E. ROWSEY, III, an individual;
C. TODD MILLER, an individual;
DAVID M. JACOBS, an individual;
and, WILLIAM S. BUCHANAN,
an individual

   Defendants.

_____/

## <u>NOTICE OF REMOVAL</u>

TO THE COURT:

  COMES NOW, EIGER FUND I, L.P., EIGER, INC., EIGER PARTNERS, L.P., DAVID

LANE, BARNETT LANE INVESTMENTS, INC., JTL CAPITAL, L.L.C., H.D. ASSOCIATES,

L.P., FLEET NATIONAL BANK f/k/a BANKBOSTON, N.A., PAUL E. ROWSEY, III, C. TODD

MILLER, DAVID M. JACOBS and WILLIAM S. BUCHANAN, Defendants herein, ("the

Defendants") and file this their Notice of Removal.

T 4463

1.     A proceeding was recently commenced against the Defendants in this cause no. 00-02525 in the Circuit Court of the Thirteenth Judicial Circuit, Hillsborough County, Florida, Civil Division #1 (the "State Court Suit"). The Defendants are all of the defendants in the State Court Suit. Copies of the Complaint in the State Court Suit and other filings of record in the State Court Suit are attached hereto as Exhibit 1.

2.     The first date upon which a defendant received a copy of the said complaint was April 24, 2000, when a copy of the said complaint and a summons from the said state court directed to BankBoston, N.A. was served. A copy of the summons is attached hereto as Exhibit 2.

3.     This notice of removal is filed within thirty days of receipt of the summons and petition and is timely filed under 28 U.S.C. §1446.

4.     Removal of the State Court Suit is proper under 28 U.S.C. §1441 since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. §1332 because of diversity of the parties and the amount in controversy in excess of seventy-five thousand dollars ($75,000), exclusive of interest and costs. Eiger Fund I, L.P. is a Delaware limited partnership with its principal place of business in Dallas, Texas. Eiger, Inc. is a Delaware limited partnership with its principal place of business in Dallas Texas. Eiger Partners, L.P. is a Delaware limited partnership with its principal place of business in Dallas, Texas. Barnett Lane Investments, Inc. is a Texas corporation with its principal place of business in Dallas, Texas. JTL Capital, L.L.C. is a Texas limited liability company with its principal place of business in Dallas, Texas. H.D. Associates, L.P. is a Delaware limited partnership with its principal place of business in Dallas, Texas. Fleet National Bank f/k/a BankBoston, N.A. is a national banking association with its principal place of business in Providence, Rhode Island. David Lane, Paul E. Rowsey, III, C. Todd Miller, David M. Jacobs, and William S. Buchanan are all

-2-

individual who are residents of the State of Texas. Plaintiffs Lochmere Development Group, Inc. and Lochmere Realty, Inc. are Florida corporations with their principal places of business in Tampa, Florida.

5.    Defendants reserve the right to amend or supplement this Notice of Removal.

6.    Defendants will provide written notice of the filing of this notice to Plaintiff and a true a correct copy of this notice will be filed with the Clerk of the Circuit Court of Hillsborough County, State of Florida.

7.    Defendants have complied with all the requirements for removal under Title 28, United States Code.

WHEREFORE, the Defendants, being all of the defendants in this action, and in conformance with the requirements set forth in 28 U.S.C. §1446, remove this action for trial from the state court on this 24th day of May, 2000.

Respectfully submitted,

Daniel F. Molony
Florida Bar No. 271330
SHACKLEFORD, FARRIOR, STALLINGS
 & EVANS, P.A.
501 E. Kennedy Blvd., Suite 1400
Tampa, FL 33602
(813) 273-5000
(813) 273-5145 - Facsimile

Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Paul E. Rowsey, III, C. Todd Miller,
David M. Jacobs, William S. Buchanan and
Fleet National Bank f/k/a BankBoston, N.A.

and

-3-

Dora Kaufman, Esq.
Florida Bar No. 771244
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300
(954) 467-1372 - Facsimile

Co-Counsel for Fleet National Bank f/k/a
  BankBoston, N.A.

