r ILED

### UNITED STATES DISTRICT COURT
**Middle District of Florida**
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

Sheryl L. Loesch
Clerk

Cindy Rauback
Tampa Division Manager
(813) 301-5400

**LOCHMERE DEVELOPMENT GROUP, INC. and**
**LOCHMERE REALTY, INC.,**

**Plaintiffs,**

**v.**

Case No.  **8:00-cv-1026-T-25B**

**EIGER FUND I, L.P., et al.,**

**Defendants.**

---

### NOTICE TO COUNSEL

RE:   STATE COURT NO.:       00-02525 DIV I

A petition for Removal was filed on 5/24/2000 in the above referenced case in Federal District Court.  It has been assigned to the Honorable Henry Lee Adams, Jr., United States District Judge and the Honorable Thomas G. Wilson, United States Magistrate Judge.  The new case number referenced above must be used on all future pleadings.  It is very important that the last two digits and letter are accurately indicated on all pleadings.  The Docket Clerk assigned to handle terminal digit 6 can be reached at (813) 301-5400.  The Courtroom Deputy assigned is Anne Ohle and can be reached at (813) 301-5886.

SHERYL L. LOESCH, CLERK

By:   J. Garoutte, Deputy Clerk