UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
Sml

00 MAY 30 PM 3: 49

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

       Plaintiffs,

                                    Case No.: 8:00-cv-1026-T-25B

v.

EIGER FUND I, L.P., et al.

       Defendants.

_____/

## MOTION FOR EXTENSION OF TIME TO RESPOND
## TO COMPLAINT AND INCORPORATED MEMORANDUM OF LAW

Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P., Fleet National Bank f/k/a BankBoston, N.A., Paul E. Rowsey, III, C. Todd Miller, David M. Jacobs and William S. Buchanan, ("the Eiger Defendants") hereby move this Court for an Order extending the time in which they must answer the Complaint until June 8, 2000.

### MEMORANDUM IN SUPPORT

On April 3, 2000, Plaintiffs filed their seventy-three page, thirty-eight count complaint in the Thirteenth Judicial Circuit Court for Hillsborough County, Florida. By Notice of Removal filed on May 24, 2000, all of the defendants named in the Complaint collectively removed this action to this Court.

Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, the Defendants are required to respond to the Complaint by June 1, 2000, which is within five business days of removal. Unfortunately, this deadline falls on the week following the Memorial Day weekend and at a time when attorney Dora Kaufman, co-counsel for defendant BankBoston, N.A. ("BankBoston"), is away



on vacation and unavailable to assist in preparing or to approve any response to the Complaint. Ms. Kaufman will be available to assist in responding to the Complaint on June 8, 2000, which is just one week after the current filing deadline. Likewise, defendant Paul E. Rowsey is presently on vacation and will also not return to approve a response to the Complaint until the week after the current deadline for responding. Counsel for the Eiger Defendants requested this additional one week extension from plaintiffs' counsel and this request was denied.

The nine Eiger Defendants are all represented by the same attorneys and intend to file a joint response to the Complaint. In the interest of judicial economy, particularly given the fact that the Complaint includes thirty-eight counts and seventy-three pages of allegations, the Eiger Defendants prefer to file a single response rather than filing multiple (and necessarily duplicative) responses in piecemeal fashion if an extension were provided for BankBoston and Mr. Rowsey only. The Eiger Defendants therefore collectively request an additional week, until June 8, 2000, to file their joint response to the Complaint. Plaintiffs cannot credibly argue that such a minor delay will prejudice them. In contrast, if this first request for a judicial extension is denied, the Eiger Defendants will suffer the hardship of having to respond to plaintiffs' seventy-three page complaint without the input and approval of co-counsel Dora Kaufman and thereby run the risk that she might subsequently be compelled to seek Court permission to amend or alter that which was previously submitted as a response on defendant BankBoston's behalf. Such result seems untenable at this early stage in these proceedings.

WHEREFORE, the Eiger Defendants seek an Order from this Court extending the time for responding to the Complaint until June 8, 2000.

## CERTIFICATE OF COMPLIANCE WITH 3.01(g)

The undersigned attorney hereby certifies that he attempted in good faith to confer with opposing counsel to resolve the issue raised by this Motion and that the parties were unable to resolve the dispute.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by United States Mail to Jay J. Bartlett, Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602 and Alan B. Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801 this 30th day of May, 2000.

Respectfully submitted,

Daniel F. Molony
Florida Bar No. 271330
SHACKLEFORD, FARRIOR, STALLINGS
 & EVANS, P.A.
501 E. Kennedy Blvd., Suite 1400
Tampa, FL 33602
(813) 273-5000
(813) 273-5145 - Facsimile

Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Paul E. Rowsey, III, C. Todd Miller,
David M. Jacobs, William S. Buchanan and
Fleet National Bank f/k/a BankBoston, N.A.

and

Dora Kaufman, Esq.
Florida Bar No. 771244
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300
(954) 467-1372 - Facsimile

Co-Counsel for Fleet National Bank f/k/a
 BankBoston, N.A.

-3-