UNITED STATES DISTRICT COURT
Middle District of Florida
Office of the Clerk
United States Courthouse
Tampa, Florida  33602

Sheryl L. Loesch
Clerk

Cindy B. Rauback
Tampa Division Manager
(813) 301-5400

NOTICE OF REASSIGNMENT

CASE STYLE: Lochmere Development v. Eiger Fund I, L.P.

OLD CASE NUMBER: 8:00-cv-1026-T-25B

NEW CASE NUMBER: 8:00-cv-1026-T-27B

The above referenced case has been reassigned to the Honorable
James D. Whittemore.   The new case number referenced must be used
on all future pleadings.   It is very important that the complete new
case number be accurately reflected on all pleadings.

Sheryl L. Loesch, Clerk

By: _____
        Deputy Clerk

cc:  Courtroom Deputy

June 1, 2000
Copies to: Counsel of Record
           Pro se party