UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED

00 JUN 12 PM 4: 30

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida corporation, and
LOCHMERE REALTY, INC., a Florida
corporation,

CASE NO.: 8:00 CV 1026-T-25B

      Plaintiffs,

v.

EIGER FUND I. L.P., a Delaware
Limited Partnership; EIGER, INC., a Delaware
Corporation; EIGER PARTNERS, L.P.,
a Delaware Limited Partnership;
DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC.,
a Texas corporation; JTL CAPITAL,
L.L.C., a Texas limited liability company;
H.D. ASSOCIATES, L.P., a Delaware
Limited Partnership; BANKBOSTON,
N.A., a national association;
PAUL E. ROWSEY, III, an individual;
C. TODD MILLER, an individual;
DAVID M. JACOBS, an individual; and,
WILLIAM S. BUCHANAN,
an individual

      Defendants.

                                      /

## NOTICE OF DESIGNATION AND CONSENT-TO-ACT

Defendants, DAVID LANE, an individual; BARNETT LANE INVESTMENTS, INC.,

and JTL CAPITAL, L.L.C., a Texas corporation, by and through their undersigned counsel, and

pursuant to Local Rule 2.02(a)(1), Rule of the United States District Court for the Middle

District of Florida, hereby files this Notice of Designation and Consent-to-Act designating Alan

M. Gerlach, Esquire, Florida Bar No. 199184, of Broad and Cassel, 390 North Orange Avenue,

Suite 1100, Orlando, Florida  32801, as local counsel in the above-referenced matter.

All notices and papers may be served upon Mr. Gerlach.

Respectfully submitted,

Alan M. Gerlach, Esquire
BROAD AND CASSEL
390 North Orange Ave., Suite 1100
Orlando, Florida 32801
Telephone (407) 839-4200
Fax (407) 425-8377
Co-Counsel for Defendants
Lane; Barnett Lane Investments, Inc.; and
JTL Capital, L.L.C.

John W. Greene, Esquire
HILL GILSTRAP, P.C.
1400 West Abram Street
Arlington, Texas 76013
Telephone (817) 261-2222
Fax (817) 861-4685
Trial Counsel for Defendants
Lane; Barnett Lane Investments,
Inc.; and JTL Capital, L.L.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this _____ day of June, 2000 to: Jay J. Bartlett, Bricklemyer, Esq., Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, Florida 33602; Daniel F. Molony, Esq., Shackleford, Farrior, Stallings & Evans, P.A., 501 E. Kennedy Blvd., Suite 1400, Tampa, Florida 33602; Carol E. Farquhar, Esq., Pezzulli & Loewinsohn, L.L.P., 18383 Preston Road, Suite 110, Dallas, Texas 75252 and Dora Kaufman, Esq., Halley, Sinagra & Perez, 100 S.E. 3rd Avenue, Suite 1900, Fort Lauderdale, Florida 33394.

Alan M. Gerlach