FILED

SMB

00 JUN 12 PM 4:42

CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
Middle District of Florida

LOCHMERE DEVELOPMENT GROUP,
INC., and LOCHMERE REALTY, INC.,

    Plaintiffs,

vs.

EIGER FUND I, L.P., et al.,

    Defendants.

_____/

CASE NO.: 8:00-CV-1026-T-27B
State Court No.: 00-02525/Div. I

## NOTICE OF SERVICE TO DEFENDANTS

Plaintiffs, LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE REALTY, INC.,

hereby gives Notice of Service of the attached Notice of Designation Under Local Rule 3.05 and

attachments in the above-styled matter.

I HEREBY CERTIFY that a copy of the foregoing has been sent via U.S. Mail to the persons on

the attached Service List, this _9_ day of June, 2000.

BRICKLEMYER SMOLKER & BOLVES, P.A.

By: _____

Jay J. Bartlett
Florida Bar No. 875163
500 East Kennedy Blvd.
Suite 200
Tampa, Florida 33602
(813) 223-3888
Attorneys for Plaintiffs
LOCHMERE DEVELOPMENT GROUP, INC.
and LOCHMERE REALTY, INC.

## SERVICE LIST

Alan M. Gerlach, Esq.
Broad & Cassel
390 North Orange Ave.
Suite 1100
Orlando, FL 32801

John W. Greene, Esq.
Hill Gilstrap
1400 West Abram Street
Arlington, TX 76013
(Attys. for DAVID LANE, BARNETT LANE
INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.)


Daniel F. Molony
Shackleford, Farrier, Stalls,
& Evans, P.A.
501 E. Kennedy Blvd., Suite 1400
Tampa, FL 33602
(Attys. for EIGER FUND I, L.P., EIGER, INC.,
EIGER PARTNERS, L.P., H.D. ASSOCIATES,
L.P., PAUL E. ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, WILLIAM S. BUCHANAN
and FLEET NATIONAL BANK f/k/a BANKBOSTON, N.A.)


Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(Co-Counsel for FLEET NATIONAL BANK,
f/k/a BANKBOSTON, N.A.)

F:\DOCS\DSC\DOCS\LOCHMERE\PLDGS\FEDERAL.CTYN-SERV.CMC                    2

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Tampa Division

Case Number: 8:00-CV-1026-T-25B

LOCHMERE DEVELOOPMENT GROUP, et al.

v.

EIGER FUND I, L.P., et al.

_____/

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Please take notice that, in accordance with Local Rule 3.05, this action is designated as a Track TWO Case. Plaintiff is responsible for serving a copy of this notice and any attachment to this notice upon all other parties. All parties must meet any requirements established in Local Rule 3.05 for cases designated on this track and utilize the attached Case Management Report form.

The Court anticipates that most Track Two cases will be tried within 18 months of the filing date. Therefore, the discovery deadline shall be set 11 months from the filing date. If the parties are seeking more time for discovery then this 11 month time-frame would allow, they shall, along with a showing of good cause, provide the Court with their proposal for the discovery deadline in an addendum to the case management report.

SHERYL L. LOESCH, CLERK

By: _____*Anne H. Ohle*_____
Deputy Clerk

Date: May 26, 2000

Distribution:
    -Original in Court file
    -Copies to plaintiff(s) (including habeas petitioner(s), bankruptcy appellant(s), and removing defendant(s))
    -Case Management Report form attached

**RECEIVED**

JUN 0 1 2000

