UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                     Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## NOTICE OF FILING

Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P., Fleet National Bank f/k/a Bank Boston, N.A., Paul A. Rowsey, III, C. Todd Miller, David M. Jacobs and William S. Buchanan ("the Eiger Defendants"), by and through their undersigned counsel, hereby files with the Clerk of the Court the proposed Case Management Report.



12

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by United States Mail to Jay J. Bartlett, Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602 and Alan B. Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801 this 6th day of July, 2000.

Respectfully submitted,

Daniel F. Molony
Florida Bar No. 271330
SHACKLEFORD, FARRIOR, STALLINGS
 & EVANS, P.A.
501 E. Kennedy Blvd., Suite 1400
Tampa, FL 33602
(813) 273-5000
(813) 273-5145 - Facsimile

Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Paul E. Rowsey, III, C. Todd Miller,
David M. Jacobs, William S. Buchanan and
Fleet National Bank f/k/a BankBoston, N.A.

and

Dora Kaufman, Esq.
Florida Bar No. 771244
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300
(954) 467-1372 - Facsimile

Co-Counsel for Fleet National Bank f/k/a
 BankBoston, N.A.

-2-