UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida Corporation, and
LOCHMERE REALTY, INC., a Florida
Corporation,

        Plaintiffs,

v.

EIGER FUND I, L.P., a Delaware Limited
Partnership; EIGER, INC., a Delaware
Corporation; EIGER PARTNERS, L.P.,
a Delaware Limited Partnership;
DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC.,
a Texas Corporation; JTL CAPITAL,
L.L.C., a Texas limited liability company;
H.D. ASSOCIATES, L.P., a Delaware
Limited Partnership; BANKBOSTON
N.A., a national association;
PAUL E. ROWSEY, III, an individual;
C. TODD MILLER, an individual;
DAVID M. JACOBS, an individual;
and WILLIAM S. BUCHANAN,
an individual

        Defendants.
_____/

Case No.: 8:00-cv-1026-T-25B

### MOTION FOR ADMISSION PRO HAC VICE

TO THE COURT:

COME NOW, EIGER FUND I, L.P., EIGER, INC., EIGER PARTNERS, L.P., H.D.

ASSOCIATES, L.P., PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M. JACOBS,

WILLIAM S. BUCHANAN, and FLEET NATIONAL BANK f/k/a BANKBOSTON, N.A.,

Defendants herein, and hereby request that this Court enter an order permitting Alan S. Loewinsohn,

Carol E. Farquhar and Wilson E. Wray, Jr. of the firm of Pezzulli & Loewinsohn, L.L.P., 18383

Preston Road, Suite 110, Dallas, Texas 75252 to practice before this Court in this action and would respectfully show as follows:

1.  Movants have retained the services of the law firm of Pezzulli & Loewinsohn, L.L.P. of Dallas, Texas, which firm has associated with Shackleford, Farrior, Stallings & Evans, P.A. for the purposes of this representation.

2.  Alan S. Loewinsohn is a non-resident attorney licensed to practice law in the State of Texas. Alan S. Loewinsohn is also a member in good standing and admitted to practice before the United States Court of Appeals for the Fifth Circuit, and the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas. His Texas bar number is 12481600.

3.  Carol E. Farquhar is a non-resident attorney licensed to practice law in the State of Texas. Carol E. Farquhar is also a member in good standing and admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Fifth Circuit, and the United States District Courts for the Northern, Western and Eastern Districts of Texas. Her Texas bar number is 06828300.

4.  Wilson E. Wray, Jr. is a non-resident attorney licensed to practice law in the State of Texas. Wilson E. Wray, Jr. is also a member in good standing of the bar of the United States District Court for the Northern District of Texas. His Texas bar number is 00797700.

5.  Movants wish to have Pezzulli & Loewinsohn, L.L.P. and the above-named attorneys appear pro hac vice as co-counsel on their behalf. These attorneys have extensive knowledge regarding the issues involved in this litigation.

WHEREFORE, Movants respectfully request that this Court enter an order specially admitting Alan S. Loewinsohn, Carol E. Farquhar and Wilson E. Wray, Jr. to practice before this Court, for the limited purpose of representing Movants in this action.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served on the following counsel of record on this 7th day of July, 2000, by U.S. Mail to Jay J. Bartlett, Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Ste 200, Tampa, Florida 33602, and to Alan B. Gerlach, Broad & Cassel, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801.

Daniel F. Molony
Florida Bar No. 271330
SHACKLEFORD, FARRIOR, STALLINGS
    & EVANS, P.A.
501 East Kennedy Boulevard
Suite 1400
Tampa, Florida 33602
(813) 273-5000
(813) 273-5145 (Facsimile)

ATTORNEYS FOR EIGER FUND I, L.P.,
EIGER, INC., EIGER PARTNERS, L.P.
H.D. ASSOCIATES, L.P., PAUL E.
ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, WILLIAM S.
BUCHANAN and FLEET NATIONAL BANK f/k/a
BANKBOSTON, N.A.

SF369751