FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

00 JUL 14 AM 9: 49

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT
GROUP, INC.; et al.,

Plaintiff(s),

vs.                                                    Case No. 8:00-CIV-1026-T-27B

EIGER FUND I, L.P., a Delaware
Limited Partnership; et al.,

Defendant(s).
_____/

## ORDER

THIS CAUSE came on to be considered on Defendants' Motion for Admission Pro Hac Vice

(Dkt. 14). The Court having reviewed said motion and being otherwise fully advised in the premises,

it is

ORDERED AND ADJUDGED that Defendants' Motion for Admission Pro Hac Vice (Dkt.

14) is GRANTED.  Daniel F. Molony is hereby designated as local counsel pursuant to Local Rule

2.02(a)(1).

DONE AND ORDERED in chambers this __13th__ day of July, 2000.


JAMES D. WHITTEMORE
United States District Judge


Copies to:
Counsel of Record