8

FILED

*gmD*

00 JUL 27 AM 11: 23

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC., et al.,

        Plaintiff(s),

v.                                          **Case No.** 8:00-CV-1026-T-27B

EIGER FUND I, L.P., et al.,

        Defendant(s).

_____/

## CASE MANAGEMENT AND SCHEDULING ORDER

This cause came on for consideration concerning completion of discovery and the scheduling of pre-trial procedures and trial, and the Court having considered the positions of the parties, it is

ORDERED:

1.     Parties are directed to meet the agreed upon terms and time limits in the parties' Case Management Report, except as noted below:

     Expert witness disclosure deadline is April 3, 2001.
     Discovery cut-off date is May 3, 2001.
     Dispositive motion filing deadline is June 4, 2001.
     Pre-trial conference is set October 26, 2001 at 9:00 A.M.
     Trial term begins December 3, 2001.

2.     Parties are further directed to meet the pretrial disclosure requirements and deadlines in Fed. R. Civ. P. 26(a)(3) and to timely adhere to all requirements in Local Rule 3.06 concerning Final Pretrial Procedures. A copy of the Pretrial Stipulation shall be provided directly to judge's chambers.

16

3.    Motions to amend any pleading or a motion for continuance of any pretrial conference, hearing, or trial filed after issuance of this Case Management and Scheduling Order are disfavored. (See Local Rule 3.05(c)(2)(E) and Local Rule 3.05(c)(3)(D).

4.    A pre-trial conference will be held in **Tampa, Florida,** on the **26th day of October, 2001, at 9:00 A.M.**

5.    This case is set for **jury** trial in Tampa, Florida during the trial term beginning **December 3, 2001.**

6.    In order that the intended purposes of the pre-trial procedure are accomplished, all meetings of counsel, including the pre-trial conference, shall be attended by counsel who will participate in the trial of the case and is vested with full authority to make and solicit disclosures and agreements touching all matters pertaining to the trial.

DONE and ORDERED this __27__ day of July, 2000.

_____
**JAMES D. WHITTEMORE**
**UNITED STATES DISTRICT JUDGE**

Distribution:
-Original in Court file
-Copy to counsel and unrepresented
     parties
-Judge's secretary
-Courtroom deputy