

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                    Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.
_____/

### STIPULATION FOR SUBSTITUTION OF COUNSEL

Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P., Fleet

National Bank f/k/a Bank Boston, N.A., Paul A. Rowsey, III, C. Todd Miller, David M. Jacobs and

William S. Buchanan, ("the Eiger Defendants"), hereby stipulate and request that the law firm of

Shook, Hardy & Bacon L.L.P. be substituted as their counsel in this matter and that the law firm of

Shackleford, Farrior, Stallings & Evans, P.A. be permitted to withdraw. All future pleadings,

correspondence, etc., shall be provided to Daniel F. Molony at Shook, Hardy & Bacon L.L.P., Post

Office Box 898, Tampa, Florida 33601-0898.


WILLIAM A. GILLEN, JR.
Florida Bar No. 117015
Shackleford, Farrior, Stallings
 & Evans, P.A.
501 E. Kennedy Blvd., Suite 1400
P.O. Box 3324
Tampa, FL 33601
(813) 273-5000
Dated: August 31, 2000

DANIEL F. MOLONY
Florida Bar No. 271330
Shook, Hardy & Bacon L.L.P.
P.O. Box 898
Tampa, FL 33601-0898
(813) 202-7279

Dated: August 30, 2000


**SCANNED**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by United States Mail to Jay J. Bartlett, Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602 and Alan B. Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801 this _____ day of August, 2000.

_____
Attorney

## ORDER

THIS CAUSE HAVING came on to be considered upon Stipulation for Substitution of Counsel and the Court being otherwise fully advised in the premises, it is hereby:

ORDERED and ADJUDGED that the law firm Shook, Hardy & Bacon L.L.P., is hereby appointed as counsel of record for the Eiger Defendants, and that the law firm of Shackleford, Farrior, Stallings & Evans, P.A., is hereby relieved of any further responsibility as counsel for the Eiger Defendants.

DONE AND ORDERED in Chambers in Hillsborough County, Florida this 8 day of September, 2000.

_____
Honorable James D. Whittemore
U.S. District Judge

cc: Daniel F. Molony
Gregory J. Orcutt
Alan M. Gerlach
Dora Kaufman

-2-