UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

00 DEC 22 ... 1:57

LOCHMERE DEVELOPMENT
GROUP, INC.; et al.,

        **Plaintiff(s),**

vs.                                Case No. 8:00-CV-1026-T-27B

EIGER FUND I, L.P., a Delaware
Limited Partnership; et al.,

        **Defendant(s).**
_____/

## ORDER

    **THIS CAUSE** came on to be considered on Defendants' Motion for Extension of Time to Respond to Complaint (Dkt. 6). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that Defendants' Motion for Extension of Time to Respond to Complaint (Dkt. 6) is GRANTED.

    **DONE AND ORDERED** in chambers this 22nd day of December, 2000.

                            JAMES D. WHITTEMORE
                            United States District Judge

Copies to:
Counsel of Record
Law Clerk

