

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


LOCHMERE DEVELOPMENT GROUP,       :
INC., and LOCHMERE REALTY,        :
INC.,                             :
                                  :
        Plaintiffs,               :
                                  :
v.                                :Case No. 8:00-CV-1026-T-27TGW
                                  :
EIGER FUND I, L.P., et al.,       :
                                  :
        Defendants.               :
_____   :


O R D E R


        THIS CAUSE came on for consideration upon Lochmere

Development Group and Lochmere Realty, Inc.'s motions to compel

(Docs. 19, 20, and 21).  The motions fail to conform to the

format requirements of Local Rule 3.04(a), which states:

>           Motions to compel discovery pursuant to
>           Rule 36 or Rule 37, Fed.R.Civ.P., shall (1)
>           quote in full each interrogatory, question
>           on deposition, request for admission or
>           request for production to which the motion
>           is addressed; (2) quote in full the
>           objection and grounds therefor as stated by
>           the opposing party, or the answer or
>           response which is asserted to be
>           insufficient; and (3) state the reasons the
>           motion should be granted.

        It is, therefore, upon consideration,

        ORDERED:

        That Lochmere Development Group and Lochmere Realty,

Inc.'s motions to compel (Docs. 19, 20, and 21) be, and the same are hereby, **DENIED** without prejudice.

DONE and ORDERED at Tampa, Florida, this _____ day of January, 2001.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

2