UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RECEIVED**
MAR 1 2001

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida Corporation, and
LOCHMERE REALTY, INC., a Florida
Corporation,

      Plaintiffs,

v.

EIGER FUND I, L.P., a Delaware Limited
Partnership; EIGER, INC., a Delaware
Corporation; EIGER PARTNERS, L.P.,
a Delaware Limited Partnership;
DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC.,
a Texas Corporation; JTL CAPITAL,
L.L.C., a Texas limited liability company;
H.D. ASSOCIATES, L.P., a Delaware
Limited Partnership; BANKBOSTON
N.A., a national association;
PAUL E. ROWSEY, III, an individual;
C. TODD MILLER, an individual;
DAVID M. JACOBS, an individual;
and WILLIAM S. BUCHANAN,
an individual

      Defendants.

_____/

Case No.: 8:00-cv-1026-T-25B

27

FILED
01 MAR -1 AH 11:11
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

## MOTION FOR ADMISSION PRO HAC VICE
## AND WRITTEN DESIGNATION AND CONSENT-TO-ACT

TO THE COURT:

    COME NOW, EIGER FUND I, L.P., EIGER, INC., EIGER PARTNERS, L.P.,

H.D. ASSOCIATES, L.P., PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M.

JACOBS, WILLIAM S. BUCHANAN, and FLEET NATIONAL BANK f/k/a

BANKBOSTON, N.A., Defendants herein, hereby request that this Court enter an order

This motion/petition/stipulation has been duly
considered and is hereby *GRANTED*,
this *6th* day of *March*, 20 *01*.

_____
JAMES D. WHITTEMORE
U.S. DISTRICT JUDGE

MOTION FOR ADMISSION PRO HAC
/99-576/

FILED
01 MAR
10:

26

permitting Jo E. Hartwick of the firm of Pezzulli & Loewinsohn, L.L.P., 18383 Preston Road, Suite 110, Dallas, Texas 75252 to practice before this Court in this action and would respectfully show as follows:

1.      Movants have retained the services of the law firm of Pezzulli & Loewinsohn, L.L.P. of Dallas, Texas, which firm has associated with Shook, Hardy & Bacon, L.L.P. for the purposes of this representation.

2.      Jo E. Hartwick is a non-resident attorney licensed to practice law in the State of Texas.   Jo E. Hartwick is also a member in good standing and admitted to practice before the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Ninth Circuit, and the United States District Courts for the Northern and Eastern Districts of Texas.  Her Texas bar number is 09175045.

3.      Ms. Hartwick has not abused the privilege of special admission by frequent or regular appearance in separate cases before courts in Florida.

4.      Pursuant to Local Rule 2.02(b), M.D. Fla. Rules, Ms. Hartwick designates Daniel F. Maloney and the law firm of Shook, Hardy & Bacon, L.L.P., 100 N. Tampa St., Suite 2900, Tampa, Florida 33602-5810, as local counsel upon whom all notices and papers may be served and who will be responsible for the process of this case, including the trial in default of non-resident counsel.

5.      Movants wish to have Pezzulli & Loewinsohn, L.L.P. and the above-named attorney appear pro hac vice as co-counsel on their behalf.  These attorneys have extensive knowledge regarding the issues involved in this litigation.

WHEREFORE, Movants respectfully request that this Court enter an order specially admitting Jo E. Hartwick to practice before this Court, for the limited purpose of representing Movants in this action.

Respectfully submitted,

James B. Murphy Jr.
Florida Bar No. 287598
SHOOK, HARDY & BACON, L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, Florida 33602-5810
(813) 202-7100
(813) 221-8837 (facsimile)

ATTORNEYS FOR EIGER FUND I, L.P.,
EIGER, INC., EIGER PARTNERS, L.P.
H.D. ASSOCIATES, L.P., PAUL E.
ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, WILLIAM S.
BUCHANAN and FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served on the following counsel of record on this __/$^{st}$__ day of March 2001, via the method indicated:

Gregory J. Orcutt                       VIA U.S. MAIL
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd. Ste 200
Tampa, Florida 33602

Alan B. Gerlach                          VIA U.S. MAIL
Broad & Cassel
390 N. Orange Avenue, Suite 1100
Orlando, FL  32801

John W. Greene                          VIA U.S. MAIL
Hill Gilstrap
1400 West Abram
Arlington, TX  76013

Dora Kaufman                         VIA U.S. MAIL
Haley, Sinagra & Perez
100 SE 3rd Avenue, Suite 1900
Fort Lauderdale, FL  33394