**UNITED STATES DISTRICT COURT**  F IL ED
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LOCHMERE DEVELOPMENT GROUP,
INC. and LOCHMERE REALTY, INC.,

01 APR -6 AM 9: 59

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

**Plaintiff(s),**

vs.

**Case No. 8:00-CV-1026-T-27TGW**

EIGER FUND I, L.P.; et al.,

**Defendant(s).**
_____/

## ORDER

**THIS CAUSE** came on to be considered on Plaintiffs' Motion for Extension of Time to Comply with Certain Provisions of the Case Management and Scheduling Order (Dkt. 27). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED:**

1. Plaintiffs' Motion for Extension of Time to Comply with Certain Provisions of the Case Management and Scheduling Order (Dkt. 27) is **GRANTED IN PART** as to the following:

    A. Expert Witness Disclosure Deadline: June 4, 2001

    B. Discovery Cut-Off Date: July 4, 2001

2. Plaintiffs' motion is **DENIED** as to an extension of time of the Dispositive Motion Cut-Off Date.

3. The Pre-trial conference remains scheduled for October 26, 2001.

4. This cause remains scheduled for trial term commencing December 3, 2001.

**DONE AND ORDERED** in chambers this _5th_ day of April, 2001.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Law Clerk
/kle