FILED

01 APR -6 PM 4:02

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

**UNITED STATES DISTRICT COURT**
**Middle District of Florida**

LOCHMERE DEVELOPMENT GROUP,
INC., and LOCHMERE REALTY, INC.,

      Plaintiffs,

vs.

                          CASE NO.: 8:00-CV-1026-T-27B
                          State Court No.: 00-02525/Div. I

EIGER FUND I, L.P., et al.,

      Defendants.
_____/

## LOCHMERE DEVELOPMENT GROUP, INC. AND LOCHMERE REALTY, INC.'S, AMENDED MOTION FOR EXTENSION OF TIME TO COMPLY WITH CERTAIN PROVISIONS OF THE CASE MANAGEMENT AND SCHEDULING ORDER

COME NOW, Plaintiffs, LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE REALTY, INC. ("LOCHMERE") and file this Amended Motion for Extension of Time to comply with certain provisions of the Case Management and Scheduling Order and in support thereof would state:

Paragraph 6 of the LOCHMERE original Motion for Extension of Time to Comply with Certain Provisions of the Case Management and Scheduling Order is replaced in its entirety by the following.

6.      On January 10, 2001 and January 11, 2001, LOCHMERE filed and served Motions to Compel production of documents against all Defendants. On January 22, 2001, the LANE Defendants filed supplemental responses withdrawing their objections to the LOCHMERE document request and represented that it had produced all requested documents. On February 8, 2001, LOCHMERE filed and served Amended

29

Motions Compel production of documents against EIGER Defendants and BANKBOSTON.

**BRICKLEMYER, SMOLKER & BOLVES, P.A.**

By:_____

Gregory J. Orcutt
Florida Bar No. 230855
500 East Kennedy Boulevard
Suite 200
Tampa, Florida 33602
(813) 223-3888
(813) 228-6422 - Facsimile
Attorneys for LOCHMERE REALTY,
  INC., LOCHMERE DEVELOPMENT
  GROUP, INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by Facsimile and U. S. Mail to the parties listed on the Service List attached hereto, this 6th day of April , 2001.

Gregory J. Orcutt

# SERVICE LIST

Alan M. Gerlach, Esq.
Broad & Cassel
390 North Orange Ave.
Suite 1100
Orlando, FL 32801

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

(Attys. for DAVID LANE, BARNETT LANE
INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.)

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street
Suite 2900
Tampa, FL 33601-0898

Alan S. Loewinsohn, Esq.
Jo E. Hartwick, Esq.
Wilson E. Wray, Jr.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, TX  75252

(Attys. for EIGER FUND I, L.P., EIGER, INC.,
EIGER PARTNERS, L.P., H.D. ASSOCIATES,
L.P., PAUL E. ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, WILLIAM S. BUCHANAN
and FLEET NATIONAL BANK f/k/a BANKBOSTON, N.A.)

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Co-Counsel: FLEET NATIONAL BANK f/k/a BANKBOSTON, N.A.

3