## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**LOCHMERE DEVELOPMENT GROUP, INC.**
**and LOCHMERE REALTY, INC.,**

**Plaintiffs,**

v.                                                              Case No.  8:00-cv-1026-T-25TGW

**EIGER FUND I, L.P., et al.,**

**Defendants.**

_____

## NOTICE OF REFERRAL
## TO THE COURT ANNEXED ARBITRATION PROGRAM

Pursuant to Local Rule 8.03(a), this civil action is *referred to the Court Annexed Arbitration Program*.

Counsel are notified they have **(20) days** from entry of this Notice to file a <u>joint stipulation</u> selecting not more than three (3) certified arbitrators, plus two (2) alternates, from the Court's approved list of arbitrators.  Absent this stipulation, the Arbitration Coordinator *will randomly select* three (3) arbitrators from the same list to conduct the arbitration proceedings.

Counsel are advised that this Notice of Referral does not suspend applications and enforcement of any orders entered by the Court in this civil action to include preliminary pretrial responsibilities and/or hearings.

**DATED** in Tampa, Florida on April 17, 2001.

**SHERYL L. LOESCH, CLERK**

**By:** _____

**MaryAnn Perry**
**Alternative Dispute Resolution Clerk**
**813/301-5437**

Copies to:
Counsel of Record