*FILED*

*01 APR 19 PM 2: 05*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida Corporation, and
LOCHMERE REALTY, INC., a Florida
Corporation,

      Plaintiffs,

v.

                                          Case No.:  8:00-cv-1026-T-27B

EIGER FUND I, L.P., a Delaware Limited
Partnership; EIGER, INC., a Delaware
Corporation; EIGER PARTNERS, L.P.,
a Delaware Limited Partnership;
DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC.,
a Texas Corporation; JTL CAPITAL,
L.L.C.,  a Texas limited liability company;
H.D. ASSOCIATES, L.P., a Delaware
Limited Partnership; BANKBOSTON
N.A., a national association;
PAUL E. ROWSEY, III, an individual;
C. TODD MILLER, an individual;
DAVID M. JACOBS, an individual;
and WILLIAM S. BUCHANAN,
an individual

      Defendants.

_____/

## DEFENDANTS' MOTION TO MODIFY THE CASE MANAGEMENT AND SCHEDULING ORDER AND INCORPORATED MEMORANDUM OF LAW

EIGER FUND I, L.P., EIGER, INC., EIGER PARTNERS, L.P., H.D.

ASSOCIATES, L.P., PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M.

JACOBS, and WILLIAM S. BUCHANAN (collectively the "Eiger Defendants") and

*31*

Fleet National Bank BankBoston, N.A., Defendant herein ("BankBoston") file this their Motion to Modify the Case Management and Scheduling Order.

By Order dated April 5, 2001, the Court granted in part Plaintiffs' Motion for Extension of Time to Comply with Certain Provisions of the Case Management and Scheduling Order. Pursuant to that Order, the Court extended the Expert Witness Disclosure Deadline until June 4, 2001. The Eiger Defendants and BankBoston respectfully request that the Court further modify the Case Management and Scheduling Order to provide that the Defendants' Expert Witness Disclosure Deadline is fourteen days after Plaintiffs' Expert Witness Disclosure Deadline and set June 18, 2001 as the deadline for Defendants' Expert Witness Disclosure.

On July 6, 2000, the parties filed their proposed Case Management Report. In that Case Management Report, the parties stipulated that Defendants' Expert Disclosure Deadline would be eight weeks after Plaintiffs' Expert Disclosure Deadline. *See* Case Management Report at 3, ¶ 3.b. and 4, ¶ 4.b. On July 27, 2000, the Court entered the Case Management and Scheduling Order and set the expert witness disclosure deadline as April 3, 2001. Because the parties had stipulated to the expert disclosure deadlines in their Case Management Report, they did not provide the Court with any rationale or authority for the dates proposed. As demonstrated in the following Memorandum of Law, allowing the Eiger Defendants and BankBoston to designate their expert witnesses after Plaintiffs have designated theirs is appropriate in this instance.

**DEFENDANTS' MOTION TO MODIFY THE CASE MANAGEMENT AND SCHEDULING ORDER AND INCORPORATED MEMORANDUM OF LAW** Page 2

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY THE CASE MANAGEMENT AND SCHEDULING ORDER

Neither the Eiger Defendants nor BankBoston have asserted any affirmative claims in this action. *See* Original Answer Of The Eiger Defendants and Original Answer Of Fleet National Bank F/K/A BankBoston, N.A. filed June 8, 2000. Although they have raised affirmative defenses, neither the Eiger Defendants nor BankBoston will be designating experts to testify in support of those affirmative defenses. The advisory committee's notes to the 1993 amendments to the Federal Rules of Civil Procedure state that "in most cases the party with the burden of proof on an issue should disclose its expert testimony on that issue before other parties are required to make their disclosures with respect to that issue." *See Dixon v. Certainteed Corp.*, 168 F.R.D. 51, 54 (D. Kan. 1996) (granting Plaintiff's Motion for Leave to Name Rebuttal Witness Out of Time, finding support for its interpretation of Rule 26(a)(2)(C) in the advisory committee notes to the 1993 amendments and quoting those notes). Because Plaintiffs have the burden of proof on all issues in this action, the Eiger Defendants and BankBoston will be designating only rebuttal experts. For that reason, the Eiger Defendants and BankBoston respectfully request the Court to set their expert disclosure deadline fourteen days after Plaintiffs' expert disclosure deadline. Plaintiffs would have more than two weeks to take the depositions of the rebuttal experts designated by the Eiger Defendants and BankBoston. *See Ellison v. Windt*, Case No. 6:99-cv-1268-Orl-KRS, 2001 U.S. Dist. LEXIS 1347, at *8 (M.D. Fla. Jan. 24, 2001) ("I find that the belated disclosure of Dr. Uricchio's [defendant's expert] report is harmless, provided that the Ellisons are given an opportunity to depose Dr. Uricchio before trial.").

## CONCLUSION AND REQUEST FOR RELIEF

For the foregoing reasons, the Eiger Defendants and BankBoston respectfully request that the Court extend Defendants' expert disclosure deadline for fourteen days or until June 18, 2001.

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.
Daniel F. Molony
Florida Bar No. 271330
201 E. Kennedy, Suite 601
Tampa, Florida 33602
(813) 202-7100 Phone
(813) 221-8837 Facsimile

PEZZULLI & LOEWINSOHN, L.L.P.

By: _____
Alan S. Loewinsohn
State Bar No. 12481600
Carol E. Farquhar
State Bar No. 06828300
Jo E. Hartwick
State Bar No. 09175045
18383 Preston Road, Suite 110
Dallas, TX 75252
(972) 713-1300 Phone
(972) 713-1313 Facsimile

ATTORNEYS FOR EIGER FUND I, L.P.,
EIGER, INC., EIGER PARTNERS, L.P.
H.D. ASSOCIATES, L.P., PAUL E.
ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, and WILLIAM S.
BUCHANAN

HALEY, SINAGRA & PEREZ
Dora Kaufman, Esq.
Florida Bar No. 771244
100 SE 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300 Phone
(954) 467-1372 Facsimile

COUNSEL FOR FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served on the following counsel of record on this __18th__ day of April, 2001, via the method indicated:

Gregory J. Orcutt
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd. Ste. 200
Tampa, Florida 33602

Via Telecopy and
Certified Mail RRR # Z 082 737 221

Alan B. Gerlach
Broad & Cassel
390 N. Orange Avenue, Suite 1100
Orlando, FL 32801

Via Telecopy and
Certified Mail RRR # Z 082 737 222

John W. Greene
Hill Gilstrap
1400 West Abram
Arlington, TX 76013

Via Telecopy and
Certified Mail RRR # Z 082 737 223

_Jo E. Hartwick_
Jo E. Hartwick

**DEFENDANTS' MOTION TO MODIFY THE CASE MANAGEMENT AND SCHEDULING**
**ORDER AND INCORPORATED MEMORANDUM OF LAW**                                    **Page 5**