# UNITED STATES DISTRICT COURT
## Middle District of Florida

FILED

01 APR 20 PM 3: 57

CLERK U S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT GROUP,
INC., and LOCHMERE REALTY, INC.,

    Plaintiffs,

vs.

EIGER FUND I, L.P., et al.,

    Defendants.

_____/

CASE NO.: 8:00-CV-1026-T-27B
State Court No.: 00-02525/Div. I

## LOCHMERE DEVELOPMENT GROUP AND LOCHMERE REALTY, INC.'S
## NOTICE OF DESIGNATION OF TRIAL COUNSEL

Plaintiffs, LOCHMERE DEVELOPMENT GROUP and LOCHMERE REALTY, INC.

hereby designate Gregory J. Orcutt at the below listed address as Trial Counsel in this

action.

**BRICKLEMYER, SMOLKER & BOLVES, P.A.**

By:_____

Gregory J. Orcutt
Florida Bar No. 230855
500 East Kennedy Boulevard, Suite 200
Tampa, Florida 33602
(813) 223-3888
(813) 228-6422 - Facsimile
Trial Counsel
  LOCHMERE REALTY, INC.,
  LOCHMERE DEVELOPMENT GROUP, INC.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by
U. S. Mail to the parties listed on the Service List, this 20th of April, 2001.

_____

Gregory J. Orcutt

F:\DOCS\BD\FORMS\DESIGNATION OF TRIAL COUNSEL.DOC

1

32

## SERVICE LIST

Alan S. Loewinsohn, Esq.
Jo E. Harwick, Esq.
Wilson E. Wray, Jr., Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, TX 75252

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street
Suite 2900
Tampa, FL 33602

(Attys. for EIGER FUND I, L.P., EIGER, INC.,
EIGER PARTNERS, L.P., H.D. ASSOCIATES,
L.P., PAUL E. ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, WILLIAM S. BUCHANAN
and FLEET NATIONAL BANK f/k/a BANKBOSTON, N.A.
2M DUNES, L.L.C., DUNES OPERATING COMPANY, .P.)
Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Co-Counsel: FLEET NATIONAL BANK f/k/a BANKBOSTON,N.A.

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

Alan M. Gerlach, Esq.
Broad & Cassel
390 North Orange Ave.
Suite 1100
Orlando, FL 32801

(Attys. for DAVID LANE, BARNETT LANE
INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.)