04-12-01 12:54pm From-PEZZULA LOEWINSOHN 972-713-131 T-041 P 02/02 F-645

# UNITED STATES DISTRICT COURT
## Middle District of Florida

LOCHMERE DEVELOPMENT GROUP, INC.,
and LOCHMERE REALTY, INC.,

    Plaintiffs,

vs.

EIGER FUND I, L.P., et al.,

    Defendants.

_____/

CASE NO.: 8:00-CV-1026-T-27B
State Court No.: 00-02525/Div. I

## STIPULATION TO AMEND COMPLAINT

COME NOW the parties to this action and stipulate to the filing of an Amended Complaint, a copy of which is attached hereto, adding DUNES OPERATING COMPANY, L.P. and 2M DUNES, L.L.C. as party Defendants to this action. The parties further stipulate that the answers and defenses previous filed in this action shall also constitute the answer and defenses of DUNES OPERATING COMPANY, L.P. and 2M DUNES, L.L.C.

Gregory J. Orcutt, Esq.
Florida Bar No.230855
Bricklemyer Smolker & Bolves, P.A.
500 East Kennedy Blvd., Ste 200
Tampa, Florida 33602
813/223-3888
813/228-6422 (facsimile)
Attorneys for Plaintiff

Dated: 4/20/01

John W. Greene, Esq.
Hill Gilstrap

Jo E. Hartwick, Esq.
Alan S. Loewinsohn, Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, Texas 75252
State Bar No. 06828300
972/713-1300
972-713-1313 (facsimile
Attorneys for the Eiger Defendants
Dunes Operating Company, L.P.
2M Dunes, L.L.C. and Fleet National Bank

Dated: 4/12/01

**SCANNED**

33

1400 West Abram Street
Arlington, Texas 76013
State Bar No. 08391520
817/261/2222
817/277-3249 (facsimile)
 Counsel for Lane Defendants

Dated:___4-27-01___

**2**