FILED

## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA 01 MAY -1  AM 9:39
### TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida Corporation and
LOCHMERE REALTY, INC., a Florida
Corporation,

              **Plaintiffs,**

vs.                                 **Case No. 8:00-CV-1026-T-27TGW**

EIGER FUND I, L.P., a Delaware
Limited Partnership, *et al.*,

              **Defendants.**

_____/

## ORDER

    **THIS CAUSE** came on to be considered on Defendants' Motion to Modify the Case Management and Scheduling Order (Dkt. 31). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that Defendants' motion (Dkt. 31) is DENIED without prejudice as Defendants have failed to comply with the provisions of M.D. Fla. L. R. 3.01(g).

    **DONE AND ORDERED** in chambers this **30**th day of April, 2001.

                                          **JAMES D. WHITTEMORE**
                                          **United States District Judge**

Copies to:
Counsel of Record

34