FILED

## UNITED STATES DISTRICT COURT
### Middle District of Florida

01 MAY -3 PM 4: 28



CLERK, U.... :::R0 ... C ...
IDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT GROUP, INC.,
and LOCHMERE REALTY, INC.,

    Plaintiffs,

vs.

    CASE NO.: 8:00-CV-1026-T-27B

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C.,
a Texas limited liability company; EIGER
FUND 1, L.P., a Delaware limited partnership;
EIGER PARTNERS, L.P., a Delaware limited
partnership;  DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC., a
Texas corporation; JTL CAPITAL, L.L.C., a
Texas limited liability company; FLEET NATIONAL
BANK, N.A., a national banking association;
PAUL E. ROWSEY, III, an individual; C. TODD MILLER,
an individual; DAVID M. JACOBS, an individual;
and, WILLIAM S. BUCHANAN, an individual,

    Defendants.

_____/

## MOTION TO VACATE NOTICE OF REFERRAL TO COURT
## ANNEXED ARBITRATION AND MEMORANDUM OF LAW

COMES NOW, Plaintiffs, LOCHMERE DEVELOPMENT GROUP, INC. and

LOCHMERE REALTY, INC. ("LOCHMERE") and file this Motion to Vacate Order of

Referral to Court Annexed Arbitration and in support thereof state as follows:

1.    On April 17, 2001, the Court's Alternative Dispute Resolution Clerk filed

and served on the parties a Notice of Referral to the Court Annexed Arbitration

Program.

2.    This lawsuit was originally filed in the Circuit Court of the Thirteenth

Judicial Circuit of the State of Florida and removed to Federal Court.  As is the practice

**SCANNED**

37

in Florida State Court proceedings, paragraph 1 of the Complaint merely alleges a claim for damages that exceeds $15,000, exclusive of interest, costs and attorney's fees, the minimum jurisdictional requirement for Circuit Courts in the State of Florida.

The actual damages claimed in this case exceed $10,000,000 and this case involves complicated issues and multiple parties and causes of action. The undersigned has conferred with opposing counsel and none of the parties believe that arbitration would be an effective dispute resolution alternative. A Stipulation will be filed to this effect in the immediate future. Further, in the Case Management Report filed with the Court, the parties did not agree to arbitration, although they did believe that they would likely agree to Court Annexed Mediation at a future time.

WHEREFORE, Plaintiffs respectfully request this Court enter an Order vacating the Notice of Referral to Court Annexed Arbitration. In addition, Plaintiffs request that the selection of arbitrators be deferred pending a ruling by the Court on this Motion.

## MEMORANDUM OF LAW

Pursuant to Rule 8.05(a)(5), the case may be withdrawn from arbitration upon a determination for any reason that the case is not suitable for arbitration or that the case is susceptible to resolution through mediation. Mediation, once discovery has been concluded, has a far better chance of success in this dispute between real estate businessmen than does arbitration.

Gregory J. Orcutt
Florida Bar No. 230855
BRICKLEMYER SMOLKER & BOLVES, P.A.
500 East Kennedy Boulevard, Suite 200
Tampa, Florida 33602
Telephone: (813) 223-3888
Facsimile: (813) 228-6422
Attorneys for LOCHMERE DEVELOPMENT
GROUP, INC. and LOCHMERE REALTY, INC.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by Facsimile and U. S. Mail to the individuals listed on the Service List, this 3rd day of May, 2001.

Gregory J. Orcutt

## SERVICE LIST

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street, Suite 3900
Tampa, FL 33602

Alan S. Loewinsohn, Esq.
Carol E. Farquhar, Esq.
Jo E. Hartwick, Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, TX 75252

(Attys. for H.D. ASSOCIATES, L.P. DUNES
OPERATING COMPANY, L.P., EIGER, INC.,
2M DUNES, L.L.C., EIGER FUND 1 L.P.,
EIGER PARTNERS, L.P.,L.P., PAUL E. ROWSEY, III,
C. TODD MILLER, DAVID M. JACOBS,
WILLIAM S. BUCHANAN and FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.)

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Co-Counsel: FLEET NATIONAL BANK f/k/a BANKBOSTON,N.A.

Alan M. Gerlach, Esq.
Broad & Cassel
390 North Orange Ave.
Suite 1100
Orlando, FL 32801

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

(Attys. for DAVID LANE, BARNETT LANE
INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.)

4