UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida Corporation, and
LOCHMERE REALTY, INC., a Florida
Corporation,

      Plaintiffs,

v.                                  Case No.:  8:00-cv-1026-T-27B

EIGER FUND I, L.P., a Delaware Limited
Partnership; EIGER, INC., a Delaware
Corporation; EIGER PARTNERS, L.P.,
a Delaware Limited Partnership;
DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC.,
a Texas Corporation; JTL CAPITAL,
L.L.C.,  a Texas limited liability company;
H.D. ASSOCIATES, L.P., a Delaware
Limited Partnership; BANKBOSTON
N.A., a national association;
PAUL E. ROWSEY, III, an individual;
C. TODD MILLER, an individual;
DAVID M. JACOBS, an individual;
and WILLIAM S. BUCHANAN,
an individual

      Defendants.

_____/



### EIGER FUND I, L.P., EIGER, INC., EIGER PARTNERS, L.P., H.D. ASSOCIATES, L.P., PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M. JACOBS, WILLIAM S. BUCHANAN, AND BANKBOSTON, N.A.'S NOTICE OF DESIGNATION OF TRIAL COUNSEL

Defendants, EIGER FUND I, L.P., EIGER, INC., EIGER PARTNERS, L.P.,

H.D. ASSOCIATES, L.P., PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M.



JACOBS, WILLIAM S. BUCHANAN, and BANK BOSTON, N.A. hereby designate

Alan S. Loewinsohn at the below listed address as Trial Counsel in this action.

Respectfully submitted,


Daniel F. Molony
Florida Bar No. 271330
Shook, Hardy & Bacon, L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602-5810
813-202-7100 Phone
813-221-8837 Facsimile


PEZZULLI & LOEWINSOHN, L.L.P.


By: _____
   Alan S. Loewinsohn
   State Bar No. 12481600
   Carol E. Farquhar
   State Bar No. 06828300
18383 Preston Road, Suite 110
Dallas, TX 75252
(972) 713-1300 Phone
(972) 713-1313 Facsimile

ATTORNEYS FOR EIGER FUND I, L.P.,
EIGER, INC., EIGER PARTNERS, L.P.
H.D. ASSOCIATES, L.P., PAUL E.
ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, and WILLIAM S.
BUCHANAN

HALEY, SINAGRA & PEREZ
Dora Kaufman, Esq.
Florida Bar No. 771244
100 SE 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

(954) 467-1300  Phone
(954) 467-1372  Facsimile

COUNSEL FOR FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served on the

following counsel of record on this 3rd day of May, 2001, via the method indicated:

Gregory J. Orcutt                                  Via CMRRR Z 394 320 177
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd. Ste. 200
Tampa, Florida 33602

Alan B. Gerlach                                    Via CMRRR Z 394 320 178
Broad & Cassel
390 N. Orange Avenue, Suite 1100
Orlando, FL  32801

John W. Greene                                     Via CMRRR Z 394 320 179
Hill Gilstrap
1400 West Abram
Arlington, TX  76013

EIGER FUND I, L.P., EIGER, INC., EIGER PARTNERS, L.P.,
H.D. ASSOCIATES, L.P., PAUL E. ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, WILLIAM S. BUCHANAN, AND BANKBOSTON, N.A.'S
NOTICE OF DESIGNATION OF TRIAL COUNSEL                              Page 3
/99-576/