

FILED

01 MAY -7 PM 2: 26

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida corporation, and
LOCHMERE REALTY, INC., a Florida
corporation,

        CASE NO.: 8:00 CV 1026-T-27B

        Plaintiffs,

v.

EIGER FUND I, L.P., a Delaware
Limited Partnership; EIGER, INC., a Delaware
Corporation; EIGER PARTNERS, L.P.,
a Delaware Limited Partnership;
DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC.,
a Texas corporation; JTL CAPITAL,
L.L.C., a Texas limited liability company;
H.D. ASSOCIATES, L.P., a Delaware
Limited Partnership; BANKBOSTON,
N.A., a national association;
PAUL E. ROWSEY, III, an individual;
C. TODD MILLER, an individual;
DAVID M. JACOBS, an individual; and,
WILLIAM S. BUCHANAN,
an individual

        Defendants.

_____/

## DEFENDANTS' MOTION TO DISMISS OR
## ALTERNATIVE MOTION TO STAY PROCEEDINGS

Pursuant to Rule 3.01, Local Rules of the United States District for the Middle District of

Florida, Defendants, DAVID LANE; BARNETT LANE INVESTMENTS, INC.; JTL

CAPITAL, L.L.C.; hereby move the court for an order dismissing the instant case, or in the

alternative staying the proceedings therein, pending resolution of the prior pending action filed in

the 192nd Judicial District, State of Texas, in and for Dallas County. The Texas case is currently

styled, <u>Eiger, Inc., Eiger Fund I, L.P., Eiger Partners, L.P., H.D. Associates, L.P., Paule E. Rowsey, III, C. Todd Miller, David M. Jacobs, and William S. Buchanan, Plaintiffs v. Lochmere Development Group, Inc., Lochmere Realty, Inc., David Lane, JTL Cpaital, L.L.C and Barnett Lane Investments, Inc., Defendants</u>, Case No.: 99-05629-K. The reasons for dismissing or staying the instant action are more fully set forth in the Memorandum of Law submitted herewith.

WHEREFORE, Defendants respectfully request that the court dismiss or stay the instant action pending resolution of the prior-filed Texas state court action.

Respectfully submitted,

ALAN M. GERLACH, ESQ.
BROAD AND CASSEL
Florida Bar. No. 199184
390 North Orange Avenue, Suite 1100
Orlando, Florida  32801
P.O. Box 4961 (32802)
Telephone:  (407) 839-4200
Fax: (407) 425-8377

- and -

JOHN W. GREENE, ESQ.
HILL GILSTRAP
1400 West Abram Street
Arlington, Texas 76013
Telephone: (817) 261-2222
Fax: (817) 861-4685
Attorneys for Defendants David Lane,
Barnett Lane Investments, Inc. and
JTL Capital, L.L.C

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this _3rd_ day of May, 2001 to: Gregory J. Orcutt, Esq., Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, Florida 33602; Daniel F. Molony, Esq., Shook, Hardy & Bacon, L.L.P., 201 E. Kennedy Blvd., Suite 601, Tampa, Florida 33602; Alan S. Loewinsohn, Esq., Pezzulli & Loewinsohn, L.L.P., 18383 Preston Road, Suite 110, Dallas, Texas 75252; and Dora Kaufman, Esq., Halley, Sinagra & Perez, 100 S.E. 3rd Avenue, Suite 1900, Fort Lauderdale, Florida 33394.

Alan M. Gerlach

ORL1\LABOR\376992.1
26544/0001 AMG rw 4/23/01 8:04 AM