FILED

# UNITED STATES DISTRICT COURT
## Middle District of Florida

01 MAY -7 AM 11: 19

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT GROUP, INC.,
and LOCHMERE REALTY, INC.,

      Plaintiffs,

vs.

                                   CASE NO.: 8:00-CV-1026-T-27B

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C.,
a Texas limited liability company; EIGER
FUND 1, L.P., a Delaware limited partnership;
EIGER PARTNERS, L.P., a Delaware limited
partnership;  DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC., a
Texas corporation; JTL CAPITAL, L.L.C., a
Texas limited liability company; FLEET NATIONAL
BANK, N.A., a national banking association;
PAUL E. ROWSEY, III, an individual; C. TODD MILLER,
an individual; DAVID M. JACOBS, an individual;
and, WILLIAM S. BUCHANAN, an individual,

      Defendants.

_____/

## NOTICE OF FILING

      Plaintiffs, LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE

REALTY, INC., hereby give Notice of Filing the Stipulation of the parties to Vacate

Notice of Referral to Arbitration.

_____
Gregory J. Orcutt, Esquire
Bricklemyer, Smolker & Bolves, P.A.
500 East Kennedy Blvd., Suite 200
Tampa, Florida 33602
Florida Bar No. 230855
(813) 223-3888
(813) 228-6422 - Facsimile
Attorneys for Plaintiffs

**SCANNED**



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent

by U.S. Mail to the individuals on the Service List.

Gregory J. Orcutt

## SERVICE LIST

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street, Suite 3900
Tampa, FL 33602

Alan S. Loewinsohn, Esq.
Carol E. Farquhar, Esq.
Jo E. Hartwick, Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, TX 75252

(Attys. for H.D. ASSOCIATES, L.P. DUNES
OPERATING COMPANY, L.P., EIGER, INC.,
2M DUNES, L.L.C., EIGER FUND 1 L.P.,
EIGER PARTNERS, L.P.,L.P., PAUL E. ROWSEY, III,
C. TODD MILLER, DAVID M. JACOBS,
WILLIAM S. BUCHANAN and FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.)

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Co-Counsel: FLEET NATIONAL BANK f/k/a BANKBOSTON, N.A.

Alan M. Gerlach, Esq.
Broad & Cassel
390 North Orange Ave.
Suite 1100
Orlando, FL 32801

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street

Arlington, TX 76013

(Attys. for DAVID LANE, BARNETT LANE
INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.)

UNITED STATES DISTRICT COURT
Middle District of Florida

LOCHMERE DEVELOPMENT GROUP, INC.,
and LOCHMERE REALTY, INC.,

    Plaintiffs,

vs.                      CASE NO.: 8:00-CV-1026-T-27B

EIGER FUND I, L.P., et al.,

    Defendants.

_____/

## STIPULATION TO VACATE NOTICE OF REFERRAL TO ARBITRATION

COME NOW the parties to this action and stipulate, subject to the Court's approval, to vacating the Notice of Referral to the Court Annexed Arbitration Program on the basis that the parties do not believe that this case is suitable for arbitration due to the amount of damages claimed by Plaintiffs, the complicated issues and multiple parties and causes of action in the case.

Gregory J. Orcutt, Esq.
Florida Bar No.230865
Bricklemyer Smolker & Bolves, P.A.
500 East Kennedy Blvd., Ste 200
Tampa, Florida 33602
813/223-3888
813/228-6422 (facsimile)
Attorneys for Plaintiffs

Dated:_____

John W. Greene, Esq.
Hill Gilstrap
1400 West Abram Street
Arlington, Texas 76013
State Bar No. 08391520
817/261/2222
817/277-3248 (facsimile)
Counsel for Lane Defendants

Dated:__5-4-01__

Jo E. Hartwick, Esq.
Alan S. Loewinsohn, Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, Texas 75252
State Bar No. 06828300
972/713-1300
972-713-1313 (facsimile)
Attorneys for the Eiger Defendants,
Dunes Operating Company, L.P.
2M Dunes, L.L.C., Paul E. Rowsey,
C. Todd Miller, David M. Jacobs,
William S. Buchanan and Fleet National
Bank

Dated:__5/3/01__