FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAY -8 AM 9:50

CLERK, U    DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT
GROUP, INC., and LOCHMERE
REALTY, INC.,

                    Plaintiffs,

vs.                                         Case No. 8:00-CV-1026-T-27-TGW

EIGER FUND I, L.P. *et al.*,

                    Defendants.
_____/

## ORDER ON STIPULATION TO AMEND COMPLAINT

**THIS CAUSE** came on to be considered on Stipulation to Amend Complaint (Dkt. 33). The

Court having reviewed said Stipulation and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Stipulation (Dkt. 33) is GRANTED. Dunes

Operating Company, L.P. and 2M Dunes, L.L.C. are added as Defendants in this matter and the

answers previously filed shall serve as their answer to the Complaint.

**DONE AND ORDERED** in chambers this ___7ᵗʰ___ day of May, 2001.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Courtroom Deputy
Law Clerk