

FILED

01 MAY -9 AM 11: 13

CLERK. U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida Corporation, and
LOCHMERE REALTY, INC., a Florida
Corporation,

        Plaintiffs,

v.

        Case No.:  8:00-cv-1026-T-27B

EIGER FUND I, L.P., a Delaware Limited
Partnership; EIGER, INC., a Delaware
Corporation; EIGER PARTNERS, L.P.,
a Delaware Limited Partnership;
DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC.,
a Texas Corporation; JTL CAPITAL,
L.L.C.,  a Texas limited liability company;
H.D. ASSOCIATES, L.P., a Delaware
Limited Partnership; BANKBOSTON
N.A., a national association;
PAUL E. ROWSEY, III, an individual;
C. TODD MILLER, an individual;
DAVID M. JACOBS, an individual;
and WILLIAM S. BUCHANAN,
an individual

        Defendants.

_____/

## DEFENDANTS' AMENDED MOTION TO MODIFY THE CASE MANAGEMENT AND SCHEDULING ORDER AND INCORPORATED MEMORANDUM OF LAW

EIGER FUND I, L.P., EIGER, INC., EIGER PARTNERS, L.P., H.D.

ASSOCIATES, L.P., PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M.

JACOBS, and WILLIAM S. BUCHANAN (collectively the "Eiger Defendants") and

Fleet National Bank BankBoston, N.A., Defendant herein ("BankBoston") file this their

Amended Motion to Modify the Case Management and Scheduling Order and Incorporated Memorandum of Law.

By Order dated April 5, 2001, the Court granted in part Plaintiffs' Motion for Extension of Time to Comply with Certain Provisions of the Case Management and Scheduling Order. Pursuant to that Order, the Court extended the Expert Witness Disclosure Deadline until June 4, 2001. The Eiger Defendants and BankBoston respectfully request that the Court further modify the Case Management and Scheduling Order to provide that the Defendants' Expert Witness Disclosure Deadline is fourteen days after Plaintiffs' Expert Witness Disclosure Deadline and set June 18, 2001 as the deadline for Defendants' Expert Witness Disclosure.

On April 19, 2001, the Eiger Defendants and BankBoston filed Defendants' Motion to Modify the Case Management and Scheduling Order and Incorporated Memorandum Of Law ("Defendants' Motion"). By Order dated April 30, 2001, the Court denied Defendants' Motion without prejudice for failing to comply with M.D. Fla. L. R. 3.01(g).[1]

On July 6, 2000, the parties filed their proposed Case Management Report. In that Case Management Report, the parties stipulated that Defendants' Expert Disclosure Deadline would be eight weeks after Plaintiffs' Expert Disclosure Deadline. *See* Case Management Report at 3, ¶ 3.b. and 4, ¶ 4.b. On July 27, 2000, the Court entered the Case Management and Scheduling Order and set the expert witness disclosure deadline as April 3, 2001. Because the parties had stipulated to the expert disclosure deadlines in

---

[1] Although counsel for the Eiger Defendants and BankBoston had conferred with counsel for Plaintiffs prior to filing Defendants' Motion, no certificate of conference was filed with Defendants' Motion as required by M.D. Fla. L. R. 3.01(g).

**DEFENDANTS' AMENDED MOTION TO MODIFY THE CASE MANAGEMENT AND SCHEDULING ORDER AND INCORPORATED MEMORANDUM OF LAW**          **Page 2**

their Case Management Report, they did not provide the Court with any rationale or authority for the dates proposed. As demonstrated in the following Memorandum of Law, allowing the Eiger Defendants and BankBoston to designate their expert witnesses after Plaintiffs have designated theirs is appropriate in this instance.

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY THE CASE MANAGEMENT AND SCHEDULING ORDER

Neither the Eiger Defendants nor BankBoston have asserted any affirmative claims in this action. *See* Original Answer Of The Eiger Defendants and Original Answer Of Fleet National Bank F/K/A BankBoston, N.A. filed June 8, 2000. Although they have raised affirmative defenses, neither the Eiger Defendants nor BankBoston will be designating experts to testify in support of those affirmative defenses. The advisory committee's notes to the 1993 amendments to the Federal Rules of Civil Procedure state that "in most cases the party with the burden of proof on an issue should disclose its expert testimony on that issue before other parties are required to make their disclosures with respect to that issue." *See Dixon v. Certainteed Corp.*, 168 F.R.D. 51, 54 (D. Kan. 1996) (granting Plaintiff's Motion for Leave to Name Rebuttal Witness Out of Time, finding support for its interpretation of Rule 26(a)(2)(C) in the advisory committee notes to the 1993 amendments and quoting those notes).

Because Plaintiffs have the burden of proof on all issues in this action, the Eiger Defendants and BankBoston will be designating only rebuttal experts. For that reason, the Eiger Defendants and BankBoston respectfully request the Court to set their expert disclosure deadline fourteen days after Plaintiffs' expert disclosure deadline. Plaintiffs would have more than two weeks to take the depositions of the rebuttal experts designated by the Eiger Defendants and BankBoston. *See Ellison v. Windt*, Case No.

6:99-cv-1268-Orl-KRS, 2001 U.S. Dist. LEXIS 1347, at *8 (M.D. Fla. Jan. 24, 2001) ("I find that the belated disclosure of Dr. Uricchio's [defendant's expert] report is harmless, provided that the Ellisons are given an opportunity to depose Dr. Uricchio before trial.").

## CONCLUSION AND REQUEST FOR RELIEF

For the foregoing reasons, the Eiger Defendants and BankBoston respectfully request that the Court extend Defendants' expert disclosure deadline for fourteen days or until June 18, 2001.

