FILED

01 MAY 17 PM 4: 48

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC., et al.

VS.                                                    Case No. 8:00-CV-1026-T-27TGW

EIGER FUND I, L.P.

_____

## NOTICE OF HEARING

Take notice that a **Status Conference** in the above captioned matter has been
scheduled for **June 14, 2001 at 9:00 A.M.**, before James D. Whittemore, United States District
Judge, Courtroom 13B, United States Courthouse, Tampa, Florida.

DATE: May 17, 2001                          SHERYL L. LOESCH, CLERK

                                            BY: _____
                                                 Deputy Clerk

Copies to:   Counsel of Record
             Courtroom Deputy