FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

01 MAY 18 AM 10: 14

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT GROUP,
INC., *et al.*,

Plaintiffs,

vs.                                                    Case No. 8:00-CV-1026-T-27TGW

H.D. ASSOCIATES, L.P., *et al.*,

Defendants.

_____/

## ORDER

**THIS CAUSE** came on to be considered on Plaintiffs' Motion to Vacate Notice of Referral to Court Annexed Arbitration (Dkt. 37), Plaintiffs' Notice of Filing Stipulation of the Parties to Vacate Notice of Referral to Arbitration (Dkt. 41) and Defendants' Amended Motion to Modify the Case Management and Scheduling Order (Dkt. 44). The Court having reviewed said motions and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that:

1.      This case is set for a Status Conference on **Thursday, June 14, 2001, at 9:00A.M.,** Courtroom 13B, United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

2.      The Court stays the Order of Referral to Court Annexed Arbitration and defers ruling on Plaintiffs' Motion to Vacate Notice of Referral to Court Annexed Arbitration (Dkt. 37) and Plaintiffs' Notice of Filing Stipulation of the Parties to Vacate Notice of Referral to Arbitration (Dkt. 41).

3.      Defendants' Amended Motion to Modify the Case Management and Scheduling Order (Dkt. 44) is GRANTED. The Court's Case Management and Scheduling Order is modified to the extent that Defendants are granted an extension of time to June 18, 2001 to disclose their rebuttal experts. As agreed by Plaintiffs, Defendants shall make such experts available for deposition on or before the July 4, 2001, discovery cut-off date or within a short time thereafter.

**DONE AND ORDERED** in chambers this 17th day of May, 2001.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Courtroom Deputy