FILED

C&

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

01 MAY 21 PM 4: 20

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

                                  /

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS
## OR ALTERATIVE MOTION TO STAY PROCEEDINGS

Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P., Fleet National Bank f/k/a Bank Boston, N.A., Paul A. Rowsey, III, C. Todd Miller, David M. Jacobs, William S. Buchanan, Dunes Operating Company, L.P. and 2M Dunes, L.L.C. ("the Eiger Defendants"), by and through their undersigned counsel, hereby move for an extension of time until June 4, 2001, to respond to Defendants' David Lane, Barnett Lane Investments, Inc. and JTL Capital, L.L.C.'s ("the Lane Defendants") Motion to Dismiss or Alternative Motion to Stay Proceedings for the following reasons.

### MEMORANDUM IN SUPPORT

The Lane Defendants have filed a Motion to Dismiss or Alternative Motion to Stay Proceedings dated May 3, 2001. Pursuant to Local Rules 3.01(b) and 4.20, M.D. Fla. Rules of Fed.R.Civ.P. 6(a) and (3), a response is due on May 21, 2001. Due to the complexity of the issues involved, the Eiger Defendants' counsel requires until June 4, 2001 to respond to the Lane Defendants Motion to Dismiss or Alternative Motion to Stay Proceedings. Counsel for the Eiger

50

Defendants hereby certifies that attorney John Greene, Esquire, counsel for the Lane Defendants, has agreed and stipulated in writing to the Eiger Defendants request for an enlargement of time through June 4, 2001 to respond to the Lane Defendants' Motion. See attached May 21, 2001 letter executed by attorneys John Greene, Esquire (counsel for the Lane Defendants), and Carol E. Farquhar, Esquire (counsel for the Eiger Defendants).

In support of this motion, the Eiger Defendants rely on this Court's authority to grant enlargement of time pursuant to Fed.R.Civ.P. 6(b).

WHEREFORE, the Eiger Defendants respectfully request that this Court grant the Unopposed Motion for Extension of Time to respond to Defendants' Motion to Dismiss or Alternative Motion to Stay Proceedings.

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by United States Mail to Jay J. Bartlett, Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602 and Alan B. Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801 this 21st day of May, 2001.

Respectfully submitted,

James B. Murphy, Jr., Esq.
Florida Bar No. 287598
Daniel F. Molony
Florida Bar No. 271330
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 - Facsimile

Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Paul E. Rowsey, III, C. Todd Miller,
David M. Jacobs, William S. Buchanan,
Fleet National Bank f/k/a BankBoston, N.A.,
Dunes Operating Company, L.P. and
2M Dunes, L.L.C.

and

Dora Kaufman, Esq.
Florida Bar No. 771244
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300
(954) 467-1372 - Facsimile
Co-Counsel for Fleet National Bank f/k/a
  BankBoston, N.A.

-3-

# PEZZULLI
## LOEWINSOHN...

May 21, 2001

99-576

<u>VIA TELECOPY</u>

John W. Greene
Hill Gilstrap, P.C.
1400 West Abram
Arlington, Texas 76013

> Re:  Case No. 8:00-cv-1026-T-27B; *Lachmere Development Group, Inc. et al. v. Eiger Fund I, L.P., et al.;* in the United States District Court, Middle District of Florida, Tampa Division

Dear John:

This letter is to confirm our conversation this morning wherein you agreed to grant to the Eiger Defendants and Fleet National Bank f/k/a BankBoston an extension of time until June 4, 2001 to file their responsive pleadings to your Motion to Dismiss or Abate. If this accurately states your understanding of our conversation, please sign below where indicated.

Very truly yours,

Carol E. Farquhar

CEF/arh

AGREED:

John Greene

ATTORNEYS & COUNSELORS
18383 PRESTON ROAD SUITE 110 DALLAS.TX 75252-5470
TELEPHONE. 972 713 1300 FACSIMILE  972.713.1313
WWW.MANTROOO.COM