FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION   01 MAY 25  AM 10: 08

CLERK
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT GROUP,
INC., et al.,

　　　　　　Plaintiff(s),

vs.                                                           Case No. 8:00-CV-1026-T-27TGW

EIGER FUND, I, L.P., et al.,

　　　　　　Defendant(s).
_____/

## ORDER

　　　THIS CAUSE came on to be considered on Plaintiffs' Motion for an Enlargement of Time

To File a Memorandum of Law in Opposition to Defendants' Motion to Dismiss or Alternative

Motion to Stay Proceedings (Dkt. 48) and the parties' Unopposed Motion for Extension of Time to

Respond to Defendants' Motion to Dismiss or Alternative Motion to Stay Proceedings (Dkt. 50). The

Court having reviewed said motions and being otherwise fully advised in the premises, it is

　　　**ORDERED AND ADJUDGED** that the motions (Dkt. 48, 50) are GRANTED.  Plaintiffs

shall file a response to Defendants' Motion to Dismiss or Alternative Motion to Stay Proceedings

on or before June 4, 2001.

　　　**DONE AND ORDERED** in chambers this __24th__ day of May, 2001.


　　　　　　　　　　　　　　　　　　　　　　JAMES D. WHITTEMORE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge


Copies to:
Counsel of Record