FILED

C.H.

CI MAY 25 PM 4: 19

ÉĎ. ᴼᴵ ᴼᴵ ᴼᶠ ᶠᴸ...

### UNITED STATES DISTRICT COURT
### Middle District of Florida

LOCHMERE DEVELOPMENT GROUP,
INC., and LOCHMERE REALTY, INC.,

     Plaintiffs,

vs.

                                   CASE NO.: 8:00-CV-1026-T-27B
                                   State Court No.: 00-02525/Div. I

EIGER FUND I, L.P., et al.,

     Defendants.

_____/

### PLAINTIFFS' AMENDED MOTION FOR AN ENLARGEMENT OF TIME TO FILE A MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR ALTERNATIVE MOTION TO STAY PROCEEDINGS.

Plaintiffs, LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE REALTY, INC., by and through the undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby move for an enlargement of the time permitted for it to serve its brief or legal memorandum in opposition to Defendants', DAVID LANE, BARNETT LANE INVESTMENTS, INC., and JTL CAPITAL, L.L.C., Motion to Dismiss or Alternative Motion to Stay Proceedings and in support thereof, state:

1.     On or about May 3, 2001, Defendants filed their motion and memorandum of law.

2.     Plaintiff did not receive a copy of the motion and memorandum of law until May 7, 2001. Pursuant to Local Rule 3.01(b) Plaintiff has ten days to file and serve a brief or legal memorandum in opposition to Defendants' motion. Pursuant to Rule 6(a) of the Federal Rules of Civil Procedure, a response was due on or before Monday, May 21, 2001.

53

3.    Plaintiff timely filed a motion for an enlargement of time on May 18, 2001, requesting an enlargement of time until May 25, 2001, within which to file its brief or legal memorandum in response to Defendant's motion.

4.    Plaintiffs' counsel has conferred with counsel for Defendants, who does not object to the filing of this motion.

5.    Plaintiff is requesting an additional ten (10) days, from May 25, 2001 to June 4, 2001, within which to file its brief or legal memorandum in response to Defendants' motion.

## MEMORANDUM OF LAW

Local Rule 3.01(b) requires that a party opposing a written motion shall file and serve, within ten days of after being served with the motion, a brief or legal memorandum in opposition to the relief requested. Rule 6(b) of the Federal Rules of Civil Procedure provides, however, that prescribed time periods may be enlarged at the discretion of the Court if the request for an extension is made prior to the expiration of the period originally prescribed.

Federal Rule of Civil Procedure 6(b) states that the rule shall be construed to secure just, speedy and inexpensive determination in every action.  In accordance with that mandate, courts have generally given a liberal interpretation to Rule 6(b) in order to work substantial justice. *See Anderson v. Stanco Sports Library, Inc.,* 52 F.R. D. 108 (D.S.C. 1971).

WHEREFORE, Plaintiffs, LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE REALTY, INC., respectfully request that this Court enter an Order enlarging by ten days from May 25, 2001 to June 4, 2001, the time permitted for serving a brief or legal memorandum in opposition to the motion filed by

Defendants, DAVID LANE, BARNETT LANE INVESTMENTS, INC., and JTL CAPITAL, L.L.C.

Gregory J. Orcutt, Esquire
Florida Bar No. 230855
Bricklemyer, Smolker & Bolves, P.A.
500 East Kennedy Boulevard, Suite 200
Tampa, Florida 33602
813-223-3888 / 813-228-6422 - Facsimile
Counsel for Plaintiff
LOCHMERE DEVELOPMENT GROUP,
INC. and LOCHMERE REALTY, INC.

## CERTIFICATION OF CONFERENCE

In accordance with Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida, I hereby certify that Alan M. Gerlach, Broad & Cassel, counsel for David Lane, Barnett Lane Investments, Inc., and JTL Capital, L.L.C., was contacted in a good faith effort to obtain an agreement for an extension of time to file a memorandum of law in opposition to their motion. Counsel for Defendants does not object to the filing of this motion.

Gregory J. Orcutt, Esquire
Florida Bar No. 230855

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy cf the foregoing *Plaintiffs' Amended Motion for an Enlargement of Time to File a Memorandum of Law in Opposition to Defendants' Motion to Dismiss or Alternative Motion to Stay Proceedings* has been sent by Facsimile and U. S. Mail to the parties listed on the Service List attached hereto, this _25_ day of May 2001.

Gregory J. Orcutt
Florida Bar No. 230855

## SERVICE LIST

Alan M. Gerlach, Esq.
Broad & Cassel
390 North Orange Ave.
Suite 1100
Orlando, FL 32801

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

      (Attys. for DAVID LANE, BARNETT LANE
      INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.)

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street
Suite 2900
Tampa, FL 33601-0898

Alan S. Loewinsohn, Esq.
Jo E. Hartwick, Esq.
Wilson E. Wray, Jr.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, TX 75252

      (Attys. for EIGER FUND I, L.P., EIGER, INC.,
      EIGER PARTNERS, L.P., H.D. ASSOCIATES,
      L.P., PAUL E. ROWSEY, III, C. TODD MILLER,
      DAVID M. JACOBS, WILLIAM S. BUCHANAN
      and FLEET NATIONAL BANK f/k/a BANKBOSTON, N.A.)

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

      Co-Counsel: FLEET NATIONAL BANK f/k/a BANKBOSTON, N.A.