UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED

01 MAY 30 AM 9: 46

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT
GROUP, INC., *et al.*,

Plaintiffs,

vs.                                                    Case No. 8:00-CV-1026-T-27TGW

EIGER FUND I, L.P., *et al.*,

Defendants.

_____/

## ORDER ON DEFENDANTS' MOTION TO MODIFY
## THE CASE MANAGEMENT AND SCHEDULING ORDER

**THIS CAUSE** came on to be considered on Defendants David Lane, Barnett Lane Investments, Inc. and JTL Capital, L.L.C.'s Motion to Modify the Case Management and Scheduling Order (Dkt. 35). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendants' motion (Dkt. 35) is GRANTED.  The Court's Case Management and Scheduling Order is modified to the extent that Defendants are granted an extension of time to June 18, 2001 to disclose their rebuttal experts.  As agreed by Plaintiffs, Defendants shall make such experts available for deposition on or before the July 4, 2001, discovery cut-off date or within a short time thereafter.

**DONE AND ORDERED** in chambers this ___29th___ day of May, 2001.

JAMES D. WHITTEMORE
United States District Judge

cc: Counsel of Record