UNITED STATES DISTRICT COURT
Middle District of Florida

FILED

01 MAY 31 PM 3: 42

LOCHMERE DEVELOPMENT GROUP, INC.,
and LOCHMERE REALTY, INC.,

    Plaintiffs,

vs.

EIGER FUND I, L.P., et al.,

    Defendants.

_____/

CASE NO.: 8:00-CV-1026-T-27B
State Court No.: 00-02525/Div. I

## PLAINTIFFS' OPPOSITION TO THE LANE DEFENDANTS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE DISPOSITIVE MOTIONS AND MEMORANDUM OF LAW

Plaintiffs oppose the LANE Defendants' Motion. By Order dated April 5, 2001, the Court denied an extension of time of the Dispositive Motion cut-off date.

Robert Evans, principal of both Plaintiffs, was scheduled for deposition by all Defendants on April 26, 2001. Counsel for the EIGER Defendants deposed Mr. Evans for most of that day. It was the decision of the LANE Defendants to reschedule the Evans deposition to a later time and it was the LANE Defendants who selected the week of June 25, 2001, to take this deposition.

All Defendants have had nearly a year to take the deposition of Mr. Evans, the only deposition scheduled in the case by Defendants.

Further, although the undersigned has discussed with opposing counsel the possible filing of a Motion and even a stipulation to extend the dispositive motion, discovery and expert disclosure cut-off dates, in light particularly of the Court's earlier April 5, 2001 Order, the undersigned never agreed to file such a motion or sign such a stipulation and never agreed that LANE's counsel could file an "unopposed" motion as it did.

1

56

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by Facsimile and U.S. Mail to the parties listed on the Service List attached hereto, this _3/_ day of May, 2001.

Gregory J. Orcutt
Florida Bar No. 230855
Bricklemyer Smolker & Bolves, P.A.
500 East Kennedy Boulevard, Suite 200
Tampa, Florida  33602
813-223-3888 / 813-282-6422 – Facsimile
Counsel for Plaintiff
LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE REALTY, INC.

2

## SERVICE LIST

Alan M. Gerlach, Esquire
Broad & Cassel
390 North Orange Ave., Suite 1100
Orlando, FL   32801

John W. Greene, Esquire
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX   76013

     (Attys. For DAVID LANE, BARNETT LANE
     INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.)

Daniel F. Molony, Esquire
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street, Suite 2900
Tampa, FL   33601-0898

Alan S. Loewinsohn, Esquire
Jo E. Hartwick, Esquire
Wilson E. Wray, Jr.
Pezzuli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 100
Dallas, TX   75252

     (Attys. For EIGER FUND I, L.P. EIGER, INC.,
     EIGER PARTNERS, L.P., H.D. ASSOCIATES,
     L.P., PAUL E. ROWSEY, III, C. TODD MILLER,
     DAVID M. JACOBS, WILLIAM S. BUCHANAN
     And FLEET NATIONAL BANK f/k/a BANKBOSTON, N.A.)

Dora Kaufman, Esquire
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Ft. Lauderdale, FL   33394

     Co-Counsel: Fleet National Bank f/k/a BankBoston, N.A.