FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

01 JUN -4 AM 9:57

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT GROUP,
INC. and LOCHMERE REALTY, INC.,

        Plaintiff(s),

vs.                            Case No. 8:00-CV-1026-T-27TGW

H.D. ASSOCIATES, L.P; et al.,

        Defendant(s).
_____/

## ORDER

    **THIS CAUSE** came on to be considered on Defendants' Unopposed Motion for Extension of Time Within Which to File Dispositive Motions (Dkt. 54). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that Defendants' Unopposed Motion for Extension of Time Within Which to File Dispositive Motions (Dkt. 54) is **GRANTED**. The parties shall have through and including July 5, 2001 in which to file any dispositive motions.

    **DONE AND ORDERED** in chambers this _____ day of June, 2001.

                                    JAMES D. WHITTEMORE
                                    United States District Judge

Copies to:
Counsel of Record
Law Clerk