FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA 01 JUN -4 PH 1:46
TAMPA DIVISION

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS
## OR ALTERATIVE MOTION TO STAY PROCEEDINGS

Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P.,, Paul A. Rowsey, III, C. Todd Miller, David M. Jacobs, William S. Buchanan, Dunes Operating Company, L.P., 2M Dunes, L.L.C., and Fleet National Bank f/k/a Bank Boston, N.A.("the Eiger Defendants"), by and through their undersigned counsel, hereby move for an extension of time from June 4, 2001 until June 11, 2001, to respond to Defendants David Lane, Barnett Lane Investments, Inc. and JTL Capital, L.L.C.'s ("the Lane Defendants") Motion to Dismiss or Alternative Motion to Stay Proceedings for the following reasons.

### MEMORANDUM IN SUPPORT

The Lane Defendants have filed a Motion to Dismiss or Alternative Motion to Stay Proceedings dated May 3, 2001. A response is due on June 4, 2001. Due to the complexity of the

#5177

issues involved and unanticipated time commitments in other matters, the Eiger Defendants' counsel requires an additional short extension until June 11,2001, to respond to the Lane Defendants Motion to Dismiss or Alternative Motion to Stay Proceedings. No further extensions of time will be requested beyond June 11, 2001, with respect to this response.

Counsel for the Eiger Defendants hereby certifies that attorney John Greene, Esquire, counsel for the Lane Defendants, has agreed and stipulated in writing to the Eiger Defendants request for an enlargement of time through June 11, 2001 to respond to the Lane Defendants' Motion. See attached June 1, 2001 letter executed by attorneys John Greene, Esquire (counsel for the Lane Defendants), and Jo E. Hartwick, Esquire (counsel for the Eiger Defendants).

In support of this motion, the Eiger Defendants rely on this Court's authority to grant enlargement of time pursuant to Fed.R.Civ.P. 6(b).

WHEREFORE, the Eiger Defendants respectfully request that this Court grant the Unopposed Motion for Extension of Time to respond to Defendants' Motion to Dismiss or Alternative Motion to Stay Proceedings.

Respectfully submitted,

James B. Murphy, Jr.
Florida Bar No. 287598
Daniel F. Molony
Florida Bar No. 271330
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 - Facsimile

-2-

Carol E. Farquhar, Esq.
Jo Hartwick, Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 - Facsimile

Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Paul E. Rowsey, III, C. Todd Miller,
David M. Jacobs, William S. Buchanan,
Fleet National Bank f/k/a BankBoston, N.A.,
Dunes Operating Company, L.P. and
2M Dunes, L.L.C.

and

Dora Kaufman, Esq.
Florida Bar No. 771244
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300
(954) 467-1372 - Facsimile

Co-Counsel for Fleet National Bank f/k/a
 BankBoston, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile transmission and by United States Mail to Gregory J. Orcutt, Esq., Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602 and Alan B. Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801 this _____ day of June, 2001.

ATTORNEY

-4-