

FILED

01 JUN -6 AM 9: 54

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT GROUP,
INC. and LOCHMERE REALTY, INC.,

        Plaintiff(s),

vs.

        Case No. 8:00-CV-1026-T-27TGW

EIGER FUND I, L.P.; et al.,

        Defendant(s).
_____/

## ORDER

THIS CAUSE came on to be considered on Plaintiff's Amended Motion for An Enlargement of Time to File a Memorandum of Law in Opposition to Defendants' Motion to Dismiss or Alternative Motion to Stay Proceedings (Dkt. 53). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiff's Amended Motion for An Enlargement of Time to File a Memorandum of Law in Opposition to Defendants' Motion to Dismiss or Alternative Motion to Stay Proceedings (Dkt. 53) is GRANTED. Plaintiff shall have through and including June 4, 2001 in which to file its response to Defendants' Motion to Dismiss.

DONE AND ORDERED in chambers this _5th_ day of June, 2001.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Law Clerk
/kle