FILED

01 JUN -8 PM 2: 15

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LOCHMERE DEVELOPMENT
GROUP, INC., and LOCHMERE
REALTY, INC.,

        Plaintiffs,

v.

H. D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C.,
a Texas limited liability company; EIGER
FUND 1, L.P., a Delaware limited partnership;
EIGER PARTNERS, L.P., a Delaware limited
partnership; DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC., a
Texas corporation; JTL CAPITAL, L.L.C., a
Texas limited liability company; FLEET NATIONAL
BANK, N.A., a national banking association;
PAUL E. ROWSEY, III, an individual; C. TODD MILLER,
an individual; DAVID M. JACOBS, an individual;
and WILLIAM S. BUCHANAN, an individual,

        Defendants.

_____/

CASE NO.: 8:00 CV 1026-T-27B

**DEFENDANTS' RESPONSE TO PLAINTIFFS' AMENDED MOTION FOR AN
ENLARGEMENT OF TIME TO FILE A MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
<u>OR ALTERNATIVE MOTION TO STAY PROCEEDINGS</u>**

DEFENDANTS DAVID LANE, BARNETT LANE INVESTMENTS, INC., and JTL

CAPITAL, L.L.C. ("the Lane Defendants"), by and through their undersigned counsel, hereby

file their Response to Plaintiffs' Amended Motion for An Enlargement of Time to File A

63

Memorandum of Law in Opposition to Defendants' Motion to Dismiss or Alternative Motion to Stay Proceedings.

For the record, the Lane Defendants, for whom the undersigned is operating as Florida counsel, did not consent to the relief requested in the Amended Motion for An Enlargement of Time, etc., served on May 25, 2001. Furthermore, the undersigned has spoken with the Lane Defendants' Texas counsel, John W. Greene, Esq., and learned from Mr. Greene that he did not consent to the relief requested, either.

On a related matter, Plaintiffs have now filed an Opposition to the Lane Defendants' Motion for Extension of Time Within Which to File Dispositive Motions and Memorandum of Law. The Motion for Extension of Time was served by mail on May 25, and the opposition thereto was served by mail on May 31 and received by counsel for the Lane Defendants on June 4, 2001.

In their Opposition to the Lane Defendants' Motion for Extension of Time Within Which to File Dispositive Motions, counsel for Plaintiffs disputes the accuracy of the representation made by the undersigned to the Court that the Motion to Extend Time Within Which to File Dispositive Motions was "unopposed." In fact, in a telephone conference on either Wednesday, May 23, or Thursday, May 24, 2001 the undersigned discussed this issue with Gregory Orcutt, lead counsel for Plaintiffs, and was told by Mr. Orcutt in no uncertain terms that he agreed with an extension of time within which to file dispositive motions until July 4, 2001. The undersigned then filed an Unopposed Motion to Extend Time till July 5, 2001, because that it is the first business day following the date as to which the extension had been discussed. The conversation with Mr. Orcutt was in the context of other extensions of time as well, but Mr. Orcutt did not condition his agreement to the extension of the dispositive motions deadline upon a stipulation,

2

joint motion, omnibus motion, or anything else. The undersigned filed the motion that was most pressing, based upon his agreement with counsel for Plaintiffs, and has left it to others to seek whatever extensions of time they deem desirable.

The undersigned has been a member of the Bar of the United States District Court for the Middle District of Florida since March 1977, and in that 24-year period, has never previously been accused of misrepresenting the position of opposing counsel on any motion, however routine, filed with the Court. There was no such misrepresentation on this occasion, either.

Respectfully submitted,

ALAN M. GERLACH, ESQ.
BROAD AND CASSEL
Florida Bar. No. 199184
390 North Orange Avenue, Suite 1100
Orlando, Florida 32801
P.O. Box 4961 (32802)
Telephone: (407) 839-4200
Fax: (407) 425-8377

- and -

JOHN W. GREENE, ESQ.
HILL GILSTRAP
1400 West Abram Street
Arlington, Texas 76013
Telephone: (817) 261-2222
Fax: (817) 861-4685
Attorneys for Defendants David Lane,
Barnett Lane Investments, Inc. and JTL
Capital, L.L.C

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this ___ day of June, 2001 to: Gregory J. Orcutt, Esq., Bricklemyer, Smolker &

3

Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, Florida 33602; Daniel F. Molony, Esq., Shook, Hardy & Bacon, L.L.P., 201 E. Kennedy Blvd., Suite 601, Tampa, Florida 33602; Alan S. Loewinsohn, Esq., Pezzulli & Loewinsohn, L.L.P., 18383 Preston Road, Suite 110, Dallas, Texas 75252 and Dora Kaufman, Esq., Halley, Sinagra & Perez, 100 S.E. 3rd Avenue, Suite 1900, Fort Lauderdale, Florida 33394.

_____
Alan M. Gerlach, Esquire

ORL1\LABOR\385846 1
26544/0001 AMG rw 6/7/01 3:30 PM