-FILED

01 JUN 11 PM 2: 35

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA. FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida Corporation, and
LOCHMERE REALTY, INC., a Florida
Corporation,

        Plaintiffs,

v.

                                  Case No.:  8:00-cv-1026-T-27B

EIGER FUND I, L.P., a Delaware Limited
Partnership; EIGER, INC., a Delaware
Corporation; EIGER PARTNERS, L.P.,
a Delaware Limited Partnership;
DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC.,
a Texas Corporation; JTL CAPITAL,
L.L.C.,  a Texas limited liability company;
H.D. ASSOCIATES, L.P., a Delaware
Limited Partnership; BANKBOSTON
N.A., a national association;
PAUL E. ROWSEY, III, an individual;
C. TODD MILLER, an individual;
DAVID M. JACOBS, an individual;
and WILLIAM S. BUCHANAN,
an individual

        Defendants.

_____/

### EIGER FUND I, L.P., EIGER, INC., EIGER PARTNERS, L.P., H.D. ASSOCIATES, L.P., DUNES OPERATING COMPANY, L.P., 2M DUNES, L.L.C., PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M. JACOBS, WILLIAM S. BUCHANAN, AND BANKBOSTON, N.A.'S RESPONSE TO MOTION TO DISMISS OR STAY PROCEEDINGS

Defendants, EIGER FUND I, L.P., EIGER, INC., EIGER PARTNERS,

L.P., H.D. ASSOCIATES, L.P., DUNES OPERATING COMPANY. L.P., 2M DUNES,

L.L.C., PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M. JACOBS, WILLIAM

S. BUCHANAN (collectively the "Eiger Defendants"), and FLEET NATIONAL BANK

5604.1

64

f/k/a BANK BOSTON, N.A. ("BankBoston") hereby file this Response to Motion to Dismiss or Alternative Motion to Stay Proceedings (the "Motion") filed by David Lane, JTL Capital, L.L.C. and Barnett Lane Investments, Inc. (collectively the "Lane Defendants").

The Eiger Defendants and BankBoston hereby join in the relief sought in the Motion. All parties with the exception of BankBoston are present in the Texas case. A dispositive motion is anticipated to be filed on behalf of BankBoston by the July 5, 2001, deadline for such motions. BankBoston and the Eiger Defendants anticipate such a motion will be successful, at which time there will be complete identity of parties in the Texas case.

Respectfully submitted,

Daniel F. Molony
Florida Bar No. 271330
James B. Murphy
Florida Bar No. 287598
SHOOK, HARDY & BACON, L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602-5810
813-202-7100 Phone
813-221-8837 Facsimile

PEZZULLI & LOEWINSOHN, L.L.P.
Alan S. Loewinsohn
State Bar No. 12481600
Carol E. Farquhar
State Bar No. 06828300
18383 Preston Road, Suite 110
Dallas, TX 75252
(972) 713-1300 Phone
(972) 713-1313 Facsimile

ATTORNEYS FOR EIGER FUND I, L.P.,
EIGER, INC., EIGER PARTNERS, L.P.

-2-

5604.1

-3-

H.D. ASSOCIATES, L.P., DUNES
OPERATING COMPANY, L.P.,
2M DUNES, L.L.C., PAUL E.
ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, WILLIAM S.
BUCHANAN and FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.

HALEY, SINAGRA & PEREZ
Dora Kaufman, Esq.
Florida Bar No. 771244
100 SE 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300  Phone
(954) 467-1372  Facsimile

COUNSEL FOR FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.

5604.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served on the following counsel of record on this 11th day of June, 2001, by facsimi_e transmission and U.S. Mail:

Gregory J. Orcutt
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd. Ste. 200
Tampa, Florida 33602

Alan M. Gerlach
Broad & Cassel
390 N. Orange Avenue, Suite 1100
Orlando, FL  32801

John W. Greene
Hill Gilstrap
1400 West Abram
Arlington, TX  76013

Attorney

-4-

5604.1