

FILED

0▌ JUN 13 AM 9: 34

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**LOCHMERE DEVELOPMENT GROUP,
INC. and LOCHMERE REALTY, INC.,**

**Plaintiffs,**

vs.                                                   **Case No. 8:00-CV-1026-T-27TGW**

**H.D. ASSOCIATES, L.P.,** *et al.,*

**Defendants.**

_____/

## ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS OR ALTERNATIVE MOTION TO STAY PROCEEDINGS

**THIS CAUSE** came on to be considered on Defendants' Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss or Alternative Motion to Stay Proceedings (Dkt. 59). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendants' motion (Dkt. 59) is GRANTED and Defendants shall respond to Defendants' Motion To Dismiss or Alternative Motion to Stay Proceedings on or before June 15, 2001.

**DONE AND ORDERED** in chambers this 12th day of June, 2001.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record

# SCANNED

65