UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED

CLERK'S MINUTES - GENERAL

01 JUN 14 PM 1:31

CASE NO. __8:00-CV-1026-T-27TGW__     DATE __June 14, 2001__

TITLE __LOCHMERE DEVELOPMENT vs. EIGER FUND I, L.P.__

TIME __9:55 A.M. -__

HONORABLE JAMES D. WHITTEMORE     Courtroom Deputy: __Anne H. Ohle__

Court Reporter: __Kathleen Walden__     Interpreter: _____

Attorney(s) for Pltf:     Attorney(s) for Defendant(s):
James Murphy     James Murphy
     Carol Farguhar
     Allen Gerlach, Jr.
     Dora Kaufman

PROCEEDINGS OF: __STATUS CONFERENCE__

Court approves stipulation to vacate arbitration.

Court directs counsel to arrange mediation in advance of pre-trial conference..

66