

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                              Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## MOTION FOR LEAVE TO AMEND ANSWER AND DEFENSES OF DEFENDANTS H.D. ASSOCIATES, L.P., DUNES OPERATING COMPANY, L.P., EIGER, INC., 2M DUNES, L.L.C., EIGER FUND 1, L.P., EIGER PARTNERS, L.P., FLEET NATIONAL BANK, N.A., PAUL ROWSEY, III, C. TODD MILLER, DAVID JACOBS, AND WILLIAM S. BUCHANAN

Defendants H.D. Associates, L.P., Dunes Operating Company, L.P., Eiger, Inc., 2M Dunes, L.L.C., Eiger Fund 1, L.P., Eiger Partners, L.P., Fleet National Bank, N.A., Paul Rowsey, III, C.Todd Miller, David M. Jacobs, and William S. Buchanan (collectively "Defendants") move the Court, pursuant to Fed. R. Civ. P. 15(a) and Local Rule 3.01 of the Rules of the United States District Court for the Middle District of Florida, for an Order allowing them to amend their Answer and Defenses to add the defense that Plaintiffs' contractual claims are barred by the statute of frauds under either Florida or Texas law.

WHEREFORE, Defendants respectfully request that their Motion for Leave To Amend Answer and be granted and for such other and further relief as the Court deems just.

5752.1

67

Respectfully submitted,

Daniel F. Molony, Esq.
Florida Bar No. 271330
James B. Murphy, Esq.
Florida Bar No. 287598
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 - Facsimile

Carol E. Farquhar, Esquire
Jo Hartwick, Esquire
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 Facsimile

Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Dunes Operating Company, L.P.,
and 2M Dunes, L.L.C.

and

Dora Kaufman, Esquire
Florida Bar No.: 771244
Hully, Singer &Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 967-1300
(954) 467-1372-Facsimile
Co-Counsel for Fleet National Bank f/k/a
BankBoston, N.A.

5752.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile transmission and by United States Mail to Gregory J. Orcutt, Esq., Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602 and Alan B. Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801 this 13rd day of June, 2001.

ATTORNEY

5752.1