FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA 01 JUN 14 PM 3: 57
TAMPA DIVISION

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

       Plaintiffs,

                                 Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

       Defendants.

_____/

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)
IN CONNECTION WITH MOTION FOR LEAVE TO AMEND ANSWER
AND DEFENSES OF DEFENDANTS H.D. ASSOCIATES, L.P., DUNES
OPERATING COMPANY, L.P., EIGER, INC., 2M DUNES, L.L.C., EIGER
FUND 1, L.P., EIGER PARTNERS, L.P., FLEET NATIONAL BANK, N.A., PAUL
ROWSEY, III, C. TODD MILLER, DAVID JACOBS, AND WILLIAM S. BUCHANAN**

The undersigned counsel certifies that on this date he discussed the Motion for Leave to

Amend Answer and Defenses of Defendants H.D. Associates, L.P., Dunes Operating Company, L.P.,

Eiger, Inc., 2M Dunes, L.L.C., Eiger Fund 1, L.P., Eiger Partners, L.P., Fleet National Bank, N.A.,

Paul Rowsey, III, C.Todd Miller, David M. Jacobs, and William S. Buchanan filed earlier today with

counsel for Plaintiffs and that counsel were not able to agree upon a resolution of the motion.

WHEREFORE, Defendants respectfully request that their Motion for Leave To Amend

Answer and be granted and for such other and further relief as the Court deems just.

5791.1

69

Respectfully submitted,

Daniel F. Molony
Florida Bar No. 271330
James B. Murphy, Jr.
Florida Bar No. 287598
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 - Facsimile

Carol E. Farquhar, Esquire
Jo Hartwick, Esquire
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 Facsimile

Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Dunes Operating Company, L.P.,
and 2M Dunes, L.L.C.

and

Dora Kaufman, Esquire
Florida Bar No.: 771244
Hully, Singer &Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 967-1300
(954) 467-1372-Facsimile
Co-Counsel for Fleet National Bank f/k/a
BankBoston, N.A.

5791.1                                    -2-

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

facsimile transmission and by United States Mail to Gregory J. Orcutt, Esq., Bricklemyer, Smolker

& Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602 and Alan B. Gerlach, 390 N.

Orange Avenue, Suite 1100, Orlando, FL 32801 this __14th__ day of June, 2001.

_____
ATTORNEY

57911                                -3-