

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LOCHMERE DEVELOOPMENT GROUP, et al.,**

      Plaintiff(s),

v.

                                              Case No. **8:00-CV-1026-T-27TGW**

**EIGER FUND I, L.P., et al.,**

      Defendant(s).

_____/

## NOTICE RESCHEDULING PRE-TRIAL CONFERENCE

The pre-trial conference in the above referenced matter which was previously set for **October 26, 2001,** has been rescheduled for **November 9, 2001 at 9:30 A.M.** All other dates set forth in the scheduling order shall remain the same.

Dated: 13th day of June, 2001.

                                      **THE HONORABLE JAMES D. WHITTEMORE**
                                      **United States District Judge**

                    By:_____
                                    Anne H. Ohle
                                    Courtroom Deputy

Copies to:

Counsel of Record
Courtroom deputy
Law clerk