UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



LOCHMERE DEVELOPMENT GROUP,
INC. and LOCHMERE REALTY, INC.,

           Plaintiffs,

vs.                               Case No. 8:00-CV-1026-T-27TGW

EIGER FUND I, L.P., *et al.*,

           Defendants.

_____/

## ORDER ON STATUS CONFERENCE

THIS CAUSE came on to be considered on the Status Conference of this matter held on June 14, 2001. The Court having heard statements of counsel for all parties, having reviewed the pleadings in this matter and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED:

1.      Plaintiffs' Motion to Vacate Notice of Referral to Court Annexed Arbitration (Dkt. 37) and the Stipulation of the Parties to Vacate Notice of Referral to Arbitration (Dkt. 41) are GRANTED. The Court's Notice of Referral to Count Annexed Arbitration (Dkt. 30) is vacated and withdrawn.

2.      The parties shall participate in a good faith mediation of this case prior to the October 26, 2001 pre-trial conference. In the event that all parties fail to resolve all claims at the mediation, the Court may refer the parties to the Court annexed arbitration program.

DONE AND ORDERED in chambers this __14th__ day of June, 2001.

                                                 JAMES D. WHITTEMORE
                                                 United States District Judge

Copies to:
Counsel of Record
Law Clerk