FILED

UNITED STATES DISTRICT COURT
Middle District of Florida

01 JUN 15 AM 11: 30

LOCHMERE DEVELOPMENT GROUP, INC.,
and LOCHMERE REALTY, INC.,

      Plaintiffs,

vs.                                  CASE NO.: 8:00-CV-1026-T-27B

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, et al.

      Defendants.

_____/

## PLAINTIFFS' RESPONSE TO THE LANE DEFENDANTS'
## MOTION FOR LEAVE TO AMEND ANSWER

Plaintiffs, LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE REALTY, INC., hereby file this Response to the LANE Defendants' Motion for Leave to Amend Answer.

Upon review of the LANE Defendants' Motion and Memorandum for Leave to Amend Answer, the LOCHMERE Plaintiff's withdraw its objection to the same based upon the fact that it too has found it necessary to request leave to amend its Complaint in light of testimony and documents produced to date in this case.

LOCHMERE will file its Motion to Amend Complaint in the immediate future.

_____

Gregory J. Orcutt, Esquire
Florida Bar No. 230855
Jay J. Bartlett
Florida Bar No. 875163
Bricklemyer, Smolker & Bolves, P.A.
500 East Kennedy Blvd., Suite 200
Tampa, Florida 33602
(813) 223-3888
(813) 228-6422 - Facsimile
Attorneys for Plaintiffs

72

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent

on this 14th day of June 2001, by U.S. Mail to the individuals on the Service List.

Gregory J. Orcutt

## SERVICE LIST

Alan S. Loewinsohn, Esq.
Carol E. Farquhar, Esq.
Jo E. Hartwick, Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, TX  75252

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street, Suite 3900
Tampa, FL  33602

(Attys. for H.D. ASSOCIATES, L.P. DUNES
OPERATING COMPANY, L.P., EIGER, INC.,
2M DUNES, L.L.C., EIGER FUND 1 L.P.,
EIGER PARTNERS, L.P.,L.P., PAUL E. ROWSEY, III,
C. TODD MILLER, DAVID M. JACOBS,
WILLIAM S. BUCHANAN and FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.)

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Co-Counsel: FLEET NATIONAL BANK f/k/a BANKBOSTON,N.A.

Alan M. Gerlach, Esq.
Broad & Cassel
390 North Orange Ave.
Suite 1100
Orlando, FL 32801

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

(Attys. for DAVID LANE, BARNETT LANE
INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.)