FILED

C*K*

UNITED STATES DISTRICT COURT 01 JUN 27 AM 11: 01
Middle District of Florida

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT GROUP,
INC., and LOCHMERE REALTY, INC.,

      Plaintiffs,

vs.                                        CASE NO.: 8:00-CV-1026-T-27B

H.D. ASSOCIATES, L.P., et al.,

      Defendants.
_____/

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 3.01(g), Counsel for Plaintiffs certifies that he discussed the Motion for Leave to Amend Complaint with counsel for Defendants and that counsel were not able to agree upon a resolution of the motion.

WHEREFORE, Plaintiffs respectfully request that its Motion for Leave to Amend Complaint be granted and for such other and further relief as the Court deems just.

**BRICKLEMYER, SMOLKER & BOLVES, P.A.**

By:_____
Gregory J. Orcutt
Florida Bar No. 230855
Jay J. Bartlett
Florida Bar No. 875163
500 East Kennedy Boulevard
Suite 200
Tampa, Florida 33602
(813) 223-3888
(813) 228-6422 - Facsimile
Attorneys for LOCHMERE REALTY,
  INC., LOCHMERE DEVELOPMENT
  GROUP, INC.

74

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by U. S. Mail to the parties listed on the Service List attached hereto, this _27th_ day of June, 2001.

Jay J. Bartlett

## SERVICE LIST

Alan S. Loewinsohn, Esq.
Carol E. Farquhar, Esq.
Jo E. Hartwick, Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, TX  75252

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street, Suite 3900
Tampa, FL  33602

(Attys. for H.D. ASSOCIATES, L.P. DUNES
OPERATING COMPANY, L.P., EIGER, INC.,
2M DUNES, L.L.C., EIGER FUND 1 L.P.,
EIGER PARTNERS, L.P.,L.P., PAUL E. ROWSEY, III,
C. TODD MILLER, DAVID M. JACOBS,
WILLIAM S. BUCHANAN and FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.)

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Co-Counsel: FLEET NATIONAL BANK f/k/a BANKBOSTON,N.A.

Alan M. Gerlach, Esq.
Broad & Cassel
390 North Orange Ave.
Suite 1100
Orlando, FL 32801

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

(Attys. for DAVID LANE, BARNETT LANE
INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.)

3