FILED

01 JUL -2 AM 9: 58

CLERK. L...
MIDDLE DISTRICT OF FLORIDA
TAMPA. FLORIDA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LOCHMERE DEVELOPMENT GROUP,
INC. and LOCHMERE REALTY, INC.,

      Plaintiff(s),

vs.                                                  Case No. 8:00-CV-1026-T-27TGW

H.D. ASSOCIATES, L.P., et al.,

      Defendant(s).

_____/

### ORDER ON DEFENDANTS' MOTION FOR LEAVE
### TO AMEND ANSWER AND AFFIRMATIVE DEFENSES

THIS CAUSE came on to be considered on Defendants' H.D. Associates, L.P., Dunes
Operating Company, L.P., Eiger, Inc., 2M Dunes, L.L.C., Eiger Fund 1, L.P., Eiger Partners, L.P.,
Fleet National Bank, N.A., Paul Rowsey, III, C. Todd Miller, David M. Jacobs and William S.
Buchanan's Motion for Leave to Amend Answer and Affirmative Defenses (Dkt. 67). The Court
having reviewed said motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendants' Motion for Leave to Amend Answer and
Affirmative Defenses (Dkt. 67) is GRANTED as Plaintiffs have consented to Defendants filing the
amended answer and affirmative defenses (Dkt. 72).

DONE AND ORDERED in chambers this 29ᵗʰ day of July, 2001.

_____
JAMES D. WHITTEMORE
United States District Judge

cc:  Counsel of Record

F I L E   C O P Y

Date Printed: 07/02/2001

Notice sent to:

___ Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL  33602-4990

___ Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 N. Tampa St., Suite 2900
P.O. Box 898
Tampa, FL  33601-0898

X James B. Murphy Jr., Esq.
Shook, Hardy & Bacon, L.L.P.
100 N. Tampa St., Suite 2900
P.O. Box 898
Tampa, FL  33601-0898

___ Alan S. Loewinsohn, Esq.
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 110
Dallas, TX  75252-5476

X Jo E. Hartwick, Esq.
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 110
Dallas, TX  75252-5476

___ Alan M. Gerlach Jr., Esq.
Broad & Cassell
390 N. Orange Ave., Suite 1100
P.O. Box 4961
Orlando, FL  32802-4961

___ John W. Greene, Esq.
HILL GILSTRAP
1400 West Abram Street
Arlington, TX  76013

___ Dora F. Kaufman, Esq.
Haley, Sinagra & Perez, P.A.
100 Southeast 3rd Ave.
One Financial Plaza, Suite 1900
Ft. Lauderdale, FL  33394