FILED

01 JUL -3 PM 1:28

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and LOCHMERE
REALTY, INC.,

   Plaintiffs,

vs.                                    Case No. 8:00-CV-1026-T-27TGW

EIGER FUND I, L.P., et al.,

   Defendants.

_____/

## ORDER ON DEFENDANTS' MOTION TO DISMISS
## OR ALTERNATIVE MOTION TO STAY PROCEEDINGS

**THIS CAUSE** came on to be considered on Defendants' Motion to Dismiss or Alternative Motion to Stay Proceedings (Dkts. 39, 64). The Court having reviewed said motion and being otherwise fully advised in the premises, finds as follows:

Defendants[1] have moved to dismiss or stay this action on the grounds that it is duplicative of an action pending in a Texas state court (Dkt. 40). Both actions involve a dispute between Lochmere Development Group, Inc. and Lochmere Realty, Inc. (collectively referred to herein as "Lochmere") and the Lane Defendants' concerning the parties' efforts to acquire and develop real property priced at $35,000,000 in Florida. (Dkt. 40, Ex. D; Dkt. 43). In the instant action, Lochmere sued the Lane Defendants and Eiger Parties for wrongfully disassociating from Lochmere and

---

[1] Defendants David Lane, Barnett Lane Investments, Inc. and JTL Capital, LLC are referred to collectively herein as the "Lane Defendants." Defendants Eiger Fund, I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P., Dunes Operating Company, L.P., 2M Dunes, L.L.C., Paul E. Rowsey, III, C. Todd Miller, David M. Jacobs, William S. Buchanan are referred to collectively herein as "Eiger Parties."

usurping its partnership opportunity, conversion, intentional and constructive fraud, unjust enrichment, civil conspiracy and for theft of its trade secrets. (Dkt. 43). Additionally, Lochmere sued Fleet National Bank f/k/a Bank Boston, N.A. for unjust enrichment, conversion and participating in a civil conspiracy. (Dkt. 43). In the Texas state court action, the Eiger Parties sued Lochmere and the Lane Defendants seeking a declaration that no contract exists between Lochmere and the Lane Defendants, that the information Lochmere provided the Eiger Parties does not constitute trade secrets and that the Lane Defendants committed fraud when they misrepresented to the Eiger Parties that no contract existed between the Lane Defendants and Lochmere. (Dkt. 40, Ex. D).

District courts have discretion in determining whether to stay or dismiss an action pending in federal court because of a parallel state court action. Moses H. Cone Memorial Hospital v. Mercury Construction Corp., 460 U.S. 1, 16 (1983). That discretion must be exercised by applying the standards set forth by the Supreme Court and the Eleventh Circuit. Id. at 19. "Generally, as between state and federal courts, the rule is that 'the pendency of an action in the state court is no bar to proceedings concerning the same matter in the Federal court having jurisdiction . . . .'" Colorado River Water Conservation Dist. v. United States, 424 U.S. 800, 817 (1976) (quoting McClellan v. Carland, 217 U.S. 268, 282 (1910)). Federal courts abstain from exercising their jurisdiction only in limited circumstances. Colorado River, 424 U.S. at 813. Although there are no hard and fast rules, relevant considerations include the inconvenience of the federal forum, desirability of avoiding piecemeal litigation, the order in which jurisdiction was obtained by the concurrent forums, the absence of any substantial progress in the federal court litigation and the presence in the suit of extensive rights governed by state law. Moses H. Cone, 460 U.S. at 15-16.

2

Here, considering the foregoing standards and the factual record presented to the court, it is not appropriate to grant a stay of this action. Although the state court action was commenced prior to this action, the state court action has not substantially progressed towards trial. Lochmere has appealed the state court's exercise of jurisdiction, contenting that it has no minimum contacts with Texas. Lochmere has not answered that action and according to Lochmere, no substantive discovery has been exchanged. See (Dkt. 60). Here, all Defendants have answered the complaint and the discovery will close shortly on July 4, 2001. (Dkt. 28). Litigating in federal court would not be inconvenient for all of the parties as Lochmere and Bank Boston have offices in Florida, the real property which is the basis for the claims at issue is located in Florida and evidence concerning the parties' alleged agreements exists in Florida. Further, the Florida state law claims raised by Lochmere would not be completely resolved in the Texas state court action. Rather, a stay in this Court would result in a piecemeal resolution of the various claims asserted by the parties as the Texas action is a declaratory judgment action concerning whether a contract exists while the federal action raises a variety of state law claims and claims based on equitable principles. Accordingly, it is

**ORDERED AND ADJUDGED** that: Defendants' Motion to Dismiss or Alternative Motion to Stay Proceedings (Dkts. 39, 64) is DENIED.

**DONE AND ORDERED** in chambers this 3rd day of July, 2001.

_____

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record
Law Clerk

3

F I L E   C O P Y

Date Printed: 07/05/2001


Notice sent to:

Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL  33602-4990

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 N. Tampa St., Suite 2900
P.O. Box 898
Tampa, FL  33601-0898

James B. Murphy Jr., Esq.
Shook, Hardy & Bacon, L.L.P.
100 N. Tampa St., Suite 2900
P.O. Box 898
Tampa, FL  33601-0898

Alan S. Loewinsohn, Esq.
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 110
Dallas, TX  75252-5476

Jo E. Hartwick, Esq.
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 110
Dallas, TX  75252-5476

Alan M. Gerlach Jr., Esq.
Broad & Cassell
390 N. Orange Ave., Suite 1100
P.O. Box 4961
Orlando, FL  32802-4961

John W. Greene, Esq.
HILL GILSTRAP
1400 West Abram Street
Arlington, TX  76013

Dora F. Kaufman, Esq.
Haley, Sinagra & Perez, P.A.
100 Southeast 3rd Ave.
One Financial Plaza, Suite 1900
Ft. Lauderdale, FL  33394