

**FILED**

**01 JUL -3 PM 1:28**

CLERK, U. ...DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LOCHMERE DEVELOPMENT
GROUP, INC. and LOCHMERE
REALTY, INC.,

        **Plaintiffs,**

vs.                        **Case No. 8:00-CV-1026-T-27TGW**

EIGER FUND I, L.P., et al.,

        **Defendants.**
_____/

## ORDER ON DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER

**THIS CAUSE** came on to be considered on Defendants' David Lane, Barnett Lane Investments, Inc. and JTL Capital, LLC's Motion for Leave to Amend Answer (Dkt. 57). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that: Defendants' David Lane, Barnett Lane Investments, Inc. and JTL Capital, LLC's Motion for Leave to Amend Answer (Dkt. 57) is GRANTED as Plaintiffs do not oppose the amendment (Dkt. 72).

**DONE AND ORDERED** in chambers this _2nd_ day of July, 2001.

_____
**JAMES D. WHITTEMORE**
United States District Judge

Copies to:
Counsel of Record

77