FILED

Date 7-3-01                                          Time

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LOCHMERE DEVELOPMENT
GROUP, INC., and LOCHMERE
REALTY, INC.,

        CASE NO.: 8:00 CV 1026-T-27B

        Plaintiffs,

v.

H. D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C.,
a Texas limited liability company; EIGER
FUND 1, L.P., a Delaware limited partnership;
EIGER PARTNERS, L.P., a Delaware limited
partnership; DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC., a
Texas corporation; JTL CAPITAL, L.L.C., a
Texas limited liability company; FLEET NATIONAL
BANK, N.A., a national banking association;
PAUL E. ROWSEY, III, an individual; C. TODD MILLER,
an individual; DAVID M. JACOBS, an individual;
and WILLIAM S. BUCHANAN, an individual,

        Defendants.

_____/

## AMENDED ANSWER AND DEFENSES OF DEFENDANTS DAVID LANE, BARNETT LANE INVESTMENTS, INC. AND JTL CAPITAL, L.L.C. TO AMENDED COMPLANT

DEFENDANTS, DAVID LANE, BARNETT LANE INVESTIMENTS, INC. AND JTL

CAPITAL, L.L.C.,  by and through their undersigned counsel, answers the numbered paragraphs

of the Amended Complaint filed and served herein as follows:

1.       Denied for lack of knowledge.

2.       Admitted.

**EXHIBIT**
**A**

3. Denied for lack of knowledge.

4. Denied for lack of knowledge.

5. Denied for lack of knowledge.

6. Denied for lack of knowledge.

7. Denied for lack of knowledge.

8. Admitted.

9. Defendants admit that JTL Capital is a Texas LLC. Defendants deny that it is the general partner of H.D. Associates.

10. Denied for lack of knowledge.

11. Denied for lack of knowledge..

12. Denied for lack of knowledge.

13. Denied for lack of knowledge.

14. Denied for lack of knowledge.

15. Denied for lack of knowledge.

16. Defendants admit that Lane is a resident of Dallas. Defendants deny that he is president of H.D. Associates.

17. Denied.

18. Denied.

19. a. Denied for lack of knowledge.

    b. Denied for lack of knowledge.

    c. Denied.

    d. Denied.

20. Denied for lack of knowledge.

21. Denied for lack of knowledge.

22. Denied for lack of knowledge.

23. Denied for lack of knowledge.

2

24. Denied for lack of knowledge.

25. Denied for lack of knowledge.

26. Denied.

27. Denied for lack of knowledge in the first sentence and denies the remainder of the allegation.

28. Denied.

29. Denied.

30. Admitted.

31. Denied.

32. Denied for lack of knowledge.

33. Admitted.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied for lack of knowledge.

41. First sentence of paragraph 41 denied; second sentence denied for lack of knowledge.

42. Denied.

43. Admitted.

44. Denied.

45. Admitted.

46. Admitted.

47. Admitted.

3

48. Admitted.

49. Denied.

50. Denied.

51. Denied for lack of knowledge.

52. Denied.

53. Denied.

54. Denied for lack of knowledge.

55. Denied.

56. Denied.

57. Admitted.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Admitted that budgets were presented, otherwise denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Last sentence denied, otherwise admitted.

