FILED

*Cox*

01 JUL -5 PM 4: 01

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                    Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

**(DISPOSITIVE MOTION)**
**MOTION FOR SUMMARY JUDGMENT**
**BY DEFENDANTS PAUL E. ROWSEY, III,**
**C. TODD MILLER, DAVID M. JACOBS, AND WILLIAM S. BUCHANAN**

Defendants Paul E. Rowsey, III, C. Todd Miller, David M. Jacobs, and William S.

Buchanan ( "the Eiger Individuals"), pursuant to Rule 56, Fed. R. Civ. P., hereby move for

summary judgment in their favor and against Plaintiffs Lochmere Development Group, Inc.

("Lochmere Development") and Lochmere Realty, Inc. ("Lochmere Realty") as to all claims

asserted by either of Lochmere Development or Lochmere Realty against the Eiger

Individuals.

In support of this motion, the Eiger Individuals would show that, as demonstrated in

the accompanying memorandum of law, there is no issue of material fact and the Eiger

Individuals are entitled to a judgment as a matter of law as to each of the Plaintiffs' claims

against them. These claims include: (1) Violation of Florida's Uniform Partnership Act

5303.1

79

(Count IV), (2) Intentional Fraud (Count X), (3) Constructive Fraud (Count XVI), (4) Unjust

Enrichment (Count XXII), (5) Violation of Florida's Uniform Trade Secrets Act (Count

XXIX), (6) Conversion (Count XXXVI), and (7) Civil Conspiracy (Count XXXVIII).

The reasons and authorities in support of this motion are set forth in the

accompanying Memorandum of Law.

WHEREFORE, Defendants Paul E. Rowsey, III, C. Todd Miller, David M. Jacobs,

and William S. Buchanan request that the Court enter summary judgment in their favor

against Plaintiffs Lochmere Development Group, Inc. and Lochmere Realty, Inc. and that the

Court award said Defendants their costs, expenses, and reasonable attorney's fees.

Respectfully submitted,

Daniel F. Molony
Florida Bar No. 271330
James B. Murphy, Jr.
Florida Bar No. 287598
Paul W. Rebein
Florida Bar No. Pending
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100 / (813) 221-8837 - Facsimile

5303.1                                    -2-

and
Alan S. Loewinsohn
Carol E. Farquhar
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300 / (972) 713-1313 - Facsimile

Attorneys for Paul E. Rowsey, III, C. Todd Miller,
David M. Jacobs, and William S. Buchanan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished ~~by facsimile transmission and~~ by United States Mail to Gregory J. Orcutt, Esq.,

Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602

and Alan B. Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801 this 5th

day of July, 2001.

ATTORNEY

5303.1                                          -3-