FILED

01 JUL -5 PM 4: 01

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                    Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## (DISPOSITIVE MOTION)
## MOTION FOR SUMMARY JUDGMENT
## BY DEFENDANT FLEET NATIONAL BANK, N.A.

Defendant Fleet National Bank, N.A., a national banking association, f/k/a

BankBoston, N.A. ("the Bank"), pursuant to Rule 56, Fed. R. Civ. P., hereby moves for

summary judgment in its favor and against Plaintiffs Lochmere Development Group, Inc.

("Lochmere Development") and Lochmere Realty, Inc. ("Lochmere Realty") as to all claims

asserted by either of Lochmere Development or Lochmere Realty against the Bank.

In support of this motion, the Bank would show that, as demonstrated in the

accompanying memorandum of law, there is no issue of material fact and the Bank is entitled

to a judgment as a matter of law as to each of the Plaintiffs' claims against them. These

claims include: (1) Unjust Enrichment (Count XXIII), (2) Violation of Florida's Uniform

5304.1

Trade Secrets Act (Count XXX), (3) Conversion (Count XXXVII), and (4) Civil Conspiracy (Count XXXVIII).

The reasons and authorities in support of this motion are set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendant Fleet National Bank, N.A. requests that the Court enter summary judgment in its favor against Plaintiffs Lochmere Development Group, Inc. and Lochmere Realty, Inc. and that the Court award said Defendant its costs, expenses, and reasonable attorney's fees.

Respectfully submitted,

Daniel F. Molony
Florida Bar No. 271330
James B. Murphy, Jr.
Florida Bar No. 287598
Paul W. Rebein
Florida Bar No. Pending
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 - Facsimile

5304.1

Alan S. Loewinsohn
Carol E. Farquhar
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 - Facsimile

and

Dora Kaufman
Florida Bar No. 771244
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300
(954) 467-1372 - Facsimile

Attorneys for Fleet National Bank f/k/a
BankBoston, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished by facsimile transmission and by United States Mail to Gregory J. Orcutt, Esq.,

Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602

and Alan B. Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801 this 5

day of July, 2001.

ATTORNEY

5304.1