## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LOCHMERE DEVELOPMENT GROUP }
INC., and LOCHMERE REALTY, INC., }
                                    }

      Plaintiffs, }

                                }

v. }          CASE NO. 8:00 CV 1026-T-27B

                                }

H.D. ASSOCIATES, L.P., a Delaware }
Limited partnership, by and through its }
general partner, DUNES OPERATING }
COMPANY, L.P., a Delaware limited }
partnership, by and through its general }
partners, EIGER, INC., a Delaware }
corporation, and 2M DUNES, L.L.C., a }
Texas limited liability company; EIGER }
FUND I, L.P., a Delaware limited partner- }
ship; EIGER PARTNERS, L.P., a }
Delaware limited partnership; DAVID }
LANE, an individual; BARNETT LANE }
INVESTMENTS, INC., a Texas }
corporation; JTL CAPITAL, L.L.C., a Texas}
limited liability company; FLEET }
NATIONAL BANK, N.A. a national }
banking association; PAUL E. }
ROWSEY, III, an individual; C.TODD }
MILLER, an individual; DAVID M. }
JACOBS, an individual; and WILLIAM }
S. BUCHANAN, an individual, }

                                }

      Defendants. }

_____ }

## NOTICE OF FILING OF CORRECTED TITLE PAGE FOR MOTION
## FOR SUMMARY JUDGMENT PRESENTLY PENDING

TO THE UNITED STATES DISTRICT COURT:

      COME NOW, DAVID LANE, an individual; BARNETT LANE INVESTMENTS, INC.,

a Texas corporation; JTL CAPITAL, L. L. C., Defendants in the above-referenced case and file

**NOTICE OF FILING OF CORRECTED TITLE PAGE FOR MOTION**
**FOR SUMMARY JUDGMENT PRESENTLY PENDING**                   **PAGE 1**



this after Notice of Filing of Corrected Title Page for Motion for Summary Judgement Presently

Pending and for same would show the following:

1.      On Thursday, July 5, 2001, Defendants caused the delivery for filing of Defendants' Motion for Summary Judgment.

2.      The Motion for Summary Judgment contained and incorporated a Memorandum of Law in support thereof.

3.      The title page of that document inadvertently failed to state that the Motion for Summary Judgment contained a Memorandum of Law in support thereof.

4.      The attached corrected Title Page of Defendants Davie Lane, an Individual, Barnett Lane Investments, Inc. and JTL Capital, L.L.C. Motion for Summary Judgment and Incorporated Memorandum of Law in Support Thereof is filed herewith on July 5, 2001 and incorporated as the corrected title page for the above-referenced Motion.

Respectfully submitted,

Lisa A. Griffin
BROAD AND CASSEL
Florida Bar. No. 0137774
390 North Orange Avenue, Suite 1100
Orlando, Florida 32801
P.O. Box 4961 (32802)
Telephone No: (407) 839-4200
Fax No: (407) 425-8377
Attorneys for Defendants David Lane, Barnett Lane
Investments,   Inc. and JTL Capital, L.L.C

and

JOHN W. GREENE, ESQ.
HILL GILSTRAP
State Bar No. 08391520
1400 West Abram Street
Arlington, Texas 76013
Telephone No: (817) 261-2222
Fax No: (817) 277-3249
Attorneys for Defendants David Lane, Barnett Lane
Investments, Inc. and JTL Capital, L.L.C

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Filing of

Corrected Title Page for Motion for Summary Judgment Presently Pending was forwarded to all

counsel of record on the 5th day of July, 2001.