FILED

01 JUL -5 PM 4: 01

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

   Plaintiffs,

              Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

   Defendants.

_____/

**(DISPOSITIVE MOTION)**
**MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS**
**EIGER FUND I. L.P., EIGER PARTNERS L.P., H.D. ASSOCIATES,**
**L.P., DUNES OPERATING COMPANY, L.P. AND 2M DUNES, L.L.C.**

Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P.,

Dunes Operating Company, L.P. and 2M Dunes, L.L.C. ("the Eiger Entities"), pursuant to Rule

56, Fed. R. Civ. P., hereby move for summary judgment in their favor and against Plaintiffs

Lochmere Development Group, Inc. ("Lochmere Development") and Lochmere Realty, Inc.

("Lochmere Realty") as to the following claims:(1) Violation of Florida's Uniform Partnership

Act (Count III), (2) Intentional Fraud (Counts VIII and IX), (3) Constructive Fraud (Counts XIV

and XV), (4) Quantum Meruit and Unjust Enrichment (Counts XX and XXI), (5) Violation of

Florida's Uniform Trade Secrets Act (Counts XXVII and XXVIII), (6) Conversion (Counts

XXXIV and XXXV), and (7) Civil Conspiracy (Count XXXVIII ).

52651

87

In support of this motion, the Eiger Entities would show that, as demonstrated in the accompanying memorandum of law, there is no issue of material fact and the Eiger Entities are entitled to a judgment as a matter of law as to each of these claims.

The reasons and authorities in support of this motion are set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P., Dunes Operating Company, L.P. and 2M Dunes, L.L.C. request that the Court enter summary judgment in their favor against Plaintiffs Lochmere Development Group, Inc. and Lochmere Realty, Inc. and that the Court award said Defendants their costs, expenses, and reasonable attorney's fees.

Respectfully submitted,

Daniel F. Molony
Florida Bar No. 271330
James B. Murphy, Jr.
Florida Bar No. 287598
Paul W. Rebein
Florida Bar No. Pending
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 - Facsimile

5265.1                              -2-

and

Alan S. Loewinsohn
Carol E. Farquhar
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 - Facsimile

Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Dunes Operating Company, L.P.,
and 2M Dunes, L.L.C.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

~~by facsimile transmission and~~ by United States Mail to Gregory J. Orcutt, Esq., Bricklemyer,

Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602 and Alan B.

Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801 this 5th day of July, 2001.

_____
ATTORNEY

5265.1                                    -3-