

FILED

01 JUL -5 PM 4:02

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                  Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## NOTICE OF FILING AFFIDAVIT OF C. TODD MILLER
## IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P., Dunes

Operating Company, L.P. and 2M Dunes, L.L.C. ("the Eiger Entities"), and Defendants Paul E.

Rowsey, III, C. Todd Miller, David M. Jacobs, and William S. Buchanan ( "the Eiger Individuals"),

provide this Notice of Filing Affidavit of C. Todd Miller in Support of Defendants' Motions for

Summary Judgment against Plaintiffs Lochmere Development Group, Inc. ("Lochmere

Development") and Lochmere Realty, Inc. ("Lochmere Realty").

                                     Respectfully submitted,

                                     Daniel F. Molony       FBN 271330
                                     James B. Murphy, Jr.    FBN 287598
                                     SHOOK, HARDY & BACON L.L.P.
                                     100 N. Tampa Street, Suite 2900
                                     Tampa, FL 33602
                                     (813) 202-7100
                                     (813) 221-8837 - Facsimile

                                   - and -

6305.1

95

Alan S. Loewinsohn
Carol E. Farquhar
PEZZULLI & LOEWINSOHN, L.L.P.
18383 Preston Road, Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 - Facsimile

Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Dunes Operating Company, L.P.,
2M Dunes, L.L.C. and Fleet National Bank
N.A., f/k/a BankBoston, N.A.

- and -

Dora Kaufman
Florida Bar No. 771244
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300
(954) 467-1372  - Facsimile

Co-Counsel for Fleet National Bank, N.A.,
f/k/a BankBoston, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

~~facsimile transmission and by~~ United States Mail to Gregory J. Orcutt, Esq., Bricklemyer, Smolker

& Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602 and Alan B. Gerlach, 390 N.

Orange Avenue, Suite 1100, Orlando, FL 32801 this 5th day of July, 2001.

ATTORNEY

6305.1