FILED



01 JUL -5 PM 4: 02

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida Corporation, and
LOCHMERE REALTY, INC., a Florida
Corporation,

        Plaintiffs,

v.                                             Case No.:  8:00-cv-1026-T-27B

EIGER FUND I, L.P., a Delaware Limited
Partnership; EIGER, INC., a Delaware
Corporation; EIGER PARTNERS, L.P.,
a Delaware Limited Partnership;
DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC.,
a Texas Corporation; JTL CAPITAL,
L.L.C.,  a Texas limited liability company;
H.D. ASSOCIATES, L.P., a Delaware
Limited Partnership; BANKBOSTON
N.A., a national association;
PAUL E. ROWSEY, III, an individual;
C. TODD MILLER, an individual;
DAVID M. JACOBS, an individual;
and WILLIAM S. BUCHANAN,
an individual

        Defendants.

_____/

### AFFIDAVIT OF C. TODD MILLER IN SUPPORT OF
### MOTION FOR SUMMARY JUDGMENT BY EIGER INDIVIDUAL
### DEFENDANTS

STATE OF TEXAS        §
                         §
COUNTY OF DALLAS    §

       BEFORE ME, the undersigned authority, personally appeared C. Todd Miller,

who was duly sworn and says:

**AFFIDAVIT OF C. TODD MILLER IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT BY EIGER INDIVIDUAL DEFENDANTS**    **Page** 1

1.     I am the Chief Executive Officer of Eiger, Inc. ("Eiger"), a Dallas, Texas based investment management company.  I have served in that position since its incorporation on January 11, 1999.  I am over twenty-one years of age and am competent to testify to the matters addressed in this affidavit.  These matters are based on my personal knowledge.

2.     I am named as an individual defendant in the above referenced lawsuit.

3.     On March 30, 1999, Paul E. Rowsey, III, President of Eiger, and I visited the Hammock Dunes property where I first met Robert Dale Evan ("Evans").

4.     The March 30-31, 1999 meetings were the only time that I had any substantive discussions with Evans or any other representative of Lochmere Development Group, Inc. ("Lochmere Development") or Lochmere Realty, Inc. ("Lochmere Realty").  I attended a portion of one other meeting in April, 1999, at which Mr. Evans was present but I did not have any discussions with Mr. Evans at that time other than to greet him.  I had one additional brief encounter with Mr. Evans on or about June 10, 1999, at which time we greeted one another, exchanged pleasantries, but did not talk about anything substantive.

5.     I never had any discussions with Evans or any other representative of either Lochmere Development or Lochmere Realty regarding any compensation which Evans or either of these companies would be paid for any work they performed regarding Hammock Dunes.  I never made any misrepresentations or false statements to Evans or any representative of Lochmere Development or Lochmere Realty with regard to any

AFFIDAVIT OF C. TODD MILLER IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT BY EIGER INDIVIDUAL DEFENDANTS          Page2

compensation they would be paid or work they would perform with respect to Hammock Dunes, or with respect to any other matter.

_C. Todd Miller_
C. TODD MILLER


SWORN TO AND SUBSCRIBED before me, this 29th day of June, 2001 by C. Todd Miller, who was personally known to me

_Pat J. Smith_ (Print Name)
PAT J. SMITH
NOTARY PUBLIC, State of Texas

My commission expires: 9-12-2001

PAT J. SMITH
Notary Public
State of Texas
Comm. Expires 9-12-2001


**AFFIDAVIT OF C. TODD MILLER IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT BY EIGER INDIVIDUAL DEFENDANTS**          Page 3