

FILED

01 JUL -5 PM 4: 02

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                     Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## AFFIDAVIT OF WILLIAM S. BUCHANAN IN SUPPORT OF
## MOTION FOR SUMMARY JUDGMENT BY EIGER INDIVIDUAL DEFENDANTS

STATE OF TEXAS
COUNTY OF DALLAS

        BEFORE ME, the undersigned authority, personally appeared William S. Buchanan, who was duly sworn and says:

        1.     I am an Executive Vice President of Eiger, Inc. ("Eiger"), a Dallas, Texas based investment management company. I have served in that position since its incorporation on January 11, 1999. I am over twenty-one years of age and am competent to testify to the matters addressed in this affidavit. These matters are based on my personal knowledge.

        2.     I am named as an individual defendant in the above referenced lawsuit.

        3.     I met Robert D. Evans ("Evans") on only one occasion. Our meeting consisted of merely a brief encounter when Mr. Evans was introduced to me while he was visiting Eiger's corporate office in Dallas. We introduced each other and exchanged pleasantries, but did not talk about anything substantive.

/00

4.      I never had any discussions with Evans or any other representative of either Lochmere Development Group, Inc. ("Lochmere Development") or Lochmere Realty, Inc. ("Lochmere Realty") regarding any compensation which Evans or either of these companies would be paid for any work they performed regarding Hammock Dunes. I never made any misrepresentations or false statements to Evans or any representative of Lochmere Development or Lochmere Realty with regard to any compensation they would be paid or work they would perform with respect to Hammock Dunes, or with respect to any other matter.

WILLIAM S. BUCHANAN


SWORN TO AND SUBSCRIBED before me, this 29th day of June, 2001, by William S. Buchanan, who was personally known to me.

(Print Name)    PAT J. SMITH

NOTARY PUBLIC, State of Texas

My commission expires:    9-12-2001



PAT J. SMITH
Notary Public
State of Texas
Comm. Expires 9-12-2001


5860.1    AFFIDAVIT OF WILLIAM S. BUCHANAN                         Page 2