FILED

01 JUL -5 PM 4:02

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                      Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

### NOTICE OF FILING AFFIDAVIT OF ROBERT C. AVIL
### IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Fleet National Bank, N.A., a national banking association ("the Bank"), provides

this Notice of Filing the Affidavit of Robert C. Avil in Support of Defendant's Motion for Summary

Judgment against Plaintiffs Lochmere Development Group, Inc. ("Lochmere Development") and

Lochmere Realty, Inc. ("Lochmere Realty").

                                   Respectfully submitted,

                                   Daniel F. Molony
                                   Florida Bar No. 271330
                                   James B. Murphy, Jr.
                                   Florida Bar No. 287598
                                   SHOOK, HARDY & BACON L.L.P.
                                   100 N. Tampa Street, Suite 2900
                                   Tampa, FL 33602
                                   (813) 202-7100
                                   (813) 221-8837 - Facsimile

                                  - and -

5425.2

101

Alan S. Loewinsohn
Carol E. Farquhar
PEZZULLI & LOEWINSOHN, L.L.P.
18383 Preston Road, Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 - Facsimile

Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Dunes Operating Company, L.P.,
2M Dunes, L.L.C. and Fleet National Bank
N.A., f/k/a BankBoston, N.A.

- and -

Dora Kaufman
Florida Bar No. 771244
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300
(954) 467-1372  - Facsimile

Co-Counsel for Fleet National Bank, N.A.,
f/k/a BankBoston, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile transmission and by United States Mail to Gregory J. Orcutt, Esq., Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602 and Alan B. Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801 this 5th day of July, 2001.

ATTORNEY

5425.2