FILED

01 JUL -5 PM 4: 02

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                        Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## AFFIDAVIT OF ROBERT C. AVIL
## IN SUPPORT OF DEFENDANT FLEET NATIONAL BANK'S
## MOTION FOR SUMMARY JUDGMENT

STATE OF GEORGIA
COUNTY OF _COBB_

        BEFORE ME, the undersigned authority, personally appeared Robert C. Avil, who was duly sworn and says:

        1.      I am a Director of Fleet National Bank, f/k/a BankBoston ("Fleet" or "the Bank"). I have served in that position for approximately three years. I have worked in the banking industry since 1985. I am over twenty-one years of age and am competent to testify to the matters addressed in this affidavit. This affidavit is made based upon my personal knowledge.

        2.      Fleet acted as a lender to H.D. Associates, L.P. and Dunes Operating Company, L.P. in connection with their purchase of Hammock Dunes, a real estate project in Palm Coast, Florida.

AFFIDAVI.WPD

/02

3. As part of Fleet's loan evaluation process, Plaintiffs voluntarily provided Fleet with a series of spreadsheets entitled "Master Development Budget."

4. Plaintiffs did not apply for or receive any loan from Fleet.

5. Prior to the filing of the Complaint herein, neither the Plaintiffs, nor any other person or entity (including Bob Evans), ever requested or indicated to Fleet that the Bank was expected to pay for any information furnished by the Plaintiffs.

6. On or about July 12, 1999, Plaintiffs sent a letter to Fleet demanding return of documentation. Fleet returned the documentation as requested by Plaintiffs.

7. After returning the requested documentation to Plaintiffs, Fleet did not make any further use of this documentation.

8. In the banking industry, it is customary for loan applicants and their agents to prepare financial information and provide it to banks as part of the loan evaluation process without compensation.

SWORN TO AND SUBSCRIBED before me, this 3rd day of July, 2001, by Robert C. Avil, who ☑ was personally known to me or ☐ produced the following identification:

_____ .

_____

(Print Name) _____

NOTARY PUBLIC, State of Georgia

My commission expires: _____

NOTARY PUBLIC, COBB
COUNTY, GEORGIA
MY COMMISSION
EXPIRES AUGUST 22, 2002

