FILED

01 JUL -5 PM 4:02

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                            Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## NOTICE OF FILING EXHIBITS UNDER COURT SEAL
## IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P., Dunes

Operating Company, L.P. and 2M Dunes, L.L.C. ("the Eiger Entities"), Defendants Paul E. Rowsey,

III, C. Todd Miller, David M. Jacobs, and William S. Buchanan ( "the Eiger Individuals"), and

Defendant Fleet National Bank, N.A., a national banking association ("the Bank"), provide this

Notice of Filing Exhibits Under Court Seal, pursuant to paragraph 10 of the Agreed Protective Order

entered March 6, 2001, in Support of Defendants' Motions for Summary Judgment against Plaintiffs

Lochmere Development Group, Inc. ("Lochmere Development") and Lochmere Realty, Inc.

("Lochmere Realty").

5423.1

106

Respectfully submitted,

Daniel F. Molony
Florida Bar No. 271330
James B. Murphy, Jr.
Florida Bar No. 287598
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 - Facsimile


Alan S. Loewinsohn
Carol E. Farquhar
PEZZULLI & LOEWINSOHN, L.L.P.
18383 Preston Road, Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 - Facsimile

Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Dunes Operating Company, L.P.,
2M Dunes, L.L.C. and Fleet National Bank
N.A., f/k/a BankBoston, N.A.

- and -

Dora Kaufman
Florida Bar No. 771244
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300
(954) 467-1372 - Facsimile

Co-Counsel for Fleet National Bank, N.A.,
f/k/a BankBoston, N.A.

5423.1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by ~~facsimile transmission and by~~ United States Mail to Gregory J. Orcutt, Esq., Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602 and Alan B. Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801 this 5ᵗʰ day of July, 2001.

ATTORNEY

5423.1