FILED
CM
01 JUL 12 PM 4: 10

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

      Plaintiffs,

                              Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.,

      Defendants.

_____/

## THE EIGER ENTITIES, EIGER INDIVIDUALS AND FLEET BANK, N. A.'S REQUEST FOR ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT

Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P., Dunes Operating Company, L.P. and 2M Dunes, L.L.C., (the "Eiger Entities"), Paul E. Rowsey, III, C. Todd Miller, David M. Jacobs, and William S. Buchanan (the "Eiger Individuals") and Fleet National Bank, N.A. (the "Bank"), a national banking association, pursuant to Local Rule 3.01(d), M.D. Fla. Rules, hereby request oral argument on their motions for summary judgment filed June 5, 2001.

In support of this request, these Defendants submit that in light of the large number of claims and parties and the strength of the arguments presented, oral argument would facilitate the disposition of the motions.

These Defendants estimate that three hours would be required for argument at the hearing.

6489.1

108

Respectfully submitted,

Daniel F. Molony
Florida Bar No. 271330
James B. Murphy
Florida Bar No. 287598
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 - Facsimile

Alan S. Loewinsohn
Carol E. Farquhar.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 - Facsimile

Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Dunes Operating Company, L.P.,
and 2M Dunes, L.L.C. and Fleet National Bank,
NA., f/k/a BankBoston, N.A.

and

Dora Kaufman
Florida Bar No. 771244
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300
(954) 467-1372 - Facsimile

Co-Counsel for Fleet National Bank, N.A. f/k/a
   BankBoston, N.A.

6489.1                              - 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

facsimile transmission and by United States Mail to Gregory J. Orcutt, Esq., Bricklemyer,

Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602 and Alan B.

Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801 this  12th  day of July, 2001.

ATTORNEY

6489.1                                - 3 -