

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA  JUL 19 PM 3: 59
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.

    Plaintiffs,

v.                                                                Case No.: 8:00-cv-1026-T-27B

EIGER FUND I, L.P., et al.

    Defendants.

_____/

### PLAINTIFFS' MOTION FOR AN ENLARGEMENT OF TIME TO FILE MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Plaintiffs, LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE REALTY, INC., by and through the undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure hereby move for an enlargement of time permitted for it to serve its brief or legal memorandum in opposition to Defendants', EIGER FUND I. L.P., EIGER PARTNERS L.P., H.D. ASSOCIATES, L.P., DUNES OPERATING COMPANY, L.P. AND 2M DUNES, L.L.C. (the "Eiger Defendants"), Motion for Summary Judgment and in support thereof state:

1.    On or about July 5, 2001, the Eiger Defendants filed their Motion and Memorandum of Law attacking every cause of action asserted against them.

2.    Plaintiff did not receive a copy of the Motion and Memorandum of Law until July 6, 2001. Pursuant to Local 3.01b, Plaintiffs have ten (10) days to file and serve

112

a brief or legal memorandum in opposition to Defendants' motion. Pursuant to Rule 6A of the Federal Rules of Civil Procedure and Local Rule 4.20, a response is due on or before Monday, July 23, 2001.

3.    On or about July 3, 2001, the Defendants DAVID LANE, BARNETT LANE INVESTMENTS, Inc. and JTL CAPITAL, L.L.C. filed their Dispositive Motion in the instant action. On or about July 5, 2001, the remaining Defendants also filed Dispositive Motions in the instant action. Collectively, these four motions for summary judgment raise a myriad of issues and attack all thirty counts of the Complaint. Extensive legal analysis and review of a substantial record is necessary in order to respond to these expansive dispositive motions

4.    Furthermore, Plaintiffs are awaiting the arrival of the remaining deposition transcripts that relate to issues raised in the dispositive motions.

5.    This motion is timely filed prior to the expiration of the time to respond.

6.    Plaintiffs are requesting an additional thirty (30) days from July 23, 2001 through and including August 22, 2001 within which to file its brief or legal memorandum in response to Defendants' motion.

## MEMORANDUM OF LAW

Local Rule 3.01(b) requires that a party opposing a written motion shall file and serve, within ten days of after being served with the motion, a brief or legal memorandum in opposition to the relief requested. Rule 6(b) of the Federal Rules of Civil Procedure provides, however, that prescribed time periods may be enlarged at the discretion of the Court if the request for an extension is made prior to the expiration of the period originally prescribed.

Federal Rule of Civil Procedure 6(b) states that the rule shall be construed to secure just, speedy and inexpensive determination in every action. In accordance with that mandate, courts have generally given a liberal interpretation to Rule 6(b) in order to work substantial justice. *See Anderson v. Stanco Sports Library, Inc.,* 52 F.R. D. 108 (D.S.C. 1971).

Service of the motion to Plaintiffs was effected July 5, 2001. Pursuant to Rule 6(a) of the Federal Rules of Civil Procedure, when the period of time prescribed is less than 11 days, intermediate Saturdays and Sundays are excluded in the computation. The response to Defendants motion is due on or before July 23, 2001. Accordingly, this motion is timely filed.

Summary Judgment is a drastic remedy which deprives the Plaintiff of his day in court. It should not be hastily granted without allowing time for an adequate response.

WHEREFORE, Plaintiffs, LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE REALTY, INC., respectfully request that this Court enter an Order enlarging by thirty (30) days through and including August 22, 2001, the time permitted for serving a brief or legal memorandum in opposition to the motion filed by Defendants EIGER FUND I. L.P., EIGER PARTNERS L.P., H.D. ASSOCIATES, L.P., DUNES OPERATING COMPANY, L.P. AND 2M DUNES, L.L.C.

Gregory J. Orcutt, Esquire
Florida Bar No. 230855
Bricklemyer, Smolker & Bolves, P.A.
500 East Kennedy Boulevard, Suite 200
Tampa, Florida 33602
813-223-3888 / 813-228-6422 - Facsimile
Counsel for Plaintiff
LOCHMERE DEVELOPMENT GROUP,
INC. and LOCHMERE REALTY, INC.

## CERTIFICATION OF CONFERENCE

In accordance with Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida, I hereby certify that James B. Murphy, Jr., Shook, Hardy & Bacon L.L.P., counsel for Eiger Fund I. L.P., Eiger Partners L.P., H.D. Associates, L.P., Dunes Operating Company, L.P. and 2M Dunes, L.L.C., was contacted in a good faith effort to obtain an agreement for an extension of time to file a memorandum of law in opposition to their motion. Counsel for Defendants has agreed to an extension of fifteen days, but objects to a longer period for response.

Gregory J. Orcutt, Esquire
Florida Bar No. 230855

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by Facsimile and U. S. Mail to the parties listed on the Service List attached hereto, this 18th day of July 2001.

Gregory J. Orcutt
Florida Bar No. 230855

## SERVICE LIST

Alan S. Loewinsohn, Esq.
Carol E. Farquhar, Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, TX 75252

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street
Suite 2900
Tampa, FL 33601-0898

> (Attys. for EIGER FUND I, L.P., EIGER, INC.,
> EIGER PARTNERS, L.P., H.D. ASSOCIATES,
> L.P., PAUL E. ROWSEY, III, C. TODD MILLER,
> DAVID M. JACOBS, WILLIAM S. BUCHANAN
> and FLEET NATIONAL BANK f/k/a BANKBOSTON, N. A.)

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

Alan M. Gerlach, Esq.
Broad and Cassel
390 North Orange Ave.
Suite 1100
Orlando, FL 32801

> (Attys. for DAVID LANE, BARNETT LANE
> INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.)

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

> Co-Counsel: FLEET NATIONAL BANK f/k/a BANKBOSTON, N. A.