## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

FILED

01 JUL 23 PM 2:08

CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| LOCHMERE DEVELOPMENT GROUP INC., and LOCHMERE REALTY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> H.D. ASSOCIATES, L.P., a Delaware Limited partnership, by and through its general partner, DUNES OPERATING COMPANY, L.P., a Delaware limited partnership, by and through its general partners, EIGER, INC., a Delaware corporation, and 2M DUNES, L.L.C., a Texas limited liability company; EIGER FUND I, L.P., a Delaware limited partnership; EIGER PARTNERS, L.P., a Delaware limited partnership; DAVID LANE, an individual; BARNETT LANE INVESTMENTS, INC., a Texas corporation; JTL CAPITAL, L.L.C., a Texas limited liability company; FLEET NATIONAL BANK, N.A. a national banking association; PAUL E. ROWSEY, III, an individual; C.TODD MILLER, an individual; DAVID M. JACOBS, an individual; and WILLIAM S. BUCHANAN, an individual, <br><br> Defendants. | CASE NO. 8:00 CV 1026-T-27B |

### CORRECTED CERTIFICATE OF SERVICE FOR THE MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF DEFENDANT'S DAVID LANE, AN INDIVIDUAL, BARNETT LANE INVESTMENTS, INC. AND JTL CAPITAL, L. L. C.

TO THE UNITED STATES DISTRICT COURT:

COME NOW, DAVID LANE, an individual; BARNETT LANE INVESTMENTS, INC.,

a Texas corporation; and JTL CAPITAL, L. L. C., Defendants in the above-referenced case and

file this their Corrected Certificate of Service and for same would show the following:

**CORRECTED CERTIFICATE OF SERVICE**                                    **PAGE 1**

113

I.

The Motion for Summary Judgment recently submitted to the Court for filing inadvertently indicated the wrong date on the Certificate of Service. The date listed on said Certificate of Service is July 2, 2001.

II.

The actual date on the Certificate of Service should have indicated July 3, 2001.

III.

The attached corrected Certificate of Service is marked Exhibit "A" and is incorporated as the corrected Certificate of Service for the above-referenced Motion.

Respectfully submitted,

ALAN GERLACH, ESQ.
BROAD AND CASSEL
Florida Bar. No. 199184
390 North Orange Avenue, Suite 1100
Orlando, Florida 32801
P.O. Box 4961 (32802)
Telephone No: (407) 839-4200
Fax No: (407) 425-8377
Attorneys for Defendants David Lane, Barnett Lane
Investments,   Inc. and JTL Capital, L.L.C

and

JOHN W. GREENE, ESQ.
HILL GILSTRAP
State Bar No. 08391520
400 West Abram Street
Arlington, Texas  76013
Telephone No: (817) 261-2222
Fax No: (817) 277-3249
Attorneys for Defendants David Lane, Barnett Lane
Investments, Inc. and JTL Capital, L.L.C

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded to all counsel of record on the /8 day of July, 2001.

_____
JOHN W. GREENE

**CORRECTED CERTIFICATE OF SERVICE**                                         **PAGE 3**

## CORRECTED CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded to all counsel of record on the 3rd day of July, 2001.

_____
JOHN W. GREENE

**EXHIBIT "A"**