FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

01 JUL 24 AM 10: 34

CLERK U.S. COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT
GROUP, INC. and LOCHMERE
REALTY, INC.,

          Plaintiff(s),

vs.                                                                Case No. 8:00-CV-1026-T-27TGW

EIGER FUND I, L.P., et al.,

          Defendant(s).
_____/

### ORDER ON PLAINTIFFS' MOTIONS FOR AN ENLARGEMENT OF TIME TO FILE MEMORANDUMS OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** came on to be considered on Plaintiffs' Motions for an Enlargement of Time to File Memorandums of Law in Opposition to Defendants' Motions for Summary Judgment (Dkts. 109,110, 111, 112). The Court having reviewed said motions and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiffs' motions (Dkts. 109, 110, 111, 112) are GRANTED to the extent that the deadline for Plaintiffs' responses to Defendants' motions for summary judgment is extended to August 13, 2001.

**DONE AND ORDERED** in chambers this 23rd day of July, 2001.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

114

F I L E   C O P Y

Date Printed: 07/24/2001

Notice sent to:

Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL   33602-4990

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 N. Tampa St., Suite 2900
P.O. Box 898
Tampa, FL   33601-0898

James B. Murphy Jr., Esq.
Shook, Hardy & Bacon, L.L.P.
100 N. Tampa St., Suite 2900
P.O. Box 898
Tampa, FL   33601-0898

Alan S. Loewinsohn, Esq.
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 110
Dallas, TX   75252-5476

Jo E. Hartwick, Esq.
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 110
Dallas, TX   75252-5476

Alan M. Gerlach Jr., Esq.
Broad & Cassell
390 N. Orange Ave., Suite 1100
P.O. Box 4961
Orlando, FL   32802-4961

John W. Greene, Esq.
HILL GILSTRAP
1400 West Abram Street
Arlington, TX   76013

Dora F. Kaufman, Esq.
Haley, Sinagra & Perez, P.A.
100 Southeast 3rd Ave.
One Financial Plaza, Suite 1900
Ft. Lauderdale, FL   33394