**ORIGINAL**

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LOCHMERE DEVELOPMENT GROUP        }
INC., and LOCHMERE REALTY, INC.,   }
                                   }
          Plaintiffs,              }
                                   }
v.                                 }      CASE NO. 8:00 CV 1026-T-27B
                                   }
H.D. ASSOCIATES, L.P., a Delaware  }
Limited partnership, by and through its }
general partner, DUNES OPERATING   }
COMPANY, L.P., a Delaware limited  }
partnership, by and through its general }
partners, EIGER, INC., a Delaware  }
corporation, and 2M DUNES, L.L.C., a }
Texas limited liability company; EIGER }
FUND I, L.P., a Delaware limited partner- }
ship; EIGER PARTNERS, L.P., a      }
Delaware limited partnership; DAVID }
LANE, an individual; BARNETT LANE  }
INVESTMENTS, INC., a Texas         }
corporation; JTL CAPITAL, L.L.C., a Texas}
limited liability company; FLEET   }
NATIONAL BANK, N.A. a national     }
banking association; PAUL E.       }
ROWSEY, III, an individual; C.TODD }
MILLER, an individual; DAVID M.    }
JACOBS, an individual; and WILLIAM }
S. BUCHANAN, an individual,        }
                                   }
          Defendants.              }
_____}

## RESPONSE TO PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME
## AND MEMORANDUM OF LAW

TO THE UNITED STATES DISTRICT JUDGE:

Defendants David Lane, Barnett Lane Investments, Inc., and JTL Capital, L.L.C. ("the

Lane Defendants") files this response to the Motion of Plaintiffs' Lochmere Development

Group, Inc., and Lochmere Realty, Inc. ("Lochmere") for Enlargement of Time to File

Memorandum of Law In Opposition to Defendants' Motion for Summary Judgment and in

support thereof state:

1.    The Lane Defendants filed their Motion for Summary Judgment in a timely fashion and in accordance with the amended deadline of July 5, 2001 previously issued by the Court.

2.    Pursuant to Local Rule 3.01(b), and Local Rule 4.20, the due date for the response to the Lane Defendants' Motion for Summary Judgment is July 23, 2001. That is eighteen (18) days from the date of receipt by Plaintiffs' attorney of the Lane Defendants' Motion for Summary Judgement.

3.    As indicated in the Certification of Conference attached to Plaintiffs' Motion for Extension of Time, the Lane Defendants have agreed to a fifteen (15) day extension which would give Plaintiffs' attorney in excess of thirty (30) days to respond to the Lane Defendants' Motion.

4.    While the Lane Defendants  concede that Plaintiffs must respond to four (4) Motions for Summary Judgment, the Lane Defendants would respectfully submit that the Court will easily recognize that the vast majority of the issues which Plaintiffs must address are common to all Defendants. Thus, Plaintiffs' briefing with respect to the issues raised in a given Motion for Summary Judgment will substantively address the issues raised in the other Summary Judgment Motions.

5.    The Lane Defendants would also respectfully submit that an extension of thirty (30) days for Plaintiffs to respond to the Motions for Summary Judgment would necessarily intrude on the Court's schedule for the pre-trial conference and trial of this case. The extension requested by Plaintiffs, if granted,  would work a disservice on all litigants in this case for the reason that the Court's ruling on the Motions for Summary Judgment would be postponed accordingly creating uncertainty on the part of all litigants as to the issues ultimately to be tried or mediated.

## MEMORANDUM OF LAW

5.    The Lane Defendants would submit that Lochmere has submitted no evidence to the Court which would justify a thirty (30) day extension of time to file a responsive pleading. Lochmere has presented no evidence, by affidavit or otherwise, of any hardship, conflict of schedule or other basis for the extension. Moreover, the Lane Defendants would submit that the granting of such an extension would have an adverse impact on the efficiency of Court administration and unduly prejudice the Lane Defendants. *Pioneer Investment Services Company v. Brunswick Associates Limited Partnership, 507 US 380, 123 L.ED. 2d 74, 113 S. CT. 1439 (1993).*

6.    WHEREFORE, the Lane Defendants respectfully request that the Court deny Plaintiffs' Motion to Enlarge by thirty (30) days the time permitted for serving Legal Memorandum In Opposition to the Motion for Summary Judgment filed by the Lane Defendants.

Respectfully submitted,

ALAN GERLACH, ESQ. Florida Bar. No. 199184
BROAD AND CASSEL
390 North Orange Avenue, Suite 1100
Orlando, Florida 32801
P.O. Box 4961 (32802)
Telephone No: (407) 839-4200
Fax No: (407) 425-8377
Attorneys for Defendants David Lane, Barnett Lane
Investments,   Inc. and JTL Capital, L.L.C

and

JOHN W. GREENE, ESQ. State Bar No. 08391520
HILL GILSTRAP
1400 West Abram Street
Arlington, Texas  76013
Telephone No: (817) 261-2222
Fax No: (817) 277-3249
Attorneys for Defendants David Lane, Barnett Lane
Investments, Inc. and JTL Capital, L.L.C

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded to all counsel of record on the 26th day of July, 2001.

_____
**JOHN W. GREENE**