

FILED

01 AUG 10 PM 4: 14

CLERK U S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.

      Plaintiffs,

v.                                    Case No.: 8:00-cv-1026-T-27B

EIGER FUND I, L.P., et al.

      Defendants.

_____/

### PLAINTIFFS' MOTION TO CONSOLIDATE RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND COMBINE PAGE LIMITS AND INCORPORATED MEMORANDUM OF LAW

Plaintiffs, LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE REALTY, INC. ("Lochmere"), by and through the undersigned counsel, hereby move to consolidate their responses to Defendants', EIGER FUND I. L.P., EIGER PARTNERS L.P., H.D. ASSOCIATES, L.P., DUNES OPERATING COMPANY, L.P. AND 2M DUNES, L.L.C. ("Eiger Entities"), PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M. JACOBS, AND WILLIAM S. BUCHANAN (the "Eiger Individuals"), FLEET NATIONAL BANK, N. A. ("Fleet") and DAVID LANE, BARNETT LANE INVESTMENTS, INC. and JTL CAPITAL, L.L.C. (the "Lane Defendants"), Motions for Summary Judgment and to combine the page limits attributable thereto and in support thereof state:

_116_

1.      On or about July 3, 2001 the Lane Defendants filed their motion for summary judgment.  On or about July 5, 2001 the remaining Defendants filed their motions for summary judgment.

2.      Collectively, these four motions for summary judgment attack all thirty counts of Plaintiffs' Complaint.  Defendants raise similar or identical issues in attacking more than thirty (30) different causes of action. These issues can be divided up along the lines of logically and legally related claims.

3.      If Plaintiffs filed individual responses to the four motions, the responses would be replete with cross-references, and repetitive, thus making reading of the documents tedious and overly confusing.

4.      These issues can best be addressed by responding to all of Defendants' claims collectively, separated by the issue addressed and the Counts challenged.  The issues/Counts challenged can be grouped as challenges to the Plaintiffs claims of violation of uniform partnership act, unjust enrichment/quantum Meruit, intentional and constructive fraud, violation of trade secrets act, conversion and civil conspiracy.

5.      In the interest of simplicity and judicial economy, in accordance with Local Rule 1.01, Plaintiffs propose to submit up to four separate responses, not exceeding the total number of pages collectively allowed under Local Rule 3.01(c) and addressing the related issues raised by Defendants by the Counts of the Complaint challenged. Although one or more of the responses may exceed 20 pages, the responses together will not exceed 80 pages.

## MEMORANDUM OF LAW

Local Rule 1.01 provides that the Local Rules are intended to complement the Federal Rules of Civil Procedure and shall be employed to provide fairness and simplicity in procedure. To that end, the Court has the discretion to suspend application of the Local Rules in the interest of justice.  See Local Rule 1.01(c ); Health Care Products, Inc. v. Hyman, 159 B.R. 339 (M.D. Fla. 1993). The Eleventh Circuit has a vigorous policy of resolving issues on the merits and not on procedural technicalities. United States v. Magellan Health Services, Inc., 74 F. Supp. 2d 1201 (M.D. Fla. 1999).

In the interest of thoroughly addressing the issues raised by Defendants expediently and with the greatest judicial efficiency, separate memoranda divided along logically and legally related claims is necessary.  The total pages utilized by Plaintiffs will not exceed the 80 pages allowable under Rule 3.01, given the necessity to respond to four motions.

WHEREFORE, Plaintiffs, respectfully request this Honorable Court grant leave to file responses to Defendants Motions for Summary Judgment collectively divided up based upon the issues raised.

Jay J. Bartlett, Esquire
Florida Bar No. 875163
Gregory J. Orcutt, Esquire
Florida Bar No. 230855
Bricklemyer, Smolker & Bolves, P.A.
500 East Kennedy Boulevard, Suite 200
Tampa, Florida 33602
813-223-3888 / 813-228-6422 - Facsimile
Counsel for Plaintiff
LOCHMERE DEVELOPMENT GROUP,
INC. and LOCHMERE REALTY, INC.

## CERTIFICATION OF CONFERENCE

In accordance with Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida, I hereby certify that Carol E. Farquhar, Esq., Pezzulli and Loewinsohn, L.L.P., counsel for the Eiger Entities, the Eiger Individuals and Fleet, and John W. Greene, Esq., Hill Gilstrap, P.C., counsel for David Lane, Barnett Lane Investments, Inc., and JTL Capital, L.L.C., were contacted in a good faith effort to obtain an agreement regarding the consolidation of the responses to their Motions for Summary Judgment. Counsel for the Eiger Entities, the Eiger Individuals, and Fleet agrees to the consolidation provided the total page number does not exceed 80.  Counsel for the Lane Defendants object to the relief sought in this motion.

Jay J. Bartlett, Esquire
Florida Bar No. 875163
Gregory J. Orcutt, Esquire
Florida Bar No. 230855

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent

by Facsimile and U. S. Mail to the parties listed on the Service List attached hereto, this

_____10_____ day of August 2001.

Jay J. Bartlett, Esquire
Florida Bar No. 875163
Gregory J. Orcutt
Florida Bar No. 230855

## SERVICE LIST

Alan S. Loewinsohn, Esq.                    972-713-1300 facsimile
Carol E. Farquhar, Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, TX  75252

Daniel F. Molony, Esq.                      813-221-8837 facsimile
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street
Suite 2900
Tampa, FL 33601-0898

       (Attys. for EIGER FUND I, L.P., EIGER, INC.,
       EIGER PARTNERS, L.P., H.D. ASSOCIATES,
       L.P., PAUL E. ROWSEY, III, C. TODD MILLER,
       DAVID M. JACOBS, WILLIAM S. BUCHANAN
       and FLEET NATIONAL BANK f/k/a BANKBOSTON, N. A.)

John W. Greene, Esq.                        817-861-4685 facsimile
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

Alan M. Gerlach, Esq.                       407-425-8377 facsimile
Broad and Cassel
390 North Orange Ave.
Suite 1100
Orlando, FL 32801

       (Attys. for DAVID LANE, BARNETT LANE
       INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.)

Dora Kaufman, Esq.                          954-467-1372 facsimile
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

       Co-Counsel: FLEET NATIONAL BANK f/k/a BANKBOSTON, N. A.