UNITED STATES DISTRICT COURT
Middle District of Florida

LOCHMERE DEVELOPMENT GROUP, INC.,
and LOCHMERE REALTY, INC.,

        Plaintiffs,

vs.

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C.,
a Texas limited liability company; EIGER
FUND 1, L.P., a Delaware limited partnership;
EIGER PARTNERS, L.P., a Delaware limited
partnership;  DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC., a
Texas corporation; JTL CAPITAL, L.L.C., a
Texas limited liability company; FLEET NATIONAL
BANK, N.A., a national banking association;
PAUL E. ROWSEY, III, an individual; C. TODD MILLER,
an individual; DAVID M. JACOBS, an individual;
and, WILLIAM S. BUCHANAN, an individual,

        Defendants.
_____/

CASE NO.: 8:00-CV-1026-T-27B
State Court No.: 00-02525/Div. I

## NOTICE OF FILING APPENDIX IN SUPPORT OF PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Plaintiffs', Lochmere Development Group, Inc. and Lochmere Realty, Inc. ("Plaintiffs"),

provide this Notice of Filing the documents named below in support of Plaintiffs' Response to

Defendants', Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P., Dunes

Operating Company, L.P. and 2M Dunes, L.L.C. (the "Eiger Entities"); Paul E. Rowsey, III, C. Todd

/20

Miller, David M. Jacobs, and William S. Buchanan (the "Eiger Individuals"), and Fleet National Bank, N.A., a national banking association (the "Bank") Motions for Summary Judgment against Plaintiffs.

A.  Exhibit "A" to Complaint; March 6, 1998 memo from Bob Evans to David Lane.

B.  Exhibit "B" to Complaint, August 21, 1998 letter from Lochmere to David Lane and Steve Millum.

C.  Exhibit "C" to Complaint, September 2, 1998 letter from Lochmere to David Lane and Steven L. Millum.

D.  Composite Exhibit "D" to Complaint consisting of:

(a)  March 18, 1999 memorandum from David Lane to Robert Evans;

(b)  March 18, 1999 memorandum from David Lane to Gene E. Phillips;

(c)  March 17, 1999 letter from Joseph O'Shields to David Lane;

(d)  March 18, 1999 memorandum from David Lane to Jim Gardner, President , ITT Community Development Corporation.

E.  Exhibit "E" to Complaint, March 2, 1999 letter from Lochmere to Michael Bogel, Basic Capital Management, Inc.

F.  Exhibit "F" to Complaint, April 14, 1999 letter from Lochmere to David Lane

G.  Exhibit "G" to Complaint, Managing, Development and Marketing Agreement between Lochmere and Barnett Lane Investments (unsigned)

H.  Exhibit "H" to Complaint, April 22, 1999 letter from David Lane and Paul Rowsey to ITT Community Development Corporation

I. Exhibit "I" to Complaint, May 25, 1999 memorandum from Steve Samaha to Evans, et al.

J. Exhibit "J" to Complaint, June 8, 1999 letter from Rowsey to Evans

K. Exhibit "K" to Complaint, Management, Development and Marketing Agreement between Lochmere and H.D. Associates (unsigned)

L. Exhibit "L" to Complaint, July 12, 1999 letter from Lochmere to Rowsey

M. Exhibit "M" to Complaint, July 13, 1999 letter from Rowsey to Evans

N. Exhibit "N" to Complaint, July 29, 1999 letter from Keith Bricklemyer to Rowsey

O. May 3, 1999 memorandum from Paul Rowsey to Mark Bashum and Bob Avil

P. May 11, 1999 memorandum from Poppy M. Suarez to Eiger Fund

Q. June 10, 1999 letter from Lochmere to Paul Rowsey

R. June 24, 1999 letter from Lochmere to Joseph W. Hatsel

S. June 1, 2001 letter from Richard L. Brown to Greg Orcutt

T. June 4, 2001 expert testimony report from Robert Whitley

U. March 6, 1998 fax cover sheet and memorandum from Steve Milham to David Lane with copy to Bob Evans.

V. October 30, 1998 letter from David Lane to William F. Costigan

W. Excerpts from deposition of David Lane taken July 11, 2001.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by

Facsimile and U.S. Mail to all parties on the attached Service List this _13_ day of August, 2001.

Respectfully submitted,

BRICKLEMYER SMOLKER & BOLVES, P.A.

By: _____

Jay J. Bartlett
Florida Bar No. 875163
Gregory J. Orcutt
Florida Bar No. 230855
BRICKLEMYER SMOLKER & BOLVES, P.A.
500 East Kennedy Boulevard, Suite 200
Tampa, Florida 33602
Telephone: (813) 223-3888
Facsimile: (813) 228-6422
Attorneys for LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE REALTY, INC.

F:\docs\dec\DOCS\LOCHMERE\PLDGS\FEDERAL CT\PLDGS\N-FILING docs.doc

4

## SERVICE LIST

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street, Suite 3900
Tampa, FL  33602

Alan S. Loewinsohn, Esq.
Carol E. Farquhar, Esq.
Jo E. Hartwick, Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, TX  75252

(Attys. for H.D. ASSOCIATES, L.P. DUNES
OPERATING COMPANY, L.P., EIGER, INC.,
2M DUNES, L.L.C., EIGER FUND 1 L.P.,
EIGER PARTNERS, L.P., PAUL E. ROWSEY, III,
C. TODD MILLER, DAVID M. JACOBS,
WILLIAM S. BUCHANAN and FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.)

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Co-Counsel: FLEET NATIONAL BANK f/k/a BANKBOSTON,N.A.

Alan M. Gerlach, Esq.
Broad & Cassel
390 North Orange Ave.
Suite 1100
Orlando, FL 32801

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

(Attys. for DAVID LANE, BARNETT LANE
INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.)

F:\docs\doc\DOCS\LOCHMERE\PLDGS\FEDERAL CT\PLDGS\N-FILING docs.doc

5

# DOCUMENT ATTACHMENTS, OR EXHIBITS NOT SCANNED FOR THE FOLLOWING REASON(S):

____   **PHYSICAL SIZE OF PAPER** (LARGER OR SMALLER THAN 8 ½ X 11)

____   **EXCEEDS PAGE LIMIT**

____   **DOUBLE-SIDED PAGES**

____   **BINDING CANNOT BE REMOVED WITHOUT DAMAGING DOCUMENT**

____   **CASE LAW**

____   **SOCIAL SECURITY RECORD/ANSWER TRANSCRIPT**

X   Attachments Not scanned

# PLEASE REFER TO COURT FILE FOR COMPLETE DOCUMENT