FILED

01 AUG 16 PM 2: 11

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LOCHMERE DEVELOPMENT GROUP,
INC. and LOCHMERE REALTY,
INC.,

        **Plaintiffs,**

v.                                                    **Case No. 8:00-cv-1026-T-27B**

EIGER FUND I, L.P., **et al.**,

        **Defendants.**
_____/

## NOTICE OF MEDIATION

    PLEASE BE ADVISED that this case has been scheduled for mediation to be held before Peter J. Grilli, Esq. on:

**DATE AND TIME:**    **Thursday, October 25, 2001, 9:30 a.m. (all day)**

**LOCATION:**          **Law Offices of Peter J. Grilli, P.A.
First Union Center Suite 1300
100 South Ashley Drive
Tampa, Florida  33602**

    I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail on August 15, 2001 to United States District Court, 801 North Florida Avenue, Tampa, Florida 33602 and to:

Alan B. Gerlach, Esquire
390 North Orange Avenue
Suite 1100
Orlando, Florida    32801

Dora Kaufman, Esquire
Halley, Sinagra & Perez
100 S.E. 3rd Ave., Suite 1900
Fort Lauderdale, FL    33394

Alan S. Loewinsohn, Esquire
Carol E. Farquhar, Esquire
Pezzulli & Loewinsohn, LLP
18383 Preston Road, Ste. 110
Dallas, Texas       75252

121

Daniel F. Molony, Esquire
James B. Murphy, Esquire
Shook, Hardy & Bacon, LLP
100 N. Tampa St., Ste. 2900
Tampa, Florida    33602

Gregory J. Orcutt, Esquire
Bricklemyer, Smolker & Bolves
500 East Kennedy Boulevard
Suite 200
Tampa, Florida    33602

Peter J. Grilli, Esq.
Mediator
Florida Bar #237851
Peter J. Grilli, P.A.
100 S. Ashley Dr., Suite 1300
Tampa, Florida    33602
(813) 221-4515
Fax:  (813) 228-9316