FILED

01 AUG 22 PM 2:32

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

### UNITED STATES DISTRICT COURT
#### Middle District of Florida

LOCHMERE DEVELOPMENT GROUP, INC.,
and LOCHMERE REALTY, INC.,

      Plaintiffs,

vs.

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C.,
a Texas limited liability company; EIGER
FUND 1, L.P., a Delaware limited partnership;
EIGER PARTNERS, L.P., a Delaware limited
partnership; DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC., a
Texas corporation; JTL CAPITAL, L.L.C., a
Texas limited liability company; FLEET NATIONAL
BANK, N.A., a national banking association;
PAUL E. ROWSEY, III, an individual; C. TODD MILLER,
an individual; DAVID M. JACOBS, an individual;
and, WILLIAM S. BUCHANAN, an individual,

      Defendants.

CASE NO.: 8:00-CV-1026-T-27B
State Court No.: 00-02525 / Div. I

_____/

### STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE
#### (All or Parts of Counts IV, X, XXII, and XXIII)

Plaintiffs, LOCHMERE DEVELOPMENT GROUP INC., and LOCHMERE REALTY,

INC. (jointly "LOCHMERE"), by and through undersigned counsel, and Defendants, FLEET

/22

NATIONAL BANK, N.A., a National Banking Association; PAUL E. ROWSEY, III, an individual; C. TODD MILLER, an individual; DAVID M. JACOBS, an individual; and WILLIAM S. BUCHANAN, an individual, pursuant to *Rule 41(a)*, hereby stipulate to the dismissal of the following certain portions of the action herein:

1. Plaintiffs' claims under Count IV for violations of Florida's *Uniform Partnership Act* against Defendants, PAUL E. ROWSEY, III; C. TODD MILLER; DAVID M. JACOBS; and WILLIAM S. BUCHANAN;

2. Plaintiffs' claims under Count X for Intentional Fraud against Defendants, C. TODD MILLER; DAVID M. JACOBS; and WILLIAM S. BUCHANAN;

3. Plaintiffs' claims under Count XXII for *Quantum Meruit* / Unjust Enrichment against Defendants, PAUL E. ROWSEY III; C. TODD MILLER; DAVID M. JACOBS; and WILLIAM S. BUCHANAN; and

4. Plaintiffs' claims under Count XXIII for *Quantum Meruit* / Unjust Enrichment against FLEET NATIONAL BANK.

DATED: ⎯⎯⎯⎯ August 21 ⎯⎯⎯, 2001.


⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Daniel F. Molony, Esq. / James B. Murphy, Jr.
Florida Bar No. 271330 / 287598
Shook, Hardy & Bacon, LLP
100 N. Tampa Street, Suite 3900
Tampa, Florida 33602

and:

Alan S. Loewinsohn, Esq.
Carol E. Farquhar, Esq.
Jo E. Hartwick, Esq.
Pezzulli & Loewinsohn, LLP
18383 Preston Road, Suite 110
Dallas, TX 75252
Attorneys for H.D. Associates, LP; Dunes
Operating Company, LP; Eiger, Inc.; 2M Dunes,
LLC; Eiger Fund 1, LP; Eiger Partners, LP; Paul E.
Rowsey, III; C. Todd Miller; David M. Jacobs; William
S. Buchanan; and Fleet National Bank, f/k/a
BankBoston, N.A.


and:


Dora Kaufman, Esq.
Florida Bar No.
Halley, Sinagra & Perez
100 S.E. 3rd Ave., Suite 1900
Fort Lauderdale, FL 33394
Co-counsel for Fleet National
Bank, f/k/a BankBoston

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Jay J. Bartlett
Florida Bar No. 875163
Gregory J. Orcutt
Florida Bar No. 230855
BRICKLEMYER SMOLKER & BOLVES
500 E. Kennedy Blvd., Suite 200
Tampa, Florida 33602
813/223-3888
813/228-6422 (fax)
Attorneys for Plaintiffs

F:\docs\DAM\Orcutt\LOCHMERE\STIP DISMISS.doc

3

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by facsimile and U.S. Mail to all parties on the attached Service List this 21st day of August, 2001.

Respectfully submitted,

BRICKLEMYER SMOLKER & BOLVES, P.A.

By: _____

Jay J. Bartlett
Florida Bar No. 875163
Gregory J. Orcutt
Florida Bar No. 230855
BRICKLEMYER    SMOLKER    &
BOLVES, P.A.
500 E. Kennedy Boulevard, Suite 200
Tampa, Florida 33602
Telephone: (813) 223-3888
Facsimile: (813) 228-6422
Attorneys for   LOCHMERE
DEVELOPMENT  GROUP,  INC. and
LOCHMERE REALTY, INC.

F:\docs\DAM\Orcutt\LOCHMERE\STIP DISMISS.doc

4

## SERVICE LIST

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street, Suite 3900
Tampa, FL 33602

Alan S. Loewinsohn, Esq.
Carol E. Farquhar, Esq.
Jo E. Hartwick, Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, TX 75252

(Attys. for H.D. ASSOCIATES, L.P. DUNES
OPERATING COMPANY, L.P., EIGER, INC.,
2M DUNES, L.L.C., EIGER FUND 1 L.P.,
EIGER PARTNERS, L.P., PAUL E. ROWSEY, III,
C. TODD MILLER, DAVID M. JACOBS,
WILLIAM S. BUCHANAN and FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.)

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Co-Counsel: FLEET NATIONAL BANK f/k/a BANKBOSTON,N.A.

Alan M. Gerlach, Esq.
Broad & Cassel
390 North Orange Ave.
Suite 1100
Orlando, FL 32801

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013
(Attys. for DAVID LANE, BARNETT LANE
INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.)

F:\docs\DAMOrcutt\LOCHMERE\STIP DISMISS.doc

5