

FILED

'1 AUG 29  AM 9:23

FLORIDA
FLORIDA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. AND LOCHMERE
REALTY, INC.,

              **Plaintiffs,**

vs.                               **Case No. 8:00-CV-1026-T-27TGW**

EIGER FUND I, L.P., et al.,

              **Defendants.**

_____/

## ORDER ON PLAINTIFFS' MOTION TO CONSOLIDATE RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND COMBINE PAGE LIMITS

**THIS CAUSE** came on to be considered on Plaintiffs' Motion to Consolidate Responses to

Defendants' Motions for Summary Judgment and Combine Page Limits (Dkt. 116). The Court

having reviewed said motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's motion (Dkt. 116) is GRANTED.

**DONE AND ORDERED** in chambers this 28th day of August, 2001.

                                     **JAMES D. WHITTEMORE**
                                     United States District Judge

Copies to:
Counsel of Record

123

F I L E   C O P Y

Date Printed: 08/30/2001


Notice sent to:

Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL  33602-4990

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 N. Tampa St., Suite 2900
P.O. Box 898
Tampa, FL  33601-0898

James B. Murphy Jr., Esq.
Shook, Hardy & Bacon, L.L.P.
100 N. Tampa St., Suite 2900
P.O. Box 898
Tampa, FL  33601-0898

Alan S. Loewinsohn, Esq.
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 110
Dallas, TX  75252-5476

Jo E. Hartwick, Esq.
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 110
Dallas, TX  75252-5476

Alan M. Gerlach Jr., Esq.
Broad & Cassell
390 N. Orange Ave., Suite 1100
P.O. Box 4961
Orlando, FL  32802-4961

John W. Greene, Esq.
HILL GILSTRAP
1400 West Abram Street
Arlington, TX  76013

Dora F. Kaufman, Esq.
Haley, Sinagra & Perez, P.A.
100 Southeast 3rd Ave.
One Financial Plaza, Suite 1900
Ft. Lauderdale, FL  33394

Peter J. Grilli
Peter J. Grilli, P.A.
100 S. Ashley Dr., Suite 1300
Tampa, FL  33602