

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. AND LOCHMERE
REALTY, INC.,

        Plaintiffs,

vs.                                             Case No. 8:00-CV-1026-T-27TGW

EIGER FUND I, L.P., et al.,

        Defendants.

_____/

## ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** came on to be considered on the Stipulation for Voluntary Dismissal Without Prejudice filed by Plaintiffs, Lochmere Development Group, Inc and Lochmere Realty, Inc. and Defendants, Fleet National Bank, N.A., a National Banking Association; Paul Rowsey III, an individual; C. Todd Miller, an individual; David M. Jacobs, an individual; and William S. Buchanan, an individual. (Dkt. 122). The Court having reviewed said stipulation and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Stipulation for Voluntary Dismissal Without Prejudice (Dkt. 122) is **GRANTED**. Accordingly, the following claims asserted in the Amended Complaint are dismissed without prejudice:

1.     Plaintiffs' claims under Count IV for violations of Florida's Uniform Partnership Act against Defendants Paul E. Rowsey, III, C. Todd Miller, David M. Jacobs and William S. Buchanan;

2.     Plaintiff's claims under Count X for Intentional Fraud against Defendants C. Todd

124

Miller, David M. Jacobs and William S. Buchanan;

3.    Plaintiffs' claims under Count XXII for Quantum Meruit and Unjust Enrichment against Defendants Paul E. Rowsey III, C. Todd Miller, David M. Jacobs and William S. Buchanan; and

4.    Plaintiff's claims under Count XXIII for Quantum Meruit and Unjust Enrichment against Fleet National Bank.

**DONE AND ORDERED** in chambers this ___28ᵗʰ___ day of August, 2001.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record

2