

FILED

01 SEP 25 AM II: 18

CLERK U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,**

           **Plaintiffs,**

**vs.**                         **Case No. 8:00-CV-1026-T-27TGW**

**EIGER FUND I, L.P., *et al.*,**

           **Defendants.**

_____/

### ORDER ON THE EIGER ENTITIES, EIGER INDIVIDUALS AND FLEET BANK N.A.'S MOTION FOR LEAVE TO FILE LIMITED REPLIES TO PLAINTIFF'S MEMORANDA IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** came on to be considered on the Eiger Entities, Eiger Individuals and Fleet Bank N.A.'s Motion for Leave to File Limited Replies to Plaintiff's Memoranda in Opposition to Defendants' Motions for Summary Judgment (Dkt. 125). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Eiger Entities, Eiger Individuals and Fleet Bank N.A.'s motion (Dkt. 125) is **DENIED.**

**DONE AND ORDERED** in chambers this **24th** day of September, 2001.

                                **JAMES D. WHITTEMORE**
                                **United States District Judge**

Copies to:
Counsel of Record
Courtroom Deputy

/27

F I L E   C O P Y

Date Printed: 09/25/2001



Notice sent to:

Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL   33602-4990

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 N. Tampa St., Suite 2900
P.O. Box 898
Tampa, FL   33601-0898

James B. Murphy Jr., Esq.
Shook, Hardy & Bacon, L.L.P.
100 N. Tampa St., Suite 2900
P.O. Box 898
Tampa, FL   33601-0898

Alan S. Loewinsohn, Esq.
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 110
Dallas, TX   75252-5476

Jo E. Hartwick, Esq.
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 110
Dallas, TX   75252-5476

Alan M. Gerlach Jr., Esq.
Broad & Cassell
390 N. Orange Ave., Suite 1100
P.O. Box 4961
Orlando, FL   32802-4961

John W. Greene, Esq.
HILL GILSTRAP
1400 West Abram Street
Arlington, TX   76013

Dora F. Kaufman, Esq.
Haley, Sinagra & Perez, P.A.
100 Southeast 3rd Ave.
One Financial Plaza, Suite 1900
Ft. Lauderdale, FL   33394

Peter J. Grilli
Peter J. Grilli, P.A.
100 S. Ashley Dr., Suite 1300
Tampa, FL   33602