**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FILED

01 OCT 11 AM 9: 34

CLER- . ...... . .... COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT
GROUP, *et al.*,

          Plaintiffs,

vs.                                           Case No. 8:00-CV-1026-T-27TGW

EIGER FUND I, L.P., *et al.*,

          Defendants.
_____/

## ORDER

THIS CAUSE came on to be considered on Defendants' Amended Motion to Modify the Case Management and Scheduling Order (Dkt. 44) and Defendants' Amended Motion to Modify the Case Management and Scheduling Order (Dkt. 45). The Court having reviewed said motions, Plaintiffs' response (Dkt. 49) and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendants' motions (Dkts. 44, 45) are GRANTED. Defendants David Lane, Barnett Lane Investments, Inc., JTL Capital, L.L.C. (collectively the "Lane Defendants") and Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P., Paul E. Rowsey, III, C. Todd Miller, David M. Jacobs and William S. Buchanan (collectively the "Eiger Defendants") shall designate their rebuttal experts on or before October 19, 2001. The Eiger and Lane Defendants shall make the designated rebuttal experts available to Plaintiffs for deposition on or before November 9, 2001.

DONE AND ORDERED in chambers this __10th__ day of October, 2001.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

128

FILE COPY

Date Printed: 10/11/2001



Notice sent to:

\_\_\_\_    Gregory J. Orcutt, Esq.
        Bricklemyer, Smolker & Bolves, P.A.
        500 E. Kennedy Blvd., Suite 200
        Tampa, FL  33602-4990

\_\_\_\_    Daniel F. Molony, Esq.
        Shook, Hardy & Bacon, L.L.P.
        100 N. Tampa St., Suite 2900
        P.O. Box 898
        Tampa, FL  33601-0898

\_\_\_\_    James B. Murphy Jr., Esq.
        Shook, Hardy & Bacon, L.L.P.
        100 N. Tampa St., Suite 2900
        P.O. Box 898
        Tampa, FL  33601-0898

\_\_\_\_    Alan S. Loewinsohn, Esq.
        Pezzulli & Loewinsohn, LLP
        18383 Preston Rd., Suite 110
        Dallas, TX  75252-5476

\_\_\_\_    Jo E. Hartwick, Esq.
        Pezzulli & Loewinsohn, LLP
        18383 Preston Rd., Suite 110
        Dallas, TX  75252-5476

\_\_\_\_    Alan M. Gerlach Jr., Esq.
        Broad & Cassell
        390 N. Orange Ave., Suite 1100
        P.O. Box 4961
        Orlando, FL  32802-4961

\_\_\_\_    John W. Greene, Esq.
        HILL GILSTRAP
        1400 West Abram Street
        Arlington, TX  76013

\_\_\_\_    Dora F. Kaufman, Esq.
        Haley, Sinagra & Perez, P.A.
        100 Southeast 3rd Ave.
        One Financial Plaza, Suite 1900
        Ft. Lauderdale, FL  33394

\_\_\_\_    Peter J. Grilli
        Peter J. Grilli, P.A.
        100 S. Ashley Dr., Suite 1300
        Tampa, FL  33602