UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FILED**



01 OCT 15 PM 5: 10

CLE..  ...  ...  ... COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA. FLORIDA

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

Plaintiffs,

vs.                                                  Case No. 8:00-CV-1026-T-27TGW

EIGER FUND I, L.P., et al,

Defendants.
_____/

## ORDER ON THE EIGER ENTITIES, EIGER INDIVIDUALS AND FLEET BANK, N.A.'S REQUEST FOR ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** came on to be considered on the Eiger Entities, Eiger Individuals and Fleet Bank, N.A.'s Request for Oral Argument on Motions for Summary Judgment (Dkt. 108). The Court having reviewed said motions and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Eiger Entities, Eiger Individuals and Fleet Bank, N.a.'s Request for Oral Argument on Motions for Summary Judgment (Dkt. 108) is **GRANTED.** The Defendants' Motions for Summary Judgment (Dkts. 79, 83, 85, 87) are scheduled for oral argument on **Friday, November 9, 2001 at 1:30 PM.** in Courtroom "13B," United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

**DONE AND ORDERED** in chambers this __15__ day of October, 2001.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Courtroom Deputy

129

F I L E    C O P Y

Date Printed: 10/16/2001

Notice sent to:

____    Gregory J. Orcutt, Esq.
        Bricklemyer, Smolker & Bolves, P.A.
        500 E. Kennedy Blvd., Suite 200
        Tampa, FL  33602-4990

____    Daniel F. Molony, Esq.
        Shook, Hardy & Bacon, L.L.P.
        100 N. Tampa St., Suite 2900
        P.O. Box 898
        Tampa, FL  33601-0898

____    James B. Murphy Jr., Esq.
        Shook, Hardy & Bacon, L.L.P.
        100 N. Tampa St., Suite 2900
        P.O. Box 898
        Tampa, FL  33601-0898

____    Alan S. Loewinsohn, Esq.
        Pezzulli & Loewinsohn, LLP
        18383 Preston Rd., Suite 110
        Dallas, TX  75252-5476

____    Jo E. Hartwick, Esq.
        Pezzulli & Loewinsohn, LLP
        18383 Preston Rd., Suite 110
        Dallas, TX  75252-5476

____    Alan M. Gerlach Jr., Esq.
        Broad & Cassell
        390 N. Orange Ave., Suite 1100
        P.O. Box 4961
        Orlando, FL  32802-4961

____    John W. Greene, Esq.
        HILL GILSTRAP
        1400 West Abram Street
        Arlington, TX  76013

____    Dora F. Kaufman, Esq.
        Haley, Sinagra & Perez, P.A.
        100 Southeast 3rd Ave.
        One Financial Plaza, Suite 1900
        Ft. Lauderdale, FL  33394

____    Peter J. Grilli
        Peter J. Grilli, P.A.
        100 S. Ashley Dr., Suite 1300
        Tampa, FL  33602