FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

01 OCT 17 PM 4: 50

CLERK .... ... .... .I COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA. FLORIDA

LOCHMERE DEVELOPMENT
GROUP, INC., et al.,

    Plaintiff(s),

vs.                                                  Case No. 8:00-CV-1026-T-27TGW

EIGER FUND I, L.P., et al.,

    Defendant(s).

_____/

## NOTICE

    TAKE NOTICE that the pre-trial conference in the above referenced matter which

was previously set for November 9, 2001 at 9:30 A.M., before Hon. James D. Whittemore, has been

rescheduled for **November 15, 2001 at 9:30 A.M..** All other provisions of the Court's previous

order setting this matter shall remain in effect.

DATE: October 16, 2001                    SHERYL L. LOESCH, CLERK

                                     BY: _____
                                          Deputy Clerk

Copies to:    Counsel of record
               Law Clerk
               Courtroom Deputy

130

F I L E   C O P Y

Date Printed: 10/18/2001

Notice sent to:

   ___   Gregory J. Orcutt, Esq.
          Bricklemyer, Smolker & Bolves, P.A.
          500 E. Kennedy Blvd., Suite 200
          Tampa, FL  33602-4990

   ___   Daniel F. Molony, Esq.
          Shook, Hardy & Bacon, L.L.P.
          100 N. Tampa St., Suite 2900
          P.O. Box 898
          Tampa, FL  33601-0898

   ___   James B. Murphy Jr., Esq.
          Shook, Hardy & Bacon, L.L.P.
          100 N. Tampa St., Suite 2900
          P.O. Box 898
          Tampa, FL  33601-0898

   ___   Alan S. Loewinsohn, Esq.
          Pezzulli & Loewinsohn, LLP
          18383 Preston Rd., Suite 110
          Dallas, TX  75252-5476

   ___   Jo E. Hartwick, Esq.
          Pezzulli & Loewinsohn, LLP
          18383 Preston Rd., Suite 110
          Dallas, TX  75252-5476

   ___   Alan M. Gerlach Jr., Esq.
          Broad & Cassell
          390 N. Orange Ave., Suite 1100
          P.O. Box 4961
          Orlando, FL  32802-4961

   ___   John W. Greene, Esq.
          HILL GILSTRAP
          1400 West Abram Street
          Arlington, TX  76013

   ___   Dora F. Kaufman, Esq.
          Haley, Sinagra & Perez, P.A.
          100 Southeast 3rd Ave.
          One Financial Plaza, Suite 1900
          Ft. Lauderdale, FL  33394

   ___   Peter J. Grilli
          Peter J. Grilli, P.A.
          100 S. Ashley Dr., Suite 1300
          Tampa, FL  33602