UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

Plaintiffs,

Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

Defendants.

_____/

### AGREED MOTION BY DEFENDANTS C. TODD MILLER, DAVID M. JACOBS, AND WILLIAM S. BUCHANAN TO EXCUSE THEIR ATTENDANCE AT MEDIATION CONFERENCE

Defendants C. Todd Miller ("Miller"), David M. Jacobs ("Jacobs"), and William S. Buchanan ("Buchanan") respectfully move for this Court to excuse their attendance at the mediation conference scheduled for October 25, 2001, in Tampa, before Peter J. Grilli as Mediator. The reasons and authorities in support of this Agreed Motion are set forth in the accompanying memorandum of law.

In accordance with Local Rule 3.01(g), M.D. Fla. Rules, counsel for the movants has consulted with counsel for Plaintiffs and has been informed that Plaintiffs do not object to the relief requested in this motion.

### MEMORANDUM OF LAW

Local Rule 9.05(c), M.D. Fla. Rules, requires the attendance by all parties at a mediation conference unless otherwise excused by the presiding judge in writing. Miller, Jacobs, and

9977.1                                                    -1-

Buchanan are officers of Eiger, Inc., which also is a defendant in this action. Miller, Jacobs, and Buchanan are named as defendants in only six of the thirty-six counts of the Amended Complaint. Defendant Paul E. Rowsey ("Rowsey"), the President of Eiger, Inc. is named as a co-defendant in each of the six counts against Miller, Jacobs, and Buchanan.

Miller, Jacobs, and Buchanan live and work in or near Dallas, Texas, where Eiger, Inc.'s corporate office is located. Due to scheduling conflicts, these three individuals are unable to travel to Tampa to appear personally for the mediation. Nevertheless, Rowsey, who will be personally present during the deposition will have full authority to negotiate settlements on their behalf, and they will each be available by telephone, if any question arises during the mediation as to which their direct participation is needed.

WHEREFORE, Defendants Todd Miller, David M. Jacobs, and William S. Buchanan respectfully request that the Court enter an Order excusing them from appearing personally at the mediation conference on October 25, 2001.

Respectfully submitted,

Daniel F. Molony
Florida Bar No. 271330
James B. Murphy, Jr.
Florida Bar No. 287598
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 - Facsimile

9977.1                                        -2-

Alan S. Loewinsohn
Carol E. Farquhar
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 - Facsimile

Attorneys for Defendants Todd Miller, David M.
Jacobs, and William S. Buchanan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

facsimile transmission and by United States Mail to Gregory J. Orcutt, Esq., Bricklemyer,

Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602; Alan B. Gerlach,

Esq., 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801; and Dora Kaufman, Esq., Halley,

Sinagra & Perez,100 S.E. 3rd Avenue, Suite 1900, Fort Lauderdale, FL 33394.

ATTORNEY

9977.1                          -3-

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                       Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.
_____/

**ORDER GRANTING**
**AGREED MOTION BY DEFENDANTS C. TODD MILLER,**
**DAVID M. JACOBS, AND WILLIAM S. BUCHANAN TO EXCUSE**
**THEIR ATTENDANCE AT MEDIATION CONFERENCE**

THIS CAUSE came on for consideration on an Agreed Motion by Defendants C. Todd

Miller, David M. Jacobs, and William S. Buchanan to excuse their attendance at the Mediation

Conference scheduled for October 25, 2001, in the above matter.

Upon consideration, and the Court being advised that Plaintiffs do not object to the relief

requested in the motion, it is ORDERED AND ADJUDGED that Defendants C. Todd Miller,

David M. Jacobs, and William S. Buchanan are excused from attending the Mediation Session.

                                      _____
                                      UNITED STATES DISTRICT JUDGE

cc:    James B. Murphy, Jr., Esquire
        Carol E. Farquhar, Esquire
        Alan B. Gerlach, Esquire
        Gregory J. Orcutt, Esquire
        Dora Kaufman, Esquire

9986.1