FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

LOCHMERE DEVELOPMENT GROUP,
INC. and LOCHMERE REALTY,
INC.,

      Plaintiffs,

v.                            Case No. 8:00-cv-1026-T-27B

EIGER FUND I, L.P., <u>et al.</u>,

      Defendants.
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on October 25, 2001. Plaintiffs' corporate representatives and trial counsel and Defendants' corporate representatives and trial counsel attended and participated. Each representative possessed the requisite settlement authority.

<u>The parties have reached an impasse.</u>

Done October 25, 2001 in Tampa, Florida.

                Respectfully submitted,

                Peter J. Grilli, Esq.
                Florida Bar No. 237851
                Mediator
                Peter J. Grilli, P.A.
                100 South Ashley Drive, Suite 1300
                Tampa, Florida  33602
                (813) 221-4515
                Fax:  (813) 228-9316

cc:  Counsel of Record