

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                             Case No.: 8:00-cv-1026-T-27 TGW

v.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## UNOPPOSED MOTION TO CHANGE DATE OF
## PRETRIAL CONFERENCE

Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P.,

Paul A. Rowsey, III, C. Todd Miller, David M. Jacobs, William S. Buchanan, Dunes Operating

Company, L.P., 2M Dunes, L.L.C. ( the "Eiger Defendants") and Fleet National Bank, N.A.,

f/k/a Bank Boston, N.A.(the "Bank"), by and through their undersigned counsel, hereby move to

change the date of the pretrial conference from November 15, 2001 to November 14, 2001, to

commence or after 2:00 p.m. The reasons and authorities in support of this motion are set forth in

the accompanying memorandum of law.

Pursuant to Local Rule 3.01(g), M. D. Fla. Rules, counsel for the Eiger Defendants and

the Bank has discussed the subject matter of this motion with counsel for the Defendants David

Lane, Barnett Lane Investments, Inc. and JTL Capital, L.L.C. (the "Lane Defendants") and with

counsel for the Plaintiffs. Counsel for the Lane Defendants are agreeable to moving the pre-trial

conference to November 15, 2001. Counsel for Plaintiffs are agreeable to moving the pre-trial

10273.1

134

conference to November 15, 2001, so long as the conference is scheduled to begin on or after 2:00 p.m.

## MEMORANDUM OF LAW

On October 16, 2001, the Clerk of Court issued a Notice rescheduling the pretrial conference in this case which had previously been scheduled for November 9, 2001, at 9:30 a.m. to November 15, 2001, at 9:30 a.m. Alan S. Loewinsohn, trial counsel for the Eiger Defendants and the Bank, whose office is in Dallas, Texas, has a previously scheduled hearing in another matter in Dallas, on November 15, 2001, that same day, so that it would not be possible for him to attend the pretrial conference in this case in Tampa on November 15, 2001.

The Eiger Defendants and the Bank submit that, due to this scheduling conflict which has arisen because of the recent notice re-scheduling the pretrial conference, good cause is presented to move the date of the pre-trial conference to November 14 on or after 2:00 p.m., a date and time when is convenient for counsel for all of the parties to attend. In the event that this date and time is not convenient for the Court's schedule, however, but the Court is nonetheless amenable to moving the pretrial conference to accommodate counsel's scheduling conflict, the Eiger Defendants and the Bank respectfully request that the Clerk of Court contact their counsel before re-scheduling it so that, in light of the short time remaining until the pretrial conference is held, counsel can adjust their schedules to avoid any irreconcilable conflicts.

WHEREFORE, the Eiger Defendants and the Bank respectfully request that this Court grant the Unopposed Motion to Change Date of Pretrial Conference and reschedule the pretrial conference to November 14, 2000, to commence on or after 2:00 p.m.

10273 1

Respectfully submitted,

Daniel F. Molony
Florida Bar No. 271330
James B. Murphy, Jr.
Florida Bar No. 287598
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 - Facsimile

Alan S. Loewinsohn
Carol E. Farquhar
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 - Facsimile

Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Paul E. Rowsey, III, C. Todd Miller,
David M. Jacobs, William S. Buchanan,
Fleet National Bank f/k/a BankBoston, N.A.,
Dunes Operating Company, L.P. and
2M Dunes, L.L.C. and Fleet National Bank, N.A.
f/k/a BankBoston, N.A.

Dora Kaufman
Florida Bar No. 771244
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300
(954) 467-1372 - Facsimile

Co-Counsel for Fleet National Bank f/k/a
 BankBoston, N.A.

10273 1                           -3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

facsimile transmission and by United States Mail to Gregory J. Orcutt, Esq., Bricklemyer,

Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602 and Alan B.

Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801 this 26th day of October,

2001.

ATTORNEY

10273 1                                          -4-