FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

01 NOV -1 AM 11: 31

LOCHMERE DEVELOPMENT GROUP,
INC. and LOCHMERE REALTY, INC.,

Plaintiffs,

Case No.: 8:00-CV-1026-T-27B

v.

H.D. ASSOCIATES, L.P., et al.

Defendants.

_____/

## AGREED MOTION TO PERMIT TELEPHONE APPEARANCE OF CO-COUNSEL AT PRETRIAL CONFERENCE AND SUPPORTING MEMORANDUM OF LAW INCORPORATED THEREIN

Defendant, Fleet National Bank, N.A. f/k/a BankBoston, N.A. (the "Bank"), by and through

undersigned counsel and pursuant to all applicable rules of procedure, hereby files this Motion to

Permit Telephone Appearance of Haley, Sinagra & Perez, P.A. (co-counsel for the Bank) at the

Pretrial Conference in this cause, and states as follows:

Pursuant to Local Rule 3.01(g), M.D. Fla. Rules, undersigned counsel has spoken with

Gregory Orcutt, Esq., counsel for the Plaintiffs, as to this motion on October 29, 2001. Attorney

Orcutt has agreed to the undersigned firm's appearance at the Pre-trial Conference via telephone,

if at all.[1]

---

[1]    Gregory Orcutt, Esq., counsel for the Plaintiffs, indicated that, in view of the appearance of trial counsel at Pezzulli & Loewinsohn at the Pre-trial Conference on behalf of the Eiger Defendants and Bank, the Plaintiffs would have no opposition to the undersigned counsel's absence of any appearance altogether at the Pre-trial Conference. Attorney Orcutt also agreed to the

(continued...)

1

**Haley, Sinagra & Perez, P.A.**
**One Financial Plaza, 100 S.E. 3rd Avenue, Suite 1900, Fort Lauderdale, FL 33394**
AGREED.MOT.PERMIT.TELEP.APPEAR.wpd      **(954) 467-1300 Fax (954) 467-1372**

*135*

Case No.: 8:00-CV-1026-T-27B

## MEMORANDUM OF LAW

1.      On October 16, 2001, the Clerk of Court issued a Notice rescheduling the Pre-Trial Conference in this case (which had previously been set for November 9, 2001 at 9:30 a.m.) to November 15, 2001 at 9:30 a.m.

2.      The undersigned firm is a co-counsel of record for the Defendant, Fleet National Bank, N.A. f/k/a BankBoston, N.A. ("Bank").  The law firm of Pezzulli & Loewinsohn, L.L.P. has been designated as trial counsel for the Eiger Defendants and Bank.  Furthermore, the Tampa law firm of Shook, Hardy & Bacon, L.L.P. is also counsel of record for the Eiger Defendants and the Bank.

3.      At the status conference in this matter on June 14, 2001, this Court indicated that the undersigned Fort Lauderdale firm may have been able to participate by telephone.  Both attorneys Carol Farquhar and James Murphy (counsel of record for the Eiger Defendants and Bank) were present at the Court-Ordered Status Conference on behalf of the Eiger Defendants and Bank.

4.      Under the circumstances (including the intended appearance by counsel at Pezzulli & Loewinsohn, trial counsel for the Eiger Defendants and the Bank, at the Pre-trial Conference), the Bank respectfully requests that the undersigned counsel at Haley, Sinagra & Perez, P.A. be permitted

---

[1](...continued)
undersigned firm's appearance via telephone, if permitted by the Court.

2

**Haley, Sinagra & Perez, P.A.**
**One Financial Plaza, 100 S.E. 3rd Avenue, Suite 1900, Fort Lauderdale, FL 33394**
AGREED.MOT.PERMIT.TELEP.APPEAR.wpd      **(954) 467-1300 Fax (954) 467-1372**

Case No.: 8:00-CV-1026-T-27B

to appear telephonically at the pretrial conference, whether heard on November 14, 2001, November 15, 2001, or an alternative date.[2]

WHEREFORE, Fleet National Bank, N.A. f/k/a BankBoston, N.A. respectfully requests that this Court grant this Unopposed Motion and permit Haley, Sinagra & Perez, P.A. to appear, via telephone, at the Pre-trial Conference in this cause.

RESPECTFULLY SUBMITTED,

By: _____

DORA F. KAUFMAN, ESQ.
FLORIDA BAR NO. 771244
HALEY, SINAGRA & PEREZ, P.A.
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, Florida 33394
Phone: (954) 467-1300
Fax: (954) 467-1372

---

[2]    On October 26, 2001, the Eiger Defendants and Bank filed an Unopposed Motion to Change Date of Pre-trial Conference from November 15, 2001 to November 14, 2001 (anytime after 2:00 p.m.).

Case No.: 8:00-CV-1026-T-27B

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via fax and regular U.S. Mail this 31st day of October, 2001 to: Gregory J. Orcutt, Esq. and Jay J. Bartlett, Esq., Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602; Alan M. Gerlach, Esq., Broad & Cassel, 390 N. Orange Ave., Suite 1100, Orlando, FL 32801; Alan S. Loewinsohn, Esq. and Carol E. Farquhar, Esq., Pezzulli & Loewinsohn, L.L.P., 18383 Preston Road, Suite 110, Dallas, TX 75252; and Daniel F. Molony, Esq., Shook, Hardy & Bacon, L.L.P., 100 N. Tampa St., Suit 3900, Tampa, FL 33602.

By: _____

DORA F. KAUFMAN, ESQ.

P:\LITIGATION 3\KAUFMAN\2912.1\AGREED.MOT.PERMIT.TELEP.APPEAR.wpd

Haley, Sinagra & Perez, P.A.
One Financial Plaza, 100 S.E. 3rd Avenue, Suite 1900, Fort Lauderdale, FL 33394
AGREED.MOT.PERMIT.TELEP.APPEAR.wpd          (954) 467-1300 Fax (954) 467-1372