

FILED

01 NOV -8 PH 4: 31

... COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT GROUP,
INC. and LOCHMERE REALTY, INC.,

Plaintiffs,

vs.                                                Case No. 8:00-CV-1026-T-27TGW

H.D. ASSOCIATES, L.P., *et al.*,

Defendants.
_____/

## ORDER ON AGREED MOTION TO PERMIT TELEPHONE
## APPEARANCE OF CO-COUNSEL AT PRETRIAL CONFERENCE

THIS CAUSE came on to be considered on Defendant Fleet National Bank, N.A. f/k/a

BankBoston, N.A.'s Agreed Motion to Permit Telephone Appearance of Co-counsel at Pretrial

Conference (Dkt. 135). The Court having reviewed said motion and being otherwise fully advised

in the premises, it is

ORDERED AND ADJUDGED that Defendant Fleet National Bank, N.A.'s Agreed Motion

to Permit Telephone Appearance of Co-counsel at Pretrial Conference (Dkt. 135) is GRANTED.

Counsel for Fleet National Bank, N.A. shall appear at the pretrial conference via telephone.

DONE AND ORDERED in chambers this ___8th___ day of November, 2001.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Courtroom Deputy

136

F I L E   C O P Y

Date Printed: 11/09/2001

Notice sent to:

✓  Gregory J. Orcutt, Esq.
   Bricklemyer, Smolker & Bolves, P.A.
   500 E. Kennedy Blvd., Suite 200
   Tampa, FL  33602-4990

✓  Daniel F. Molony, Esq.
   Shook, Hardy & Bacon, L.L.P.
   100 N. Tampa St., Suite 2900
   P.O. Box 898
   Tampa, FL  33601-0898

✓  James B. Murphy Jr., Esq.
   Shook, Hardy & Bacon, L.L.P.
   100 N. Tampa St., Suite 2900
   P.O. Box 898
   Tampa, FL  33601-0898

✓  Alan S. Loewinsohn, Esq.
   Pezzulli & Loewinsohn, LLP
   18383 Preston Rd., Suite 110
   Dallas, TX  75252-5476

✓  Jo E. Hartwick, Esq.
   Pezzulli & Loewinsohn, LLP
   18383 Preston Rd., Suite 110
   Dallas, TX  75252-5476

✓  Alan M. Gerlach Jr., Esq.
   Broad & Cassell
   390 N. Orange Ave., Suite 1100
   P.O. Box 4961
   Orlando, FL  32802-4961

✓  John W. Greene, Esq.
   HILL GILSTRAP
   1400 West Abram Street
   Arlington, TX  76013

✓  Dora F. Kaufman, Esq.
   Haley, Sinagra & Perez, P.A.
   100 Southeast 3rd Ave.
   One Financial Plaza, Suite 1900
   Ft. Lauderdale, FL  33394

✓  CRD