# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FILED



## CLERK'S MINUTES - GENERAL

` : ! :0. -9 PM 5: 20`

CASE NO. __8:00-CV-1026-T-27TGW__   DATE __November 9, 2001__

TITLE __LOCHMERE DEVELOPMENT GROUP, INC., et al. vs. EIGER FUND I, L.P., et al.__

TIME __1:40 P.M. - 5:10 P.M.__

HONORABLE JAMES D. WHITTEMORE   Courtroom Deputy: __Anne H. Ohle__

Court Reporter: __Kathleen Walden__   Interpreter: _____

| Attorney(s) for Pltf: | Attorney(s) for Defendant(s): |
|---|---|
| Michael Rosen | James Murphy |
| Jay Bartlett | Paul Rebein |
| Gregory Orcutt | Alan Gerlach |
|  | John Greene |
|  | Carol Farquhar |
|  | Dora Kaufman |

PROCEEDINGS OF: __HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT__

Argument by Counsel

Court reserved ruling.

*137*