UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LOCHMERE DEVELOPMENT GROUP, INC., and LOCHMERE REALTY, INC., § § § § | |
| Plaintiffs § § | |
| v. § § | CASE NO. 8:00-CV-1026-T-27B |
| H.D. ASSOCIATES, L.P., a Delaware Limited Partnership by and through its general partners DUNES OPERATING COMPANY, L.P., a Delaware Limited Partnership and EIGER, INC., a Delaware Corporation 2M DUNES, L.L.C., a Texas Limited Liability Company, DAVID LANE, an Individual; BARNETT LANE INVESTMENTS, INC., a Texas Corporation; JTL CAPITAL, L.L.C., A Texas Limited Liability Company; FLEET NATIONAL BANK, N.A., a National Banking Association; PAUL E. ROWSEY, III, an Individual; C. TODD MILLER, an Individual; DAVID M. JACOBS, an Individual; and, WILLIAM S. BUCHANAN, an Individual, § § § § § § § § § § § § § § § § § § § § § § § | STATE COURT NO. 00-02525/Div. 1 |
| Defendants § | |

## SECOND AMENDED ANSWER AND DEFENSES OF DEFENDANTS DAVID LANE, BARNETT LANE INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.'S TO SECOND AMENDED COMPLAINT

DEFENDANTS, DAVID LANE, BARNETT LANE INVESTMENTS, INC. AND JTL CAPITAL, L.L.C., by and through their undersigned counsel, answers the numbered paragraphs of the Second Amended Complaint filed and served herein as follows:

1.    Denied for lack of knowledge.

2.    Admitted.

3.    Denied for lack of knowledge.

4.    Denied for lack of knowledge.

5.    Denied for lack of knowledge.

6.    Denied for lack of knowledge.

7.    Denied for lack of knowledge.

8.    Denied for lack of knowledge.

9.    Denied for lack of knowledge.

10.    Denied for lack of knowledge.

11.    Admitted.

12.    Admitted.

13.    Defendants admit that JTL Capital is a Texas LLC.  Defendants deny that it is the general partner of H.D. Associates.

14.    Denied for lack of knowledge.

15.    Denied for lack of knowledge.

16.    Denied for lack of knowledge.

17.    Denied for lack of knowledge.

18.    Denied for lack of knowledge.

19.    Denied.

20.    Denied.

21.    a.    Denied for lack of knowledge.

b.    Denied for lack of knowledge.

c.    Denied.

d.    Denied.

