FILED

01 NOV 14  PM 4: 07

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## MOTION TO STRIKE CERTAIN FACT WITNESSES
## TO TESTIFY ON BEHALF OF PLAINTIFFS BY DEFENDANTS
## THE EIGER ENTITIES', THE EIGER INDIVIDUALS', AND FLEET BANK, N.A.

Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P., Dunes Operating Company, L.P. and 2M Dunes, L.L.C., (the "Eiger Entities"), Paul E. Rowsey, III, C. Todd Miller, David M. Jacobs, and William S. Buchanan (the "Eiger Individuals") and Fleet National Bank, N.A. (the "Bank"), a national banking association, by and through their undersigned counsel hereby move to strike certain fact witnesses on Plaintiffs witness list.

In support of this motion, Defendants would show that, as demonstrated in the accompanying memorandum of law, that certain fact witnesses on Plaintiffs witnesses list should be stricken because they have not been timely disclosed in answers to interrogatories.

The reasons and authorities in support of this motion are set forth in the accompanying of Memorandum of Law.

142

WHEREFORE, Defendants request that Court strike Robert L. Canterbury, Poppy M. Suarez, Terry Pendleton, Tucker Frederickson, Kevin Partel, Robert Dickinson, John Cherry, Richard Blunk, David Pepe, Avery Nye, Bill Hipp, Paul DiVito, Jonathan Hodnett, Lawrence Martin, Tom Kelley, Daniel Ward, Thomas K. Wasp, W. Audi Long, Penn Hodge, as witnesses testifying on behalf of Plaintiffs and that the Court award said Defendants their costs, expenses, and reasonable attorneys' fees for bring this motion.

STATEMENT CERTIFYING COMPLIANCE WITH RULE 3.01(g),
RULES OF THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Carol E. Farquhar, as counsel for the Eiger Entities, the Eiger Individuals and the Bank, certifies by her signature below that she has conferred with opposing counsel concerning the subject of the above motion and that counsel have been unable to agree on the resolution of this motion.

Respectfully submitted,

Alan S. Loewinsohn
Carol E. Farquhar
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 - Facsimile

Daniel F. Molony
Florida Bar No. 271330
James B. Murphy, Jr.
Florida Bar No. 287598
Paul W. Rebein
Florida Bar No. Pending
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 – Facsimile

and

Dora Kaufman
Florida Bar No. 771244
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300
(954) 467-1372 - Facsimile

Attorneys for the Eiger Entities, the Eiger
 Individuals and Fleet National Bank f/k/a
 BankBoston, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile transmission and by United States Mail to Gregory J. Orcutt, Esq., Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602, Alan B. Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801, and John W. Greene, Hill Gilstrap, 1400 West Abram, Arlington, TX 76013, this /4th day of November, 2001.

ATTORNEY