FILED

Date //-/4-0/

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Time

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

                    Plaintiffs,

                                            Case No.: 8:00-CV-1026-T-27B

v.

EIGER FUND I, L.P., et al.

                    Defendants.

_____/

**MEMORANDUM IN SUPPORT OF DEFENDANTS
THE EIGER ENTITIES', THE EIGER INDIVIDUALS',
AND FLEET BANK, N.A.'S MOTION TO STRIKE CERTAIN
FACT WITNESSES TO TESTIFY ON BEHALF OF PLAINTIFFS**

**I.     STATEMENT OF FACTS**

On or about September 25, 2000, Lochmere Realty, Inc. served its answers to Eiger,

Inc.'s first set of interrogatories, a true and correct copy of which is attached hereto as

Exhibit A.  In answer to interrogatory number 1, which read:

> "Identify each individual likely to have discoverable information
> relevant to disputed facts alleged with particularly in the
> pleadings, and identify the subject of the information."

Lochmere Realty, Inc. answered:

> "Robert D. Evans and all individuals referenced in the pleadings
> and the Lochmere Realty and Lochmere Development discovery
> requests.  Any discoverable information would relate to their
> role in or knowledge of the Hammock Dunes Project.

MEMORANDUM IN SUPPORT OF DEFENDANTS THE EIGER ENTITIES', THE EIGER INDIVIDUALS',
AND FLEET BANK, N.A.'S MOTION TO STRIKE CERTAIN FACT WITNESSES – PAGE 1

*/43*

In answer to interrogatory number 3 which read:

> "Identify each and every witness you expect to be called to testify at trial."

Lochmere Realty answers:

> "None at this time."

Similarly, on or about September 25, 2000, Lochmere Development Group, Inc. served its answers to Eiger, Inc.'s first set of interrogatories.

> "Identify each individual likely to have discoverable information relevant to disputed facts alleged with particularly in the pleadings, and identify the subject of the information."

Lochmere Realty, Inc. answered:

> "Robert D. Evans and all individuals referenced in the pleadings and the Lochmere Realty and Lochmere Development discovery requests. Any discoverable information would relate to their role in or knowledge of the Hammock Dunes Project.

In answer to interrogatory number 3 which read:

> "Identify each and every witness you expect to be called to testify at trial."

Lochmere Realty answers:

> "None at this time."

Plaintiffs' witness list for trial includes the following persons who were not disclosed in the items referenced in the answers to interrogatories or the answers to interrogatories themselves:

MEMORANDUM IN SUPPORT OF DEFENDANTS THE EIGER ENTITIES', THE EIGER INDIVIDUALS', AND FLEET BANK, N.A.'S MOTION TO STRIKE CERTAIN FACT WITNESSES – PAGE 2

Robert L. Canterbury, Poppy M. Suarez, Terry Pendleton, Tucker Frederickson, Kevin Partel, Robert Dickinson, John Cherry, Richard Blunk, David Pepe, Avery Nye, Bill Hipp, Paul DiVito, Jonathan Hodnett, Lawrence Martin, Tom Kelley, Daniel Ward, Thomas K. Wasp, W. Audi Long and Penn Hodge.

Defendants made their decisions as to who depose and who not depose based on the aforementioned answers to interrogatories. Defendants would have deposed and/or interviewed prior to deciding whether to depose some or all of the individuals who are the subject of this motion had they known Plaintiffs would call them as witnesses at trial.

## II.    ARGUMENT

The subject witnesses should be excluded from Plaintiffs' witness list and not be allowed to testify on behalf of the Plaintiff.

Fed.R.Civ.P. 26(e)(2) provides that:

> "A party is under a duty seasonably to amend a prior response to interrogatory, request for production, request for admission if the party learns the response in some material respect incomplete or incorrect and if the additional or corrected information has not otherwise been made known to the parties during the discovery process."

Here Plaintiffs have failed to supplement their response to interrogatories in accordance with the Fed.R.Civ.P. 26(e). The discovery period in the instant case ended on July 4, 2001 (other than two new claims asserted by the Plaintiff). Plaintiffs' failure to supplement their response to the interrogatories will prejudice the Defendants because they were not given the opportunity to depose these individuals prior to their testify at trial and

therefore the witnesses should be excluded from testifying on behalf of the Plaintiffs. <u>See</u>

<u>Schearbrook Land Livestock Co. v. United States</u>, 124 F.R.D. 221, 222 (M.D. Fla. 1988);

<u>Alimenta, Inc. v. Anheuser-Busch Co.</u>, 803 F.2d 1160, 1163 (11th Cir. 1986).

## III.   CONCLUSION

For all of the foregoing reasons, Defendants respectfully request that this Court strike

the persons named hereinabove as fact witnesses to testify on behalf of the Plaintiffs.

Respectfully submitted,

_____
Alan S. Loewinsohn
Carol E. Farquhar
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 – Facsimile

Daniel F. Molony
Florida Bar No. 271330
James B. Murphy, Jr.
Florida Bar No. 287598
Paul W. Rebein
Florida Bar No. Pending
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 – Facsimile

and

Dora Kaufman
Florida Bar No. 771244
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300
(954) 467-1372 - Facsimile

Attorneys for the Eiger Entities, the Eiger
 Individuals and Fleet National Bank f/k/a
 BankBoston, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile transmission and by United States Mail to Gregory J. Orcutt, Esq., Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602, Alan B. Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801, and John W. Greene, Hill Gilstrap, 1400 West Abram, Arlington, TX 76013, this ___ 14 day of November, 2001.

_____
ATTORNEY

MEMORANDUM IN SUPPORT OF DEFENDANTS THE EIGER ENTITIES', THE EIGER INDIVIDUALS', AND FLEET BANK, N.A.'S MOTION TO STRIKE CERTAIN FACT WITNESSES – PAGE 6