UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FILED**
*Cʁ*

Date *11-14-01*                Time

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

v.

                            Case No.: 8:00-cv-1026-T-27B

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## MOTION TO STRIKE EXPERT TESTIMONY
## OF RICHARD L. BROWN BY DEFENDANTS THE EIGER
## ENTITIES, THE EIGER INDIVIDUALS', AND FLEET BANK, N.A.

Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P.,

Dunes Operating Company, L.P. and 2M Dunes, L.L.C., (the "Eiger Entities"), Paul E.

Rowsey, III, C. Todd Miller, David M. Jacobs, and William S. Buchanan (the "Eiger

Individuals") and Fleet National Bank, N.A. (the "Bank"), a national banking association, by

and through their undersigned counsel hereby move to strike Expert Testimony of Richard L.

Brown ("Brown") designated by Plaintiffs Lochmere Development Group, Inc. ("Lochmere

Development") and Lochmere Realty, Inc. ("Lochmere Realty") (collectively "Lochmere").

In support of this motion, Defendants would show that, as demonstrated in the

accompanying memorandum of law, that Brown should be stricken because he is not a

*144*

qualified expert and his opinions are baseless and unreliable under <u>Daubert v. Merrell Dow Pharm., Inc.</u>, 509 U.S. 579, 113 S.Ct. 2786 (1993).

The reasons and authorities in support of this motion are set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendants request that the Court strike the opinions of Richard L. Brown, Plaintiffs' expert, and that the Court award said Defendants their costs, expenses, and reasonable attorney's fees for bringing this motion.

### STATEMENT CERTIFYING COMPLIANCE WITH RULE 3.01(g), RULES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

Carol E. Farquhar, as counsel for the Eiger Entities, the Eiger Individuals and the Bank, certifies by her signature below that she has conferred with opposing counsel concerning the subject of the above motion and that counsel have been unable to agree on the resolution of this motion.

Respectfully submitted,

Alan S. Loewinsohn
Carol E. Farquhar
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 - Facsimile

MOTION TO STRIKE EXPERT TESTIMONY OF RICHARD L. BROWN BY DEFENDANTS THE EIGER ENTITIES', THE EIGER INDIVIDUALS', AND FLEET BANK, N.A.—PAGE 2

Daniel F. Molony
Florida Bar No. 271330
James B. Murphy, Jr.
Florida Bar No. 287598
Paul W. Rebein
Florida Bar No. Pending
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 – Facsimile

and

Dora Kaufman
Florida Bar No. 771244
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300
(954) 467-1372 - Facsimile

Attorneys for the Eiger Entities, the Eiger
  Individuals and Fleet National Bank f/k/a
  BankBoston, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile transmission and by United States Mail to Gregory J. Orcutt, Esq., Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602, Alan B. Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801, and John W. Greene, Hill Gilstrap, 1400 West Abram, Arlington, TX 76013, this 14th day of November, 2001.

ATTORNEY

MOTION TO STRIKE EXPERT TESTIMONY OF RICHARD L. BROWN BY DEFENDANTS THE EIGER ENTITIES', THE EIGER INDIVIDUALS', AND FLEET BANK, N.A.—PAGE 4