# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION



**FILED**

### CLERK'S MINUTES - GENERAL

CASE NO. __8:00-CV-1026-T-27TGW__    DATE __November 15, 2001__

TITLE __LOCHMERE DEVELOPMENT GROUP, INC., et al. vs. EIGER FUND I, L.P., et al.__

TIME __9:30 A.M. - 10:40 A.M.__

HONORABLE JAMES D. WHITTEMORE    Courtroom Deputy: __Anne H. Ohle__

Court Reporter: __Kathleen Walden__    Interpreter: _____

| Attorney(s) for Pltf: | Attorney(s) for Defendant(s): | |
|---|---|---|
| Gregory Orcutt | Alan Loewinsohn | |
| Jay Bartlett | James Murphy | |
| | Carol Farquhar | |
| | John Greene | |
| | Alan Gerlach | |
| | Dora Kaufman (via telephone) | |

PROCEEDINGS OF: __PRE-TRIAL CONFERENCE__

Court reviews order of procedures with counsel.

Draft jury instructions by plaintiff exchanged by 11/26/01; defendant by 11/30/01.

Motions in Limine by 11/26/01; responses by 11/29/01.

Courtesy copies of all motions and responses hand-delivered to chambers by noon 11/30/01.

Exhibit and witness lists exchanged by 11/29/01.

Trial estimated to take 2 weeks.

Pre-trial statement to be amended by Tuesday.

Plaintiff may be using PowerPoint program.

Case set for trial date certain 12/3/01 at 8:30 A.M. Protected 12/10/01.

146