FILED

UNITED STATES DISTRICT COURT 20 PM 4:32
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                    Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## UNOPPOSED MOTION TO WITHDRAW OF SHOOK HARDY & BACON, L.L.P. AS COUNSEL FOR THE EIGER ENTITIES AND THE EIGER INDIVIDUALS

COMES NOW, the law firm of Shook Hardy & Bacon, L.L.P. and, pursuant to Local Rule 3.01(b), moves the Court for Leave to Withdraw as Counsel for Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P., Dunes Operating Company, L.P., 2M Dunes, L.L.C., ("Eiger Entities") and Defendants Paul E. Rowsey, III, C. Todd Miller, David M. Jacobs, and William S. Buchanan ("Eiger Individuals").

A memorandum in support of this motion is being filed contemporaneously herewith. Pursuant to Local Rule 3.01(g), Counsel has conferred with counsel for the Lane Defendants and counsel for Plaintiffs and they have no objection to this motion.

WHEREFORE, the firm Shook Hardy & Bacon, L.L.P. respectfully requests this Court to grant its Motion for Leave to Withdraw as Counsel for the Eiger Entities and Eiger Individuals.

10894.1

150

Respectfully submitted,

Daniel F. Molony, Esq.
Florida Bar No. 271330
James B. Murphy, Esq.
Florida Bar No. 287598
Paul W. Rebein, Esq.
Florida Bar No. 0488003
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100 / (813) 221-8837 - Facsimile

Alan Loeweinsolm, Esquire
Carol E. Farquhar, Esquire
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300 / (972) 713-1313 Facsimile
Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Dunes Operating Company, L.P.,
and 2M Dunes, L.L.C., and Fleet National Bank
f/k/a BankBoston, N.A.

Dora Kaufman, Esquire
Florida Bar No.: 771244
Haly, Singer &Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 967-1300 / (954) 467-1372-Facsimile
Co-Counsel for Fleet National Bank f/k/a
BankBoston, N.A.

10894.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile transmission and by United States Mail to the individuals on the attached service list this 20th day of November, 2001.

_____
ATTORNEY

10894 1                                            -3-

## SERVICE LIST

Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd.
Suite 200
Tampa, FL 33602

Alan B. Gerlach
390 N. Orange Avenue
Suite 1100
Orlando, FL 32801

Eiger Fund I, L.P.
Eiger, Inc.
Eiger Partners, L.P.
H.D. Associates, L.P.
Dunes Operating Company, L.P.
2M Dunes, L.L.C.
Paul E. Rowsey, III,
C. Todd Miller
David M. Jacobs
William S. Buchanan
500 Crescent Court
Suite 300
Dallas, Texas 75201

Fleet National Bank
115 Perimeter Center Place
Suite 500
Atlanta, GA 30346

Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1313 Facsimile

10894 1