UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

Plaintiffs,

Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

Defendants.
_____/

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION OF SHOOK HARDY & BACON, L.L.P FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE EIGER ENTITIES AND EIGER INDIVIDUALS

Shook, Hardy & Bacon, L.L.P., in support of its Motion for Leave to Withdraw as Counsel for the Eiger Entities and Eiger Individuals, states as follows:

1.     Shook, Hardy & Bacon, L.L.P. represents the Eiger Entities, Eiger Individuals, and Fleet National Bank in this case.

2.     Counsel has determined that it would be in the interests of Fleet National Bank ("the Bank") if Shook, Hardy & Bacon, L.L.P. withdraws from representation of the Eiger Entities and Eiger Individuals and solely represent the Bank at the trial of this matter.

3.     The Eiger Entities and Eiger Individuals will still be represented by the firm of Pezzulli & Loewinsohn, L.L.P., as well as local counsel.

4.     The Bank, the Eiger Entities and Eiger Individuals have been notified of this motion and they consent to the withdrawal.

5.     Counsel's withdrawal will not delay or cause a continuance of the trial. As

10902.1

a result, the Court may, in its discretion, permit the withdrawal.  Obermaier v. Driscoll, 2000 WL 33175446 at *1 (M.D. Fla. Dec. 13, 2000).

WHEREFORE, the firm Shook Hardy & Bacon, L.L.P.  respectfully requests this Court to grant its Motion for Leave to Withdraw as Counsel for the Eiger Entities and Eiger Individuals.

Respectfully submitted,

Daniel F. Molony, Esq.
Florida Bar No. 271330
James B. Murphy, Esq.
Florida Bar No. 287598
Paul W. Rebein
Florida Bar No. 0488003
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 - Facsimile

Carol E. Farquhar, Esquire
Alan Loeweinsolm, Esquire
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 Facsimile
Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Dunes Operating Company, L.P.,
and 2M Dunes, L.L.C.

and

10902.1

Dora Kaufman, Esquire
Florida Bar No.: 771244
Hully, Singer &Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 967-1300
(954) 467-1372-Facsimile
Co-Counsel for Fleet National Bank f/k/a
BankBoston, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

facsimile transmission and by United States Mail to the individuals on the attached service list this

_____ day of November, 2001.

_____
ATTORNEY

10902.1

## <u>SERVICE LIST</u>

Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd.
Suite 200
Tampa, FL 33602

Alan B. Gerlach
390 N. Orange Avenue
Suite 1100
Orlando, FL 32801

Eiger Fund I, L.P.
Eiger, Inc.
Eiger Partners, L.P.
H.D. Associates, L.P.
Dunes Operating Company, L.P.
2M Dunes, L.L.C.
Paul E. Rowsey, III,
C. Todd Miller
David M. Jacobs
William S. Buchanan
500 Crescent Court
Suite 300
Dallas, Texas 75201

Fleet National Bank
115 Perimeter Center Place
Suite 500
Atlanta, GA 30346

Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1313 Facsimile

10902.1

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

01 NOV 20  PM 4: 32

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

Plaintiffs,

Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

Defendants.

_____/

## ORDER

THIS CAUSE came on for consideration upon the Unopposed Motion to Withdraw of Shook Hardy & Bacon, L.L.P. as Counsel for the Eiger Entities and the Eiger Individuals, and for good cause shown, it is hereby ORDERED AND ADJUDGED that Shook Hardy & Bacon, L.L.P shall be granted leave to withdraw as counsel for the Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P., Dunes Operating Company, L.P., 2M Dunes, L.L.C., Paul E. Rowsey, III, C. Todd Miller, David M. Jacobs, and William S. Buchanan.

_____
UNITED STATES DISTRICT JUDGE

cc:    James B. Murphy, Jr., Esquire
       Carol E. Farquhar, Esquire
       Alan B. Gerlach, Esquire
       Gregory J. Orcutt, Esquire
       Dora Kaufman, Esquire

10896.1