UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

Plaintiffs,

Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

Defendants.

_____/

## UNOPPOSED MOTION OF PEZZULLI & LOEWINSOHN, L.L.P. FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT FLEET NATIONAL BANK

COMES NOW the law firm of Pezzulli & Loewinsohn, L.L.P. and, pursuant to Local Rule 2.03, moves the Court for Leave to Withdraw as Counsel for Defendant Fleet National Bank.

A memorandum in support of this motion is being filed contemporaneously herewith. Pursuant to Local Rule 3.01(g), Counsel has conferred with counsel for the Lane Defendants and counsel for Plaintiffs and they have no objection to this motion.

WHEREFORE, the firm Pezzulli & Loewinsohn, L.L.P. respectfully requests this Court to grant its Motion for Leave to Withdraw as Counsel for Defendant Fleet National Bank.

10898.1

Respectfully submitted,

Alan Loewinsohn, Esquire
Carol E. Farquhar, Esquire
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300 / (972) 713-1313 Facsimile

Daniel F. Molony, Esquire
Florida Bar No. 271330
James B. Murphy, Esquire
Florida Bar No. 287598
Paul W. Rebein, Esq.
Florida Bar No. 0488003
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100 / (813) 221-8837 - Facsimile

Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Dunes Operating Company, L.P.,
and 2M Dunes, L.L.C., and Fleet National Bank
f/k/a BankBoston, N.A.

Dora Kaufman, Esquire
Florida Bar No.: 771244
Haly, Singer &Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 967-1300 / (954) 467-1372-Facsimile
Co-Counsel for Fleet National Bank f/k/a
BankBoston, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile transmission and by United States Mail to the individuals on the attached service list this 20th day of November, 2001.

_____
ATTORNEY

## SERVICE LIST

Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd.
Suite 200
Tampa, FL 33602

Alan B. Gerlach
390 N. Orange Avenue
Suite 1100
Orlando, FL 32801

Eiger Fund I, L.P.
Eiger, Inc.
Eiger Partners, L.P.
H.D. Associates, L.P.
Dunes Operating Company, L.P.
2M Dunes, L.L.C.
Paul E. Rowsey, III,
C. Todd Miller
David M. Jacobs
William S. Buchanan
500 Crescent Court
Suite 300
Dallas, Texas 75201

Fleet National Bank
115 Perimeter Center Place
Suite 500
Atlanta, GA 30346

Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street
Suite 2900
Tampa, FL 33602