FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

01 NOV 20  PM 4: 32

CLERK. U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA. FLORIDA

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                    Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION OF PEZZULLI & LOEWINSOHN, L.L.P. FOR LEAVE TO WITHDRAW AS COUNSEL FOR FLEET NATIONAL BANK

The firm Pezzulli & Loewinsohn, L.L.P., in support of its Motion for Leave to Withdraw as Counsel for Defendant Fleet National Bank, state as follows:

1.      Pezzulli & Loewinsohn, L.L.P. has represented Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P., Dunes Operating Company, L.P., 2M Dunes, L.L.C., ("Eiger Entities") and Defendants Paul E. Rowsey, III, C. Todd Miller, David M. Jacobs, and William S. Buchanan ("Eiger Individuals"), and Fleet National Bank ("the Bank") in this case.

2.      Counsel has determined that it is in the interests of the Eiger Entities and Eiger Individuals if Pezzulli & Loewinsohn, L.L.P. withdraws from representation of the Bank and solely represents the Eiger Entities and Eiger Individuals in the trial of this matter.

3.      The Bank will still be represented by Shook, Hardy & Bacon, L.L.P.

4.      The Bank, the Eiger Entities and the Eiger Individuals have been given

10904.1

*153*

notice of this motion and they consent tot he withdrawal.

       5.     Counsel's withdrawal will not cause a delay or continuance of the trial.  As

a result, the Court may, in its discretion, grant the motion to withdraw. Obermaier v. Driscoll, 2000

WL 33175446 at * 1 (M.D. Fla. Dec. 13, 2000).

       WHEREFORE, the firm Pezzulli & Loewinsohn, L.L.P.  respectfully requests this

Court to grant its Motion for Leave to Withdraw as Counsel for Defendant Fleet National Bank.

Respectfully submitted,

Alan Loewinsohn
Carol E. Farquhar, Esquire
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 Facsimile

Daniel F. Molony, Esquire
Florida Bar No. 271330
James B. Murphy, Esquire
Florida Bar No. 287598
Paul W. Rebein, Esquire
Florida Bar No. 0488003
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 - Facsimile

Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Dunes Operating Company, L.P.,
and 2M Dunes, L.L.C.

and

Dora Kaufman, Esquire
Florida Bar No.: 771244
Hully, Singer &Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 967-1300
(954) 467-1372-Facsimile
Co-Counsel for Fleet National Bank f/k/a
BankBoston, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

by facsimile transmission and by United States Mail to the individuals on the attached service list

this 20th day of November, 2001.

_____

ATTORNEY

EIGER-MEMORANDUM IN SUPPORT OF PEZZULLI TO WITHDRAW

## SERVICE LIST

Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd.
Suite 200
Tampa, FL 33602

Alan B. Gerlach
390 N. Orange Avenue
Suite 1100
Orlando, FL 32801

Eiger Fund I, L.P.
Eiger, Inc.
Eiger Partners, L.P.
H.D. Associates, L.P.
Dunes Operating Company, L.P.
2M Dunes, L.L.C.
Paul E. Rowsey, III,
C. Todd Miller
David M. Jacobs
William S. Buchanan
500 Crescent Court
Suite 300
Dallas, Texas 75201

Fleet National Bank
115 Perimeter Center Place
Suite 500
Atlanta, GA 30346

Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street
Suite 2900
Tampa, FL 33602

EIGER-MEMORANDUM IN SUPPORT OF PEZZULLI TO WITHDRAW

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

01 NOV 20  PM 4: 32

CLERK. U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

Plaintiffs,

Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

Defendants.
_____/

## ORDER

THIS CAUSE came on for consideration upon the Unopposed Motion to

Withdraw of Pezzulli & Loewinsohn, L.LP., as Counsel for Fleet National Bank and for good

cause shown, it is hereby ORDERED AND ADJUDGED that Pezzulli & Loewinsohn, L.L.P.

shall be granted leave to withdraw as counsel for Fleet National Bank.

_____
UNITED STATES DISTRICT JUDGE

cc:    James B. Murphy, Jr., Esquire
       Carol E. Farquhar, Esquire
       Alan B. Gerlach, Esquire
       Gregory J. Orcutt, Esquire
       Dora Kaufman, Esquire

10899.1