ORIGINAL

FILED

01 NOV 21 PM 2: 35

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

    Plaintiffs,

v.                                                    Case No.: 8:00-cv-1026-T-27B

EIGER FUND I, L.P., et al.

    Defendants.
_____/

### WRITTEN DESIGNATION AND CONSENT-TO-ACT
### BY DEFENDANTS' NON-RESIDENT COUNSEL

Alan S. Loewinsohn, Esquire, and Carol E. Farquhar, Esquire, non-resident counsel for

Defendants H.D. Associates, L.P., Dunes Operating Company, L.P., Eiger, Inc., 2M Dunes, L.L.C.,

Eiger, Inc., Eiger Fund 1, L.P., Eiger Partners, L.P., Paul E. Rowsey, III, C. Todd Miller, David M.

Jacobs, and William S. Buchanan, pursuant to Local Rule 2.02 of the Rules of this Court, hereby

designate Timothy A. Andreu, Jr., Florida Bar No. 443778, of Glenn Rasmussen Fogarty P.A., 100

South Ashley Drive, Suite 1300, Tampa, Florida 33602, telephone (813) 229-3333, fax (813) 229-

5946, as a member of the bar of this Court, resident in Florida, upon whom all notices and papers

may be served and who will be responsible for the progress of the case, including the trial in default

of the non-resident attorney.

155

ALAN S. LOEWINSOHN, ESQUIRE *by permission*

CAROL E. FARQUHAR, ESQUIRE

Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, Texas 75252
State Bar No. 06828300
972/713-1300
972/713-1313 (facsimile)

Attorneys for H.D. Associates, L.P.,
Dunes Operating Company, L.P.,
Eiger, Inc., 2M Dunes, L.L.C.,
Eiger Fund 1, L.P., Eiger Partners, L.P.,
Paul E. Rowsey, III, C. Todd Miller,
David M. Jacobs, and William S. Buchanan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile transmission and by United States Mail to the individuals on the attached service list this 20th day of November, 2001.

ATTORNEY

## SERVICE LIST

Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd.
Suite 200
Tampa, FL 33602

Alan B. Gerlach
390 N. Orange Avenue
Suite 1100
Orlando, FL 32801

James B. Murphy, Jr.
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street
Suite 2900
Tampa, FL 33602

Dora Kaufman, Esquire
Haley, Sinagra &Perez
One Financial Plaza
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

#10941.1                                    -3-

John W. Greene                          Via Telecopy
Hill Gilstrap
1400 West Abram
Arlington, TX  76013