FILED

UNITED STATES DISTRICT COURT 01 NOV 21 PM 4: 12
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                       Case No.: 8:00-CV-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## AGREED MOTION OF THE EIGER DEFENDANTS TO PERMIT JESSICA THORNTON, A PARALEGAL, TO SIT AT COUNSEL TABLE DURING SOME OF THE PRESENTATION OF EVIDENCE

COME NOW, EIGER FUND I, L.P., EIGER, INC., EIGER PARTNERS, L.P., H.D. ASSOCIATES, L.P., DUNES OPERATING COMPANY, L.P., 2M DUNES L.L.C., PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M. JACOBS and WILLIAM S. BUCHANAN, Defendants herein (collectively the "Eiger Defendants"), and file this their Agreed Motion of the Eiger Defendants to Permit Jessica Thornton, a Paralegal, to Sit at Counsel Table During Some of The Presentation of Evidence, and would respectfully show the Court as follows:

AGREED MOTION OF THE EIGER DEFENDANTS TO PERMIT JESSICA THORNTON, A PARALEGAL, TO SIT AT COUNSEL TABLE DURING SOME OF THE PRESENTATION OF EVIDENCE – PAGE 1

In the presentation of evidence there may be times when counsel for the Eiger Defendants will wish to use a computer program that is run using a laptop computer. Jessica Thornton, who is an experienced paralegal, is more proficient in the use of that computer program than the lawyers representing the Eiger Defendants and it would aid significantly in the efficiency and effectiveness of the presentation of evidence if Ms. Thornton were allowed to sit at the counsel table during those times when it may be necessary to utilize the program.

Accordingly, the Eiger Defendants request the Court to order that Jessica Thornton may sit when necessary at the counsel table to assist in the use of the computer program to be utilized by counsel for the Eiger Defendants during trial.

Pursuant to Local Rule 3.01(g), the undersigned certifies that she has discussed the subject matter of this motion with counsel for the other parties who have no objection to the relief requested.

## MEMORANDUM OF LAW

As authority for this motion, the Eiger Defendants rely on Local Rule 5.03 and this Court's inherent authority over courtroom procedures.

AGREED MOTION OF THE EIGER DEFENDANTS TO PERMIT JESSICA THORNTON, A PARALEGAL, TO SIT AT COUNSEL TABLE DURING SOME OF THE PRESENTATION OF EVIDENCE – PAGE 2

Respectfully submitted,

_Alan S. Loewinsohn_
Alan S. Loewinsohn
State Bar No. 12481600
Carol E. Farquhar
State Bar No. 06828300
18383 Preston Road, Suite 100
Dallas, TX 75252
(972) 713-1300 Phone
(972) 713-1313 Facsimile

Daniel F. Molony
Florida Bar No. 271330
James B. Murphy, Jr.
Florida Bar No. 287598
Paul W. Rebein
Florida Bar No. Pending
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 – Facsimile

ATTORNEYS FOR EIGER FUND I, L.P.,
EIGER, INC., EIGER PARTNERS, L.P.
2M DUNES, L.L.C.; DUNES
OPERATING COMPANY;
H.D. ASSOCIATES, L.P., PAUL E.
ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, and WILLIAM S.
BUCHANAN

and

Dora Kaufman
Florida Bar No. 771244
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300
(954) 467-1372 – Facsimile

Attorneys for Fleet National Bank f/k/a
 BankBoston, N.A.

AGREED MOTION OF THE EIGER DEFENDANTS TO PERMIT JESSICA THORNTON, A PARALEGAL,
TO SIT AT COUNSEL TABLE DURING SOME OF THE PRESENTATION OF EVIDENCE – PAGE 4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile transmission and by United States Mail to Gregory J. Orcutt, Esq., Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602, Alan M. Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801, and John W. Greene, Hill Gilstrap, 1400 West Abram, Arlington, TX 76013, this 21st day of November, 2001.

_____
ATTORNEY

AGREED MOTION OF THE EIGER DEFENDANTS TO PERMIT JESSICA THORNTON, A PARALEGAL, TO SIT AT COUNSEL TABLE DURING SOME OF THE PRESENTATION OF EVIDENCE – PAGE 5

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                  Case No.: 8:00-CV-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## ORDER

        This cause came on to be considered Agreed Motion of the Eiger Defendants to Permit Jessica Thornton, a Paralegal, to Sit at Counsel Table During Some of the Presentation of Evidence, and the Court having considered the Motion is of the opinion it should be granted. It is therefore

        ORDERED that Jessica Thornton, a Paralegal employed by Pezzulli & Loewinsohn, L.L.P., shall be permitted to sit at the counsel table when necessary to run the computer program that may be used at trial during the presentation of evidence.

        SIGNED THIS _____ DAY OF NOVEMBER, 2001.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

ORDER – PAGE 1