FILED

01 NOV 21 PM 4: 12

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                             Case No.: 8:00-CV-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## AGREED MOTION OF THE EIGER DEFENDANTS
## TO PERMIT USE OF LAPTOP COMPUTER

COME NOW, EIGER FUND I, L.P., EIGER, INC., EIGER PARTNERS, L.P., H.D. ASSOCIATES, L.P., DUNES OPERATING COMPANY, L.P., 2M DUNES L.L.C., PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M. JACOBS and WILLIAM S. BUCHANAN, Defendants herein (collectively the "Eiger Defendants"), and file this their Agreed Motion of the Eiger Defendants to Permit Use of Laptop Computer, and would respectfully show the Court as follows:

To aid in the presentation of evidence, counsel for the Eiger Defendants needs the use of a Del Latitude C800 Laptop Computer, Model No. PP01X, Express Service Code 16182759313 and Western Digital 1394 Hard Drive, Model # WD600A001-RNN, Serial #: WMA7E153424, power cord, fire wire, and data cable.

AGREED MOTION OF THE EIGER DEFENDANTS
TO PERMIT USE OF LAPTOP COMPUTER – PAGE 1

Pursuant to Local Rule 3.01(g), the undersigned certifies that she has discussed the subject matter of this motion with counsel for the other parties who have no objection to the relief requested.

## MEMORANDUM OF LAW

As authority for this motion, the Eiger Defendants rely on Local Rule 5.03 and this Court's inherent authority over courtroom procedures.

AGREED MOTION OF THE EIGER DEFENDANTS
TO PERMIT USE OF LAPTOP COMPUTER – PAGE 2

Respectfully submitted,

Alan S. Loewinsohn
State Bar No. 12481600
Carol E. Farquhar
State Bar No. 06828300
18383 Preston Road, Suite 100
Dallas, TX  75252
(972) 713-1300 Phone
(972) 713-1313 Facsimile

Daniel F. Molony
Florida Bar No. 271330
James B. Murphy, Jr.
Florida Bar No. 287598
Paul W. Rebein
Florida Bar No. Pending
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 – Facsimile

ATTORNEYS FOR EIGER FUND I, L.P.,
EIGER, INC., EIGER PARTNERS, L.P.
2M DUNES, L.L.C.; DUNES
OPERATING COMPANY;
H.D. ASSOCIATES, L.P., PAUL E.
ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, and WILLIAM S.
BUCHANAN

and

AGREED MOTION OF THE EIGER DEFENDANTS
TO PERMIT USE OF LAPTOP COMPUTER – PAGE 3

Dora Kaufman
Florida Bar No. 771244
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300
(954) 467-1372 – Facsimile

Attorneys for Fleet National Bank f/k/a
 BankBoston, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile transmission and by United States Mail to Gregory J. Orcutt, Esq., Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602, Alan M. Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801, and John W. Greene, Hill Gilstrap, 1400 West Abram, Arlington, TX 76013, this 21st day of November, 2001.

_____
ATTORNEY

AGREED MOTION OF THE EIGER DEFENDANTS
TO PERMIT USE OF LAPTOP COMPUTER – PAGE 5

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

               Plaintiffs,

                                   Case No.: 8:00-CV-1026-T-27B

v.

EIGER FUND I, L.P., et al.

               Defendants.

_____/

## ORDER

This cause came on to be considered Agreed Motion of the Eiger Defendants to Permit Use of Laptop Computer, and the Court having considered the Motion is of the opinion it should be granted. It is therefore

ORDERED that either Alan S. Loewinsohn or Carol Farquhar, or their paralegal, Jessica Thornton, shall be permitted to bring in and out of the courthouse and the courtroom as needed, a Del Latitude C800 Laptop Computer, Model No. PP01X, Express Service Code 16182759313 and Western Digital 1394 Hard Drive, Model # WD600A001-RNN, Serial #: WMA7E153424, power cord, fire wire, and data cable.

SIGNED THIS _____ DAY OF NOVEMBER, 2001.


_____
UNITED STATES DISTRICT JUDGE


ORDER – PAGE 1