UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                                          Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## ORDER

THIS CAUSE came on for consideration upon the Unopposed Motion to

Withdraw of Pezzulli & Loewinsohn, L.LP., as Counsel for Fleet National Bank and for good

cause shown, it is hereby ORDERED AND ADJUDGED that Pezzulli & Loewinsohn, L.L.P.

shall be granted leave to withdraw as counsel for Fleet National Bank.

_____  11/26/01
UNITED STATES DISTRICT JUDGE

cc:     James B. Murphy, Jr., Esquire
          Carol E. Farquhar, Esquire
          Alan B. Gerlach, Esquire
          Gregory J. Orcutt, Esquire
          Dora Kaufman, Esquire

10899.1

F I L E    C O P Y

Date Printed: 11/27/2001

Notice sent to:

Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL  33602-4990

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 N. Tampa St., Suite 2900
P.O. Box 898
Tampa, FL  33601-0898

James B. Murphy Jr., Esq.
Shook, Hardy & Bacon, L.L.P.
100 N. Tampa St., Suite 2900
P.O. Box 898
Tampa, FL  33601-0898

Carol Farquhar
~~Alan S. Loewinsohn~~, Esq.
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 110
Dallas, TX  75252-5476

Jo E. Hartwick, Esq.
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 110
Dallas, TX  75252-5476

Timothy Allen Andreu, Esq.
Glenn, Rasmussen & Fogarty
100 S. Ashley Dr., Suite 1300
P.O. Box 3333
Tampa, FL  33601-3333

Alan M. Gerlach Jr., Esq.
Broad & Cassell
390 N. Orange Ave., Suite 1100
P.O. Box 4961
Orlando, FL  32802-4961

John W. Greene, Esq.
HILL GILSTRAP
1400 West Abram Street
Arlington, TX  76013

Dora F. Kaufman, Esq.
Haley, Sinagra & Perez, P.A.
100 Southeast 3rd Ave.
One Financial Plaza, Suite 1900
Ft. Lauderdale, FL  33394