UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

Plaintiffs,

Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

Defendants.

_____/

## ORDER

THIS CAUSE came on for consideration upon the Unopposed Motion to

Withdraw of Shook Hardy & Bacon, L.L.P. as Counsel for the Eiger Entities and the Eiger

Individuals, and for good cause shown, it is hereby ORDERED AND ADJUDGED that Shook

Hardy & Bacon, L.L.P shall be granted leave to withdraw as counsel for the Defendants Eiger

Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, L.P., Dunes Operating Company,

L.P., 2M Dunes, L.L.C., Paul E. Rowsey, III, C. Todd Miller, David M. Jacobs, and William S.

Buchanan.

_____
UNITED STATES DISTRICT JUDGE

cc:    James B. Murphy, Jr., Esquire
       Carol E. Farquhar, Esquire
       Alan B. Gerlach, Esquire
       Gregory J. Orcutt, Esquire
       Dora Kaufman, Esquire

10896.1