

FILED

01 NOV 26  PM 3: 57

........... , FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

      Plaintiffs,

                                Case No.: 8:00-CV-1026-T-27B

v.

EIGER FUND I, L.P., et al.

      Defendants.

_____/

## ORDER

      This cause came on to be considered Agreed Motion of the Eiger Defendants to Permit Jessica Thornton, a Paralegal, to Sit at Counsel Table During Some of the Presentation of Evidence, and the Court having considered the Motion is of the opinion it should be granted. It is therefore

      ORDERED that Jessica Thornton, a Paralegal employed by Pezzulli & Loewinsohn, L.L.P., shall be permitted to sit at the counsel table when necessary to run the computer program that may be used at trial during the presentation of evidence.

      SIGNED THIS __26th__ DAY OF NOVEMBER, 2001.

_____
UNITED STATES DISTRICT JUDGE

ORDER – PAGE 1

160