FILED



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

C! .... 2 6 PM 12: 55

LOCHMERE DEVELOPMENT
GROUP, INC., et al.,

        **Plaintiffs,**

vs.                                                   **Case No. 8:00-CV-1026-T-27TGW**

EIGER FUND I, L.P., et al.,

        **Defendants.**
_____/

## ORDER

**THIS CAUSE** is before the Court on the Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger

Partners, L.P., H.D. Associates, L.P., Dunes Operating Company, L.P., 2M Dunes L.L.C., Paul E.

Rowsey, III, C. Todd Miller, David M. Jacobs and William S. Buchanan's Agreed Motion to Permit Use

of Laptop Computer (Dkt. 157) seeking permission to bring a laptop computer into the Sam M. Gibbons

Federal Courthouse as an exception to the Local Rules of this Court. The motion is hereby **GRANTED**

as follows:

1.      Name of Person(s)
        Allowed to Bring in Devices:  Jessica Thornton

2.      Type of Device(s) Allowed:
      (a)    Del Latitude C800 Laptop Computer, Model No. PP01X, Express Service Code
            16182759313;
      (b)    Western Digital 1394 Hard Drive, Model No. WD600A011-RNN, Serial No.
            WMA7E153424;
      (c)    Power cord, fire wire and data cable.

3.      Locations Where Devices Allowed:  Courtroom 13B

4.      Case Name & Number (if applicable):  <u>Lochmere Development Group, Inc. v. Eiger</u>
      <u>Fund I, L.P., et al.</u>, Case No. 8:00-CV-1026-T-27TGW.

5.      Dates Devices Allowed:  December 3, 2001 through December 14, 2001.

The person authorized by this Order shall present a copy of this Order to security personnel each

/61

time that person enters the courthouse with such equipment.  In their discretion, courthouse security personnel may require the authorized person to present picture identification at the time of entry.  The equipment described above is subject to inspection at any time by courthouse security personnel.

**DONE AND ORDERED** in Tampa, Hillsborough County, Florida this _26_ day of November, 2001.

_____
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record
U.S. Marshal/Court Security-Front Desk