UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FILED

01 NOV 27 PM 3: 36

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT GROUP,          :
INC. AND LOCHMERE REALTY, INC.,
                                     :
        PLAINTIFFS,
                                     :

VS.                                  :

H. D. ASSOCIATES, L.P., A DELAWARE        CASE NO. 8:00-CV-1026-T-27B
LIMITED PARTNERSHIP, BY AND          :    STATE COURT NO. 00-02525-DIV. I
THROUGH ITS GENERAL PARTNER
DUNES OPERATING COMPANY, L.P.,       :
A DELAWARE LIMITED PARTNERSHIP,
BY AND THROUGH ITS GENERAL PARTNERS,  :
EIGER, INC., A DELAWARE CORPORATION,
AND 2M DUNES, L.L.C., A TEXAS LIMITED  :
LIABILITY COMPANY; EIGER FUND 1,
L.P., A DELAWARE LIMITED PARTNER-    :
SHIP; EIGER PARTNERS, L.P., A
DELAWARE LIMITED PARTNERSHIP;        :
DAVID LANE, AN INDIVIDUAL;
BARNETT LANE INVESTMENTS, INC.,      :
A TEXAS CORPORATION; JTL CAPITAL,
L.L.C., A TEXAS LIMITED LIABILITY    :
COMPANY; FLEET NATIONAL BANK,
N.A., A NATIONAL BANKING ASSOCIA-    :
TION; PAUL E. ROWSEY, III, AN
INDIVIDUAL; C. TODD MILLER, AN       :
INDIVIDUAL; DAVID M. JACOBS,
AN INDIVIDUAL; AND WILLIAM S.        :
BUCHANAN, AN INDIVIDUAL,
                                     :
        DEFENDANTS.
                                     :
_____:

## NOTICE OF APPEARANCE

The undersigned attorneys serve notice of their appearance as additional counsel in the

above-captioned cause, on behalf of defendants H.D. Associates, L.P., Dunes Operating Company,

L.P., Eiger, Inc., 2M Dunes, L.L.C., Eiger Fund 1, L.P., Eiger Partners, L.P., Paul E. Rowsey, III, C.

*167*

Todd Miller, David M. Jacobs, and William S. Buchanan, and request that all pleadings and other papers filed in this cause be served upon them.

Respectfully Submitted,

Timothy A. Andreu
Florida Bar No. 443778
**GLENN RASMUSSEN**
    **FOGARTY & HOOKER, P.A.**
100 South Ashley Drive, Suite 1300
Tampa, Florida 33602
Telephone: (813)229-3333
Facsimile: (813)229-5946

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. MAIL upon the following-named addressees this 26th day of November, 2001:

Gregory J. Orcutt
Bricklemyer, Smolker & Bolves
500 E. Kennedy Blvd., Suite 200
Tampa, FL   33602

Daniel F. Molony
Shook, Hardy & Bacon
100 N. Tampa  Stree., Ste. 2900
Tampa, FL   33601

Alan M. Gerlach, Jr.
Broad & Cassell
390 N. Orange Ave., Suite 1100
Orlando, FL   32802

Dora Kaufman
Haley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL   33394

Michael P. Winter
Morgan, Lewis & Bockius
5300 First Union Financial Ctr.
Miami, FL   33131-2339

Alan S. Loewinsohn
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 110
Dallas, TX   75252

John W. Greene
Hill, Gilstrap, P.A.
1400 West Abram Street
Arlington, TX 76013

Timothy A. Andreu