UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**FILED**

Date 11-27-01    3:56 Time

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| LOCHMERE DEVELOPMENT §<br>GROUP, INC., and LOCHMERE §<br>REALTY, INC., §<br> §<br> Plaintiffs §<br> §<br> §<br>v. §<br> §<br> §<br>H.D. ASSOCIATES, L.P., a Delaware §<br>Limited Partnership by and through §<br>its general partners DUNES §<br>OPERATING COMPANY, L.P., a §<br>Delaware Limited Partnership and §<br>EIGER, INC., a Delaware Corporation §<br>2M DUNES, L.L.C., a Texas Limited §<br>Liability Company, DAVID LANE, an §<br>Individual; BARNETT LANE §<br>INVESTMENTS, INC., a Texas §<br>Corporation; JTL CAPITAL, L.L.C., §<br>A Texas Limited Liability Company; §<br>FLEET NATIONAL BANK, N.A., a §<br>National Banking Association; PAUL E. §<br>ROWSEY, III, an Individual; C. TODD §<br>MILLER, an Individual; DAVID M. §<br>JACOBS, an Individual; and, WILLIAM §<br>S. BUCHANAN, an Individual, §<br> §<br> Defendants § | CASE NO.<br>8:00-CV-1026-T-27B<br><br>STATE COURT NO.<br>00-02525/Div. 1 |

## MOTION TO STRIKE CERTAIN FACT WITNESSES TO TESTIFY
## ON BEHALF OF PLAINTIFFS BY DEFENDANTS DAVID LANE, INDIVIDUALLY,
## BARNETT LANE INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.

Defendants, David Lane, individually, Barnett Lane Investments, Inc. and JTL Capital, L.

L. C., (the Lane Defendants), by and through their undersigned counsel hereby move to strike

certain fact witnesses on Plaintiffs' witness list.

In support of this motion, the Lane Defendants would show that, as demonstrated in the

accompanying memorandum of law, certain fact witnesses on Plaintiffs' witnesses list should be

stricken because they have not been timely or adequately disclosed in answers to interrogatories.

MOTION TO STRIKE CERTAIN FACT WITNESSES TO TESTIFY
ON BEHALF OF PLAINTIFFS BY DEFENDANTS DAVID LANE, INDIVIDUALLY,
BARNETT LANE INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.

Page 1

The reasons and authorities in support of this motion are set forth in the accompanying of Memorandum of Law.

WHEREFORE, Lane Defendants request that the Court strike Robert L. Canterbury, Poppy M. Suarez, Terry Pendleton, Tucker Frederickson, Kevin Partel, Robert Dickinson, John Cherry, Richard Blunk, David Pepe, Avery Nye, Bill Hipp, Paul DiVito, Jonathan Hodnett, Lawrence Martin, Tom Kelley, Daniel Ward, Thomas K. Wasp, W. Audi Long, Penn Hodge, as witnesses testifying on behalf of Plaintiffs and that the Court award said the Lane Defendants their costs, expenses, and reasonable attorney's fees for bringing this motion.

### STATEMENT CERTIFYING COMPLIANCE WITH RULE 3.01(g), RULES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

John W. Greene, as counsel for the Lane Defendants, certifies by his signature below that he has conferred with opposing counsel concerning the subject of the above motion and that counsel have been unable to agree on the resolution of this motion.

Respectfully submitted,

HILL GILSTRAP

By:_____
John W. Greene
State Bar No. 08391520

1400 West Abram
Arlington, Texas 76013
(817) 261-2222
(817) 277-3249 FAX

and

Alan M. Gerlach
State Bar No. 199184
BROAD AND CASSEL
390 N. Orange Avenue
Suite 1100
Orlando, FL  32801
Phone: 407/ 839-4200
Via Facsimile:  407/425-8377

ATTORNEYS FOR DEFENDANTS
DAVID LANE, BARNETT LANE
INVESTMENTS, INC. and
JTL CAPITAL, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via _____TELIFAY_____ on ___Nov. 27_____, 2001, to all counsel of record.

_____
John W. Greene