UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**F I L E D**

Date //-27-01    3:54    Time

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| LOCHMERE DEVELOPMENT GROUP, INC., and LOCHMERE REALTY, INC., §§§§§§ | |
| Plaintiffs §§ | |
| v. §§ | CASE NO. 8:00-CV-1026-T-27B |
| H.D. ASSOCIATES, L.P., a Delaware Limited Partnership by and through its general partners DUNES OPERATING COMPANY, L.P., a Delaware Limited Partnership and EIGER, INC., a Delaware Corporation 2M DUNES, L.L.C., a Texas Limited Liability Company, DAVID LANE, an Individual; BARNETT LANE INVESTMENTS, INC., a Texas Corporation; JTL CAPITAL, L.L.C., A Texas Limited Liability Company; FLEET NATIONAL BANK, N.A., a National Banking Association; PAUL E. ROWSEY, III, an Individual; C. TODD MILLER, an Individual; DAVID M. JACOBS, an Individual; and, WILLIAM S. BUCHANAN, an Individual, §§§§§§§§§§§§§§§§§§§§ | STATE COURT NO. 00-02525/Div. 1 |
| Defendants § | |

## MOTION TO STRIKE EXPERT TESTIMONY OF RICHARD L. BROWN BY DEFENDANTS DAVID LANE, INDIVIDUALLY, BARNETT LANE INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.

Defendants, David Lane, individually, Barnett Lane Investments, Inc. and JTL Capital, L. L. C., (the Lane Defendants), by and through their undersigned counsel hereby move to strike the testimony of Richard L. Brown ("Brown") designated by Plaintiffs Lochmere Development Group, Inc. ("Lochmere Development") and Lochmere Realty, Inc. ("Lochmere Realty") (collectively "Lochmere").

170

In support of this motion, the Lane Defendants would show that, as demonstrated in the accompanying memorandum of law, Brown should be stricken because he is not a qualified expert and his opinions are baseless and unreliable under <u>Daubert v. Merrell Dow Pharm., Inc.</u>, 509 U.S. 570, 113 S.Ct. 2786 (1993).

The reasons and authorities in support of his motion are set forth in the accompanying Memorandum of Law.

WHEREFORE, the Lane Defendants request that the Court strike the opinions of Richard L. Brown, Plaintiffs' expert, and that the Court award said the Lane Defendants their costs, expenses, and reasonable attorney's fees for bringing this motion.

STATEMENT CERTIFYING COMPLIANCE WITH RULE 3.01(g),
RULES OF THE UNITED STATES DISTRICT COURT
<u>FOR THE MIDDLE DISTRICT OF FLORIDA</u>

John W. Greene, as counsel for the Lane Defendants, certifies by his signature below that he has conferred with opposing counsel concerning the subject of the above motion and that counsel have been unable to agree on the resolution of this motion.

Respectfully submitted,

HILL GILSTRAP

By:_____

John W. Greene
State Bar No. 08391520

1400 West Abram
Arlington, Texas 76013
(817) 261-2222
(817) 277-3249 FAX

and

Alan M. Gerlach
State Bar No. 199184
BROAD AND CASSEL
390 N. Orange Avenue
Suite 1100
Orlando, FL 32801
Phone: 407/ 839-4200
Via Facsimile· 407/425-8377

ATTORNEYS FOR DEFENDANTS
DAVID LANE, BARNETT LANE
INVESTMENTS, INC. and
JTL CAPITAL, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via _____TELEFAX_____ on _____Nov. 27_____, 2001, to all counsel of record.

_____
John W. Greene

MOTION TO STRIKE EXPERT TESTIMONY OF
RICHARD L. BROWN BY DEFENDANTS DAVID LANE, INDIVIDUALLY,
BARNETT LANE INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.                    **Page 3**