FILED

01 NOV 23 AM 10: 26

............ , ...... , FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
Middle District of Florida

LOCHMERE DEVELOPMENT GROUP, INC.,
and LOCHMERE REALTY, INC.,

     Plaintiffs,

vs.

CASE NO.: 8:00-CV-1026-T-27B

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C.,
a Texas limited liability company; EIGER
FUND 1, L.P., a Delaware limited partnership;
EIGER PARTNERS, L.P., a Delaware limited
partnership; DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC., a
Texas corporation; JTL CAPITAL, L.L.C., a
Texas limited liability company; FLEET NATIONAL
BANK, N.A., a national banking association;
PAUL E. ROWSEY, III, an individual; C. TODD MILLER,
an individual; DAVID M. JACOBS, an individual;
and, WILLIAM S. BUCHANAN, an individual,

     Defendants.
_____/

## AGREED MOTION OF PLAINTIFFS TO PERMIT
## USE OF EQUIPMENT AND TECHNICIAN AT TRIAL

COME NOW, Plaintiffs, LOCHMERE DEVELOPMENT GROUP, INC. and

LOCHMERE REALTY, INC., and file this Agreed Motion to Permit Use of Equipment

and Technician at Trial and state as follows:

To aid in the presentation of evidence, counsel for Plaintiffs requires the following

equipment and/or backup equipment be utilized by Plaintiffs at trial and that this

equipment be operated by technician Lonny Mead or Kevin Phillips. Plaintiffs may

utilize the following equipment at the trial of this action:

Sager 1.0 Ghz Laptop, Serial No. NC22C01E05130

/72

Laptop 1 – 256 RAM, 20 Gig HD, 14.5 Screen

Sager 1.0 Ghz Laptop, Serial No. NC22C01C12583
Laptop 2 (Backup) – 500 Mg RAM, 20 Gig HD, 14.5 Screen

Hitachi CP-X325, Serial No. CP-X325W
LCD Projector 1 – cordless remote, power cord, 9 pin mouse, adapter, 15 pin VGA adapter

Epson Powerlite 50C, Serial No. CWJ0151898K
LCD Projector 2 (Backup)
15 pin VGA Cable, 6 ft. power cord, 5 video cables, cordless remote

Speakers (2)
Labtec
Serial No. B7031863, two connection cables, power cord

25 Ft. 15 pin VGA Cable w/ splitter

Pursuant to Local Rule 3.01(g), the undersigned certifies that he has discussed the subject matter of this motion with counsel for the other parties who have no objection to the relief requested.

## MEMORANDUM OF LAW

Plaintiffs rely on Local Rule 5.02 and this Court's authority over courtroom procedures.

BRICKLEMYER, SMOLKER & BOLVES, P.A.

By:_____
Gregory J. Orcutt
Florida Bar No. 230855
500 East Kennedy Boulevard
Suite 200
Tampa, Florida 33602
(813) 223-3888
(813) 228-6422 - Facsimile
Attorneys for LOCHMERE REALTY, INC., LOCHMERE DEVELOPMENT GROUP, INC.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by facsimile and U. S. Mail to the parties listed on the Service List, this ___27___ day of November, 2001.

Gregory J. Orcutt

## SERVICE LIST

Alan S. Loewinsohn, Esq.
Carol E. Farquhar, Esq.
Jo E. Hartwick, Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, TX  75252

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street, Suite 3900
Tampa, FL  33602

Timothy A. Andreu, Jr.
Glenn Rasmussen & Fogarty
100 South Ashley Drive
Suite 1300
Tampa, FL  33602

(Attys. for H.D. ASSOCIATES, L.P. DUNES
OPERATING COMPANY, L.P., EIGER, INC.,
2M DUNES, L.L.C., EIGER FUND 1 L.P.,
EIGER PARTNERS, L.P.,L.P., PAUL E. ROWSEY, III,
C. TODD MILLER, DAVID M. JACOBS,
WILLIAM S. BUCHANAN and FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.)

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Co-Counsel: FLEET NATIONAL BANK f/k/a BANKBOSTON,N.A.

Alan M. Gerlach, Esq.
Broad & Cassel
390 North Orange Ave.

3

Suite 1100
Orlando, FL 32801

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

(Attys. for DAVID LANE, BARNETT LANE
INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.)

4