

FILED

01 NOV 23 AM 10: 26

TAMPA, FLORIDA

## UNITED STATES DISTRICT COURT
### Middle District of Florida

LOCHMERE DEVELOPMENT GROUP, INC.,
and LOCHMERE REALTY, INC.,

    Plaintiffs,

vs.                                CASE NO.: 8:00-CV-1026-T-27B

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C.,
a Texas limited liability company; EIGER
FUND 1, L.P., a Delaware limited partnership;
EIGER PARTNERS, L.P., a Delaware limited
partnership; DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC., a
Texas corporation; JTL CAPITAL, L.L.C., a
Texas limited liability company; FLEET NATIONAL
BANK, N.A., a national banking association;
PAUL E. ROWSEY, III, an individual; C. TODD MILLER,
an individual; DAVID M. JACOBS, an individual;
and, WILLIAM S. BUCHANAN, an individual,

    Defendants.

_____/

## ORDER ON AGREED MOTION OF PLAINTIFFS TO PERMIT USE OF EQUIPMENT AND TECHNICIAN AT TRIAL

**THIS CAUSE** came before the Court on the Agreed Motion of Plaintiffs to

Permit Use of Equipment and Technician at Trial and the Court having

considered the Motion and being fully advised in the premises hereby:

*/73*

**ORDERS** that Plaintiffs Agreed Motion to Permit Use of Equipment and Technician at Trial is hereby **GRANTED**.

Plaintiffs may utilize the following equipment at the trial of this action, as operated by Lonny Mead and Kevin Phillips.

> Sager 1.0 Ghz Laptop, Serial No. NC22C01E05130
> Laptop 1 – 256 RAM, 20 Gig HD, 14.5 Screen
>
> Sager 1.0 Ghz Laptop, Serial No. NC22C01C12583
> Laptop 2 (Backup) – 500 Mg RAM, 20 Gig HD, 14.5 Screen
>
> Hitachi CP-X325, Serial No. CP-X325W
> LCD Projector 1 – cordless remote, power cord, 9 pin mouse,
> adapter, 15 pin VGA adapter
>
> Epson Powerlite 50C, Serial No. CWJ0151898K
> LCD Projector 2 (Backup)
> 15 pin VGA Cable, 6 ft. power cord, 5 video  cables, cordless
> remote
>
> Speakers (2)
> Labtec
> Serial No. B7031863, two connection cables, power cord
>
> 25 Ft. 15 pin VGA Cable w/ splitter

**DONE AND ORDERED** in Chambers at Tampa, Florida, this ___27th___ day of November, 2001.

_____
THE HONORABLE JAMES D. WHITTEMORE
United States District Court Judge

Copies to All Counsel

2

F I L E    C O P Y

Date Printed: 11/28/2001



Notice sent to:

____  Gregory J. Orcutt, Esq.
      Bricklemyer, Smolker & Bolves, P.A.
      500 E. Kennedy Blvd., Suite 200
      Tampa, FL  33602-4990

____  Alan S. Loewinsohn, Esq.
      Pezzulli & Loewinsohn, LLP
      18383 Preston Rd., Suite 110
      Dallas, TX  75252-5476

____  Jo E. Hartwick, Esq.
      Pezzulli & Loewinsohn, LLP
      18383 Preston Rd., Suite 110
      Dallas, TX  75252-5476

____  Timothy Allen Andreu, Esq.
      Glenn, Rasmussen & Fogarty
      100 S. Ashley Dr., Suite 1300
      P.O. Box 3333
      Tampa, FL  33601-3333

____  Daniel F. Molony, Esq.
      Shook, Hardy & Bacon, L.L.P.
      100 N. Tampa St., Suite 2900
      P.O. Box 898
      Tampa, FL  33601-0898

____  Alan M. Gerlach Jr., Esq.
      Broad & Cassell
      390 N. Orange Ave., Suite 1100
      P.O. Box 4961
      Orlando, FL  32802-4961

____  John W. Greene, Esq.
      HILL GILSTRAP
      1400 West Abram Street
      Arlington, TX  76013

____  Dora F. Kaufman, Esq.
      Haley, Sinagra & Perez, P.A.
      100 Southeast 3rd Ave.
      One Financial Plaza, Suite 1900
      Ft. Lauderdale, FL  33394