

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC., et al.,

Plaintiffs,

vs.                                                   Case No. 8:00-CV-1026-T-27TGW

EIGER FUND I, L.P., et al.,

Defendants.
_____/

## AMENDED[1] ORDER

THIS CAUSE is before the Court on the Defendants Eiger Fund I, L.P., Eiger, Inc., Eiger

Partners, L.P., H.D. Associates, L.P., Dunes Operating Company, L.P., 2M Dunes L.L.C., Paul E.

Rowsey, III, C. Todd Miller, David M. Jacobs and William S. Buchanan's Agreed Motion to Permit Use

of Laptop Computer (Dkt. 157) seeking permission to bring a laptop computer into the Sam M. Gibbons

Federal Courthouse as an exception to the Local Rules of this Court. The motion is hereby **GRANTED**

as follows:

1.    Name of Person(s)
      Allowed to Bring in Devices:   Jessica Thornton

2.    Type of Device(s) Allowed:
      (a)    Del Latitude C800 Laptop Computer, Model No. PP01X, Express Service Code
             16182759313;
      (b)    Western Digital 1394 Hard Drive, Model No. WD600A011-RNN, Serial No.
             WMA7E153424;
      (c)    Power cord, fire wire and data cable.

3.    Locations Where Devices Allowed:  Courtroom 13B

4.    Case Name & Number (if applicable):  Lochmere Development Group, Inc. v. Eiger
      Fund I, L.P., et al., Case No. 8:00-CV-1026-T-27TGW.

5.    Dates Devices Allowed: November 30, 2001 through December 14, 2001.

_____

[1] Amended only to change the dates devices allowed.

The person authorized by this Order shall present a copy of this Order to security personnel each time that person enters the courthouse with such equipment. In their discretion, courthouse security personnel may require the authorized person to present picture identification at the time of entry. The equipment described above is subject to inspection at any time by courthouse security personnel.

**DONE AND ORDERED** in Tampa, Hillsborough County, Florida this 28th day of November, 2001.

_____
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record
U.S. Marshal/Court Security-Front Desk

F I L E    C O P Y

Date Printed: 11/29/2001

Notice sent to:

   \_\_\_   Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL  33602-4990

   \_\_\_   Alan S. Loewinsohn, Esq.
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 110
Dallas, TX  75252-5476

   \_\_\_   Jo E. Hartwick, Esq.
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 110
Dallas, TX  75252-5476

   \_\_\_   Timothy Allen Andreu, Esq.
Glenn, Rasmussen & Fogarty
100 S. Ashley Dr., Suite 1300
P.O. Box 3333
Tampa, FL  33601-3333

   \_\_\_   Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 N. Tampa St., Suite 2900
P.O. Box 898
Tampa, FL  33601-0898

   \_\_\_   Alan M. Gerlach Jr., Esq.
Broad & Cassell
390 N. Orange Ave., Suite 1100
P.O. Box 4961
Orlando, FL  32802-4961

   \_\_\_   John W. Greene, Esq.
HILL GILSTRAP
1400 West Abram Street
Arlington, TX  76013

   \_\_\_   Dora F. Kaufman, Esq.
Haley, Sinagra & Perez, P.A.
100 Southeast 3rd Ave.
One Financial Plaza, Suite 1900
Ft. Lauderdale, FL  33394