

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida Corporation, and
LOCHMERE REALTY, INC., a Florida
Corporation,

        Plaintiffs,

v.                                Case No.:  8:00-cv-1026-T-27B

EIGER FUND I, L.P., et al

        Defendants.

_____/

## THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S "PARED DOWN" EXHIBIT LIST

EIGER FUND I, L.P., EIGER, INC., EIGER PARTNERS, L.P., H.D. ASSOCIATES, L.P., DUNES OPERATING COMPANY, L.P., 2M DUNES, L.L.C., PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M. JACOBS, and WILLIAM S. BUCHANAN (collectively the "Eiger Defendants") and Fleet National Bank f/k/a BankBoston, N.A., ("BankBoston") file this their "Pared Down" Exhibit List as requested by the Court.[1]

In accordance with the instructions of the Court, attached as Schedule 1 is the "pared down" list of exhibits in the form requested by the Court.

---

[1] The Eiger Defendants and BankBoston do not waive their rights to offer the exhibits previously listed on their Exhibit List filed with this Court as part of the Pretrial Statement, but are complying with the instructions of the Court to "pare down" the list to only those exhibits expected at this time to be offered.

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
"PARED DOWN" EXHIBIT LIST                                      Page 1

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

By:_____

Daniel F. Molony
Florida Bar No. 271330
James B. Murphy
Florida Bar No. 287598
201 E. Kennedy, Suite 601
Tampa, Florida 33602
(813) 202-7100 Phone
(813) 221-8837 Facsimile

ATTORNEYS FOR FLEET
NATIONAL BANK

PEZZULLI & LOEWINSOHN, L.L.P.

By:_____

Alan S. Loewinsohn
State Bar No. 12481600
Carol E. Farquhar
State Bar No. 06828300
18383 Preston Road, Suite 100
Dallas, TX  75252
(972) 713-1300 Phone
(972) 713-1313 Facsimile

Timothy A. Andreu, Jr.
State Bar No. 443778
Glenn Rasmussen Fogarty, P.A.
100 South Ashley Drive, Suite 1300
Tampa, FL  33602
(813) 229-3333
Fax: (813) 229-5946

ATTORNEYS FOR EIGER FUND I, L.P.,
EIGER, INC., EIGER PARTNERS, L.P.
2M DUNES, L.L.C., DUNES
OPERATING COMPANY, L.P.,
H.D. ASSOCIATES, L.P., PAUL E.
ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, and WILLIAM S.
BUCHANAN

HALEY, SINAGRA & PEREZ
Dora Kaufman, Esq.
Florida Bar No. 771244
100 SE 3rd Avenue, Suite 1900
Fort Lauderdale, FL  33394
(954) 467-1300  Phone
(954) 467-1372  Facsimile

COUNSEL FOR FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

By:_____
   Daniel F. Molony
   Florida Bar No. 271330
   James B. Murphy
   Florida Bar No. 287598
201 E. Kennedy, Suite 601
Tampa, Florida 33602
(813) 202-7100 Phone
(813) 221-8837 Facsimile

ATTORNEYS FOR FLEET
NATIONAL BANK

PEZZULLI & LOEWINSOHN, L.L.P.

By:_____
   Alan S. Loewinsohn
   State Bar No. 12481600
   Carol E. Farquhar
   State Bar No. 06828300
18383 Preston Road, Suite 100
Dallas, TX 75252
(972) 713-1300 Phone
(972) 713-1313 Facsimile

Timothy A. Andreu, Jr.
State Bar No. 443778
Glenn Rasmussen Fogarty, P.A.
100 South Ashley Drive, Suite 1300
Tampa, FL 33602
(813) 229-3333
Fax: (813) 229-5946


ATTORNEYS FOR EIGER FUND I, L.P.,
EIGER, INC., EIGER PARTNERS, L.P.
2M DUNES, L.L.C., DUNES
OPERATING COMPANY, L.P.,
H.D. ASSOCIATES, L.P., PAUL E.
ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, and WILLIAM S.
BUCHANAN

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served on the following counsel of record on this 29th day of November, 2001, via the method indicated:

Gregory J. Orcutt                         Via Telecopy *a-d U.S. Mail*
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd. Ste. 200
Tampa, Florida 33602

Alan Gerlach                              Via Telecopy *a-d U.S Mail*
Broad & Cassel
390 N. Orange Avenue, Suite 1100
Orlando, FL 32801

