FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

01 DEC 29 PM 4:25

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida Corporation, and
LOCHMERE REALTY, INC., a Florida
Corporation,

   Plaintiffs,

v.           Case No.:  8:00-cv-1026-T-27B

EIGER FUND I, L.P., et al

   Defendants.

_____/

## THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S "PARED DOWN" WITNESS LIST

EIGER FUND I, L.P., EIGER, INC., EIGER PARTNERS, L.P., H.D. ASSOCIATES, L.P., DUNES OPERATING COMPANY, L.P., 2M DUNES, L.L.C., PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M. JACOBS, and WILLIAM S. BUCHANAN (collectively the "Eiger Defendants") and Fleet National Bank f/k/a BankBoston, N.A., ("BankBoston") file this their "Pared Down" Witness List as requested by the Court.[1]

 1. Paul E. Rowsey, III
   c/o Alan S. Loewinsohn
   Pezzulli & Loewinsohn, L.L.P.
   18383 Preston Road, Suite 100
   Dallas, Texas 75252
   (972) 713-1300

---

[1] The Eiger Defendants and BankBoston do not waive their rights to call persons previously listed on their Exhibit List filed with this Court as part of the Pretrial Statement, but are complying with the instructions of the Court to "pare down" the list to only those expected at this time to testify.

179

2.    C. Todd Miller
c/o Alan S. Loewinsohn
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 100
Dallas, Texas 75252
(972) 713-1300

3.    David M. Jacobs
c/o Alan S. Loewinsohn
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 100
Dallas, Texas 75252
(972) 713-1300

4.    William S. Buchanan
c/o Alan S. Loewinsohn
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 100
Dallas, Texas 75252
(972) 713-1300

5.    Steve Kennedy
c/o Alan S. Loewinsohn
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 100
Dallas, Texas 75252
(972) 713-1300

6.    Terry Pendleton
c/o Alan S. Loewinsohn
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 100
Dallas, Texas 75252
(972) 713-1300

7.    Robert Avil
c/o Daniel F. Molony
Shook, Hardy & Bacon, L.L.P.
201 E. Kennedy, Suite 601
Tampa, Florida 33602
(813) 202-7100

8.    Nicholas Whiting
      c/o Daniel F. Molony
      Shook, Hardy & Bacon, L.L.P.
      201 E. Kennedy, Suite 601
      Tampa, Florida 33602
      (813) 202-7100
      by deposition/possibly live

9.    James Gardner
      c/o James Middleton
      Rogers, Towers, Bailey, Jones & Gay, P.A.
      170 Malaga Street
      St. Augustine, Florida 32084
      (904) 824-0879
      by deposition/possibly live

10.   Merrick Kleeman
      c/o Robert J. Ward
      Mayer, Brown & Platt
      1675 Broadway
      New York, NY  10019-5820
      (203) 861-2100
      by deposition

11.   Robert B. Whitley
      Whitley Development Group, Inc.
      2000 PGA Blvd., Ste. 2204
      North Palm Beach, Florida 33408
      (561) 694-0055
      (as a fact witness only/by deposition)

12.   Edward P. Montgomery, Jr.
      Ernst & Young
      2121 San Jacinto Street, Suite 1500
      Dallas, TX  75201
      214-969-8000
      214-969-0623 - direct
      Fax: 214-969-0880

13.   Joel H. Robuck
      Berkshire, Inc.
      3816 Bryn Mawr
      Dallas, Texas 75225
      (214) 361-7830

14.    Amy Olson
       PricewaterhouseCoopers, L.L.P.
       50 Hurt Plaza, Suite 1700
       Atlanta, Georgia 30303
       (404) 658-1800

15.    Mark Basham
       c/o Daniel F. Molony
       Shook, Hardy & Bacon, L.L.P.
       201 E. Kennedy, Suite 601
       Tampa, Florida 33602
       (813) 202-7100

