

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida Corporation, and
LOCHMERE REALTY, INC., a Florida
Corporation,

        Plaintiffs,

v.                               Case No.:  8:00-cv-1026-T-27B

EIGER FUND I, L.P., et al

        Defendants.

_____/

## DEFENDANTS THE EIGER ENTITIES, THE EIGER INDIVIDUALS, AND FLEET BANK, N.A.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE

Plaintiffs' Motion in Limine to Include Reference to Statutory Exemplary Damages purports to be a motion in limine but relies on arguments and analysis more appropriate to issues to be raised at the charge conference or in connection with a motion for leave to amend under Federal Rule of Civil Procedure 15(a).  The Eiger Entities, the Eiger Individuals, and Fleet Bank, N.A. (collectively referred to as "Defendants" herein) agree with Defendants David Lane, Barnett Lane Investments, Inc., and JTL Capitol, L.C.C., that Plaintiffs failed to specifically plead punitive damages on their Florida Uniform Trade Secrets Act (FUTSA) claim, as required by Federal Rule of Civil Procedure 9(g), and should therefore be precluded from submitting a punitive damages issue to the jury.

To the extent Plaintiffs are seeking, through the motion in limine, to amend their complaint or have the court rule that they are entitled to submit the issue of punitive

180

damages to the jury, Defendants oppose the Court granting this relief and do not consent to trying any issue not specifically raised by the pleadings. Defendants also reserve the right to oppose any motion for leave amend, and to make these and other objections to the charge, at the appropriate time.

Furthermore, even if Plaintiffs had properly pleaded a claim for punitive damages under the Florida Uniform Trade Secrets Act, Plaintiffs should be precluded from making any suggestion to the jury that, if Defendants are found to be liable under the FUTSA, they should be punished for their conduct.

In *Purdue Farms Inc. v. Hook*, the Court of Appeal of Florida (Second District) held that the amount of punitive damages to be awarded, if any, under the FUTSA, is an issue for the court, not the jury.[1] The jury should be asked, through a conditional special interrogatory, whether the conduct found to be in violation of the act was willful and malicious.[2] If the jury answers this question "Yes," then it is the job of the court to determine a proper amount, if any.[3] If the jury finds in favor of Plaintiffs, and Plaintiffs are allowed to argue to the jury that Defendants should be punished for their conduct, there is a strong potential that the jury will improperly include a punitive damage award in the compensatory damage section of the charge. This would unfairly prejudice

---

[1] 777 So.2d 1047, 1052-53 (Fla. 2d DCA 2001).

[2] *Id.* at 1052.

[3] *Id.* at 1053.

**DEFENDANTS THE EIGER ENTITIES, THE EIGER INDIVIDUALS,
AND FLEET BANK, N.A.'S MEMORANDUM OF LAW IN OPPOSITION
TO PLAINTIFF'S MOTION IN LIMINE**                                    Page 2

Defendants, and potentially result in Defendants being punished twice for the same conduct.[4] Therefore, Defendants request that the Court deny Plaintiff's motion in limine.

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

By:_____
    Daniel F. Molony
    Florida Bar No. 271330
    James B. Murphy
    Florida Bar No. 287598
201 E. Kennedy, Suite 601
Tampa, Florida 33602
(813) 202-7100 Phone
(813) 221-8837 Facsimile

ATTORNEYS FOR FLEET
NATIONAL BANK

PEZZULLI & LOEWINSOHN, L.L.P.

By:_____
    Alan S. Loewinsohn
    State Bar No. 12481600
    Carol E. Farquhar
    State Bar No. 06828300
18383 Preston Road, Suite 100
Dallas, TX 75252
(972) 713-1300 Phone
(972) 713-1313 Facsimile

Timothy A. Andreu, Jr.
State Bar No. 443778
Glenn Rasmussen Fogarty, P.A.
100 South Ashley Drive, Suite 1300
Tampa, FL 33602
(813) 229-3333
Fax: (813) 229-5946

---

[4] To be clear, however, Defendants submit there is insufficient evidence to support an award of punitive damages. Defendants will address this issue by way of Rule 50 motion and at the charge conference.

**DEFENDANTS THE EIGER ENTITIES, THE EIGER INDIVIDUALS,
AND FLEET BANK, N.A.'S MEMORANDUM OF LAW IN OPPOSITION
TO PLAINTIFF'S MOTION IN LIMINE**                   Page 3

ATTORNEYS FOR EIGER FUND I, L.P.,
EIGER, INC., EIGER PARTNERS, L.P.
2M DUNES, L.L.C., DUNES
OPERATING COMPANY, L.P.,
H.D. ASSOCIATES, L.P., PAUL E.
ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, and WILLIAM S.
BUCHANAN

HALEY, SINAGRA & PEREZ
Dora Kaufman, Esq.
Florida Bar No. 771244
100 SE 3rd Avenue, Suite 1900
Fort Lauderdale, FL  33394
(954) 467-1300  Phone
(954) 467-1372  Facsimile

COUNSEL FOR FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.

Defendants, and potentially result in Defendants being punished twice for the same conduct.[4] Therefore, Defendants request that the Court deny Plaintiff's motion in limine.

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

By:_____
   Daniel F. Molony
   Florida Bar No. 271330
   James B. Murphy
   Florida Bar No. 287598
201 E. Kennedy, Suite 601
Tampa, Florida 33602
(813) 202-7100 Phone
(813) 221-8837 Facsimile

ATTORNEYS FOR FLEET
NATIONAL BANK

PEZZULLI & LOEWINSOHN, L.L.P.

By_____
   Alan S. Loewinsohn
   State Bar No. 12481600
   Carol E. Farquhar
   State Bar No. 06828300
18383 Preston Road, Suite 100
Dallas, TX 75252
(972) 713-1300 Phone
(972) 713-1313 Facsimile

Timothy A. Andreu, Jr.
State Bar No. 443778
Glenn Rasmussen Fogarty, P.A.
100 South Ashley Drive, Suite 1300
Tampa, FL 33602
(813) 229-3333
Fax: (813) 229-5946

---

[4] To be clear, however, Defendants submit there is insufficient evidence to support an award of punitive damages. Defendants will address this issue by way of Rule 50 motion and at the charge conference.

**DEFENDANTS THE EIGER ENTITIES, THE EIGER INDIVIDUALS,
AND FLEET BANK, N.A.'S MEMORANDUM OF LAW IN OPPOSITION
<u>TO PLAINTIFF'S MOTION IN LIMINE</u>**           **Page 3**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served on the following counsel of record on this 29th day of November, 2001, via the method indicated:

Gregory J. Orcutt                                        Via Telecopy  and  U.S. Mail
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd. Ste. 200
Tampa, Florida 33602

Alan Gerlach                                             Via Telecopy  and  U.S. Mail
Broad & Cassel
390 N. Orange Avenue, Suite 1100
Orlando, FL  32801

John W. Greene
Hill Gilstrap                                            Via Telecopy  and  U.S. Mail
1400 West Abram
Arlington, TX  76013

**DEFENDANTS THE EIGER ENTITIES, THE EIGER INDIVIDUALS,
AND FLEET BANK, N.A.'S MEMORANDUM OF LAW IN OPPOSITION
TO PLAINTIFF'S MOTION IN LIMINE**                                    Page 5