

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA 01 NOV 30 PM 3:00
TAMPA DIVISION

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

                              Case No.: 8:00-cv-1026-T-27B

v.                              State Court No.: 00-2525 / Div. 1

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C.,
a Texas limited liability company; EIGER
FUND 1, L.P., a Delaware limited partnership;
EIGER PARTNERS, L.P., a Delaware limited
partnership; DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC., a
Texas corporation; JTL CAPITAL, L.L.C., a
Texas limited liability company; FLEET NATIONAL
BANK, N.A., a national banking association;
PAUL E. ROWSEY, III, an individual; C. TODD MILLER,
an individual; DAVID M. JACOBS, an individual;
and, WILLIAM C. BUCHANAN, an individual,

        Defendants.
                            /

## STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### (Part of Counts XXXIX and XL)

Plaintiffs LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE REALTY, INC.

(jointly "LOCHMERE"), by and through undersigned counsel, and Defendant FLEET NATIONAL

BANK, N.A., a National Banking Association, pursuant to Rule 41(a), hereby stipulate to the

dismissal of the following portions of the action herein:

11059 1

1.      Plaintiffs' claim for Promissory Estoppel against FLEET NATIONAL BANK, N.A.

under Count XXXIX of the Second Amended Complaint;

2.      Plaintiffs' claim for Tortious Interference with Contractual or Business Relationship

against FLEET NATIONAL BANK, N.A. under Count XL of the Second Amended Complaint.


Dated: November 28 , 2001

Gregory J. Orcutt                                          James B. Murphy, Jr.
Florida Bar No. 230855                                 Florida Bar No. 287598
BRICKLEMYER SMOLKER & BOLVES        Paul W. Rebein
500 E. Kennedy Boulevard                          Florida Bar No. 488003
Suite 200                                                     SHOOK, HARDY & BACON L.L.P.
Tampa, Florida 33602                                 100 N. Tampa Street, Suite 2900
(813) 223-3888                                           Tampa, FL 33602
(813) 228-6422 - Facsimile                         (813) 202-7100
                                                                    (813) 221-8837 - Facsimile

Attorneys for LOCHMERE
DEVELOPMENT GROUP, INC. and          and
LOCHMERE REALTY, INC.

                                                                    Dora Kaufman
                                                                    Florida Bar No. 771244
                                                                    HALLEY, SINAGRA & PEREZ
                                                                    100 S.E. 3rd Avenue, Suite 1900
                                                                    Fort Lauderdale, FL 33394
                                                                    (954) 467-1300
                                                                    (954) 467-1372 - Facsimile

                                                                    Attorneys for FLEET NATIONAL BANK,
                                                                    N.A. f/k/a BANKBOSTON, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by facsimile and U.S. Mail to all parties on the attached Service List this ___28th___ day of November, 2001.

_____
ATTORNEY

## SERVICE LIST

James B. Murphy, Jr., Esquire
Paul W. Rebein
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street, Suite 3900
Tampa, FL 33602

Alan S. Loewinsohn, Esquire
Carol E. Farquhar, Esquire
Jo E. Hartwick, Esquire
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252

(Attorneys for H.D. ASSOCIATES, L.P., DUNES
OPERATING COMPANY, L.P., EIGER, INC.,
2M DUNES, L.L.C,., EIGER FUND 1, L.P.,
PAUL E. ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, WILLIAM S. BUCHANAN
and FLEET NATIONAL BANK,
NA., f/k/a BANKBOSTON, N.A.)

Dora Kaufman, Esquire
HALEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Co-Counsel: FLEET NATIONAL BANK, N.A. f/k/a
 BANKBOSTON, N.A.

Alan M. Gerlach, Esquire
BROAD & CASSEL
390 North Orange Avenue
Suite 1100
Orlando, FL 32801

John W. Greene, Esquire
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013
(Attys. for DAVID LANE, BARNETT LANE
INVESTMENTS, INC. and JTL CAPITAL, L.L.C.

11059.1                                   -4-