FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

01 NOV 30 PM 3:00

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

        Case No.: 8:00-cv-1026-T-27B

v.

EIGER FUND I, L.P., et al.

        Defendants.

                             /

## ORDER ON STIPULATION FOR
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** came on to be considered on the Stipulation for Voluntary Dismissal

Without Prejudice filed by Plaintiffs, Lochmere Development Group, Inc. and Lochmere Realty,

Inc. and Defendants, Fleet National Bank, N.A., a National Banking Association. The Court

having reviewed said stipulation and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Stipulation for Voluntary Dismissal Without

Prejudice is **GRANTED**. Accordingly, the following claims asserted in the Amended Complaint

are dismissed without prejudice:

1.     Plaintiffs' claim for Promissory Estoppel against FLEET NATIONAL BANK,

       N.A. under Count XXXIX of the Second Amended Complaint;

11063 1

2.      Plaintiffs' claim for Tortious Interference with Contractual or Business

Relationship against FLEET NATIONAL BANK, N.A. under Count XL of the

Second Amended Complaint.

**DONE AND ORDERED** in chambers this ___30th___ day of November, 2001.

_____

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

11063.1                                            —2—