FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

01 DEC -3 AM 9:02

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

v.

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C.,
a Texas limited liability company; EIGER
FUND 1, L.P., a Delaware limited partnership;
EIGER PARTNERS, L.P., a Delaware limited
partnership; DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC., a
Texas corporation; JTL CAPITAL, L.L.C., a
Texas limited liability company; FLEET NATIONAL
BANK, N.A., a national banking association;
PAUL E. ROWSEY, III, an individual; C. TODD MILLER,
an individual; DAVID M. JACOBS, an individual;
and, WILLIAM C. BUCHANAN, an individual,

        Defendants.

_____/

Case No.: 8:00-cv-1026-T-27B
State Court No.: 00-2525 / Div. 1

## SUPPLEMENTAL INSTRUCTIONS OF DEFENDANT
## EIGER ENTITIES, EIGER INDIVIDUALS AND FLEET NATIONAL BANK

COME NOW, EIGER FUND I, L.P., EIGER, INC, EIGER PARTNERS, L.P., H.D.

ASSOCIATES, L.P., DUNES OPERATING COMPANY, L.P., 2M DUNES, L.L.C., PAUL E.

ROWSEY, III, C. TODD MILLER, DAVID M. JACOBS, and WILLIAM S. BUCHANAN

(collectively the "Eiger Defendants") and FLEET NATIONAL BANK f/k/a BankBoston, N.A.,

11187.1

("BankBoston") and submit, pursuant to this Court's Order, their Proposed Supplemental Instructions.

**Personal Liability of Corporate Officers and Directors**

Plaintiffs seek to recover from Defendants Paul Rowsey, C. Todd Miller, David Jacobs and William S. Buchanan on several of their claims. If you find that these individual Defendants personally participated in the tortious acts that harmed Plaintiffs, then you must find them personally liable on Plaintiffs' claims. However, personal liability cannot be imposed upon a corporate officer simply because his general administrative responsibility for performance of some function of his employment. He must have a personal duty towards the injured third person, breach of which specifically has caused the person's damages.

Granted    _____
Denied     _____
Modified   _____
Withdrawn  _____

*McElveen v. Peeler, 544 So.2d 270 (Fla. 1st DCA 1989); McDaniel v. Sheffield, 431 So.2d 230 (Fla. 1st DCA 1983)*

**Multiple Claims - Multiple Defendants**

I have two more cautionary instructions before I define the types of damages you may award, if you find that each plaintiff has proved liability according to the standards I have enumerated.

First, you should not award compensatory damages more than once for the same injury. For example, if a plaintiff were to prevail on two claims and establish a one dollar injury, you could not award him one dollar compensatory damages on each claim - he is only entitled to be made whole again, not to recover more than he lost. Of course, if different injuries are attributed to the separate claims, then you must compensate him fully for all of the injuries.

Second, you must be careful to impose any damages that you may award on a claim solely upon the defendant or defendants who you find to be liable on that claim. Although there are numerous defendants in this case, it does not follow that if one is liable, all or any one of the others are liable as well. Each defendant is entitled to fair, separate and individual consideration of the case without regard to your decision as to the other defendants. If you find that only one defendant is responsible for a particular injury, then you mut impose damages for that injury only upon that defendant.

Nevertheless, you might find that more than one defendant is liable for a particular injury. If two or more persons unite in an intentional act that violates another person's right, then all of those persons are jointly liable for the acts of each of them; the law does not require the injured party to establish how much of the injury was done by each particular defendant that you find liable. Thus, if you find that the defendants who you find to be liable acted jointly, then you may treat them jointly for purposes of ongoing damages. If you decide that two or more of the defendants are jointly

11187.1                                    - 4 -

liable on a particular claim, then you may simply determine the overall amount of damages for which

they are liable, without breaking that figure down into individual percentages.

Granted          _____
Denied           _____
Modified         _____
Withdrawn        _____

       Fifth Circuit Civil Pattern Jury Instruction 15.14.

Alan S. Loewinsohn, Esq.
Carol F. Farquhar, Esq.
*(Admitted Pro Hac Vice)*
PEZZULLI & LOEWINSOHN, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 - Facsimile


and

Timothy A. Andreu
Florida Bar No.:443778
GLENN RASMUSSEN FOGARTY
 & HOOKER, P.A.
100 S. Ashley Drive, Suite 1300
Tampa, FL 33602
(813) 229-3333
(813) 229-5946 - Facsimile

Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Dunes Operating Company, L.P. and
2M Dunes, L.L.C.

Respectfully submitted,

Daniel F. Molony, Esq.
Florida Bar No. 271330
James B. Murphy, Esq.
Florida Bar No. 287598
Paul W. Rebein
Florida Bar No. 488003
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 - Facsimile


and

Dora Kaufman, Esquire
Florida Bar No.: 771244
HULLY, SINGER & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 967-1300
(954) 467-1372-Facsimile


Attorneys for Fleet National Bank f/k/a
BankBoston, N.A.

11187.1                              - 6 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Hand Delivery to Gregory J. Orcutt, Esq., Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602 and Alan B. Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801 this ___ day of December, 2001.

ATTORNEY

11187.1                                    - 7 -