FILED

DEC -3 AM 9: 02

CLERK, U. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

   Plaintiffs,

              Case No.: 8:00-CV-1026-T-27B

v.

EIGER FUND I, L.P., et al.

   Defendants.

_____/

## THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S SUPPLEMENTAL OBJECTIONS TO EXHIBITS

  COME NOW, THE EIGER DEFENDANTS AND FLEET NATIONAL BANK and file this their Supplemental Objections to Exhibits.

  On November 29, 2001, Plaintiffs for the first time included demonstrative exhibits which they intend to offer into evidence on their exhibit list furnished to Movants. Movants were first given copies of Plaintiffs' intended demonstrative exhibits on November 30, 2001.

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S SUPPLEMENTAL OBJECTIONS TO
EXHIBITS – PAGE 1

*188*

Prior to receipt of these copies, Movants were unable to formulate and file objections to such exhibits.

Movants object to Plaintiffs' exhibits 157-169 on the grounds that such demonstrative exhibits being offered into evidence are cumulative, assume facts not in evidence, are misleading, misstate the evidence, and are unfairly prejudicial.

Plaintiffs further object on the grounds that the inclusion of these demonstrative exhibits to be offered as evidence on the exhibit list submitted on November 29, 2001, is untimely.

Exhibits 159, 165 and 166 contain opinions of damage. Plaintiffs have failed to designate any expert witness to testify on this issue. Therefore, there is no foundation for these exhibits, and they are unfairly prejudicial.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand-delivery to Gregory J. Orcutt, Esq., Bricklemyer, Smolker & Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602, Alan B. Gerlach, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801, and John W. Greene, Hill Gilstrap, 1400 West Abram, Arlington, TX 76013, this ____ day of December, 2001.

_____
ATTORNEY

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S SUPPLEMENTAL OBJECTIONS TO EXHIBITS – PAGE 5

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

By: _____

Daniel F. Molony
Florida Bar No. 271330
James B. Murphy
Florida Bar No. 287598

201 E. Kennedy, Suite 601
Tampa, Florida 33602
(813) 202-7100 Phone
(813) 221-8837 Facsimile

ATTORNEYS FOR FLEET NATIONAL
BANK


PEZZULLI & LOEWINSOHN, L.L.P.

By: _____

Alan S. Loewinsohn
State Bar No. 12481600
Carol E. Farquhar
State Bar No. 06828300

18383 Preston Road, Suite 100
Dallas, TX 75252
(972) 713-1300 Phone
(972) 713-1313 Facsimile

Timothy A. Andreu, Jr.
State Bar No. 443778
Glenn Rasmussen Fogarty, P.A.
100 South Ashley Drive, Suite 1300
Tampa, Florida  33602
(813) 229-3333
Fax: (813) 229-5946

ATTORNEYS FOR EIGER FUND I, L.P.,
EIGER, INC., EIGER PARTNERS, L.P.
2M DUNES, L.L.C.; DUNES
OPERATING COMPANY, L.P.;
H.D. ASSOCIATES, L.P., PAUL E.
ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, and WILLIAM S.
BUCHANAN


HALLEY, SINAGRA & PEREZ
Dora Kaufman, Esq.
Florida Bar No. 771244
100 SE 3rd Avenue, Suite 1900
Fort Lauderdale, Florida  33394
(954) 467-1300 Phone
(954) 467-1372 Facsimile

COUNSEL FOR FLEET NATIONAL BANK
f/k/a BANKBOSTON, N.A.