UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED



01 DEC -3 PM 5: 15

**CLERK'S MINUTES - GENERAL**

~~ JRT
... .  ... . L. FLORIDA
TAMPA, FLORIDA

CASE NO. __8:00-CV-1026-T-27TGW__    DATE __December 3, 2001__

TITLE __LOCHMERE DEVELOPMENT, et al. vs. EIGER FUND I, L.P., et al.__

TIME __9:45 A.M. - 11:50 A.M. / 1:25 P.M.- 5:00 P.M.__    DAY____1____

HONORABLE JAMES D. WHITTEMORE    Courtroom Deputy: __Anne H. Ohle__

Court Reporter: __Kathleen Walden__    Interpreter: _____

| Attorney(s) for Pltf: | Attorney(s) for Defendant(s): |
|---|---|
| Gregory Orcutt | Alan Loewinsohn |
| Jay Bartlett | Carl Farquhar |
| | James Murphy |
| | Paul Rebein |
| | John Greene |
| | Alan Gerlach |
| | Jennifer Cook |

PROCEEDINGS OF: __JURY SELECTION & TRIAL__

Jury selection from 30 prospective jurors.

8 jurors selected and sworn.

Preliminary Instructions.

Jury excused until 8:45 A.M., 12/4/01.

Defendants' Motions to Strike Certain Fact Witnesses (Docs. 142 & 168) - DEFERRED RULING.

Plaintiff's Motion in Limine for inclusion of reference to statutory exemplary damages (Doc. 166) - DENIED.

Defendants' Motion in Limine from calling expert witness (Doc. 163) - GRANTED and DENIED in part.

Court adjourned until 8:45 A.M., 12/4/01.

*189*