UNITED STATES DISTRICT COURT
Middle District of Florida

LOCHMERE DEVELOPMENT GROUP, INC.,
and LOCHMERE REALTY, INC.,

Plaintiffs,

vs.

CASE NO.: 8:00-CV-1026-T-27B

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C.,
a Texas limited liability company; et al.

Defendants.

_____/



**/ FILED** ℀
DEC - 3 2001
**IN OPEN COURT**

## PLAINTIFFS' TRIAL WITNESS LIST

Plaintiffs hereby submit their Trial Witness List:

1.   Robert D. Evans
     Lochmere Development Group, Inc.
     920 Harbour Bay Drive
     Tampa, Florida 33602
     (813) 229-7777

2.   Robert L. Canterbury
     777 South Flagler Drive, 8th Floor
     West Palm Beach, Florida 33401
     (561) 820-8869

3.   Robert Whitley
     2000 PGA Boulevard, Suite 2204
     North Palm Beach, Florida 33408
     (561) 694-0055

4.   Richard L. Brown
     Brown & Company, P.A.
     1810 South MacDill Avenue, Suite 3
     Post Office Box 18545 (zip 33679)
     Tampa, Florida 33629
     (813) 258-0338

5.   Merrick Kleeman – By Deposition

*191*

Starwood Capital Group
591 West Putnam Avenue
Greenwich, Connecticut  08630
(203) 422-7700

6.      Nicholas Whiting
1411 Maytown Road
Osteen, Florida  32764

7.      Steve Samaha
One Tampa City Center, Suite 2100
Post Office Box 3433
Tampa, Florida  33601
(813) 229-3321

8.      James Gardner
c/o James Middleton
Rogers, Towers, et al.
170 Malaga Street
St. Augustine, Florida 32084
(904) 824-0879

Gregory J. Orcutt, Esquire
Bricklemyer, Smolker & Bolves, P.A.
500 East Kennedy Blvd., Suite 200
Tampa, Florida 33602
Florida Bar No. 230855
(813) 223-3888
(813) 228-6422 - Fax
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent via facsimile and  U. S. Mail to the individuals listed on the Service List, this 2 9 day of November 2001.

Gregory J. Orcutt

F:\docs\BDH\eIGER\witness list (2).doc

2