UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LOCHMERE DEVELOPMENT GROUP, INC., and LOCHMERE REALTY, INC., §§§§ | **FILED** C⅄ DEC -3 2001 **IN OPEN COURT** |
| Plaintiffs §§ | |
| v. §§ | CASE NO. 8:00-CV-1026-T-27B |
| H.D. ASSOCIATES, L.P., a Delaware Limited Partnership by and through its general partners DUNES OPERATING COMPANY, L.P., a Delaware Limited Partnership and EIGER, INC., a Delaware Corporation 2M DUNES, L.L.C., a Texas Limited Liability Company, DAVID LANE, an Individual; BARNETT LANE INVESTMENTS, INC., a Texas Corporation; JTL CAPITAL, L.L.C., A Texas Limited Liability Company; FLEET NATIONAL BANK, N.A., a National Banking Association; PAUL E. ROWSEY, III, an Individual; C. TODD MILLER, an Individual; DAVID M. JACOBS, an Individual; and, WILLIAM S. BUCHANAN, an Individual, §§§§§§§§§§§§§§§§§§§§ | STATE COURT NO. 00-02525/Div. 1 |
| Defendants § | |

## DEFENDANT DAVID LANE, BARNETT LANE INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.'S WITNESS LIST

1.      Stephen L. Millham
        1 Maritime Plaza, Suite 1325
        San Francisco, California 94111
        (415) 421-2132

2.      David Lane
        8235 Douglas Avenue, Suite 770
        Dallas, Texas 75225
        (214) 692-5085

*193*

Respectfully submitted,

HILL GILSTRAP

By:_____
John W. Greene
State Bar No. 08391520

1400 West Abram
Arlington, Texas 76013
(817) 261-2222
(817) 277-3249 FAX

and

Alan M. Gerlach
State Bar No. 199184
BROAD AND CASSEL
390 N. Orange Avenue
Suite 1100
Orlando, FL 32801
Phone: 407/ 839-4200
Via Facsimile: 407/425-8377

ATTORNEYS FOR DEFENDANTS
DAVID LANE, BARNETT LANE
INVESTMENTS, INC and
JTL CAPITAL, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via _____TELEFAX_____ on ___Nov. 29_____, 2001, to all counsel of record.

_____
John W. Greene

*DEFENDANTS' WITNESS LIST*                                                    **Page 2**