# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

FILED



## CLERK'S MINUTES - GENERAL

01 DEC -5 AM 9:27

_____, COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

CASE NO. __8:00-CV-1026-T-27TGW____    DATE __December 4, 2001__

TITLE __LOCHMERE DEVELOPMENT, et al. vs. EIGER FUND I, L.P., et al.__

TIME __9:05 A.M. - 12:00 P.M. / 1:25 P.M.- 5:10 P.M.__    DAY____2____

HONORABLE JAMES D. WHITTEMORE____    Courtroom Deputy: __Anne H. Ohle__

Court Reporter: _Kathleen Walden_____    Interpreter: _____

| Attorney(s) for Pltf: | Attorney(s) for Defendant(s): |
|---|---|
| Gregory Orcutt | Alan Loewinsohn |
| Jay Bartlett | Carl Farquhar |
| | James Murphy |
| | Paul Rebein |
| | John Greene |
| | Alan Gerlach |
| | Jennifer Cook |

PROCEEDINGS OF: __JURY TRIAL resumed from jury selection 12/3/01__

Opening Statements

Plaintiff witness: Robert Evans.

Jury excused until 8:45 A.M., 12/5/01.

Defendant's Motion to Strike Expert Testimony (Doc. 144) - DEFERRED RULING.

Court adjourned until 8:45 A.M., 12/5/01.

_196_