# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## CLERK'S MINUTES - GENERAL



CASE NO. __8:00-CV-1026-T-27TGW__          DATE __December 5, 2001__

TITLE __LOCHMERE DEVELOPMENT, et al. vs. EIGER FUND I, L.P., et al.__

TIME __9:00 A.M. - 12:00 P.M. / 1:20 P.M. -__          DAY____3____

HONORABLE JAMES D. WHITTEMORE          Courtroom Deputy: __Anne H. Ohle__

Court Reporter: __Kathleen Walden__          Interpreter: _____

| Attorney(s) for Pltf: | Attorney(s) for Defendant(s): |
|---|---|
| Gregory Orcutt | Alan Loewinsohn |
| Jay Bartlett | Carl Farquhar |
| | James Murphy |
| | Paul Rebein |
| | John Greene |
| | Alan Gerlach |
| | Jennifer Cook |

PROCEEDINGS OF: __JURY TRIAL resumed from 12/4/01__

Resume with Plaintiff's witness: Robert Evans.

Jury excused until 8:45 A.M., 12/6/01.

Defendant's Motion in Limine (Doc. 164) - DEFERRED RULING, GRANTED & DENIED in part.

198