# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

FILED



## CLERK'S MINUTES - GENERAL

CASE NO. __8:00-CV-1026-T-27TGW__          DATE __December 7, 2001__

TITLE __LOCHMERE DEVELOPMENT, et al. vs. EIGER FUND I, L.P., et al.__

TIME __10:30 A.M. - 12:00 P.M. / 12:45 P.M - 4:10 P.M.__    DAY____5____

HONORABLE JAMES D. WHITTEMORE          Courtroom Deputy: __Anne H. Ohle__

Court Reporter: __Kathleen Walden__          Interpreter: _____

| Attorney(s) for Pltf: | Attorney(s) for Defendant(s): |
|---|---|
| Gregory Orcutt | Alan Loewinsohn |
| Jay Bartlett | Carl Farquhar |
| | James Murphy |
| | Paul Rebein |
| | John Greene |
| | Alan Gerlach |
| | Jennifer Cook |

PROCEEDINGS OF:__JURY TRIAL resumed from 12/6/01__

_Daubert_ hearing re: Richard Brown

Resume with Plaintiff's witness: Robert Evans.

Jury excused until 8:45 A.M., 12/11/01.

Court adjourned until 8:45 A.M., 12/11/01.

199