# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

### CLERK'S MINUTES - GENERAL

CASE NO.   8:00-CV-1026-T-27TGW          DATE   December 11, 2001

TITLE   LOCHMERE DEVELOPMENT, et al. vs. EIGER FUND I, L.P., et al.

TIME   9:00 A.M. - 12:00 P.M. / 1:20 P.M. - 3:45 P.M.          DAY   6

HONORABLE JAMES D. WHITTEMORE          Courtroom Deputy:   Anne H. Ohle

Court Reporter:  Kathleen Walden          Interpreter: _____

| Attorney(s) for Pltf: | Attorney(s) for Defendant(s): |
|---|---|
| Gregory Orcutt | Alan Loewinsohn |
| Jay Bartlett | Carl Farquhar |
|  | James Murphy |
|  | Paul Rebein |
|  | John Greene |
|  | Alan Gerlach |
|  | Jennifer Cook |

PROCEEDINGS OF:  JURY TRIAL resumed from 12/7/01

Resume with Plaintiff's witness: Robert Evans, Nicholas Whiting.

Jury excused until 8:45 A.M., 12/12/01.

Court adjourned until 8:00 A.M., 12/12/01.