UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED



## CLERK'S MINUTES - GENERAL

01 DEC 13 AM 9: 19

CLERK _____ ___ COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

CASE NO. __8:00-CV-1026-T-27TGW__     DATE __December 12, 2001__

TITLE __LOCHMERE DEVELOPMENT, et al. vs. EIGER FUND I, L.P., et al.__

TIME __8:00 A.M. - 11:50 A.M. / 1:15 P.M. - 4:45 P.M.__     DAY____7____

HONORABLE JAMES D. WHITTEMORE     Courtroom Deputy: __Anne H. Ohle__

Court Reporter: __Kathleen Walden__     Interpreter: _____

| Attorney(s) for Pltf: | Attorney(s) for Defendant(s): |
|---|---|
| Gregory Orcutt | Alan Loewinsohn |
| Jay Bartlett | Carl Farquhar |
| | James Murphy |
| | Paul Rebein |
| | John Greene |
| | Alan Gerlach |
| | Jennifer Cook |

PROCEEDINGS OF:__JURY TRIAL resumed from 12/11/01__

Defendant's Motion to Strike Expert Richard Brown (Dkt. 170) - GRANTED.

Plaintiff's Motion for Reconsideration (Dkt. 192) - GRANTED IN PART.

Plaintiff's witnesses: Robert Whitley.

Defendant Lane witness (out of order): Stephan Millham

Plaintiff witness: Steve Samaha, via video deposition: Merrick Kleeman

Court adjourned until 8:45 A.M., 12/13/01.

202