UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED

CLERK'S MINUTES - GENERAL  01 DEC 13 PM 4:51

MIDDLE ~~~~~ OF FLORIDA
TAMPA FLORIDA

CASE NO. __8:00-CV-1026-T-27TGW__         DATE __December 13, 2001__

TITLE __LOCHMERE DEVELOPMENT, et al. vs. EIGER FUND I, L.P., et al.__

TIME __8:50 A.M. - 12:30 P.M. / 1:45 P.M. - 4:15 P.M.__    DAY___8___

HONORABLE JAMES D. WHITTEMORE          Courtroom Deputy: __Anne H. Ohle__

Court Reporter: __Kathleen Walden__          Interpreter: _____

| Attorney(s) for Pltf: | Attorney(s) for Defendant(s): |
|---|---|
| Gregory Orcutt | Alan Loewinsohn |
| Jay Bartlett | Carl Farquhar |
| | James Murphy |
| | Paul Rebein |
| | John Greene |
| | Alan Gerlach |
| | Jennifer Cook |

PROCEEDINGS OF: __JURY TRIAL resumed from 12/12/01__

Cross of Plaintiff witness: via video deposition Merrick Kleeman

Plaintiff witness: Richard Brown

Plaintiff Rests.

Jury excused for lunch.

Eiger Motion for Directed Verdict as to Defendants C. Todd Miller, David M. Jacobs & William S. Buchanan - GRANTED.

Eiger Motion for Directed Verdict as to Count 40 - GRANTED.

Eiger Motion for Directed Verdict as to Count 29 - DENIED as to Paul E. Rowsey, III.

Court recesses for lunch.

Motion for Directed Verdict as to Trade Secret & Civil Conspiracy Counts - GRANTED as to Lochmere Realty, Inc.

Fleet's Motion for Directed Verdict as to Count 30 & 38 - DENIED.

**CLERK'S MINUTES - Continuation Page**                    **Page 2 of 2**

CASE NO. _8:00-CV-1026-T-27TGW_                    DATE _December 13, 2001_

Eiger Motion for Directed Verdict as to Count 3 - DENIED but GRANTED as to Eiger Fund I, LP & Eiger

Partners, LP.

Lane Motion for Directed Verdict as to Counts 1 & 2 - DENIED.

Lane Motion for Directed Verdict as to Counts 11, 12, & 13 - DENIED.

Eiger Motion for Directed Verdict as to Counts 14 & 16 - DENIED; Count 15 - GRANTED.

Lane Motion for Directed Verdict as to Counts 17, 18, 19 - GRANTED.

Eiger Motion for Directed Verdict as to Counts 20, & 21 - GRANTED.

Lane Motion for Directed Verdict as to Count 24, 25, & 26 - DENIED.

Eiger Motion for Directed Verdict as to Counts 27 - DENIED; Count 28 - DISMISSED; Count 29 -

DENIED as to Deft Mr. Rowsey.

Jury excused until 8:45 A.M., Monday, 12/17/01.

Court adjourned until 10:00 A.M., Friday, 12/14/01.