UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



**FILED**
12/13/01
**IN OPEN COURT**

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida Corporation, and
LOCHMERE REALTY, INC., a Florida
Corporation,

        Plaintiffs,

v.                                                              Case No.:  8:00-cv-1026-T-27B

EIGER FUND I, L.P., et al

        Defendants.

_____/

## THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S SUPPLEMENTAL DEPOSITION DESIGNATIONS

EIGER FUND I, L.P., EIGER, INC., EIGER PARTNERS, L.P., H.D. ASSOCIATES, L.P., DUNES OPERATING COMPANY, L.P., 2M DUNES, L.L.C., PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M. JACOBS, and WILLIAM S. BUCHANAN (collectively the "Eiger Defendants") and Fleet National Bank f/k/a BankBoston, N.A., ("BankBoston") file this their Supplemental Deposition Designations in accordance with the Case Management and Scheduling Order and Fed. R. Civ. P. 26.

### DEPOSITION DESIGNATION OF MERRICK KLEEMAN

5: 3-5
58: 24-25
59: 1-4
62: 19-25
63: 1-12
67: 6-14

70: 9-25
71: 1-22
75: 20-22
76: 8-10
82: 23-25
83: 1-16
83: 24-25
84: 1-18
88: 12-22
88: 25
89: 6-18
85: 12-19
91: 20-25
92: 1-3
92: 9-25
93: 1-25
94: 1-12
95: 8-14
99: 23-25
100: 1-2
108: 3
108: 16-25
109: 1
56: 10-25
57: 1-21

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

By: _____
Daniel F. Molony
Florida Bar No. 271330
James F. Murphy
Florida Bar No. 287598

201 E. Kennedy, Suite 601
Tampa, Florida 33602
(813) 202-7100 Phone
(813) 221-8837 Facsimile

ATTORNEYS FOR FLEET NATIONAL
BANK

PEZZULLI & LOEWINSOHN, L.L.P.

By: _____

Alan S. Loewinsohn
State Bar No. 12481600
Carol E. Farquhar
State Bar No. 06828300

18383 Preston Road, Suite 100
Dallas, TX 75252
(972) 713-1300 Phone
(972) 713-1313 Facsimile

Timothy A. Andreu, Jr.
State Bar No. 443778
Glenn Rasmussen Fogarty, P.A.
100 South Ashley Drive, Suite 1300
Tampa, Florida 33602
(813) 229-3333
Fax: (813) 229-5946

ATTORNEYS FOR EIGER FUND I, L.P.,
EIGER, INC., EIGER PARTNERS, L.P.
2M DUNES, L.L.C.; DUNES
OPERATING COMPANY, L.P.;
H.D. ASSOCIATES, L.P., PAUL E.
ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, and WILLIAM S.
BUCHANAN


HALLEY, SINAGRA & PEREZ
Dora Kaufman, Esq.
Florida Bar No. 771244
100 SE 3rd Avenue, Suite 1900
Fort Lauderdale, Florida 33394
(954) 467-1300 Phone
(954) 467-1372 Facsimile

COUNSEL FOR FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served on the following counsel of record on this 13th day of December, 2001, via hand delivery:

Gregory J. Orcutt
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd. Ste. 200
Tampa, Florida 33602

Alan M. Gerlach
Broad & Cassel
390 N. Orange Avenue, Suite 1100
Orlando, FL 32801

John W. Greene
Hill Gilstrap
1400 West Abram
Arlington, TX 76013

_____
ATTORNEY

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
SUPPLEMENTAL DEPOSITION DESIGNATIONS                                    Page 4