UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida Corporation, and
LOCHMERE REALTY, INC., a Florida
Corporation,

      Plaintiffs,

v.

EIGER FUND I, L.P., a Delaware Limited
Partnership; ET AL

      Defendants.

_____/



Case No.: 8:00-cv-1026-T-27B

## SUPPLEMEMENTAL REBUTTAL EXPERT DISCLOSURES OF DEFENDANTS EIGER FUND I, L.P., EIGER, INC., EIGER PARTNERS, L.P., H.D. ASSOCIATES, L.P., DUNES OPERATING COMPANY, L.P., 2M DUNES, L.L.C., PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M. JACOBS, WILLIAM S. BUCHANAN, AND FLEET NATIONAL BANK

Defendants, EIGER FUND I, L.P., EIGER, INC., EIGER PARTNERS, L.P., H.D.

ASSOCIATES, L.P., DUNES OPERATING COMPANY, L.P., 2M DUNES, L.L.C., PAUL E.

ROWSEY, III, C. TODD MILLER, DAVID M. JACOBS, WILLIAM S. BUCHANAN

(collectively the "Eiger Defendants"), and FLEET NATIONAL BANK f/k/a BANK BOSTON,

N.A. (the "Bank"), pursuant to Rule 26(a)(2), Fed. R. Civ. P., hereby serve these supplemental

disclosures of their rebuttal experts as allowed by oral order of the Court on December 7, 2001.

SUPPLEMENTAL REBUTTAL EXPERT DISCLOSURES – PAGE 1

1.    Paul E. Rowsey, III
      c/o Eiger, Inc.
      500 Crescent Court, Suite 300
      Dallas, Texas
      Telephone : 214-756-6552

2.    C. Todd Miller
      c/o Eiger, Inc.
      500 Crescent Court, Suite 300
      Dallas, Texas
      Telephone: 214-756-6552

3.    David M. Jacobs
      c/o Eiger, Inc.
      500 Crescent Court, Suite 300
      Dallas, Texas
      Telephone: 214-756-6552

4.    William S. Buchanan
      c/o Eiger, Inc.
      500 Crescent Court, Suite 300
      Dallas, Texas
      Telephone:  214-756-6552

5.    Joel Roebuck
      Dallas, Texas
      Information will be provided June 19, 2001

The above-designated persons may additionally opine as follows:

1.    The opinion of Richard L. Brown as to the appropriate discount rate is unreasonable because it fails to take into account the future risks associated with this project.

2.    The appropriate discount rate to use in calculating the discount rate in this case would be a minimum of 25-30%.

3.    Using the appropriate discount rate, the numbers used by Mr. Brown are overstated by in excess of nine million dollars.

SUPPLEMENTAL REBUTTAL EXPERT DISCLOSURES – PAGE 2

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

By: _____
　　Daniel F. Molony
　　Florida Bar No. 271330
　　James F. Murphy
　　Florida Bar No. 287598

201 E. Kennedy, Suite 601
Tampa, Florida 33602
(813) 202-7100 Phone
(813) 221-8837 Facsimile

ATTORNEYS FOR FLEET NATIONAL BANK


PEZZULLI & LOEWINSOHN, L.L.P.


By:_____
　　Alan S. Loewinsohn
　　State Bar No. 12481600
　　Carol E. Farquhar
　　State Bar No. 06828300

18383 Preston Road, Suite 100
Dallas, TX  75252
(972) 713-1300 Phone
(972) 713-1313 Facsimile

Timothy A. Andreu, Jr.
State Bar No. 443778
Glenn Rasmussen Fogarty, P.A.
100 South Ashley Drive, Suite 1300
Tampa, Florida  33602
(813) 229-3333
Fax: (813) 229-5946

ATTORNEYS FOR EIGER FUND I, L.P.,
EIGER, INC., EIGER PARTNERS, L.P.
2M DUNES, L.L.C.; DUNES
OPERATING COMPANY, L.P.;

H.D. ASSOCIATES, L.P., PAUL E.
ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, and WILLIAM S.
BUCHANAN

HALLEY, SINAGRA & PEREZ
Dora Kaufman, Esq.
Florida Bar No. 771244
100 SE 3rd Avenue, Suite 1900
Fort Lauderdale, Florida  33394
(954) 467-1300 Phone
(954) 467-1372 Facsimile

COUNSEL FOR FLEET NATIONAL BANK f/k/a
BANKBOSTON, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served on the following counsel of record on this _13th_ day of December, 2001, via hand delivery:

Gregory J. Orcutt
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd. Ste. 200
Tampa, Florida 33602

Alan M. Gerlach
Broad & Cassel
390 N. Orange Avenue, Suite 1100
Orlando, FL  32801

John W. Greene
Hill Gilstrap
1400 West Abram
Arlington, TX  76013

Carol E. Farquhar

SUPPLEMENTAL REBUTTAL EXPERT DISCLOSURES – PAGE 5