UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

**FILED**

12/13/0~

**IN OPEN COURT**

Plaintiffs,

v.

Case No.: 8:00-CV-1026-T-27B.

H.D. ASSOCIATES, L.P., et al.

Defendants.

_____/

### MEMORANDUM OF LAW IN SUPPORT OF
### MOTION FOR JUDGMENT AS A MATTER OF LAW
### BY DEFENDANTS EIGER FUND I, L.P., AND EIGER PARTNERS, L.P.

Defendants Eiger Fund I, L.P. ("Eiger Fund") and Eiger Partners, L.P. ("Eiger Partners"), are entitled to judgment as a matter of law. As set forth below, Plaintiffs failed to present a legally sufficient evidentiary basis to support a jury verdict against Eiger Fund and Eiger Partners. The Court should therefore enter judgment as a matter of law pursuant to Fed.R.Civ.P. 50(a)(1) in favor of the Eiger Fund and Eiger Partners

### I.   ARGUMENT

#### A.   Introduction

Eiger Fund and Eiger Partners adopt and incorporate by reference herein the factual and legal arguments in the Motions for Judgment as a Matter of Law and the Memorandum of Law in support of same filed by the other Defendants in this case. Eiger Fund and Eiger Partners separately set forth herein a memorandum of law as to certain additional arguments pertaining to the them.

11355 1



**B.     Eiger Fund and Eiger Partners are Entitled to Judgment on All of Plaintiffs' Claims.**

Plaintiffs have asserted claims against all of the Eiger Entities for breach of joint venture agreement, misappropriation of trade secrets, civil conspiracy, promissory estoppel and tortious interference.  The evidence presented at trial shows that the only entity involved in this transaction was Defendant H.D. Associates.  Despite this fact, Plaintiffs have sued Defendant Eiger Fund, the limited partner of H.D. Associates.  Plaintiffs have also sued Defendant Eiger Partners, the general partner of Eiger Fund.

Under the Florida Revised Uniform Partnership Act, general partners are generally liable for the obligation of the partnership.  <u>See</u> Fla. Stat. §620.8306.  A limited partner, however, cannot be held liable for the obligations of the limited partnership unless the limited partner "participates in the control of the business" and transacts business with a third party who reasonably believes, based upon the limited partner's conduct, that the limited partner is a general partner.  <u>See</u> Fla. Stat. §620.129.  Here, Plaintiffs have presented no evidence to establish any liability of Eiger Fund (the limited partner of H.D. Associates under this standard).  As a result, Eiger Fund cannot be held liable.  By the same token, Eiger Partners, the general partner of Eiger Fund, cannot be held liable either.

**II.     <u>CONCLUSION</u>**

For all of these reasons, Eiger Fund and Eiger Partnersrespectfully request that the Court enter judgment as a matter of law in their favor on all counts.

Respectfully submitted,

Alan S. Loewinsohn, Esq.
State Bar No. 12481600
Carol E. Farquhar, Esq.
State Bar No. 06828300
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 - Facsimile

Timothy A. Andreu, Jr.
State Bar No. 443778
Glenn Rasmussen & Fogarty
100 South Ashley Drive, Suite 1300
Tampa, FL 33602
(813) 229-3333
(813) 229-5946 - Facsimile

ATTORNEYS FOR EIGER FUND I, L.P., EIGER, INC.,
PARTNERS, L.P., H.D. ASSOCIATES, L.P., DUNES
OPERATING COMPANY, L.P., AND 2M DUNES, L.L.C.
AND FLEET NATIONAL BANK, NA., F/K/A
BANKBOSTON, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand delivery upon all of the following-named addressees this 13th day of December, 2001.

Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602

James B. Murphy, Jr., Esq.
Paul W. Rebein, Esq.
Shook, Hardy & Bacon L.L.P.
100 North Tampa Street, Suite 2900
Tampa, FL 33602

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Alan M. Gerlach, Esq.
Broad & Cassel
390 North Orange Avenue, Suite 1100
Orlando, FL 32801

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

_____
ATTORNEY

11355 1

- 4 -