UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

   Plaintiffs,

v.

EIGER FUND I, L.P., et al.

   Defendants.

_____/

**FILED**
12|13|02
**IN OPEN COURT**

Case No.: 8:00-CV-1026-T-27B.

## MOTION FOR JUDGMENT AS A MATTER OF LAW BY DEFENDANTS PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M. JACOBS, AND WILLIAM S. BUCHANAN

Defendants Paul E. Rowsey, III, C. Todd Miller, David M. Jacobs, and Williams S. Buchanan (collectively, the "Eiger Individuals"), pursuant to Rule 50, Fed.R.Civ.P., hereby move for judgment as a matter of law as to as to all claims asserted by Plaintiffs Lochmere Development Group, Inc. and Lochmere Realty, Inc.

In support of this motion, the Eiger Individuals would show that, as demonstrated in the accompanying memorandum of law, Plaintiffs' failed to meet their burden of proof and the Eiger Individuals are entitled to judgment as a matter of law on all claims.

The reasons and authorities in support of this motion are set forth in the accompanying Memorandum of Law.

WHEREFORE, the Eiger Individuals respectfully request that this Court enter judgment in their favor against Plaintiffs.

11353 1



Respectfully submitted,

Alan S. Loewinsohn, Esq.
State Bar No. 12481600
Carol E. Farquhar, Esq.
State Bar No. 06828300
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 - Facsimile

Timothy A. Andreu, Jr.
State Bar No. 443778
Glenn Rasmussen & Fogarty
100 South Ashley Drive, Suite 1300
Tampa, FL 33602
(813) 229-3333
(813) 229-5946 - Facsimile

ATTOREYS FOR PAUL E. ROWSEY, III, C. TODD MILLER, DAVID C. JACOBS, and WILLIAM S. BUCHANAN

11353.1                                  -2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand delivery upon all of the following-named addressees this _13th_ day of December, 2001.

Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602

James B. Murphy, Jr., Esq.
Paul W. Rebein, Esq.
Shook, Hardy & Bacon L.L.P.
100 North Tampa Street, Suite 2900
Tampa, FL 33602

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Alan M. Gerlach, Esq.
Broad & Cassel
390 North Orange Avenue, Suite 1100
Orlando, FL 32801

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

_____
ATTORNEY

11353.1                           -3-