UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

**FILED**
12/13/02
**IN OPEN COURT**

Plaintiffs,

v.

Case No.: 8:00-CV-1026-T-27B.

EIGER FUND I, L.P., et al.

Defendants.

_____/

### MOTION FOR JUDGMENT AS A MATTER OF LAW BY DEFENDANT
### FLEET NATIONAL BANK, N.A.

Defendant Fleet National Bank, N.A., a national banking association, f/k/a BankBoston, N.A.

("Bank"), pursuant to Rule 50, Fed.R.Civ.P., hereby move for judgment as a matter of law as to all

claims asserted by Plaintiffs Lochmere Development Group, Inc. and Lochmere Realty, Inc.

In support of this motion, the Bank would show that, as demonstrated in the accompanying

memorandum of law, Plaintiffs' failed to meet their burden of proof and the Bank is entitled to

judgment as a matter of law on all claims.

The reasons and authorities in support of this motion are set forth in the accompanying

Memorandum of Law.

WHEREFORE, the Bank respectfully requests that this Court enter judgment in their favor

against Plaintiffs.

11297.1

Respectfully submitted,

James B. Murphy, Jr., Esq.
Florida Bar. No. 287598
Paul W. Rebein, Esq.
Florida Bar No. 488003
Shook, Hardy & Bacon L.L.P.
100 North Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 - Facsimile

and

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300  Phone
(954) 467-1372  Facsimile

ATTORNEYS FOR FLEET NATIONAL BANK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand delivery upon all of the following-named addressees this __13__ day of December, 2001.


Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602

Alan S. Loewinsohn, Esq.
Carol E. Farquhar, Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, Texas 75252

Timothy A. Andreu, Jr.
Glenn Rasmussen & Fogarty
100 South Ashley Drive, Suite 1300
Tampa, FL 33602

Alan M. Gerlach, Esq.
Broad & Cassel
390 North Orange Avenue, Suite 1100
Orlando, FL 32801

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

_____
ATTORNEY

11297.1                          -3-