# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES - GENERAL



FILED

01 DEC 14 ꞓꞟ 4:54

CASE NO. __8:00-CV-1026-T-27TGW__     DATE __December 14, 2001__

TITLE __LOCHMERE DEVELOPMENT, et al. vs. EIGER FUND I, L.P., et al.__

TIME __10:55A.M. - 12:00 P.M. / 3:00 P.M. - 4:40 P.M.__     DAY____9____

HONORABLE JAMES D. WHITTEMORE     Courtroom Deputy: __Anne H. Ohle__

Court Reporter: __Kathleen Walden__     Interpreter: _____

| Attorney(s) for Pltf: | Attorney(s) for Defendant(s): |
|---|---|
| Gregory Orcutt | Alan Loewinsohn |
| Jay Bartlett | Carl Farquhar |
| | James Murphy |
| | Paul Rebein |
| | John Greene |
| | Alan Gerlach |
| | Jennifer Cook |

PROCEEDINGS OF:__ JURY TRIAL resumed from 12/13/01__

Jurors not present today.

Court holds informal charge conference.

Court reserves ruling on Rule 50 Motions for promissory estoppel and statute of fraud.

BankBoston Motion for Directed Verdict on Conspiracy Claim - reserved ruling.

Court adjourned until 8:45 A.M., Monday, 12/17/01.

