UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



**FILED**
IN OPEN COURT
12/17/01

LOCHMERE DEVELOPMENT
GROUP, INC., and LOCHMERE
REALTY, INC.,

CASE NO.: 8:00 CV 1026-T-27B

Plaintiffs,

v.

H. D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C.,
a Texas limited liability company; EIGER
FUND 1, L.P., a Delaware limited partnership;
EIGER PARTNERS, L.P., a Delaware limited
partnership; DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC., a
Texas corporation; JTL CAPITAL, L.L.C., a
Texas limited liability company; FLEET NATIONAL
BANK, N.A., a national banking association;
PAUL E. ROWSEY, III, an individual; C. TODD MILLER,
an individual; DAVID M. JACOBS, an individual;
and WILLIAM S. BUCHANAN, an individual,

Defendants.

_____/

## LANE DEFENDANTS' WITNESS DESIGNATION OF DEPOSITION EXCERPTS

DEFENDANTS DAVID LANE, BARNETT LANE INVESTMENTS, INC., and JTL

CAPITAL, L.L.C. ("the Lane Defendants"), by and through their undersigned counsel, hereby

give notice of their intent to read the following portions from the deposition of Robert

Canterbury, a witness herein, taken on December 7, 2001, at the trial of this cause:

1. Page 4, Lines 15 - 19;

2. Page 7, Lines 15 - 18;

ORL1\LABOR\418547.1
26544/0001 AMG mxb 12/15/01 10.20 AM

217

3.    Page 8, Lines 1 - 9:11;

4.    Page 23, Lines 23 - 24:15

5.    Page 25, Lines 12 - 27:8

6.    Page 36, Lines 12 - 37:3

Respectfully submitted,

ALAN M. GERLACH, ESQ.
BROAD AND CASSEL
Florida Bar. No. 199184
390 North Orange Avenue, Suite 1100
Orlando, Florida  32801
P.O. Box 4961 (32802)
Telephone:  (407) 839-4200
Fax: (407) 425-8377

- and -

JOHN W. GREENE, ESQ.
HILL GILSTRAP
1400 West Abram Street
Arlington, Texas 76013
Telephone: (817) 261-2222
Fax: (817) 861-4685
Attorneys for Defendants David Lane,
Barnett Lane Investments, Inc. and JTL
Capital, L.L.C

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

Hand Delivery this 17th day of December, 2001 to: Gregory J. Orcutt, Esq., Bricklemyer, Smolker

& Bolves, P.A., 500 E. Kennedy Blvd., Suite 200, Tampa, Florida 33602; James Murphy, Esq.,

Shook, Hardy & Bacon, L.L.P., 100 N. Tampa Street, Suite 2900, Tampa, Florida  33602-5810;

Alan S. Loewinsohn, Esq., Pezzulli & Loewinsohn, L.L.P., 18383 Preston Road, Suite 110, Dallas,

2

ORL1\LABOR\418547.1
26544/0001 AMG mxb 12/15/01 10:20 AM

Texas 75252 and Dora Kaufman, Esq., Halley, Sinagra & Perez, 100 S.E. 3rd Avenue, Suite 1900,

Fort Lauderdale, Florida 33394.

Alan M. Gerlach, Esquire

3