**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LOCHMERE DEVELOPMENT GROUP, INC.
and LOCHMERE REALTY, INC.

                    **Plaintiffs**

v.                                               Case No.  8:01-cv-1026-T-27TGW

EIGER FUND 1, L.P., et al.,

                    **Defendants.**

_____

Document No. 218, deposition of **Robert** L. Canterbury,
filed on December 17, 2001, is filed **under** separate cover.

RE:
218