FILED

UNITED STATES DISTRICT COURT
Middle District of Florida

01 DEC 17 AM 10: 35

CLERK, U. ... T COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA. FLORIDA

LOCHMERE DEVELOPMENT GROUP, INC.,
and LOCHMERE REALTY, INC.,

      Plaintiffs,

vs.

                                   CASE NO.: 8:00-CV-1026-T-27TGW
                                   State Court No.: 00-02525/Div. I

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C.,
a Texas limited liability company; EIGER
FUND 1, L.P., a Delaware limited partnership;
EIGER PARTNERS, L.P., a Delaware limited
partnership; DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC., a
Texas corporation; JTL CAPITAL, L.L.C., a
Texas limited liability company; FLEET NATIONAL
BANK, N.A., a national banking association;
PAUL E. ROWSEY, III, an individual; C. TODD MILLER,
an individual; DAVID M. JACOBS, an individual;
and, WILLIAM S. BUCHANAN, an individual,

      Defendants.

_____/

## MOTION FOR RECONSIDERATION

      Plaintiffs, LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE REALTY,

INC. ("Plaintiffs" or "LOCHMERE"), hereby submit this Motion and Memorandum of Law

with respect to the Court's Order on Defendants' Motion for Judgment as a Matter of Law,

of December 13, 2001, and state as follows:

220

Plaintiffs hereby seek reconsideration of the Court's dismissal of the Tortious Interference Claim pleaded herein (Count XL). To recover under a claim for tortious interference with a business relationship, Plaintiffs are required to show by the greater weight of the evidence that:

1)  That a relationship existed between the Plaintiffs and a third-party;

2)  That Defendants knew of that relationship;

3)  That the Defendants intentionally and without justification interfered with that relationship; and

4)  That Plaintiffs have been damaged by the breach of that relationship.

Ethan Allen, Inc. v. Georgetown Manor, Inc., 647 So. 2d 812, 813 (Fla. 1995); Tamiami Trail Tours, Inc. v. Cotton, 463 So. 2d 1126, 1127 (Fla. 1985).

Plaintiffs have alleged, presented testimony, and admitted documentary evidence at trial that Plaintiffs had a venture agreement and contractual relations with the Lane defendants. The Eiger defendants joined that venture on or about March of 1999. It is further alleged and evidence has been presented to the jury that the Eiger defendants and defendant Rowsey interfered with the existing venture agreement by tortiously causing the venture and the Lane defendants to disassociate from the venture and usurped the partnership opportunity of the Plaintiffs. They further tortiously interfered with Plaintiffs' business relations with the Lane defendants by demanding that Plaintiffs accept less favorable compensation and profit participation in the venture than as previously agreed to by the Plaintiffs and the Lane defendants.

The fact that the Lane defendants also disassociated from the venture and joined with the Eiger defendants to go forward with the reacquisition of the project does not preclude the jury from determining that an improper interference occurred.

WHEREFORE, Plaintiffs hereby move the Court to reconsider its granting of the Defendants' Motion for Judgment as a Matter of Law with respect to the Tortious interference claim, and for such other and further relief as the Court deems appropriate in the circumstances.

Respectfully submitted,

By: _____

Gregory J. Orcutt
Florida Bar No. 230855
Jay J. Bartlett
Florida Bar No. 875163
BRICKLEMYER SMOLKER & BOLVES, P.A.
500 E. Kennedy Boulevard, Suite 200
Tampa, Florida 33602
Telephone: (813) 223-3888
Facsimile: (813) 228-6422
Attorneys for LOCHMERE DEVELOPMENT
GROUP, INC. and LOCHMERE REALTY, INC.

3

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by Hand Delivery to all parties on the attached Service List this _____ day of December 2001.

Respectfully submitted,

BRICKLEMYER SMOLKER & BOLVES, P.A.

By: _____
Gregory J. Orcutt
Florida Bar No. 230855
Jay J. Bartlett
Florida Bar No. 875163
BRICKLEMYER SMOLKER & BOLVES, P.A.
500 E. Kennedy Boulevard, Suite 200
Tampa, Florida 33602
Telephone: (813) 223-3888
Facsimile: (813) 228-6422
Attorneys for LOCHMERE DEVELOPMENT
GROUP, INC. and LOCHMERE REALTY, INC.

F:\docs\DAM\Orcutt\LOCHMERE\m-reconsider2.doc

4

## SERVICE LIST

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street, Suite 3900
Tampa, FL 33602

Alan S. Loewinsohn, Esq.
Carol E. Farquhar, Esq.
Jo E. Hartwick, Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, TX 75252

(Attys. for H.D. ASSOCIATES, L.P. DUNES OPERATING COMPANY, L.P., EIGER, INC.,
2M DUNES, L.L.C., EIGER FUND 1 L.P., EIGER PARTNERS, L.P., PAUL E. ROWSEY, III,
C. TODD MILLER, DAVID M. JACOBS, WILLIAM S. BUCHANAN and FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.)

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Co-Counsel: FLEET NATIONAL BANK f/k/a BANKBOSTON, N.A.

Alan M. Gerlach, Esq.
Broad & Cassel
390 North Orange Ave.
Suite 1100
Orlando, FL 32801

Timothy A. Andreu, Jr.
Glenn Rasmussen & Fogarty
100 South Ashley Dr., Suite 1300
Tampa, FL 33602

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

(Attys. for DAVID LANE, BARNETT LANE INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.)