# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES - GENERAL



CASE NO. __8:00-CV-1026-T-27TGW__        DATE __December 17, 2001__

TITLE __LOCHMERE DEVELOPMENT, et al. vs. EIGER FUND I, L.P., et al.__

TIME __8:48 A.M. - 12:00 P.M. / 1:20 P.M. - 6:00 P.M.__        DAY____10____

HONORABLE JAMES D. WHITTEMORE        Courtroom Deputy: __Anne H. Ohle__

Court Reporter: __Kathleen Walden__        Interpreter: _____

| Attorney(s) for Pltf: | Attorney(s) for Defendant(s): |
|---|---|
| Gregory Orcutt | Alan Loewinsohn |
| Jay Bartlett | Carol Farquhar |
|  | James Murphy |
|  | Paul Rebein |
|  | John Greene |
|  | Alan Gerlach |
|  | Jennifer Cook |

PROCEEDINGS OF: __JURY TRIAL resumed from 12/14/01__

Defendant Eiger's witness: Paul Rowsey, III.

Eiger defendants Rest.

Jury excused until 8:45 A.M., 12/18/01.

Court resumes with jury instructions conference.

Court adjourned until 8:45 A.M., 12/18/01.

221