UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



LOCHMERE DEVELOPMENT
GROUP, INC., a Florida Corporation, and
LOCHMERE REALTY, INC., a Florida
Corporation,

      Plaintiffs,

v.

                                        Case No.:  8:00-cv-1026-T-27B

EIGER FUND I, L.P., et al

      Defendants.

_____/

### EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
### MOTION IN LIMINE

COME NOW, the Eiger Defendants and Fleet National Bank and move the Court to Limine to preclude Plaintiff's counsel in closing argument from referring to, mentioning, or relying on any damage calculations offered into evidence because those were solely based upon the compensation agreement with Defendants which this Court held to be barred by the Statute of Frauds. As a result, any references to damage based upon those calculations which arise from the alleged agreement are barred. However, the Court denied Defendants' request for an instruction of the contract was unenforceable. As a result, it is unfair for Plaintiff to be able to refer to any damage calculations based upon an unenforceable agreement.

Movants further request that Plaintiff's counsel in closing argument be precluded from using any chart or demonstrative exhibit not admitted into evidence which contains

**Page 1**

222

any reference to Lochmere Realty, Inc. and/or any damages claimed by Lochmere Realty, Inc., including but not limited to the real estate commissions.

Respectfully submitted,

_____
James B. Murphy, Esq.
Florida Bar No. 287598
Paul W. Rebein, Esq.
Florida Bar No. 488003
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 - Facsimile

_____
Alan Loewinsohn, Esquire
Carol E. Farquhar, Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 - Facsimile

Attorneys for Eiger Fund I, L.P., Eiger, Inc.,
Eiger Partners, L.P., H.D. Associates, L.P.,
Dunes Operating Company, L.P.,
and 2M Dunes, L.L.C. and Paul E.
Rowsey, III

and

HALEY, SINAGRA & PEREZ
Dora Kaufman, Esq.
Florida Bar No. 771244
100 SE 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

**Page 2**

*/99-576/pleadings/*

(954) 467-1300  Phone
(954) 467-1372  Facsimile

COUNSEL FOR FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served on the following counsel of record on this ¼ day of December, 2001, via hand delivery.

Gregory J. Orcutt
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd. Ste. 200
Tampa, Florida 33602

Alan M. Gerlach
Broad & Cassel
390 N. Orange Avenue, Suite 1100
Orlando, FL  32801

John W. Greene
Hill Gilstrap
1400 West Abram
Arlington, TX  76013

_____
ATTORNEY

**Page** 3

/99-576/pleadings/