# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**



FILED

CASE NO.   8:00-CV-1026-T-27TGW          DATE   December 18, 2001 TAMPA, FLORIDA

TITLE   LOCHMERE DEVELOPMENT, et al. vs. EIGER FUND I, L.P., et al.

TIME   9:18 A.M. - 12:00 P.M. / 1:15 P.M. - 8:50 P.M.          DAY   11

HONORABLE JAMES D. WHITTEMORE          Courtroom Deputy:   Anne H. Ohle

Court Reporter:  Kathleen Walden          Interpreter: _____

| Attorney(s) for Pltf: | Attorney(s) for Defendant(s): |
|---|---|
| Gregory Orcutt | Alan Loewinsohn |
| Jay Bartlett | Carol Farquhar |
| | James Murphy |
| | Paul Rebein |
| | John Greene |
| | Alan Gerlach |
| | Jennifer Cook |

PROCEEDINGS OF:  JURY TRIAL resumed from 12/17/01

Deft Lane's witness: David Lane, video deposition excerpt of Robert Canterbury, deposition of Jim Garner.

Jury excused until 9:00 A.M., 12/19/01.

Defendants renew Rule 50 Motions - -

Motion (as to all defts) for Directed Verdict as to Counts 1, 2, 3 - GRANTED.

Lane's Motion for Directed Verdict as to Count 11 - GRANTED.

Eiger & Lane's Motion for Directed Verdict as to Count 39 - GRANTED.

Court reserves ruling on Counts 12, 13, 14 & 15.

Eiger's Motion for Directed Verdict as to Count 16 - GRANTED.

Counts remaining to go to jury - Counts 24, 25, 26, 27, 28, 29, 30 & 38.

Motion for Reconsideration of tortuous ruling - DENIED.

Jury Instructions Conference.

Court adjourned until 8:30 A.M., 12/19/01.

223