# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

FILED



01 DEC 20 AM 10: 12

TAMPA, FLORIDA

### CLERK'S MINUTES - GENERAL

CASE NO. __8:00-CV-1026-T-27TGW__          DATE __December 19, 2001__

TITLE __LOCHMERE DEVELOPMENT, et al. vs. EIGER FUND I, L.P., et al.__

TIME __8:50 A.M. - 12:15 P.M. / 1:10 P.M. - 4:08 P.M. /__
__7:45 P.M. - 7:50 P.M. / 8:10 P.M. - 8:12 P.M.__          DAY____12_____

HONORABLE JAMES D. WHITTEMORE          Courtroom Deputy: __Anne H. Ohle__

Court Reporter: __Kathleen Walden__          Interpreter: _____

| Attorney(s) for Pltf: | Attorney(s) for Defendant(s): |
|---|---|
| Gregory Orcutt | Alan Loewinsohn |
| Jay Bartlett | Carol Farquhar |
| | James Murphy |
| | Paul Rebein |
| | John Greene |
| | Alan Gerlach |
| | Jennifer Cook |

PROCEEDINGS OF: __JURY TRIAL resumed from 12/18/01__

Deft Eiger's Motion in Limine (Filed in Open Court) - DENIED.

Court resumes with jury instructions conference.

Rule 50 Motions granted as to constructive fraud counts.

Closing Arguments.

*Court orders lunch for jury.

Resume with closing arguments.

Jury Instructed.

Jury retires to consider its verdict.

Jury question. Jury resumes deliberations.

Jury adjourns and will resume deliberations tomorrow, 12/20/01 at 8:45 A.M.

Court adjourned.

*Copy to Jury Clerk