8:00-CV-1026-I-2TTGW
Lochmere vs. Eiger

FLEET

# EIGER EXHIBIT LIST

FILED
CM



| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | 12/5/01 | Stip ✓ | Information sent by Lochmere to Joseph Blake and Associates |
| 2 | | 12/5/01 | " | 1/4/99 Letter to David Lane from John Kelly |
| 3 | | 12/5/01 | " | 12/28/98 Letter to James Gardner from Wade Hopping with attached Preliminary Environmental Findings for Hammock Dunes Second Golf Course |
| 4 | | 12/5/01 | " | 1/5/99 Fax cover sheet to Robert Evans from Bob Dickinson |
| 5 | | 12/5/01 | Stip ✓ | 11/25/97 Cushman Wakefield Confidential Offering Memorandum |
| 6 | | 12/5/01 | " | 4/10/98 Memo to David Lane from Tom Kelly |
| 7 | | 12/5/01 | Stip ✓ | 4/14/99 Hammock Dunes Cash Flow Projections Master Development Budget |
| 8 | | 12/5/01 | " | 2/25/99 Letter to David Lane from Robert Evans |
| 9 | | 12/5/01 | Stip ✓ | 12/30/98 Memo to Robert Evans from David Lane |
| 10 | | 12/5/01 | " | 7/23/99 Letter to Merrick Kleeman from Robert Evans |
| 11 | | 12/5/01 | " | 7/23/99 Check in the amount of $125,000.00 payable to Starwood Capital signed by Robert Evans |
| 12 | | 12/5/01 | " | 7/23/99 Copy of federal express bill to Robert Evans from Rick Kleeman |
| 13 | | 12/5/01 | " | 7/22/99 Letter to James Gardner from Merrick Kleeman of Starwood |
| 14 | | 12/5/01 | " | July, 1999 Agreement for Sale and Purchase between ITT Community Development and ITT Land Corporation and Starwood Development |
| 15 | | 12/5/01 | " | 6/30/98 Letter to David Lane from Robert Evans with attached agreement for services with Canterbury Engineering |
| 16 | | 12/5/01 | " | 4/27/99 Letter to David Lane from James Gardner |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
EXHIBIT LIST

R:\99576 - Eiger\Trial\EIGER EXHIBIT LIST 2.doc Page 1

225

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 17 | | 12/5/01 | Stip. | 8/4/98 Letter from Amanda Brinegar to David Lane |
| 18 | | 12/5/01 | " | 9/29/98 Letter from Amy Olson to Robert Evans |
| 19 | | 12/5/01 | " | 8/5/98 Letter to David Lane from Robert Cuff |
| 20 | | 12/5/01 | " | 8/6/98 Agreement for Sale and Purchase dated |
| 21 | | 12/5/01 | " | 8/10/98 Letter to Amy Olson from Amanda Brinegar |
| 22 | | 12/5/01 | " | 8/7/98 Letter to Amy Olson from Amanda Brinegar |
| 23 | | 12/5/01 | " | 8/13/98 Fax to David Lane from Jim Gardner |
| 24 | | 12/5/01 | " | 8/14/98 Fax to Amanda from Libbie Butler with attached letter dated 8/13/98 to Amy Olson and Hilary Spann from Vicki DeLaughter |
| 25 | | 12/5/01 | " | 9/14/98 Invoice to Barnett Lane Investments from PricewaterhouseCoopers |
| 26 | | 12/5/01 | " | 8/21/98 Memo from Amy Olson, Tim Dick, Hilary Spann to Bob Evans |
| 27 | | 12/5/01 | Stip ✓ | 8/23/98 Memo to Mr. Robert Evans from Steven Samaha |
| 28 | | 12/5/01 | " | 7/2/98 Letter to David Lane from Robert Evans |
| 29 | | 12/5/01 | " | 5/26/98 Letter to Robert Evans from Robert Dickinson with attachments |
| 30 | | 12/5/01 | " | 4/17/98 Letter to Kevin Partel from Robert Evans with attached signed fee agreement |
| 31 | | 12/5/01 | " | 3/18/98 Letter from Steve Samaha to David Lane |
| 32 | | 12/5/01 | " | 3/6/98 Memo from Steve Millham to David Lane |
| 33 | | 12/5/01 | " | 10/6/98 Letter to David Lane & Stephen Millham from Robert Evans |
| 34 | | 12/5/01 | " | 10/9/98 Fax to Jim Gardner, Bob Evans and Steve Samaha from David Lane |
| 35 | | 12/5/01 | " | 10/22/98 Fax to Amy Olson from Kerry Roberts |
| 36 | | 12/5/01 | " | 10/23/98 Fax to Amy Olson from Kerry Roberts |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
EXHIBIT LIST

