UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LOCHMERE DEVELOPMENT GROUP, INC., and LOCHMERE REALTY, INC., § § § § | |
| Plaintiffs § § | |
| v. § § | CASE NO. 8:00-CV-1026-T-27B |
| H.D. ASSOCIATES, L.P., a Delaware Limited Partnership by and through its general partners DUNES OPERATING COMPANY, L.P., a Delaware Limited Partnership and EIGER, INC., a Delaware Corporation 2M DUNES, L.L.C., a Texas Limited Liability Company, DAVID LANE, an Individual; BARNETT LANE INVESTMENTS, INC., a Texas Corporation; JTL CAPITAL, L.L.C., A Texas Limited Liability Company; FLEET NATIONAL BANK, N.A., a National Banking Association; PAUL E. ROWSEY, III, an Individual; C. TODD MILLER, an Individual; DAVID M. JACOBS, an Individual; and, WILLIAM S. BUCHANAN, an Individual, § § § § § § § § § § § § § § § § § § § § | ~~STATE COURT NO. 00-02525/Div. 1~~ _____ Evidentiary _____ Trial _____ Other |
| Defendants § | |

## DEFT LANE'S — EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | 11/30/99 Eiger, Inc. Hammock Dunes transaction binder |
| 3 | 12/11/01 | | Stipulation | 8/21/98 Letter from Lochmere, Robert D. Evans, President to David Lane and Steve Milham |

226

Case Number: _____8:00-CV-1026-T-27B_____        Page __2__ of __5__ Pages

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 4 | 12/11/01 | Stip. | | 9/2/98 Letter from Lochmere, Robert D. Evans |
| 5 | 12/11/01 | " | | 3/18/98 Letter from David Lane to Gene Phillips |
| 7 | 12/11/01 | " | | 3/2/99 Letter from Amanda Brinegar to Michael Bogel |
| 8 | 12/11/01 | " | | 4/14/99 Letter from Robert D. Evans to David Lane (Lochmere 018341) |
| 9 | 12/11/01 | " | | 4/99 Management, Development and Marketing Agreement (Lochmere 019101-019125) |
| 12 | 12/11/01 | " | | 6/8/99 Letter from Paul Rowsey to Robert Evans |
| 13 | 12/11/01 | " | | 6/99 Management, Development and Marketing Agreement by and between Lochmere Development Group, Inc. and H.D. Associates, L.P. (Evans 05130-05152) |
| 14 | 12/11/01 | " | | 7/12/99 Letter from Lochmere, Robert D. Evans, President to Paul Rowsey |
| 15 | 12/11/01 | " | | 7/13/99 Letter from Paul Rowsey to Bob Evans |
| 17 | 12/11/01 | " | | 6/99 Marketing and Listing Agreement (E00421-E00424) |

Case Number: _____8:00-CV-1026-T-27B_____     Page __3__ of __5__ Pages

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 18 | | | | 6/11/99 Hammock Dunes Cash Flow Projections (E01687-01712) |
| 22 | | | | 6/7/99 Letter from Lochmere to Steven Kennedy with attached Master Development Budget (E01660-01685) |
| 23 | 12/11/01 | Stip . | | 5/14/99 Letter from Robert Evans to David Lane (Evans 05318) |
| 27 | 12/11/01 | | " | 4/16/99 Letter from Steve Samaha to Richard Blunk (Lochmere 018374) |
| 28 | 12/11/01 | | " | 12/10/99 Check from J.T.L. Capital to Barnett Lane Investments for $227,472.24 with supporting ledger sheets (3 pages) |
| 29 | 12/11/01 | | " | 8/31/99 Ledger sheet of J.T.L. Capital, L.L.C./Hammock Dunes expenses as of 8/31/99 (3 pages) |
| 31 | 12/11/01 | | " | 7/28/99 Letter from Paul Rowsey to David Lane with note from David Lane (1 page) |
| 39 | 12/11/01 | | " | 6/10/99 Letter from Lochmere to Paul Rowsey (Lochmere 018737 – 018738) |
| 46 | 12/11/01 | | " | 4/14/99 Hammock Dunes Cash Flow Projections (E01734 – E01756) |

Case Number:     **8:00-CV-1026-T-27B**          Page  4  of  5  Pages

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 69 | 12/11/01 | Stip. | | 11/5/98 Letter from David Lane and Stephen Millham to James Gardner (3 pages) |
| 70 | 12/11/01 | '' | | 12/22/98 Letter from James Gardner to David Lane (2 pages) |
| 71 | 12/11/01 | '' | | 10/9/98 First Amendment to Agreement for sale and purchase with cover sheet to David Lane from James Gardner (4 pages) |
| 76 | 12/11/01 | '' | | 1/29/98 Letter from David Lane to Tom Kelley (1 page) |
| 84 | | | | 8/13/98 Letter to Hammock Dunes' owners from Jim Gardner (Lochmere 017702) |
| 91 | 12/11/01 | Stip. | | 4/14/99 Letter from Robert Evans to David Lane (Evans 05490) |
| 92 | 12/11/01 | '' | | 6/99 Management, Development and Marketing Agreement – Lochmere Development Group/H.D. Associates (E00396 – E00424) |
| 93 | 12/11/01 | 12/11/01 | Robert Evans | Letter from Evans to Lane |
| 58 | 12/12/01 | 12/12/01 | | Hammock Dunes Consolidated cash flow analysis (Exh. 5 to Whitley depo) |
| 59 | 12/12/01 | 12/12/01 | | Hammock Dunes consolidated cash flow analysis (24 pages) Exhibit 6 to Whitley depo. |

· **Case Number:** ___ **8:00-CV-1026-T-27B** ___        **Page** __5__ of __5__ **Pages**

Respectfully submitted,

HILL GILSTRAP

By:_____

John W. Greene
State Bar No. 08391520

1400 West Abram
Arlington, Texas 76013
(817) 261-2222
(817) 277-3249 FAX

and

Alan M. Gerlach
State Bar No. 199184
BROAD AND CASSEL
390 N. Orange Avenue
Suite 1100
Orlando, FL 32801
Phone: 407/ 839-4200
Via Facsimile: 407/425-8377

ATTORNEYS FOR DEFENDANTS
DAVID LANE, BARNETT LANE
INVESTMENTS, INC. and
JTL CAPITAL, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via _____ *TELEFAX* _____ on ___ *Nov. 29* ___, 2001, to all counsel of record.

_____

John W. Greene