Alan M. Gerlach
Florida Bar No. 199184
BROAD & CASSEL
390 N. Orange Avenue, Suite 1100
Orlando, FL 32801
(407) 839-4200
(407) 425-8377 - Facsimile

Attorneys for David Lane, Barnett Lane
  Investments, Inc., and JTL Capital, L.L.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by Certified Mail, Return Receipt Requested to Jay J. Bartlett, Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602 this 24th day of May, 2000:

Attorney

# EXHIBIT NO.

# 1

## FORM 1.997.  CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075.

**I.     CASE STYLE**

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

LOCHMERE DEVELOPMENT GROUP, INC.,
a Florida corporation; and LOCHMERE
REALTY, INC., a Florida corporation,

        Plaintiffs,

vs.

EIGER FUND I, L.P., a Delaware Limited Partnership;
EIGER, INC., a Delaware corporation; EIGER PARTNERS,
L.P., a Delaware Limited Partnership; DAVID LANE, an
individual; BARNETT LANE INVESTMENTS, INC., a
Texas corporation; JTL CAPITAL, L.L.C., a Texas Limited
Liability company; H.D. ASSOCIATES, L.P., a Delaware
Limited Partnership; BANKBOSTON, N.A., a national association;
PAUL E. ROWSEY, III, an individual; C. TODD MILLER, an
individual; DAVID M. JACOBS, an individual; and WILLIAM S.
BUCHANAN, an individual,

        Defendants.

Case No.:  **‹ ʘ  ʘ2525**

Division:  **DIVISION I**

Judge:

**II.     TYPE OF CASE** (Place an x in one box only. If the case fits more than one type of case, select the most definitive.)

| Domestic Relations | Torts | Other Civil |
|---|---|---|
| ☐ Simplified dissolution | ☐ Professional Malpractice | ☐ Contracts |
| ☐ Dissolution | ☐ Products liability | ☐ Condominium |
| ☐ Support - IV-D | ☐ Auto negligence | ☐ Real property/Mortgage foreclosure |
| ☐ Support - Non IV-D | ☒ Other negligence | |
| ☐ URESA - IF-D | | ☐ Eminent domain |
| ☐ URESA - Non IV-D | | ☐ Other |
| ☐ Domestic violence | | |
| ☐ Other Domestic Relations | | |

**III.  Is Jury Trial Demanded in Complaint?**

☒ Yes
☐ No

Date: April 3, 2000

SIGNATURE OF ATTORNEY FOR PARTY
INITIATING ACTION:

JAY J. BARTLETT
Florida Bar No.: 875163
BRICKLEMYER SMOLKER & BOLVES, P.A.
500 East Kennedy Blvd.
Suite 200
Tampa, FL  33602
813/223-3888 Telephone
813/228-6422 Facsimile

F:\DOCS\DSO\DOCS\LOCHMERE\PLDGS\CIVIL.COV

# EXHIBIT NO.

# 2

Case 8:00-cv-01026-JDW    Document 1    Filed 05/24/00    Page 8 of 9 PageID 8

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR
HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

'00 APR 25  AM 10: 16

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida corporation, and
LOCHMERE REALTY, INC., a Florida
corporation,

       Plaintiffs,

VS.

EIGER FUND I, L.P., a Delaware Limited
Partnership; EIGER, INC., a Delaware
Corporation; EIGER PARTNERS, L.P., a Delaware
Limited Partnership; DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC., a Texas
corporation; JTL CAPITAL, L.L.C., a Texas limited
liability company; H.D. ASSOCIATES, L.P., a
Delaware Limited Partnership; BANKBOSTON, N.A.,
a national association; PAUL E. ROWSEY III, an individual;
C. TODD MILLER, an individual; DAVID M. JACOBS, an
individual; and, WILLIAM S. BUCHANAN,
an individual,

       Defendants.

/

CASE NO:   00-02525
Division No:  I
FBN:      875163

## S U M M O N S

THE STATE OF MASSACHUSETTS

TO EACH SHERIFF OF THE STATE:

    YOU ARE COMMANDED to serve this summons and a copy of the Complaint in
this action on Defendant:

        BankBoston, N.A.
        100 Federal Street
        Boston, Massachusetts 02105
        Attn.: The Law Office