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.
Daniel F. Molony
Florida Bar No. 271330
201 E. Kennedy, Suite 601
Tampa, Florida 33602
(813) 202-7100 Phone
(813) 221-8837 Facsimile

PEZZULLI & LOEWINSOHN, L.L.P.

By: _____
    Alan S. Loewinsohn
    State Bar No. 12481600
    Carol E. Farquhar
    State Bar No. 06828300
    Jo E. Hartwick
    State Bar No. 09175045
18383 Preston Road, Suite 110
Dallas, TX 75252
(972) 713-1300 Phone
(972) 713-1313 Facsimile

ATTORNEYS FOR EIGER FUND I, L.P.,
EIGER, INC., EIGER PARTNERS, L.P.
H.D. ASSOCIATES, L.P., PAUL E.
ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, and WILLIAM S.
BUCHANAN

HALEY, SINAGRA & PEREZ
Dora Kaufman, Esq.
Florida Bar No. 771244
100 SE 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300  Phone
(954) 467-1372  Facsimile

COUNSEL FOR FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.

## CERTIFICATE OF CONFERENCE

The undersigned certifies that she conferred with Gregory J. Orcutt, counsel for

Plaintiffs, regarding this motion.   Plaintiffs' position remains unchanged from that set

forth in Plaintiffs' Response to Defendants' Motion to Modify the Case Management and

Scheduling Order dated May 3, 2001 attached hereto as Exhibit A and incorporated

herein by reference.   Plaintiffs do not oppose the motion subject to entry of an Order

directing that any rebuttal experts designated by the Eiger Defendants and BankBoston

could be deposed by Plaintiffs at the reasonable convenience of counsel for Plaintiffs on

or before the discovery cut-off date or within a short time thereafter.

Jo E. Hartwick

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served on the following counsel of record on this 8th day of May, 2001, via the method indicated:

Gregory J. Orcutt
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd. Ste. 200
Tampa, Florida 33602

Via Telecopy and
Certified Mail RRR # Z 394 320 031

Alan M. Gerlach
Broad & Cassel
390 N. Orange Avenue, Suite 1100
Orlando, FL  32801

Via Telecopy and
Certified Mail RRR # Z 394 320 040

John W. Greene
Hill Gilstrap
1400 West Abram
Arlington, TX  76013

Via Telecopy and
Certified Mail RRR # Z 394 320 041

J¢ E. Hartwick

**DEFENDANTS' AMENDED  MOTION TO MODIFY THE CASE MANAGEMENT AND
SCHEDULING ORDER AND INCORPORATED MEMORANDUM OF LAW**          **Page 6**

UNITED STATES DISTRICT COURT
Middle District of Florida

LOCHMERE DEVELOPMENT GROUP, INC.,
and LOCHMERE REALTY, INC.,

       Plaintiffs,

vs.                                                                           CASE NO.: 8:00-CV-1026-T-27B

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C.,
a Texas limited liability company; EIGER
FUND 1, L.P., a Delaware limited partnership;
EIGER PARTNERS, L.P., a Delaware limited
partnership;  DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC., a
Texas corporation; JTL CAPITAL, L.L.C., a
Texas limited liability company; FLEET NATIONAL
BANK, N.A., a national banking association;
PAUL E. ROWSEY, III, an individual; C. TODD MILLER,
an individual; DAVID M. JACOBS, an individual;
and, WILLIAM S. BUCHANAN, an individual,

       Defendants.

_____/

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO MODIFY THE CASE MANAGEMENT AND SCHEDULING ORDER

**COMES NOW**, Plaintiffs, LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE REALTY, INC. ("LOCHMERE") and file this Response to Defendants' Motion to Modify the Case Management and Scheduling Order and in support thereof states as follows:

The expert disclosure date in this case is June 4, 2001. The EIGER and BANKBOSTON Defendants have represented in their motion that neither

## EXHIBIT " A "

Defendant will be designating experts to testify in support of their affirmative defenses but merely rebuttal experts. These Defendants further request an expert disclosure date of June 18, 2001 and represent that Plaintiffs would have more than two weeks to take the depositions of the rebuttal experts before the discovery cut-off of July 4, 2001.

Subject to entry of an Order directing that any such rebuttal expert could be deposed by Plaintiffs at the reasonable convenience of counsel for Plaintiffs on or before the discovery cut-off date or within a short time thereafter, the undersigned does not oppose the Motion to Modify the Case Management and Scheduling Order.

Gregory J. Orcutt
Florida Bar No. 230855
BRICKLEMYER SMOLKER & BOLVES, P.A.
500 East Kennedy Boulevard, Suite 200
Tampa, Florida 33602
Telephone: (813) 223-3888
Facsimile: (813) 228-6422
Attorneys for LOCHMERE DEVELOPMENT
GROUP, INC. and LOCHMERE REALTY, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by Facsimile and U. S. Mail to the individuals listed on the Service List, this 3rd day of May, 2001.

Gregory J. Orcutt

## SERVICE LIST

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street, Suite 3900
Tampa, FL  33602

Alan S. Loewinsohn, Esq.
Carol E. Farquhar, Esq.
Jo E. Hartwick, Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, TX  75252

(Attys. for H.D. ASSOCIATES, L.P. DUNES
OPERATING COMPANY, L.P., EIGER, INC.,
2M DUNES, L.L.C., EIGER FUND 1 L.P.,
EIGER PARTNERS, L.P.,L.P., PAUL E. ROWSEY, III,
C. TODD MILLER, DAVID M. JACOBS,
WILLIAM S. BUCHANAN and FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.)

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Co-Counsel: FLEET NATIONAL BANK f/k/a BANKBOSTON,N.A.

Alan M. Gerlach, Esq.
Broad & Cassel
390 North Orange Ave.
Suite 1100
Orlando, FL 32801

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

(Attys. for DAVID LANE, BARNETT LANE
INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.)