69. Denied for lack of knowledge.

70. Denied.

71. Denied for lack of knowledge.

72. Denied for lack of knowledge.

4

73.    Denied for lack of knowledge.

74.    Denied for lack of knowledge.

75.    Denied for lack of knowledge.

76.    Denied for lack of knowledge.

77.    Denied for lack of knowledge.

78.    Denied for lack of knowledge.

79.    Denied for lack of knowledge.

80.    Denied for lack of knowledge.

81.    Denied for lack of knowledge.

82.    Denied for lack of knowledge.

83.    Denied for lack of knowledge.

84.    Denied for lack of knowledge.

85.    Denied for lack of knowledge.

86.    Denied for lack of knowledge.

87.    Denied for lack of  knowledge.

88.    Denied for lack of knowledge.

89.    Denied for lack of knowledge.

90.    Denied for lack of knowledge.

91.    Denied for lack of knowledge.

92.    Denied for lack of knowledge.

93.    Denied for lack of knowledge.

94.    Denied for lack of knowledge.

95.    Denied for lack of knowledge.

96.    Denied for lack of knowledge.

97.    Denied for lack of knowledge.

5

98. Denied.

99. Denied for lack of knowledge.

100. Denied for lack of knowledge.

101. Denied for lack of knowledge.

102. Denied for lack of knowledge.

103. Denied for lack of knowledge.

104. Denied for lack of knowledge.

105. Denied for lack of knowledge.

106. Denied for lack of knowledge.

107. Denied.

108. Denied.

109. Denied.

110. Denied for lack of knowledge.

111. Denied.

112. Denied.

113. Denied.

114. Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

115. Denied for lack of knowledge.

116. Denied.

117. Denied.

118. Denied.

119. Denied.

120. Denied.

121. Denied.

122. Denied.

6

123. Denied.

124. Denied.

125. Denied.

126. Denied.

127. Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

128. Denied.

129. Denied.

130. Denied.

131. Denied.

132. Denied.

133. Denied.

134. Denied.

135. Denied.

136. Denied.

137. Denied.

138. Denied.

139. Denied.

140. Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

141. Denied.

142. Denied for lack of knowledge.

143. Denied for lack of knowledge.

144. Denied for lack of knowledge.

145. Denied for lack of knowledge.

146. Denied for lack of knowledge.

7

147. Denied for lack of knowledge.

148. Denied for lack of knowledge.

149. Denied for lack of knowledge.

150. Denied for lack of knowledge.

151. Denied for lack of knowledge.

152. Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

153. Denied for lack of knowledge.

154. Denied for lack of knowledge.

155. Denied for lack of knowledge.

156. Denied for lack of knowledge.

157. Denied for lack of knowledge.

158. Denied for lack of knowledge.

159. Denied for lack of knowledge.

160. Denied for lack of knowledge.

161. Denied for lack of knowledge.

162. Denied for lack of knowledge.

163. Denied for lack of knowledge.

164. Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

165. Denied.

166. Denied.

167. Denied.

168. Denied.

169. Denied.

170. Denied.

8

171.    Denied.

172.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

173.    Denied.

174.    Denied.

175.    Denied.

176.    Denied.

177.    Denied.

178.    Denied.

179.    Denied.

180.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

181.    Denied.

182.    Denied.

183.    Denied.

184.    Denied.

185.    Denied.

186.    Denied.

187.    Denied.

188.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

189.    Denied for lack of knowledge.

190.    Denied for lack of knowledge.

191.    Denied for lack of knowledge.

192.    Denied for lack of knowledge.

193.    Denied for lack of knowledge.

ORL1\LABOR\383203.1
26544/0001 AMG mxb 5/23/01 4 49 PM

194.    Denied for lack of knowledge.

195.    Denied for lack of knowledge.

196.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

197.    Denied for lack of knowledge.

198.    Denied for lack of knowledge.

199.    Denied for lack of knowledge.

200.    Denied for lack of knowledge.

201.    Denied for lack of knowledge.

202.    Denied for lack of knowledge.

203.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

204.    Denied for lack of knowledge.

205.    Denied for lack of knowledge.

206.    Denied for lack of knowledge.

207.    Denied for lack of knowledge.

208.    Denied for lack of knowledge.

209.    Denied for lack of knowledge.

210.    Denied for lack of knowledge.

211.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

212.    Denied.

213.    Denied.

214.    Denied.

215.    Denied.

216.    Denied.

ORL1\LABOR\383203.1
26544/0001 AMG mxb 5/23/01 4:49 PM

217.    Denied.

218.    Denied.

219.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

220.    Denied.

221.    Denied.

222.    Denied.

223.    Denied.

224.    Denied.

225.    Denied.

226.    Denied.

227.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

228.    Denied.

229.    Denied.

230.    Denied.

231.    Denied.

232.    Denied.

233.    Denied.