22.    Denied for lack of knowledge.

23.    Denied for lack of knowledge.

24.    Denied for lack of knowledge.

25.    Denied for lack of knowledge.

26.    Denied for lack of knowledge.

27.    Denied for lack of knowledge.

28.    Denied.

29.    Denied for lack of knowledge in the first sentence and denies the remainder of the allegation.

30.    Denied.

31.    Denied.

32.    Admitted.

33.    Denied.

34.    Denied for lack of knowledge.

35.    Admitted.

36.    Denied.

37.    Denied.

38.    Denied.

39.    Denied.

40.    Denied.

41.    Denied.

42.    Denied for lack of knowledge.

43.    First sentence of paragraph 43 denied; second sentence denied for lack of knowledge.

44.    Denied.

45.    Admitted.

46.    Denied.

47.    Admitted.

48.    Admitted.

49.    Admitted.

50.    Admitted.

51.    Denied.

52.    Denied.

53.    Denied for lack of knowledge.

54.    Denied.

55.    Denied.

56.    Denied for lack of knowledge.

57.    Denied.

58.    First sentence Denied for lack of knowledge; Second sentence is Denied; Remainder Denied for lack of knowledge.

59.    Admitted.

60.    Denied.

61.    Denied.

62.    Denied.

63.    Denied.

64.    Admitted that Pro Formas and Projections were presented, otherwise denied.

65.    Denied.

66.    Denied.

67. Denied.

68. Denied.

69. Denied.

70. Last sentence denied, otherwise admitted.

71. Denied for lack of knowledge.

72. Denied.

73. Denied for lack of knowledge.

74. Denied for lack of knowledge.

75. Denied for lack of knowledge.

76. Denied for lack of knowledge.

77. Denied for lack of knowledge.

78. Denied for lack of knowledge.

79. Denied for lack of knowledge.

80. Denied for lack of knowledge.

81. Denied for lack of knowledge.

82. Denied for lack of knowledge.

83. Denied for lack of knowledge.

84. Denied for lack of knowledge.

85. Denied for lack of knowledge.

86. Denied for lack of knowledge.

87. Denied for lack of knowledge.

88. Denied for lack of knowledge.

89.    Denied for lack of knowledge.

90.    Denied for lack of knowledge.

91.    Denied for lack of knowledge.

92.    Denied for lack of knowledge.

93.    Denied for lack of knowledge.

94.    Denied for lack of knowledge.

95.    Denied for lack of knowledge.

96.    Denied for lack of knowledge.

97.    Denied for lack of knowledge.

98.    Denied for lack of knowledge.

99.    Denied for lack of knowledge.

100.    Denied.

101.    Denied for lack of knowledge.

102.    Denied for lack of knowledge.

103.    Denied for lack of knowledge.

104.    Denied for lack of knowledge.

105.    Denied for lack of knowledge.

106.    Denied for lack of knowledge.

107.    Denied for lack of knowledge.

108.    Denied for lack of knowledge.

109.    Denied.

110.    Denied.

111.    Denied.

112.    Denied for lack of knowledge.

113.    Denied.

114.    Denied.

115.    Denied.

116.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

117.    Denied for lack of knowledge.

118.    Denied.

119.    Denied.

120.    Denied.

121.    Denied.

122.    Denied.

123.    Denied.

124.    Denied.

125.    Denied.

126.    Denied.

127.    Denied.

128.    Denied.

129.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

130.    Denied.

131.    Denied.

132.    Denied.

133.    Denied.

134.    Denied.

135.    Denied.

136.    Denied.

137.    Denied.

138.    Denied.

139.    Denied.

140.    Denied.

141.    Denied.

142.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

143.    Denied.

144.    Denied for lack of knowledge.

145.    Denied for lack of knowledge.

146.    Denied for lack of knowledge.

147.    Denied for lack of knowledge.

148.    Denied for lack of knowledge.

149.    Denied for lack of knowledge.

150.    Denied for lack of knowledge.

151.    Denied for lack of knowledge.

152.    Denied for lack of knowledge.

153.    Denied for lack of knowledge.

154.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

155.    Denied for lack of knowledge.

156.    Denied for lack of knowledge.

157.    Denied for lack of knowledge.

158.    Denied for lack of knowledge.

159.    Denied for lack of knowledge.

160.    Denied for lack of knowledge.

161.    Denied for lack of knowledge.

162.    Denied for lack of knowledge.

163.    Denied for lack of knowledge.

164.    Denied for lack of knowledge.

165.    Denied for lack of knowledge.

166.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

167.    Denied.

168.    Denied.

169.    Denied.

170.    Denied.

171.    Denied.

172.    Denied.

173.    Denied.

174.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

175.    Denied.

176.    Denied.

SECOND AMENDED ANSWER AND DEFENSES OF DEFENDANTS DAVID LANE,
BARNETT LANE INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.'S TO SECOND AMENDED COMPLAINT – Page 9