John W. Greene                            Via Telecopy *a-d U.S. Mail*
Hill Gilstrap
1400 West Abram
Arlington, TX 76013

_____

## THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
## "PARED DOWN" EXHIBIT LIST

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Information sent by Lochmere to Joseph Blake and Associates |
| 2 | | | | 1/4/99 Letter to David Lane from John Kelly |
| 3 | | | | 12/28/98 Letter to James Gardner from Wade Hopping with attached Preliminary Environmental Findings for Hammock Dunes Second Golf Course |
| 4 | | | | 1/5/99 Fax cover sheet to Robert Evans from Bob Dickinson |
| 5 | | | | 11/25/97 Cushman Wakefield Confidential Offering Memorandum |
| 6 | | | | 4/10/98 Memo to David Lane from Tom Kelly |
| 7 | | | | 4/14/99 Hammock Dunes Cash Flow Projections Master Development Budget |
| 8 | | | | 2/25/99 Letter to David Lane from Robert Evans |
| 9 | | | | 12/30/98 Memo to Robert Evans from David Lane |
| 10 | | | | 7/23/99 Letter to Merrick Kleeman from Robert Evans |
| 11 | | | | 7/23/99 Check in the amount of $125,000.00 payable to Starwood Capital signed by Robert Evans |
| 12 | | | | 7/23/99 Copy of federal express bill to Robert Evans from Rick Kleeman |
| 13 | | | | 7/22/99 Letter to James Gardner from Merrick Kleeman of Starwood |
| 14 | | | | July, 1999 Agreement for Sale and Purchase between ITT Community Development and ITT Land Corporation and Starwood Development |
| 15 | | | | 6/30/98 Letter to David Lane from Robert Evans with attached agreement for services with Canterbury Engineering |
| 17 | | | | 8/4/98 Letter from Amanda Brinegar to David Lane |
| 18 | | | | 9/29/98 Letter from Amy Olson to Robert Evans |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
PARED DOWN EXHIBIT LIST

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 20 | | | | 8/6/98 Agreement for Sale and Purchase dated |
| 21 | | | | 8/10/98 Letter to Amy Olson from Amanda Brinegar |
| 22 | | | | 8/7/98 Letter to Amy Olson from Amanda Brinegar |
| 24 | | | | 8/14/98 Fax to Amanda from Libbie Butler with attached letter dated 8/13/98 to Amy Olson and Hilary Spann from Vicki DeLaughter |
| 25 | | | | 9/14/98 Invoice to Barnett Lane Investments from PricewaterhouseCoopers |
| 26 | | | | 8/21/98 Memo from Amy Olson, Tim Dick, Hilary Spann to Bob Evans |
| 27 | | | | 8/23/98 Memo to Mr. Robert Evans from Steven Samaha |
| 28 | | | | 7/2/98 Letter to David Lane from Robert Evans |
| 29 | | | | 5/26/98 Letter to Robert Evans from Robert Dickinson with attachments |
| 30 | | | | 4/17/98 Letter to Kevin Partel from Robert Evans with attached signed fee agreement |
| 31 | | | | 3/18/98 Letter from Steve Samaha to David Lane |
| 32 | | | | 3/6/98 Memo from Steve Millham to David Lane |
| 33 | | | | 10/6/98 Letter to David Lane & Stephen Millham from Robert Evans |
| 34 | | | | 10/9/98 Fax to Jim Gardner, Bob Evans and Steve Samaha from David Lane |
| 35 | | | | 10/22/98 Fax to Amy Olson from Kerry Roberts |
| 36 | | | | 10/23/98 Fax to Amy Olson from Kerry Roberts |
| 37 | | | | 10/28/98 Letter to Bob Evans from Amy Olson |
| 38 | | | | 11/1/98 Letter to David Lane from Robert Evans with fax cover page |
| 39 | | | | 10/30/98 Fax to Bob Evans from David Lane with attached billing from Canterbury Egineering; Fax dated 10/29/98 to David Lane from Steve Samaha with attached statement for services from Annis, Mitchell, Cockey, Edwards & Roehn |