16.    Bill Hipp
       c/o Daniel F. Molony
       Shook, Hardy & Bacon, L.L.P.
       201 E. Kennedy, Suite 601
       Tampa, Florida 33602
       (813) 202-7100

17.    Paul DiVito
       c/o Daniel F. Molony
       Shook, Hardy & Bacon, L.L.P.
       201 E. Kennedy, Suite 601
       Tampa, Florida 33602
       (813) 202-7100

18.    Stephen L. Millham
       Farallon Capital Management, LLC
       One Maritime Plaza, Suite 1325
       San Francisco, CA  94111
       (415) 421-2132

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

By:_____

Daniel F. Molony
Florida Bar No. 271330
James B. Murphy
Florida Bar No. 287598
201 E. Kennedy, Suite 601
Tampa, Florida 33602
(813) 202-7100 Phone
(813) 221-8837 Facsimile

ATTORNEYS FOR FLEET
NATIONAL BANK

PEZZULLI & LOEWINSOHN, L.L.P.

By:_____

Alan S. Loewinsohn
State Bar No. 12481600
Carol E. Farquhar
State Bar No. 06828300
18383 Preston Road, Suite 100
Dallas, TX  75252
(972) 713-1300 Phone
(972) 713-1313 Facsimile

Timothy A. Andreu, Jr.
State Bar No. 443778
Glenn Rasmussen Fogarty, P.A.
100 South Ashley Drive, Suite 1300
Tampa, FL  33602
(813) 229-3333
Fax: (813) 229-5946

ATTORNEYS FOR EIGER FUND I, L.P.,
EIGER, INC., EIGER PARTNERS, L.P.
2M DUNES, L.L.C., DUNES
OPERATING COMPANY, L.P.,
H.D. ASSOCIATES, L.P., PAUL E.
ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, and WILLIAM S.
BUCHANAN

HALEY, SINAGRA & PEREZ
Dora Kaufman, Esq.
Florida Bar No. 771244
100 SE 3rd Avenue, Suite 1900
Fort Lauderdale, FL  33394
(954) 467-1300  Phone
(954) 467-1372  Facsimile

COUNSEL FOR FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

By:_____
   Daniel F. Molony
   Florida Bar No. 271330
   James B. Murphy
   Florida Bar No. 287598
201 E. Kennedy, Suite 601
Tampa, Florida 33602
(813) 202-7100 Phone
(813) 221-8837 Facsimile

ATTORNEYS FOR FLEET
NATIONAL BANK

PEZZULLI & LOEWINSOHN, L.L.P.

By:_____
   Alan S. Loewinsohn
   State Bar No. 12481600
   Carol E. Farquhar
   State Bar No. 06828300
18383 Preston Road, Suite 100
Dallas, TX 75252
(972) 713-1300 Phone
(972) 713-1313 Facsimile

Timothy A. Andreu, Jr.
State Bar No. 443778
Glenn Rasmussen Fogarty, P.A.
100 South Ashley Drive, Suite 1300
Tampa, FL 33602
(813) 229-3333
Fax: (813) 229-5946

ATTORNEYS FOR EIGER FUND I, L.P.,
EIGER, INC., EIGER PARTNERS, L.P.
2M DUNES, L.L.C., DUNES
OPERATING COMPANY, L.P.,
H.D. ASSOCIATES, L.P., PAUL E.
ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, and WILLIAM S.
BUCHANAN

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served on the following counsel of record on this 29th day of November, 2001, via the method indicated:

Gregory J. Orcutt                                    Via Telecopy _and U.S. mail_
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd. Ste. 200
Tampa, Florida 33602

Alan Gerlach                                         Via Telecopy _and U.S. mail_
Broad & Cassel
390 N. Orange Avenue, Suite 1100
Orlando, FL 32801

John W. Greene
Hill Gilstrap                                        Via Telecopy _and U.S. mail_
1400 West Abram
Arlington, TX 76013