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 37 | | 12/5/01 | Stip ✓ | 10/28/98 Letter to Bob Evans from Amy Olson |
| 38 | | 12/5/01 | " | 11/1/98 Letter to David Lane from Robert Evans with fax cover page |
| 39 | | 12/5/01 | " | 10/30/98 Fax to Bob Evans from David Lane with attached billing from Canterbury Engineering; Fax dated 10/29/98 to David Lane from Steve Samaha with attached statement for services from Annis, Mitchell, Cockey, Edwards & Roehn |
| 40 | | 12/5/01 | " | 11/5/98 Letter to James Gardner from David Lane |
| 41 | | 12/5/01 | " | 11/11/98 Letter to James Gardner from David Lane |
| 42 | | 12/5/01 | " | 11/16/98 Letter from James Gardner to David Lane |
| 43 | | 12/5/01 | " | 11/18/98 Fax to Steve Millham, Bob Evans and Steve Samaha from David Lane |
| 44 | | 12/5/01 | " | 11/23/98 Second Amendment to Agreement for Sale and Purchase |
| 45 | | 12/5/01 | Stip ✓ | 11/16/98 Asset Advisory Services performed for Hammock Dunes as of 11/16/98 from PricewaterhouseCoopers |
| 46 | | 12/5/01 | " | 12/2/98 Letter to James Gardner from David Lane |
| 47 | | 12/5/01 | " | 12/22/98 Letter to David Lane from James Gardner |
| 48 | | 12/5/01 | " | 3/24/99 Letter to Robert Evans from Paul Rowsey |
| 49 | | 12/5/01 | " | 3/24/99 Fax to Bob Evans from David Lane with attached letter to Paul Rowsey from Robert Evans dated 3/24/99 |
| 50 | | 12/5/01 | " | 4/18/99 Fax to Bob Evans and David Lane from Paul Rowsey |
| 51 | | 12/5/01 | " | 4/14/99 Letter to David Lane from Robert Evans |
| 52 | | 12/5/01 | " | 4/22/99 Letter to ITT Community Development Corporation from David Lane and Paul Rowsey |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
EXHIBIT LIST

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---------|-----------------|---------------|---------|-------------|
| 53 | | 12/5/01 | Stip . | 4/27/99 Fax to Paul Rowsey, Mark Vankirk, Bob Evans, and Steve Samaha from David Lane with attached letter dated 4/27/99 to David Lane from James Gardner of ITT |
| 54 | | 12/5/01 | " | 4/30/99 Letter to ITT Community Development Corporation from David Lane and Paul Rowsey with fax cover page |
| 55 | | 12/5/01 | " | 4/17/99 Letter to Richard Blunk from Steve Samaha |
| 56 | | 12/5/01 | Stip ✓ | 4/14/99 Fax to Bob Evans from David Lane with attached copy of Projected Cash Receipts from Land Sales |
| 57 | | 12/5/01 | Stip ✓ | 4/21/99 Fax to Robert Evans from Robert Canturbury with attached cost spreadsheets |
| 58 | | 12/5/01 | " | 4/23/99 Fax to Robert Evans from Steve Nielsen |
| 59 | | 12/5/01 | " | 4/23/99 Letter to Steve Nielsen from Robert Evans with Proposal and Contract prepared by EMS |
| 60 | | 12/5/01 | " | 5/3/99 Letter to Steve Kennedy from Robert Evans with attached preliminary site plans |
| 61 | | 12/5/01 | " | 5/14/99 Letter to David Lane from Robert Evans with attached invoices from Canterbury and Annis, Mitchell, Cockey, Edwards and Roehn |
| 62 | | 12/5/01 | " | 5/24/99 Letter to Robert Evans from Ralph Bowden with attached invoice |
| 63 | | 12/5/01 | " | 6/10/99 Letter to Paul Rowsey from Robert Evans |
| 64 | | 12/5/01 | " | 6/24/99 Letter to Robert Evans to Joseph Hatzell |
| 65 | | 12/5/01 | " | 8/19/99 Letter from Robert Canterbury to David Lane dated |
| 66 | | | | 4/7/98 Notes to L. Martin from JV Kelly with attached cost proposal and job order; letter dated 4/3/98 to Robert Evans from Robert Dickinson and fee agreement |
| 67 | | 12/5/01 | Stip. | 3/30/99 Letter to Paul Rowsey from Amanda Brinegar |