234.    Denied.

235.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

236.    Denied for lack of knowledge.

237.    Denied for lack of knowledge.

238.    Denied for lack of knowledge.

239.    Denied for lack of knowledge.

11

240. Denied for lack of knowledge.

241. Denied for lack of knowledge.

242. Denied for lack of knowledge.

243. Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

244. Denied for lack of knowledge.

245. Denied for lack of knowledge.

246. Denied for lack of knowledge.

247. Denied for lack of knowledge.

248. Denied for lack of knowledge.

249. Denied for lack of knowledge.

250. Denied for lack of knowledge.

251. Denied for lack of knowledge.

252. Denied for lack of knowledge.

253. Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

254. Denied for lack of knowledge.

255. Denied for lack of knowledge.

256. Denied for lack of knowledge.

257. Denied for lack of knowledge.

258. Denied for lack of knowledge.

259. Denied for lack of knowledge.

260. Denied for lack of knowledge.

261. Denied for lack of knowledge.

262. Denied for lack of knowledge.

263.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

264.    Denied.

265.    Denied.

266.    Denied.

267.    Denied.

268.    Denied.

269.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

270.    Denied.

271.    Denied.

272.    Denied.

273.    Denied.

274.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

275.    Denied.

276.    Denied.

277.    Denied.

278.    Denied.

279.    Denied.

280.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

281.    Denied for lack of knowledge.

282.    Denied for lack of knowledge.

283.    Denied for lack of knowledge.

284.    Denied for lack of knowledge.

285.    Denied for lack of knowledge.

ORL1\LABOR\383203.1
26544/0001 AMG mxb 5/23/01 4:49 PM

286. Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

287. Denied for lack of knowledge.

288. Denied for lack of knowledge.

289. Denied for lack of knowledge.

290. Denied for lack of knowledge.

291. Denied for lack of knowledge.

292. Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

293. Denied for lack of knowledge.

294. Denied for lack of knowledge.

295. Denied for lack of knowledge.

296. Denied for lack of knowledge.

297. Denied for lack of knowledge.

298. Denied for lack of knowledge.

299. Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

300. Denied for lack of knowledge.

301. Denied for lack of knowledge.

302. Denied for lack of knowledge.

303. Denied for lack of knowledge.

304. Denied for lack of knowledge.

305. Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

306. Denied.

307. Denied.

308. Denied.

14

309.    Denied.

310.    Denied.

311.    Denied.

312.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

313.    Denied.

314.    Denied.

315.    Denied.

316.    Denied.

317.    Denied.

318.    Denied.

319.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

320.    Denied.

321.    Denied.

322.    Denied.

323.    Denied.

324.    Denied.

325.    Denied.

326.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

327.    Denied for lack of knowledge.

328.    Denied for lack of knowledge.

329.    Denied for lack of knowledge.

330.    Denied for lack of knowledge.

331.    Denied for lack of knowledge.

15

332.   Denied for lack of knowledge.

333.   Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

334.   Denied for lack of knowledge.

335.   Denied for lack of knowledge.

336.   Denied for lack of knowledge.

337.   Denied for lack of knowledge.

338.   Denied for lack of knowledge.

339.   Denied for lack of knowledge.

340.   Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

341.   Denied for lack of knowledge.

342.   Denied for lack of knowledge.

343.   Denied for lack of knowledge.

344.   Denied for lack of knowledge.

345.   Denied for lack of knowledge.

346.   Denied for lack of knowledge.

347.   Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

348.   Denied for lack of knowledge.

349.   Denied for lack of knowledge.

350.   Denied for lack of knowledge.

351.   Denied for lack of knowledge.

352.   Denied for lack of knowledge.

353.   Denied for lack of knowledge.

354.   Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

16

355. Denied.

356. Denied.

357. Denied.

358. Denied.

359. Denied.

360. Denied.

361. Denied.

362. Denied.

363. Denied.

364. Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

365. Denied.

366. Denied.

367. Denied.

368. Denied.

369. Denied.

370. Denied.

371. Denied.

372. Denied.

373. Denied.

374. Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

375. Denied.

376. Denied.

377. Denied.

378. Denied.

379. Denied.

380. Denied.

381. Denied.

382. Denied.

383. Denied.

384. Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

385. Denied for lack of knowledge.

386. Denied for lack of knowledge.

387. Denied for lack of knowledge.