177.    Denied.

178.    Denied.

179.    Denied.

180.    Denied.

181.    Denied.

182.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

183.    Denied.

184.    Denied.

185.    Denied.

186.    Denied.

187.    Denied.

188.    Denied.

189.    Denied.

190.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

191.    Denied for lack of knowledge.

192.    Denied for lack of knowledge.

193.    Denied for lack of knowledge.

194.    Denied for lack of knowledge.

195.    Denied for lack of knowledge.

196.    Denied for lack of knowledge.

197.    Denied for lack of knowledge.

198.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

199.    Denied for lack of knowledge.

200.    Denied for lack of knowledge.

201.    Denied for lack of knowledge.

202.    Denied for lack of knowledge.

203.    Denied for lack of knowledge.

204.    Denied for lack of knowledge.

205.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

206.    Denied for lack of knowledge.

207.    Denied for lack of knowledge.

208.    Denied for lack of knowledge.

209.    Denied for lack of knowledge.

210.    Denied for lack of knowledge.

211.    Denied for lack of knowledge.

212.    Denied for lack of knowledge.

213.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

214.    Denied.

215.    Denied.

216.    Denied.

217.    Denied.

218.   Denied.

219.   Denied.

220.   Denied.

221.   Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

222.   Denied.

223.   Denied.

224.   Denied.

225.   Denied.

226.   Denied.

227.   Denied.

228.   Denied.

229.   Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

230.   Denied.

231.   Denied.

232.   Denied.

233.   Denied.

234.   Denied.

235.   Denied.

236.   Denied.

237.   Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

238.    Denied for lack of knowledge.

239.    Denied for lack of knowledge.

240.    Denied for lack of knowledge.

241.    Denied for lack of knowledge.

242.    Denied for lack of knowledge.

243.    Denied for lack of knowledge.

244.    Denied for lack of knowledge.

245.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

246.    Denied for lack of knowledge.

247.    Denied for lack of knowledge.

248.    Denied for lack of knowledge.

249.    Denied for lack of knowledge.

250.    Denied for lack of knowledge.

251.    Denied for lack of knowledge.

252.    Denied for lack of knowledge.

253.    Denied for lack of knowledge.

254.    Denied for lack of knowledge.

255.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

256.    Denied for lack of knowledge.

257.    Denied for lack of knowledge.

258.    Denied for lack of knowledge.

259.    Denied for lack of knowledge.

260.    Denied for lack of knowledge.

261.    Denied for lack of knowledge.

262.    Denied for lack of knowledge.

263.    Denied for lack of knowledge.

264.    Denied for lack of knowledge.

265.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

266.    Denied.

267.    Denied.

268.    Denied.

269.    Denied.

270.    Denied.

271.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

272.    Denied.

273.    Denied.

274.    Denied.

275.    Denied.

276.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

277.    Denied.

278.    Denied.

279.    Denied.

280.    Denied.

281.    Denied.

282.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

283.    Denied for lack of knowledge.

284.    Denied for lack of knowledge.

285.    Denied for lack of knowledge.

286.    Denied for lack of knowledge.

287.    Denied for lack of knowledge.

288.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

289.    Denied for lack of knowledge.

290.    Denied for lack of knowledge.

291.    Denied for lack of knowledge.

292.    Denied for lack of knowledge.

293.    Denied for lack of knowledge.

294.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

295.    Denied for lack of knowledge.

296.    Denied for lack of knowledge.

297.    Denied for lack of knowledge.

298.    Denied for lack of knowledge.

299.   Denied for lack of knowledge.

300.   Denied for lack of knowledge.

301.   Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

302.   Denied for lack of knowledge.

303.   Denied for lack of knowledge.

304.   Denied for lack of knowledge.

305.   Denied for lack of knowledge.

306.   Denied for lack of knowledge.

307.   Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

308.   Denied.

309.   Denied.

310.   Denied.

311.   Denied.

312.   Denied

313.   Denied.

314.   Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

315.   Denied.

316.   Denied.

317.   Denied.

318.   Denied.

319. Denied.

320. Denied.

321. Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

322. Denied.

323. Denied.

324. Denied.

325. Denied.

326. Denied.

327. Denied.

328. Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

329. Denied for lack of knowledge.

330. Denied for lack of knowledge.

331. Denied for lack of knowledge.

332. Denied for lack of knowledge.

333. Denied for lack of knowledge.

334. Denied for lack of knowledge.

335. Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

336. Denied for lack of knowledge.

337. Denied for lack of knowledge.

338. Denied for lack of knowledge.

339. Denied for lack of knowledge.

340. Denied for lack of knowledge.

341. Denied for lack of knowledge.

342. Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

343. Denied for lack of knowledge.

344. Denied for lack of knowledge.

345. Denied for lack of knowledge.

346. Denied for lack of knowledge.

347. Denied for lack of knowledge.

348. Denied for lack of knowledge.

349. Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

350. Denied for lack of knowledge.

351. Denied for lack of knowledge.

352. Denied for lack of knowledge.

353. Denied for lack of knowledge.

354. Denied for lack of knowledge.

355. Denied for lack of knowledge.

356. Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

357. Denied.

358. Denied.

359. Denied.

360. Denied.

361. Denied.