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---------|-----------------|---------------|---------|-------------|
| 44 | | | | 11/23/98 Second Amendment to Agreement for Sale and Purchase |
| 45 | | | | 11/16/98 Asset Advisory Services performed for Hammock Dunes as of 11/16/98 from PricewaterhouseCoopers |
| 47 | | | | 12/22/98 Letter to David Lane from James Gardner |
| 48 | | | | 3/24/99 Letter to Robert Evans from Paul Rowsey |
| 49 | | | | 3/24/99 Fax to Bob Evans from David Lane with attached letter to Paul Rowsey from Robert Evans dated 3/24/99 |
| 50 | | | | 4/13/99 Fax to Bob Evans and David Lane from Paul Rowsey |
| 51 | | | | 4/14/99 Letter to David Lane from Robert Evans |
| 52 | | | | 4/22/99 Letter to ITT Community Development Corporation from David Lane and Paul Rowsey |
| 53 | | | | 4/27/99 Fax to Paul Rowsey, Mark Vankirk, Bob Evans, and Steve Samaha from David Lane with attached letter dated 4/27/99 to David Lane from James Gardner of ITT |
| 54 | | | | 4/30/99 Letter to ITT Community Development Corporation from David Lane and Paul Rowsey with fax cover page |
| 55 | | | | 4/16/99 Letter to Richard Blunk from Steve Samaha |
| 56 | | | | 4/17/99 Fax to Bob Evans from David Lane with attached copy of Projected Cash Receipts from Land Sales |
| 57 | | | | 4/21/99 Fax to Robert Evans from Robert Canturbury with attached cost spreadsheets |
| 58 | | | | 4/23/99 Fax to Robert Evans from Steve Nielsen |
| 59 | | | | 4/23/99 Letter to Steve Nielsen from Robert Evans with Proposal and Contract prepared by EMS |
| 60 | | | | 5/3/99 Letter to Steve Kennedy from Robert Evans with attached preliminary site plans |

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 61 | | | | 5/14/99 Letter to David Lane from Robert Evans with attached invoices from Canterbury and Annis, Mitchell, Cockey, Edwards and Roehn |
| 62 | | | | 5/24/99 Letter to Robert Evans from Ralph Bowden with attached invoice |
| 63 | | | | 6/10/99 Letter to Paul Rowsey from Robert Evans |
| 64 | | | | 6/24/99 Letter to Robert Evans to Joseph Hatzell |
| 65 | | | | 8/19/99 Letter from Robert Canterbury to David Lane dated |
| 67 | | | | 3/30/99 Letter to Paul Rowsey from Amanda Brinegar |
| 68 | | | | Unsigned Marketing and Listing Agreement between Barnett Lane and Lochmere |
| 69 | | | | 4/14/99 Fax to Bob Evans from Keith Bricklemyer with attached copy of redline version of the Management Development and Marketing Agreement between Lochmere and Barnett Lane |
| 70 | | | | 4/14/99 Fax to Bob Evans from Keith Bricklemyer with attached copy of Management Development and Marketing Agreement between Lochmere and Barnett Lane Investments dated 4/14/99 |
| 71 | | | | 7/6/99 Hammock Dunes Cash Flow Projections Master Development Budget |
| 72 | | | | 5/25/99 Environmental Site Assessment Phase 1 for Hammock Dunes Multi-Pack Parcel |
| 73 | | | | 5/10/99 Fax to David Lane from Bob Evans |
| 74 | | | | June 1999 Unsigned Marketing and Listing Agreement between HD Associates and Lochmere |
| 75 | | | | 7/13/99 Letter to James Gardner from Paul Rowsey |
| 76 | | | | 7/23/99 Letter to Paul Rowsey from James Gardner |
| 77 | | | | Executive Summary cover sheet with monthly financial statements for 1999 |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
PARED DOWN EXHIBIT LIST                                                    Page 8

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 79 | | | | 4/27/99 Fax to Steve Kennedy from David Lane with attached Cash Flow Projections Master Development Budget |
| 80 | | | | 3/24/99 Fax to Paul Rowsey from Bob Evans with attached letter to Paul Rowsey from Robert Evans dated 3/24/99 |
| 81 | | | | 5/6/99 Memo to Due Diligence File from Paul Rowsey |
| 82 | | | | 4/28/99 Fax to Paul Rowsey & David Lane from C. Callea |
| 83 | | | | 7/29/99 Agreement for Sale and Purchase between ITT Community Development Corporation and ITT Land Corporation and Dunes Operating Company |
| 84 | | | | JTL Capital Hammock Dunes Expenses as of August 31, 1999; General Ledger Consolidated Statement for 11/97-8/99 |
| 85 | | | | 4/26/99 Cash Flow Projections Master Development Budget with notes |
| 86 | | | | 6/7/99 Letter to Steven Kennedy from Robert Evans with attached Cash Flow Projections Master Development Budget dated 5/26/99 |
| 87 | | | | 6/11/99 Hammock Dunes Cash Flow Projections Master Development Budget |
| 88 | | | | 3/1/99 Hammock Dunes Pro Forma 3 year Pro Forma existing inventory as of March 1, 1999 |
| 89 | | | | 4/15/99 Memo to Advisory Board from Paul Rowsey |
| 90 | | | | 5/26/99 Invoice to Environmental Management Systems, Inc. to JTL Capital |
| 91 | | | | 5/20/99 Memo to Robert Evans, Paul Rowsey, Ralph Bowden and David Lane from Michael Sim with report of meeting dated 5/13/99 attached |
| 93 | | | | 8/6/99 Letter to Keith Bricklemyer from Alan Loewinsohn |
| 95 | | | | 9/13/99 Memo from Paul Rowsey to David Lane |
| 97 | | | | 11/20/99 Internet article: Flagler sorts out dispute with ITT by Megan Reisner |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
PARED DOWN EXHIBIT LIST                                           Page 9