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 68 | | 12/5/01 | Stip. | Unsigned Marketing and Listing Agreement between Barnett Lane and Lochmere |
| 69 | | | | 4/14/99 Fax to Bob Evans from Keith Bricklemyer with attached copy of redline version of the Management Development and Marketing Agreement between Lochmere and Barnett Lane |
| 70 | | | | 4/14/99 Fax to Bob Evans from Keith Bricklemyer with attached copy of Management Development and Marketing Agreement between Lochmere and Barnett Lane Investments dated 4/14/99 |
| 71 | | 12/5/01 | Stip ✓ | 7/6/01 Hammock Dunes Cash Flow Projections Master Development Budget |
| 72 | | 12/5/01 | '' | 5/22/99 Environmental Site Assessment Phase 1 for Hammock Dunes Multi-Pack Parcel |
| 73 | | 12/5/01 | '' | 5/10/99 Fax to David Lane from Bob Evans |
| 74 | | 12/5/01 | '' | June, 1999 Unsigned Marketing and Listing Agreement between HD Associates and Lochmere |
| 75 | | 12/5/01 | '' | 7/13/99 Letter to James Gardner from Paul Rowsey |
| 76 | | 12/5/01 | '' | 7/23/99 Letter to Paul Rowsey from James Gardner |
| 77 | | 12/5/01 | Stip ✓ | Executive Summary cover sheet with monthly financial statements for 1999 |
| 78 | | 12/5/01 | '' | 6/22/99 Hammock Dunes Conservative Case |
| 79 | | 12/5/01 | Stip ✓ | 4/27/99 Fax to Steve Kennedy from David Lane with attached Cash Flow Projections Master Development Budget |
| 80 | | 12/5/01 | '' | 3/24/99 Fax to Paul Rowsey from Bob Evans with attached letter to Paul Rowsey from Robert Evans dated 3/24/99 |
| 81 | | 12/5/01 | '' | 5/6/99 Memo to Due Diligence File from Paul Rowsey |
| 82 | | 12/5/01 | '' | 4/28/99 Fax to Paul Rowsey & David Lane from C. Callea |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
EXHIBIT LIST

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 83 | | 12/5/01 | Stip. | 7/29/99 Agreement for Sale and Purchase between ITT Community Development Corporation and ITT Land Corporation and Dunes Operating Company |
| 84 | | 12/17/01 | Stip | JTL Capital Hammock Dunes Expenses as of August 31, 1999; General Ledger Consolidated Statement for 11/97-8/99 |
| 85 | | 12/17/01 | Stip ✓ | 4/26/99 Cash Flow Projections Master Development Budget with notes |
| 86 | 12/17/01 | 12/17/01 | P. Rowsey ✓ | 6/7/99 Letter to Steven Kennedy from Robert Evans with attached Cash Flow Projections Master Development Budget dated 5/26/99 |
| 87 | | | | 6/11/99 Hammock Dunes Cash Flow Projections Master Development Budget |
| 88 | | 12/5/01 | Stip ✓ | 3/1/99 Hammock Dunes Pro Forma 3 year Pro Forma existing inventory as of March 1, 1999 |
| 89 | | 12/5/01 | " ✓ | 4/15/99 Memo to Advisory Board from Paul Rowsey |
| 90 | | 12/5/01 | " | 5/26/99 Invoice to Environmental Management Systems, Inc. to JTL Capital |
| 91 | | 12/5/01 | Stip ✓ | 5/20/99 Memo to Robert Evans, Paul Rowsey, Ralph Bowden and David Lane from Michael Sim with report of meeting dated 5/13/99 attached |
| 92 | | 12/5/01 | " ✓ | 11/30/99 Senior Secured Facilities Credit Agreement between HD Associates and Dunes Operating and BankBoston and Other Lenders and Bank Boston |
| 93 | | 12/5/01 | " | 8/6/99 Letter to Keith Bricklemyer from Alan Loewinsohn |
| 94 | | 12/5/01 | " | 8/16/99 Fax to Paul Rowsey from David Lane enclosing fax dated 3/30/98 to Penn Hodge from David Lane |
| 95 | | 12/5/01 | " | 9/13/99 Memo from Paul Rowsey to David Lane |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
EXHIBIT LIST