388. Denied for lack of knowledge.

389. Denied for lack of knowledge.

390. Denied for lack of knowledge.

391. Denied for lack of knowledge.

392. Denied for lack of knowledge.

393. Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

394. Denied for lack of knowledge.

395. Denied for lack of knowledge.

396. Denied for lack of knowledge.

397. Denied for lack of knowledge.

398. Denied for lack of knowledge.

399. Denied for lack of knowledge.

400. Denied for lack of knowledge.

401. Denied for lack of knowledge.

402. Denied for lack of knowledge.

ORL1\LABOR\383203 1
26544/0001 AMG mxb 5/23/01 4.49 PM

403.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

404.    Denied for lack of knowledge.

405.    Denied for lack of knowledge.

406.    Denied for lack of knowledge.

407.    Denied for lack of knowledge.

408.    Denied for lack of knowledge.

409.    Denied for lack of knowledge.

410.    Denied for lack of knowledge.

411.    Denied for lack of knowledge.

412.    Denied for lack of knowledge.

413.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

414.    Denied for lack of knowledge.

415.    Denied for lack of knowledge.

416.    Denied for lack of knowledge.

417.    Denied for lack of knowledge.

418.    Denied for lack of knowledge.

419.    Denied for lack of knowledge.

420.    Denied for lack of knowledge.

421.    Denied for lack of knowledge.

422.    Denied for lack of knowledge.

423.    Defendants reallege and adopt paragraphs 1-113 above as though set forth fully herein.

424.    Denied.

425.    Denied.

19

426.   Denied.

427.   Denied.

## First Defense

The Complaint, and each count thereof, fails to state a claim upon which relief can be granted.

## Second Defense

Plaintiffs have waived and/or are estopped to assert the claims pled against these Defendants.

## Third Defense

There has been a complete failure of the consideration supporting any contractual claims on which the counts of the Complaint are based.

## Fourth Defense

Defendants specifically deny any partnership relationship between themselves and the Plaintiffs.

## Fifth Defense

Some or all of Plaintiff's claims are barred by applicable statutes of limitations and/or the equitable doctrine of laches.

## Sixth Defense

This action should be dismissed under the doctrine of prior pending action in that most of the same parties and many of the same issues are involved in a Texas state court case. That case involves the same set of legally operative facts as are pled in the instant complaint.

## Seventh Defense

Plaintiffs failed adequately to mitigate their damages.

ORL1\LABOR\383203 1
26544/0001 AMG mxb 5/23/01 4:49 PM

## Eighth Defense

Venue is improper in this district and division; alternatively, this case should be transferred to the United States District Court for the Northern District of Texas for the convenience of witnesses and parties and in the interest of justice.

## Ninth Defense

Plaintiffs' fraud allegations are not pled with the particularity required by Federal Rules of Civil Procedure 9(b) and therefore fail to state a claim upon which relief can be granted.

## Tenth Defense

Any data, information and/or expertise provided by Plaintiffs to these Defendants could not constitute trade secrets under Florida law.

## Eleventh Defense

Plaintiff consented to the transfer of the data and/or information allegedly given to these Defendants and for that and other reasons cannot maintain a claim for conversion.

## Twelfth Defense

Some or all of Plaintiff's claims are barred by the economic loss doctrine.

## Thirteenth Defense

Plaintiff's contractual claims are barred by the statute of frauds under either Florida or Texas law.  Florida Statutes § 725.01; Tex. Bus. & Comm. C. § 26.01.

WHEREFORE, these Defendants request that the Court dismiss the Amended Complaint and award them all costs of this action, including an award of reasonable attorneys' fees.

21

ORL1\LABOR\383203.1
26544/0001 AMG mxb 5/23/01 4:49 PM

Respectfully submitted,

ALAN M. GERLACH, ESQ.
BROAD AND CASSEL
Florida Bar. No. 199184
390 North Orange Avenue, Suite 1100
Orlando, Florida  32801
P.O. Box 4961 (32802)
Telephone:  (407) 839-4200
Fax: (407) 425-8377

- and -

JOHN W. GREENE, ESQ.
HILL GILSTRAP
1400 West Abram Street
Arlington, Texas 76013
Telephone: (817) 261-2222
Fax: (817) 861-4685
Attorneys for Defendants David Lane,
Barnett Lane Investments, Inc. and
JTL Capital, L.L.C

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this ____ day of May, 2001 to: Gregory J. Orcutt, Esq., Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, Florida 33602; Daniel F. Molony, Esq., Shook, Hardy & Bacon, L.L.P., 201 E. Kennedy Blvd., Suite 601, Tampa, Florida  33602; Alan S. Loewinsohn, Esq., Pezzulli & Loewinsohn, L.L.P., 18383 Preston Road, Suite 110, Dallas, Texas 75252 and Dora Kaufman, Esq., Halley, Sinagra & Perez, 100 S.E. 3rd Avenue, Suite 1900, Fort Lauderdale, Florida  33394.

Alan M. Gerlach

22