362. Denied.

363. Denied.

364. Denied.

365. Denied.

366. Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

367. Denied.

368. Denied.

369. Denied.

370. Denied.

371. Denied.

372. Denied.

373. Denied.

374. Denied.

375. Denied.

376. Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

377. Denied.

378. Denied.

379. Denied.

380. Denied.

381. Denied.

382. Denied.

383. Denied.

384. Denied.

385. Denied.

386. Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

387. Denied for lack of knowledge.

388. Denied for lack of knowledge.

389. Denied for lack of knowledge.

390. Denied for lack of knowledge.

391. Denied for lack of knowledge.

392. Denied for lack of knowledge.

393. Denied for lack of knowledge.

394. Denied for lack of knowledge.

395. Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

396. Denied for lack of knowledge.

397. Denied for lack of knowledge.

398. Denied for lack of knowledge.

399. Denied for lack of knowledge.

400. Denied for lack of knowledge.

401.   Denied for lack of knowledge.

402.   Denied for lack of knowledge.

403.   Denied for lack of knowledge.

404.   Denied for lack of knowledge.

405.   Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

406.   Denied for lack of knowledge.

407.   Denied for lack of knowledge.

408.   Denied for lack of knowledge.

409.   Denied for lack of knowledge.

410.   Denied for lack of knowledge.

411.   Denied for lack of knowledge.

412.   Denied for lack of knowledge.

413.   Denied for lack of knowledge.

414.   Denied for lack of knowledge.

415.   Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

416.   Denied for lack of knowledge.

417.   Denied for lack of knowledge.

418.   Denied for lack of knowledge.

419.   Denied for lack of knowledge.

420.   Denied for lack of knowledge.

421.   Denied for lack of knowledge.

422.    Denied for lack of knowledge.

423.    Denied for lack of knowledge.

424.    Denied for lack of knowledge.

425.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

426.    Denied.

427.    Denied.

428.    Denied.

429.    Denied.

430.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

431.    Denied.

432.    Denied.

433.    Denied.

434.    Denied.

435.    Denied.

436.    Defendants reallege and adopt paragraphs 1-115 above as though set forth fully herein.

437.    Denied.

438.    Denied.

439.    Denied.

440.    Denied.

441.    Denied.

## First Defense

The Complaint, and each count thereof, fails to state a claim upon which relief can be granted.

## Second Defense

Plaintiffs have waived and/or are estopped to assert the claims pled against these Defendants.

## Third Defense

There has been a complete failure of the consideration supporting any contractual claims on which the counts of the Complaint are based.

## Fourth Defense

Defendant specifically deny any partnership relationship between themselves and the Plaintiffs.

## Fifth Defense

Some or all of Plaintiffs claims are barred by applicable statues of limitations and/or the equitable doctrine of laches.

## Sixth Defense

This action should be dismissed under the doctrine of prior pending action in that most of the same parties and many of the same issues are involved in a Texas state court case. That case involves the same set of legally operative facts as are pled in the instant complaint.

## Seventh Defense

Plaintiffs failed adequately to mitigate their damages.

### Eighth Defense

Venue is improper in this district and division; alternatively, this case should be transferred to the United States District Court for the Northern District of Texas for the convenience of witnesses and in the interest of justice.

### Ninth Defense

Plaintiffs' fraud allegations are not pled with the particularity required by Federal Rules of Civil Procedure 9(b) and therefore fail to state a claim upon which relief can be granted.

### Tenth Defense

Any data, information and/or expertise provided by Plaintiffs to these Defendants could not constitute trade secrets under Florida law.

### Eleventh Defense

Plaintiff consented to the transfer of the data and/or information allegedly given to these Defendants and for that and other reasons cannot maintain a claim for conversion.

### Twelfth Defense

Some or all of Plaintiffs claims are barred by the economic loss doctrine.

### Thirteenth Defense

Plaintiff's contractual claims are barred by the statue of frauds under either Florida or Texas law. Florida Statues § 725.01; Tex. Bus. & Comm. C.§26.01.

WHEREOF, these Defendants request that the Court dismiss the Second Amended Complaint and award them all costs of this action, including an award of reasonable attorney's fees.

**SECOND AMENDED ANSWER AND DEFENSES OF DEFENDANTS DAVID LANE,
BARNETT LANE INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.'S TO SECOND AMENDED COMPLAINT – Page 24**

Respectfully submitted,

Frank W. Hill    09632000
John W. Greene   08391520
Jennifer N. Cook  00786142

HILL GILSTRAP, P.C.
1400 West Abram Street
Arlington, Texas 76013
(817) 261-2222
(817) 861-4685 Fax

Alan M. Gerlach, Jr.    199184

BROAD AND CASSEL
390 North Orange Avenue, Suite 1100
Orlando, Florida 32801
(407) 839-4200
(407) 425-8377 Fax

**ATTORNEYS FOR DEFENDANTS DAVID LANE, JTL CAPITAL, LLC and BARNETT LANE INVESTMENTS, INC.**

## CERTIFICATE OF SERVICE

I certify that a copy of Second Amended Answer and Defense of Defendants David Lane, Barnett Lane Investment, Inc. and JTL Capital, L.L.C. to Second Amended Complaint was delivered to all counsel of record via regular mail on November 13, 2001.

Alan S. Loewinsohn
Carol E. Farquhar
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, Texas 75252-5476
(972) 713-1313 – fax

Gregory J. Orcutt
BRICKLEMYER, SMOLKER & BOLVES, P.A.
500 East Kennedy Boulevard, Suite 200
Tampa, Florida 33602
(813) 228-6422 – fax

Alan M. Gerlach, Jr.

SECOND AMENDED ANSWER AND DEFENSES OF DEFENDANTS DAVID LANE,
BARNETT LANE INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.'S TO SECOND AMENDED COMPLAINT – Page 25