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 98 | | | | 10/14/99 Fifth Amendment to Agreement For Sale and Purchase between ITT, Admiral, ITT Land and Dunes |
| 99 | | | | 9/23/99 Third Amendment to Agreement to Purchase and Sale |
| 100 | | | | 9/9/99 Second Amendment to Agreement to Purchase and Sale |
| 101 | | | | 8/30/99 First Amendment to Agreement for Sale and Purchase |
| 102 | | | | 3/29/99 Memo to Paul Rowsey from David Lane with attached copy of 3 year Pro Forma existing inventory as of 3/1/99 |
| 103 | | | | 3/18/99 Memo to Paul Rowsey from David Lane ; Memo to Gene Phillips from David Lane dated 3/18/99; Memo to James Gardner from David Lane dated 3/18/99; Letter dated 3/17/99 to David Lane from Joseph O'Shields |
| 105 | | | | 8/9/99 Letter to Steve Kennedy from Joseph Hatzell |
| 106 | | | | 11/23/99 Fax to Steve Kennedy from Chuck Callea with attached drafts of pro forma adjustments and proration of expenses; real estate taxes; operating expenses after 9/7/99; Exhibit V schedule of lots sold between 2/15/99 and 9/7/99 – revised 11/23/99; Schedule of lots sold after 9/7/99 revised 11/23/99; Schedule of pending sales revised 11/23/99; Hammock Dunes Phase 1 Sale as of 9/6/99 revised 11/11/99; Hammock Dunes Club Settlements as of 9/6/99 revised 11/11/99 |
| 107 | | | | 12/8/99 Fax to Paul Rowsey from David Lane with attached letter dated 9/99 to HD Associates from David Lane |
| 108 | | | | 8/17/99 Letter to Poppy Suarez from Robert Canterbury with attached copy of preliminary engineer's estimate of probable construction costs for the various parcels; fax dated 8/23/99 to Paul Rowsey from David Lane with attached letter dated 8/19/99 from Canterbury Engineering to David Lane and Robert Evans |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
PARED DOWN EXHIBIT LIST

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 112 | | | | 7/28/98 Letter to David Lane from Amanda Brinegar |
| 113 | | | | 7/21/98 Letter to David Lane from PricewaterhouseCoopers |
| 114 | | | | 8/21/98 Letter to David Lane and Stephen Millham from Robert Evans |
| 115 | | | | 9/2/98 Letter to David Lane and Stephen Millham from Robert Evans |
| 116 | | | | 10/6/98 Letter to David Lane and Stephen Millham from Bob Evans re: Draft Cash Flow Analysis |
| 117 | | | | 12/2/98 Annis, Mitchell, Cockey, Edwards & Roehn invoice to Barnett Lane |
| 118 | | | | 7/14/99 Memo to Robert Evans from David Lane |
| 119 | | | | 7/13/99 Letter to Robert Evans from Paul Rowsey |
| 121 | | | | June 1999 Unsigned Management, Development and Marketing Agreement between Lochmere and HD Associates |
| 122 | | | | 6/8/99 Letter to Robert Evans from Paul Rowsey |
| 123 | | | | 5/3/99 Invoice to David Lane from Canterbury Engineering |
| 124 | | | | 4/14/99 Letter to David Lane from Robert Evans |
| 125 | | | | April 1999 Unsigned Management, Development and Marketing Agreement between Lochmere and Barnett Lane |
| 127 | | | | 9/3/99 Memo to William Hipp from Nick Whiting |
| 128 | | | | 9/13/99 Memo to Nick Whiting from Steve Collins and David Westcott |
| 129 | | | | 5/3/99 Letter to Nick Whiting from Paul Rowsey with attached Updated Community Overview and Product Synopsis, including current pricing; current neighborhood/lot status report; Quarterly sales data (4Q '97-April.'99) and updated site plan showing sales and construction information |
| 130 | | | | October 1999 Fourth Amendment and Standstill Agreement Regarding Agreement for Sale and Purchase |