R:\99576 - Eiger\Trial\EIGER EXHIBIT LIST 2.doc

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 96 | | 12/5/01 | Stip . | 8/13/99 Lane Finders Fee agreement file - Letter to Paul Rowsey from W. Audie Long; Finders fee letter dated 12/3/99 to Greendale Realty and Monarch Partners signed by HD Associates, Greendale Realty Corp. and Monarch Partners; letter dated 8/13/99 to Paul Rowsey from W. Audie Long; Letter to Paul Rowsey from Penn Hodge |
| 97 | | | | 11/20/99 Internet article: Flagler sorts out dispute with ITT by Megan Reisner |
| 98 | | 12/5/01 | Stip . | 10/14/99 Fifth Amendment to Agreement For Sale and Purchase between ITT, Admiral, ITT Land and Dunes |
| 99 | | 12/5/01 | '' | 9/23/99 Third Amendment to Agreement to Purchase and Sale |
| 100 | | 12/5/01 | '' | 9/9/99 Second Amendment to Agreement to Purchase and Sale |
| 101 | | 12/5/01 | '' | 8/30/99 First Amendment to Agreement for Sale and Purchase |
| 102 | | 12/5/01 | Stip ✓ | 3/29/99 Memo to Paul Rowsey from David Lane with attached copy of 3 year Pro Forma existing inventory as of 3/1/99 |
| 103 | | 12/5/01 | '' | 3/18/99 Memo to Paul Rowsey from David Lane ; Memo to Gene Phillips from David Lane dated 3/18/99; Memo to James Gardner from David Lane dated 3/18/99; Letter dated 3/17/99 to David Lane from Joseph O'Shields |
| 104 | | | | Newspaper article: What Impasse Halts Projects in Hammock Dunes by Michael Sasso |
| 105 | | 12/5/01 | Stip . | 8/9/99 Letter to Steve Kennedy from Joseph Hatzell |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
EXHIBIT LIST

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 106 | | 12/5/01 | Stip ✓ | 11/23/99 Fax to Steve Kennedy from Chuck Callea with attached drafts of pro forma adjustments and proration of expenses; real estate taxes; operating expenses after 9/7/99; Exhibit V schedule of lots sold between 2/15/99 and 9/7/99 – revised 11/23/99; Schedule of lots sold after 9/7/99 revised 11/23/99; Schedule of pending sales revised 11/23/99; Hammock Dunes Phase 1 Sale as of 9/6/99 revised 11/11/99; Hammock Dunes Club Settlements as of 9/6/99 revised 11/11/99 |
| 107 | | 12/5/01 | '' | 12/8/99 Fax to Paul Rowsey from David Lane with attached letter dated 9/99 to HD Associates from David Lane |
| 108 | | | | 8/17/99 Letter to Poppy Suarez from Robert Canterbury with attached copy of preliminary engineer's estimate of probable construction costs for the various parcels; fax dated 8/23/99 to Paul Rowsey from David Lane with attached letter dated 8/19/99 from Canterbury Engineering to David Lane and Robert Evans |
| 109 | | 12/5/01 | Stip. | 11/30/99 Closing Statement of Seller: ITT Community Development Corp., and ITT Land Corp. – Buyer HD Associates |
| 110 | | 12/5/01 | Stip. | 4/20/99 E-mail to Steve Kennedy from Paul Rowsey |
| 111 | | 12/5/01 | Stip ✓ | Hammock Dunes Bank Boston Funding Summary |
| 112 | | 12/5/01 | '' | 7/28/98 Letter to David Lane from Amanda Brinegar |
| 113 | | 12/5/01 | '' | 7/21/98 Letter to David Lane from PricewaterhouseCoopers |
| 114 | | 12/5/01 | '' | 8/21/98 Letter to David Lane and Stephen Millham from Robert Evans |
| 115 | | 12/5/01 | '' | 9/2/98 Letter to David Lane and Stephen Millham from Robert Evans |
| 116 | | 12/5/01 | '' | 10/6/98 Letter to David Lane and Stephen Millham from Bob Evans re: Draft Cash Flow Analysis |
| 117 | | 12/5/01 | '' | 12/2/98 Annis, Mitchell, Cockey, Edwards & Roehn invoice to Barnett Lane |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
EXHIBIT LIST