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 131 | | | | 8/24/99 Credit Request Summary Borrower HD Associates |
| 132 | | | | 7/23/99 Letter to Robert Evans from Paul Rowsey with attached copy of Plaintiff's Original Petition |
| 133 | | | | Resume of Edward Montgomery |
| 134 | | | | 6/18/01 Report of Edward Montgomery |
| 135 | | | | Notes of Edward Montgomery |
| 136 | | | | Resume of Joel Roebuck |
| 137 | | | | 6/18/01 Report of Joel Roebuck |
| 138 | | | | Hammock Dunes Realty Staffing; Lochmere Development Staffing |
| 140 | | | | 8/19/99 Fax to Robert Evans from Robert Canterbury with attached letter to David Lane and Robert Evans from Robert Canterbury dated 8/19/99 |
| 150 | | | | 11/30/99 Sixth Amendment to Agreement For Sale and Purchase between ITT Community Corp., Admiral Corporation, Corprop A&F, Inc., ITT Land Corporation and Dunes Operating Company, L.P. |
| 153 | | | | 1/28/98 Letter to Willy Montes de Oca from Jim Gardner with attached Letter dated 1/22/98 to Lawrence Martin from Stephen Millham |
| 154 | | | | 3/20/98 Letter Jim Gardner, Sam Butler, Chuck Callea, Bob Cuff, Vickie DeLaughter, Jack Kelly from Larry Martin |
| 156 | | | | 1/28/98 Memo to Willy Montes de Oca from Jim Gardner |
| 157 | | | | 1/27/98 Letter to Lawrence Martin from David Lane with attached additional information about the Barnett Lane company |
| 158 | | | | 1/9/98 Memo to Jim Gardner, Sam Butler, Chuck Callea and Bob Cuff from Larry Martin with attached letter dated 1/9/98 to Lawrence Martin from David Lane |
| 159 | | | | 12/22/99 Notes to initials JEG, SLB, CJC, RGC, JVK from L. Martin with attached letter dated 12/19/97 to Lawrence Martin from David Lane |
| 163 | | | | 7/13/99 E-mail to Marsha Isham from Paul Rowsey |

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 164 | | | | 5/18/99 Fax cover page to David Lane from Jim Gardner |
| 182 | | | | Notes of Kleeman |
| 183 | | | | 7/7/99 Notes of Kleeman |
| 191 | | | | Lochmere Notebook titled Hammock Dunes |
| 192 | | | | Amended and Restated Agreement of Limited Partnership of HD Associates, L.P. – a Delaware Partnership – Execution Draft with exhibit: Exhibit A chart showing- Name & Address, Initial Capital Contribution, Percentage Share |
| 193 | | | | Agreement of Limited Partnership of HD Associates, L.P. a Delaware Limited Partnership; Exhibit A: chart with Name and Address, Initial Capital Contribution, Percentage Share |
| 194 | | | | 8/12/96 Consolidated cash flow analysis |
| 195 | | | | 11/25/96 Hammock Dunes Consolidated Cash Flow Analysis |
| 196 | | | | 8/27/96 Consolidated cash flow analysis |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
PARED DOWN EXHIBIT LIST                                    Page 13

## **EXHIBITS TO BE USED IN REBUTTAL**

| | |
|---|---|
| 198 | Report of Robert Whitley (Whitley Deposition Exhibit 35) |
| 199 | 1/22/97 Letter to Jonathan Hodnett from Tucker Fredrickson (Whitley Deposition Exhibit 38) |
| 200 | 1/22/97 Fax/ Memo to John Hodnett from Robert Whitley (Whitley Deposition Exhibit 39) |
| 201 | Time and Billing Report of Robert Whitley (Whitley Deposition Exhibit 34) |
| 202 | June 15, 1999 Notes of Bob Evans (Evans Depositions Exhibit 43) |
| 203 | Files of Robert Whitley (Whitley Deposition Exhibit 24) |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
PARED DOWN EXHIBIT LIST                                    Page 14