R:\99576 - Eiger\Trial\EIGER EXHIBIT LIST 2 doc

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 118 | | 12/5/01 | Stip. | 7/14/99 Memo to Robert Evans from David Lane |
| 119 | | 12/5/01 | " | 7/13/99 Letter to Robert Evans from Paul Rowsey |
| 120 | | 12/5/01 | " | 7/12/99 Letter to Paul Rowsey from Robert Evans |
| 121 | | 12/5/01 | " | June, 1999 Unsigned Management, Development and Marketing Agreement between Lochmere and HD Associates |
| 122 | | 12/5/01 | " | 6/8/99 Letter to Robert Evans from Paul Rowsey |
| 123 | | 12/5/01 | " | 5/3/99 Invoice to David Lane from Canterbury Engineering |
| 124 | | 12/5/01 | " | 4/14/99 Letter to David Lane from Robert Evans |
| 125 | | 12/5/01 | " | April, 1999 Unsigned Management, Development and Marketing Agreement between Lochmere and Barnett Lane |
| 126 | | 12/5/01 | Stip ✓ | 8/30/99 Appraisal Report of the Hammock Dunes Planned Unity Development located in Palm Coast Florida for Steve Collins by Joseph Blake and Associates |
| 127 | | 12/5/01 | " ✓ | 9/3/99 Memo to William Hipp from Nick Whiting |
| 128 | | 12/5/01 | " ✓ | 9/13/99 Memo to Nick Whiting from Steve Collins and David Westcott |
| 129 | | 12/5/01 | " ✓ | 5/3/99 Letter to Nick Whiting from Paul Rowsey with attached Updated Community Overview and Product Synopsis, including current pricing; current neighborhood/lot status report; Quarterly sales data (4Q '97-April.'99) and updated site plan showing sales and construction information |
| 130 | | | | October 1999 Fourth Amendment and Standstill Agreement Regarding Agreement for Sale and Purchase |
| 131 | | | | 8/24/99 Credit Request Summary Borrower HD Associates |
| 132 | | | | 7/23/99 Letter to Robert Evans from Paul Rowsey with attached copy of Plaintiff's Original Petition |
| 133 | | 12/5/01 | Stip | Resume of Edward Montgomery |
| 134 | | 12/5/01 | " | 6/18/01 Report of Edward Montgomery |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
EXHIBIT LIST

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---------|-----------------|---------------|---------|-------------|
| 135 | | | | Notes of Edward Montgomery |
| 136 | | 12/5/01 | Stip | Resume of Joel Roebuck |
| 137 | | 12/5/01 | " | 6/18/01 Report of Joel Roebuck |

## EXHIBITS WHICH MAY BE USED IF THE NEED ARISES

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 138 | | 12/5/01 | Stip . | Hammock Dunes Realty Staffing; Lochmere Development Staffing |
| 139 | | 12/5/01 | " | 11/2/98 Memo to Bob Evans and Steven Millham from David Lane |
| 140 | | 12/5/01 | " | 8/19/99 Fax to Robert Evans from Robert Canterbury with attached letter to David Lane and Robert Evans from Robert Canterbury dated 8/19/99 |
| 141 | | 12/5/01 | " | 11/30/99 Indemnity Agreement |
| 142 | | | | 12/20/00 Letter Robert Avil and Elizabeth Keady re: Correction to Draw Request #4 and Draw Request #5 |
| 143 | | | | 10/11/00 Letter to Robert Avil and Elizabeth Keady re: Draw Request #4 |
| 144 | | | | 7/02/00 Letter to Robert Avil and Elizabeth Keady re: Draw Request #3 |
| 145 | | | | 5/12/00 Letter to Robert Avil and Elizabeth Keady re: Draw Request #2 |
| 146 | | | | 2/11/00 Letter to Robert Avil and Elizabeth Keady re: Draw Request #1 |
| 147 | | | | 7/02/01 Letter to Robert Avil and Carol Murray re: Draw Request #6 |
| 148 | | | | 7/25/01 Letter to Robert Avil and Carol Murray re: Draw Request #7 |
| 149 | | | | 10/11/01 Letter to Robert Avil and Carol Murray re: Draw Request #9 |
| 150 | | 12/5/01 | Stip . | 11/30/99 Sixth Amendment to Agreement For Sale and Purchase between ITT Community Corp., Admiral Corporation, Corprop A&F, Inc., ITT Land Corporation and Dunes Operating Company, L.P. |
| 151 | | | | 9/5/01 Letter to Robert Avil and Carol Murray re: Draw Request #8 |
| 152 | | 12/5/01 | Stip ✓ | 5/3/99 Memo to Mark Basham and Bob Avil from Paul Rowsey dated 5/3/99 with attached Hammock Dunes Conservative Case dated 6/25/99 |
| 153 | 12/17/01 | 12/18/01 | D. Lane | 1/28/98 Letter to Willy Montes de Oca from Jim Gardner with attached Letter dated 1/22/98 to Lawrence Martin from |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
EXHIBIT LIST

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | Stephen Millham |
| 154 | | | | 3/20/98 Letter Jim Gardner, Sam Butler, Chuck Callea, Bob Cuff, Vickie DeLaughter, Jack Kelly from Larry Martin |
| 155 | | | | 2/12/99 Letter to Jim Gardner from Larry Martin |
| 156 | 12/17/01 | 12/18/01 | D. Lane | 1/28/98 Memo to Willy Montes de Oca from Jim Gardner |
| 157 | | | | 1/27/98 Letter to Lawrence Martin from David Lane with attached additional information about the Barnett Lane company |
| 158 | | | | 1/9/98 Memo to Jim Gardner, Sam Butler, Chuck Callea and Bob Cuff from Larry Martin with attached letter dated 1/9/98 to Lawrence Martin from David Lane |
| 159 | 12/17/01 | 12/18/01 | D. Lane | 12/22/99 Notes to initials JEG, SLB, CJC, RGC, JVK from L. Martin with attached letter dated 12/19/97 to Lawrence Martin from David Lane |
| 160 | | | | 2/26/99 Letter to Paul Galant from Charles Callea with attached update of financial pro forma dated 12/31/98 |
| 161 | | | | 7/25/97 Memo to Jon Hodnett from Larry Martin with attached Agreement for Sale and Purchase between ITT Community Development Corporation, Admiral Corporation, ITT Land Corporation and J.E. Robert Company dated 7/18/97 |
| 162 | | 12/5/01 | Stip | 8/27/99 Letter to James Gardner from Paul Rowsey |
| 163 | | | | 7/13/99 E-mail to Marsha Isham from Paul Rowsey |
| 164 | | | No bates numbers | 5/18/99 Fax cover page to David Lane from Jim Gardner |
| 165 | | 12/5/01 | No bates numbers Stip. | 5/17/99 Fax to Jim Gardner from David Lane with attached Memo to David Lane, Bob Evans, Paul Rowsey and Mark VanKirk from Steve Samaha |

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---------|-----------------|---------------|---------|-------------|
| 166 | | | No bates numbers | 9/7/99 Special Appearance filed by Lochmere Development Group, Inc. in cause no. 99-05629-K, styled *Eiger, Inc. et al v. Lochmere Development Group, Inc*, pending in the 192nd Judicial District Court of Dallas County, Texas |
| 167 | | | No bates numbers | 4/3/00 Amended Special Appearance filed by Lochmere Development Group, Inc., in cause no. 99-05629-K, styled *Eiger, Inc. et al v. Lochmere Development Group, Inc.*, pending in the 192nd Judicial District Court of Dallas County, Texas |
| 168 | | | No bates numbers | 05/01/00 Special Appearance filed by Lochmere Realty, Inc. in cause no. 99-05629-K, styled *Eiger, Inc. et al v. Lochmere Development Group, Inc.*, pending in the 192nd Judicial District Court of Dallas County, Texas |
| 169 | | | No bates numbers | 5/3/00 Amended Special Appearance filed by Lochmere Realty, Inc. in cause no. 99-05629-K, styled *Eiger, Inc. et al v. Lochmere Development Group, Inc.*, pending in the 192nd Judicial District Court of Dallas County, Texas |
| 170 | | | No bates numbers | 3/8/00 Affidavit of Robert Evans |
| 171 | | | No bates numbers | 3/31/00 Affidavit of Robert Evans |
| 172 | | | No bates numbers | 6/9/00 Affidavit of Robert Evans |
| 173 | | | No bates numbers | 8/3/00 ORDER signed August 3, 2000 in cause no. 99-05629-K, styled *Eiger, Inc. et al v. Lochmere Development Group, Inc.*, pending in the 192nd Judicial District Court of Dallas County, Texas |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
EXHIBIT LIST

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 174 | | | No bates numbers | 4/19/01 OPINION of the Fifth Court of Appeals (Dallas, Texas) in cause no. 05-00-01332-CV styled *LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE REALTY, INC., Appellants vs. EIGER, INC., EIGER FUND, I, L.P., EIGER PARTNERS, L.P., H.D. ASSOCIATES, L.P., PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M. JACOBS, and WILLIAM S. BUCHANAN,* Issued April 19, 2001 |
| 175 | | | No bates numbers | 4/19/01 JUDGMENT of the Fifth Court of Appeals (Dallas, Texas) in cause no. 05-00-01332-CV styled *LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE REALTY, INC., Appellants vs. EIGER, INC., EIGER FUND, I, L.P., EIGER PARTNERS, L.P., H.D. ASSOCIATES, L.P., PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M. JACOBS, and WILLIAM S. BUCHANAN,* Entered April 19, 2001 |
| 176 | | | No bates numbers | 9/27/00 Lochmere Realty's Answers to Interrogatories in cause no. 99-05629-K, styled *Eiger, Inc. et al v. Lochmere Development Group, Inc.,* pending in the 192nd Judicial District Court of Dallas County, Texas |
| 177 | | | No bates numbers | 8/23/01 Texas Supreme Court notice of dismissal for want of jurisdiction dated August 23, 2001 |
| 178 | | | Evans Deposition Exhibit 6 | 3/13/00 Defendant Lochmere's Objections and Supplemental Answers to Plaintiff Eiger First Set of Interrogatories |
| 179 | | | | 8/8/01 Defendant Lochmere's Objections and Second Supplemental Answers to Plaintiff Eiger First Set of Interrogatories |
| 180 | | | | 9/27/00 Defendant Lochmere's Objections and Answers to Plaintiff Eiger, Inc's First Set of Interrogatories |
| 181 | | 12/5/01 | Kleeman Deposition Exhibit 3  *Stip.* | 7/6/99 Notes of Kleeman |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
EXHIBIT LIST

R:\99576 - Eiger\Trial\EIGER EXHIBIT LIST 2.doc                                    Page 14

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 182 | | 12\5\01 | Kleeman Deposition Exhibit 4   *Stip.* | Notes of Kleeman |
| 183 | | 12\5\01 | Kleeman Deposition Exhibit 5   " | 7/7/99 Notes of Kleeman |
| 184 | | 12\5\01 | Kleeman Deposition Exhibit 7   " | 7/22/99 Master Development Budget |
| 185 | | 12\5\01 | Kleeman Deposition Exhibit 8   " | 7/22/99 Master Development Budget – Projected Cash Receipts from Land Sales |
| 186 | | 12\5\01 | Kleeman Deposition Exhibit 9   " | 7/22/99 Master Development Budget Scenario 3 – Cash Flow Projections |
| 187 | | 12\5\01 | Kleeman Deposition Exhibit 10   " | 7/22/99 Master Development Budget Scenario 4 |
| 188 | | 12\5\01 | Kleeman Deposition Exhibit 11   " | 7/22/99 Master Development Budget Scenario 2 |
| 189 | | 12\5\01 | Kleeman Deposition Exhibit 12   " | 7/22/99 Master Development Budget Scenario 3 |
| 190 | | 12\5\01 | Kleeman Deposition Exhibit 13   " | Master Development Budget Scenario 1 – Absorption Projection Schedule |
| 191 | | 12\5\01 | Kleeman Deposition Exhibit 14   " | Lochmere Notebook titled Hammock Dunes |
| 192 | | 12\5\01 | Rowsey Deposition Exhibit 1   *Stip.* | Amended and Restated Agreement of Limited Partnership of HD Associates, L.P. – a Delaware Partnership – Execution Draft with exhibit: Exhibit A chart showing Name & Address, Initial Capital Contribution, Percentage Share |
| 193 | | 12\5\01 | Rowsey Deposition Exhibit 4   *Stip.* | Agreement of Limited Partnership of HD Associates, L.P. a Delaware Limited Partnership; Exhibit A: chart with Name and Address, Initial Capital Contribution, Percentage Share |
| 194 | | | Whitley Deposition Exhibit 4 | 8/12/96 Consolidated cash flow analysis |
| 195 | | | Whitley Deposition Exhibit 5 | 11/25/96 Hammock Dunes Consolidated Cash Flow Analysis |
| 196 | | | Whitley Deposition Exhibit 6 | 8/27/96 Consolidated cash flow analysis |
| 197 | | | Whitely Deposition Exhibit 7 | 7/18/97 Hammock Dunes contract |
| 198 | | | Whitley Deposition Exhibit 35 | Report of Robert Whitley |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
EXHIBIT LIST

R.\99576 - Eiger\Trial\EIGER EXHIBIT LIST 2.doc

| Ex. No. | Date Identified | Date Admitted | Witness | Description |
|---------|-----------------|---------------|---------|-------------|
| 199 | | | Whitley Deposition Exhibit 38 | 1/22/97 Letter to Jonathan Hodnett from Tucker Fredrickson |
| 200 | | | Whitley Deposition Exhibit 39 | 1/22/97 Fax/ Memo to John Hodnett from Robert Whitley |
| 201 | 12/12/01 STRICKEN 12/12/01 | | Whitley Deposition Exhibit 34 | Time and Billing of Robert Whitley |
| 202 | | | Evans Depositions Exhibit 43 | June 15, 1999 Notes of Bob Evans |
| 203 | | | Whitley Deposition Exhibit 24 | Files of Robert Whitley |

THE EIGER DEFENDANTS AND FLEET NATIONAL BANK'S
EXHIBIT LIST

R:\99576 - Eiger\Tnal\EIGER EXHIBIT LIST 2.doc

**EIGER'S/FLEET'S EXHIBITS – NO OBJECTIONS**

| PREADMITTED FOR ALL PURPOSES | PREADMITTED SUBJECT TO THE LIMITING INSTRUCTION THAT THE DOCUMENT IS OFFERED AND ADMITTED NOT FOR THE TRUTH OF THE MATTER ASSERTED BUT ONLY TO PROVE THE FACT THAT THE PROJECTIONS WERE MADE |
|---|---|
| 2-4 | 1 |
| 6 | 5 |
| 8 | 7 |
| 10-26 | 9 |
| 28-36 | 27 |
| 38-44 | 37 |
| 46-55 | 45 |
| 58-65 | 56-57 |
| 68 | 67 |
| 72-76 | 71 |
| 78 | 77 |
| 80-83 | 79 |
| 90 | 88-89 |
| 93-96 | 91-92 |
| 98-101 | 102 |
| 103 | 106 |
| 105 | 111 |
| 107 | 126-129 |
| 109-110 | 152 |
| 112-125 | 181-191 |
| 133-134 | |
| 136-141 | |
| 150 | |
| 162 | |
| 165 | |
| 192-193 | |