FILED

CH

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT GROUP, INC.,
and LOCHMERE REALTY, INC.,

    Plaintiffs,

vs.

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C.,
a Texas limited liability company;

          Defendants.

CASE NO.: 8:00-CV-1026-T-27B
State Court No.: 00-02525/Div. I

_____ Evidentiary

_____ Trial

_____ Other

## PLAINTIFFS' LIST OF TRIAL EXHIBITS

Plaintiffs, LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE REALTY, INC., hereby file their Exhibit List. (Exhibits may include fax cover sheets and attachments and will be noted by the number of pages or by bates numbers.)

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1. | ~~03/06/98~~ | 12/4/01 | Stipulation | Memo from Millham to Evans and Lane (017904-017909) |
| 2. | 03/23/98 | 12/4/01 | " | Memo from Lane to Evans and Samaha (017900-017901) |
| 3. | 03/24/98 | 12/4/01 | " | Letter from Evans to Lane (017895-017898) |
| 4. | 03/24/98 | 12/4/01 | " | Letter from Lane to Larry Martin of |

227

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | ITT (017893-017894) |
| 5. | 04/09/98 | 12/4/01 | Stip | Memo from Samaha to Evans, Lane and Millham (017880-017887) |
| 6. | 04/17/98 | 12/4/01 | " | Letter from Evans to Kevin Partel (017878-017879) |
| 7. | 04/24/98 | 12/4/01 | " | Fax from Robert Dickinson, Consultants for Environmental Design to Evans (017871-017873) |
| 8. | 05/26/98 | 12/4/01 | " | Letter from Dickinson to Evans (017848-017862) |
| 9. | 06/22/98 | 12/4/01 | " | Letter from Evans to Craig Werley, PriceWaterhouse (017830) |
| 10. | 06/30/98 | | | Letter from Evans to Lane (011478-011497) |
| 11. | 07/02/98 | 12/4/01 | Stip | Letter from Evans to Lane (017771-017773) |
| 12. | 07/02/98 | 12/4/01 | " | Letter from Evans to Lane (017774-017779) |
| 13. | 07/28/98 | 12/4/01 | " | Letter from A. Brinegar of Lochmere to Lane (017794-017802) |
| 14. | 07/29/98 | 12/4/01 | " | Letter from Brinegar to Werley (017803-017815) |
| 15. | 08/1998 | 12/4/01 | " | List of Contacts regarding Hammock Dunes (017581-017588) |
| 16. | 08/05/98 | 12/4/01 | " | Letter from Robert Cuff to David Lane with. Agreement for Sale and Purchase between ITT, Barnett Lane and Farallon dated August 6. (017595-017687) |
| 17. | 08/21/98 | 12/4/01 | " | Fax cover sheet and memo from |

2

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | Amy Olson of PriceWaterhouse to Evans (017722-017724) |
| 18. | 08/21/98 | 12/4/01 | Stip. | Letter from Evans to Lane and Millham (017735-017737) |
| 19. | 09/02/98 | 12/4/01 | '' | Letter from Evans to Lane and Millham (017491-017493) |
| 20. | 09/22/98 | 12/4/01 | '' | Fax from Lane to Evans (017717-017718) |
| 21. | 10/22/98 | 12/4/01 | Stip ✓ | Fax and memo from Kerry Roberts of Lochmere to Tim Dick of PriceWaterhouse (017964-017966) |
| 22. | 10/22/98 | 12/4/01 | Stip. ✓ | Fax cover sheet and letter from Roberts to Olson (017967-017969) |
| 23. | 10/23/98 | 12/4/01 | R. Evans ✓ | Estimate of Probable Construction Costs (017932-017937) |
| 24. | 10/28/98 | 12/4/01 | Stip. ✓ | Fax from Olson to Evans (018003-018011) |
| 25. | 11/01/98 | 12/4/01 | '' | Letter from Evans to Lane (018012-018021) |
| 26. | 11/02/98 | 12/4/01 | R. Evans | Letter from Evans to Lane and Millham (018022-018027) |
| 27. | 11/02/98 | 12/4/01 | Stip | Memo from Lane to Evans, Millham and Samaha (018028-018032) |
| 28. | 11/03/98 | 12/4/01 | Stip ✓ | Fax from Lane to Evans and Millham (018040-018042) |
| 29. | 11/05/98 | 12/4/01 | '' | Letter from Lane to Gardner (018043-018046) |
| 30. | 11/11/98 | 12/4/01 | '' | Letter from Lane to Gardner (018061-018064) |

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 31. | 11/16/98 | 12/4/01 | R. Evans ✓ | Final Asset Advisory Report by PriceWaterhouse (018089-018252) |
| 32. | 11/18/98 | 12/4/01 | Stip. | Fax cover sheet from Lane to Millham, Samaha & Evans (018081-018085) |
| 33. | 11/23/98 | 12/4/01 | " | Second Amendment to Agreement for Sale and Purchase (018086-018088) |
| 34. | 12/03/98 | 12/4/01 | " | Letter from Brinegar to Lane (018255-018257) |
| 35. | 12/22/98 | 12/4/01 | " | Letter from Gardner to Lane (018278-018279) |
| 36. | 01/06/99 | 12/4/01 | Stip ✓ | Fax cover sheet from Lane to Phillips (18284-018287) |
| 37. | 02/10/99 | 12/4/01 | " | Fax cover sheet from Lane to Gardner (018302-018303) |
| 38. | 02/25/99 | | IN AS Δ Lane's #93 | Letter from Evans to Lane (011354-011355) |
| 39. | 03/17/99 | 12/4/01 | Stip. | Letter to Lane from O'Sheilds of Rogers Towers (018312 – 018313) |
| 40. | 03/18/99 | 12/4/01 | " | Fax cover sheet from Lane to Evans (018308-018311) |
| 41. | 03/19/99 | 12/4/01 | " | Letter from Rowsey to Lane (018318-018320) |
| 42. | 03/24/99 | 12/4/01 | " | Fax from Rowsey to Evans (018317) |
| 43. | 03/24/99 | | | Letter from Evans to Rowsey (018321-018324) |
| 44. | 03/29/99 | 12/4/01 | Stip ✓ | Memo from Lane to Rowsey w/ proformas (018334-018338) |

4

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 45. | 03/30/99 | 12/4/01 | Stip ✓ | Letter from Brinegar to Rowsey (018916-018918) |
| 46. | 04/14/99 | 12/4/01 | '' | Fax from Keith Bricklemyer to Evans (019067-019099) |
| 47. | 04/14/99 | 12/4/01 | '' | Letter from Evans to Lane (018341) |
| 48. | 04/15/99 | 12/5/01 | R. Evans | Master Development Budget (011331-011353) or (E01734-E01756) |
| 49. | 04/15/99 | | | Notes by Evans taken at Dallas meeting (018358-018360) |
| 50. | 04/16/99 | 12/4/01 | Stip | Letter from Samaha to Richard Blunk of Basic Capital Mgmt. (018374) |
| 51. | 04/17/99 | 12/5/01 | '' ✓ | Fax from Lane to Evans (018375-018376) |
| 52. | 04/19/99 | 12/4/01 | Stip . | Fax from Rowsey to Lane (Lane Document produced) |
| 53. | 04/19/99 | 12/4/01 | '' | Letter from Connie Holland to Rowsey and Lane (Lane Document, 5 pages) |
| 54. | 04/19/99 | | | Fax from Rowsey to Lane (Lane Document, 7 pages) |
| 55. | 04/20/99 | | | Letter from Rebecca Hurley to Lane (Lane Document, 40 pages.) |
| 56. | 04/20/99 | 12/4/01 | Stip | Certificate of Limited Partnership of HD Associates (Eiger transaction document, 4 pages) |
| 57. | 04/20/99 | 12/4/01 | '' | Agreement of Limited Partnership of HD Associates (Eiger transaction document, 41 pages) |
| 58. | 04/21/99 | 12/4/01 | '' | Fax from Canterbury to Evans |

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | (018400-018436) |
| 59. | 04/22/99 | 12/4/01 | Stip | Letter from Lane and Rowsey to Gardner (018437-018440) |
| 60. | 04/23/99 | 12/4/01 | " | Fax from Steve Nielsen of EMS to Evans (018441-018446) |
| 61. | 04/23/99 | 12/4/01 | " | Letter from Evans to Nielsen (018447-018453) |
| 62. | 04/26/99 | 12/4/01 | " | Master Development Budget (018866-018889; 018684) |
| 63. | 04/26/99 | 12/5/01 | " ✓ | Master Development Budget w/ notes by Evans (018656-018683) |
| 64. | 04/27/99 | | | Fax from Lane to Evans, Samaha, Rowsey and Mark Van Kirk (018454-018456) |
| 65. | 04/28/99 | 12/4/01 | Stip ✓ | Handwritten notes (E00383-E00391) |
| 66. | 04/28/99 | | | Handwritten notes (E00759-E00764) |
| 67. | 04/28/99 | 12/6/01 | R. Evans ✓ | Handwritten notes (E00701-E00727) |
| 68. | 05/03/99 | 12/4/01 | Stip | Letter from Gardner to Lane (ITT Document produced, 4 pages) |
| 69. | 05/03/99 | 12/5/01 | " ✓ | Letter from Evans to Kennedy (018464-018472) |
| 70. | 05/03/99 | 12/4/01 | Stip | Fax cover sheet from Samaha to Evans, Cuff, Lane, Rowsey, O'Shields, Van Kirk (018473-018488) |
| 71. | 05/03/99 | 12/4/01 | " | Rowsey memo to Mark Basham and Bob Avil at BankBoston (BB4811) |
| 72. | 05/03/99 | 12/4/01 | " | Letter from Rowsey to Basham and Avil (BB4787) |

6

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 73. | 05/04/99 | 12/5/01 | R. Evans | Suarez memo to Eiger Advisory Board (E08509-E08511) |
| 74. | 05/05/99 | 12/5/01 | " | Letter from Dennis Hillier to Gardner (ITT Document, 3 pages) |
| 75. | 05/06/99 | | | Confidentiality Agreement from Gardner to Bartley Rahuba of Hillman Properties (ITT Document, 3 pages) |
| 76. | 05/11/99 | 12/5/01 | R. Evans | Suarez memo to Eiger Advisory Board (E00755-E00757) |
| 77. | 05/13/99 | 12/4/01 | Stip | Letter from Gardner to Charles Cobb of Cobb Partners, Ltd. (ITT Document, 4 pages) |
| 78. | 05/14/99 | 12/5/01 | R. Evans | Letter from Evans to Lane (018555-018566) |
| 79. | 05/21/99 | | | Draft letter from Lane to Rowsey (E05356-E05358) |
| 80. | 05/24/99 | 12/4/01 | Stip | Letter from Ralph Stewart Bowden to Evans (018622-018626) |
| 81. | 05/27/99 | 12/4/01 | " | Letter from Evans to Lane (018646-018652) |
| 82. | 06/03/99 | 12/4/01 | " | Notes by Evans (018687-018689) |
| 83. | 06/03/99 | 12/4/01 | " | Memo from Nicholas Whiting and Bob Avil to BankBoston Marketing Committee (BB5203-BB5206) |
| 84. | 06/07/99 | 12/5/01 | R. Evans | Letter from Evans to Kennedy (018708-018734) |
| 85. | 06/08/99 | 12/4/01 | Stip | Fax from Rowsey to Evans (018735-018736) |

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 86. | 06/09/99 | | | Marked up copy of Lochmere's Management, Development and Marketing Agreement w/ Barnett Lane (019038-019066) |
| 87. | 06/10/99 | 12/4/01 | Stip . | Letter from Jeffrey Harrison to Rebecca Hurley (Lane Document, 1 page) |
| 88. | 06/10/99 | 12/4/01 | " | Letter from Evans to Rowsey (018737-018738) w/ Management, Development and Marketing Agreement and Marketing and Listing Agreement (E00396-00424) |
| 89. | 06/11/99 | 12/5/01 | " | Master Development Budget (018890-018915) |
| 90. | 06/14/99 | 12/5/01 | R. Evans | Fax from Darrin Mossing, Dunes Community Development District Mgr. to Evans re bonds (018784-018796) |
| 91. | 06/15/99 | 12/5/01 | Stip ✓ | Handwritten notes by Evans of 06/15/99 meeting (018797-018798) |
| 92. | 06/15/99 | 12/4/01 | Stip . | Fax from Plott to Evans, Kennedy, Whiting and Avil (018799-018806) |
| 93. | 06/15/99 | 12/5/01 | R. Evans | Handwritten notes by Rowsey (E07851 – E07881) |
| 94. | 06/17/99 | | | ~~Handwritten notes by unknown (HD Document)~~ |
| 95. | 06/17/99 | 12/4/01 | Stip . | Letter from Evans to Kennedy with draw package |
| 96. | 06/17/99 | 12/4/01 | " | Letter from Hatzell to Evans (018809-018811) |
| 97. | 06/22/99 | 12/4/01 | " | E-mail from Roberts to Kennedy (018817) |

8

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 98. | 06/24/99 | 12/4/01 | Stip . | E-mail from Roberts to Kennedy (018818) |
| 99. | 06/24/99 | 12/5/01 | " ✓ | Lochmere's Funding Summary (BB4808-BB4809) |
| 100. | 06/24/99 | 12/4/01 | Stip . | Letter from Evans to Hatzell (018823-018824) with enclosures |
| 101. | 06/25/99 | 12/4/01 | Stip . | E-mail from Poppy Suarez of Eiger to Robert and Whiting (018819-018820) |
| 102. | 06/22/99 | 12/6/01 | Stip. ✓ | Conservative Case Analysis by Eiger (E00520 - E00548) |
| 103. | 06/28/99 | 12/4/01 | Stip . | Fax from Kennedy to Evans (018829-018831) |
| 104. | 07/06/99 | 12/5/01 | " ✓ | Lochmere's Master Development Budget (019226-019251) |
| 105. | 07/12/99 | 12/4/01 | Stip . | Letter from Evans to Rowsey with 7/12/99 letters to Lane, Hatzell, Whiting with accompanying fax sheets |
| 106. | 07/13/99 | 12/4/01 | " | Letter from Rowsey to Evans |
| 107. | 07/13/99 | 12/4/01 | " | Letter from Rowsey to Gardner (E00431-E00432) |
| 108. | 07/21/99 | 12/4/01 | " | Fax from Maureen Gorman of Mayer, Brown & Platt to Samaha (019128-019139) |
| 109. | 07/21/99 | 12/4/01 | " | Fax from Lane to Rowsey (E05355) |
| 110. | 07/22/99 | 12/4/01 | " | Letter from Rick Kleeman of Starwood to Gardner |
| 111. | 07/23/99 | 12/4/01 | " | Letter from Evans to Kleeman |

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | (019126) |
| 112. | 07/23/99 | 12/4/01 | Stip. | Purchase Agreement (Starwood Capital Group) to Gardner (011378-011462) |
| 113. | 07/23/99 | 12/4/01 | " | Letter from Gardner to Rowsey (ITT Document, 3 pages) |
| 114. | 07/23/99 | ~~12/4/01~~ | withdrawn 12/6/01 | Letter from Rowsey to Evans, 10 pages |
| 115. | 07/24/99 | | | Fax from Rowsey to Lane (Lane production, 1 page) |
| 116. | 07/25/99 | | | Fax from Lane to Rowsey (Lane production, 1 page) |
| 117. | 07/28/99 | 12/4/01 | Stip. | Rowsey memo to Eiger's Investment Committee (E01634-E01635) |
| 118. | 07/28/99 | 12/4/01 | " | Fax from Rowsey to Lane (Lane production, 2 pages) |
| 119. | 07/29/99 | 12/4/01 | redacted " | Letter from Keith Bricklemyer to Rowsey |
| 120. | 07/29/99 | 12/4/01 | " | Letter from Keith Bricklemyer to Nicholas Whiting |
| 121. | 07/29/99 | 12/4/01 | " | Letter from Keith Bricklemyer to Joseph Hatzell |
| 122. | 07/29/99 | 12/6/01 | " | Letter from Keith Bricklemyer to David Lane |
| 123. | 07/29/99 | 12/4/01 | Stip. | Executed Purchase Agreement between ITT and Dunes (E00965-E01054) |
| 124. | 08/04/99 | | | Letter from Frank Hill to Clerk with enclosure |

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 125. | 08/06/99 | 12/4/01 | Redacted Stip. | Letter from Loewinsohn to Bricklemyer |
| 126. | 08/06/99 | 12/6/01 | " ✓ | Memo from Suarez to Eiger's Advisory Board (E08080-E08082) |
| 127. | 08/09/99 | 12/4/01 | Stip. | Letter from Hatzell to Kennedy (E08073-E08076) |
| 128. | 08/10/99 | 12/4/01 | " | Memo from Rowsey to Eiger's Investment Committee (E08499-E08500) |
| 129. | 08/11/99 | — | | Eiger Texas Complaint |
| 130. | 08/17/99 | | | Memo from Wm. Hipp of BankBoston to Mary-Etta Schneider (BB4749) |
| 131. | 08/18/99 | 12/6/01 | Stip ✓ | "Returns to Contributing Equity " (E11726) |
| 132. | 08/18/99 | 12/4/01 | Stip. | Letter from Evans to Canterbury (018836-018838) |
| 133. | 08/19/99 | 12/4/01 | " | Letter from Canterbury to Evans (018839-018841) |
| 134. | 08/24/99 | — | | Draft Net Profits Interest Agreement between HD Associates and David A. Lane Investments, Inc. (E05579-E05584) |
| 135. | 08/25/99 | — | | Eiger's Base Case Investment Proforma (E07808-E07845) |
| 136. | 08/26/99 | 12/4/01 | Stip. | Letter from Nicholas Whiting to Keith W. Bricklemyer |
| 137. | 08/26/99 | 12/4/01 | " | Fax from Rowsey to Lane (E05374-E05376) |
| 138. | 08/30/99 | 12/6/01 | " | Joseph J. Blake & Associates |

11

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | appraisal of Hammock Dunes (BB3658-BB4014) (this exhibits is contained in an individual notebook) |
| 139. | 08/31/99 | 12/4/01 | Stip. | Amended and Restated Agreement of Limited Partnership of HD Asso. (HD Transaction Binder No. 5, Item 3) |
| 140. | 09/02/99 | — | | Letter from Samaha to Lawyer's Title (E05636-E05637) |
| 141. | 09/06/99 | 12/6/01 | Stip ✓ | Eiger's Hammock Dunes proforma #3 (E08228-E08262) |
| 142. | 09/08/99 | 12/4/01 | Stip. | Letter from Evans to Kleeman (019127) |
| 143. | 11/30/99 | 12/4/01 | " | Unanimous Written Consent of Directors of Eiger, Inc. (E11608-11610) |
| 144. | 11/30/99 | 12/4/01 | Stip. ✓ | Exhibit A to Senior Credit Agreement (E01884-E01911) |
| 145. | 11/30/99 | — | | Indemnity Agreement from Eiger, H.D. Associates and Dunes Operating Company to BankBoston (E02270-E02275) |
| 146. | 11/30/99 | 12/6/01 | Redacted. Stip ✓ | All documents within the Eiger, Inc./Hammock Dunes Transaction Binder (this exhibit is contained in an individual notebook) |
| 147. | 12/03/99 | 12/4/01 | Stip. | Lane's Finder Fee Agreement with Rowsey (E05741-E05761) |
| 148. | 12/31/00 | — | | Unaudited financial statements of HD Associates (E11617-E11619) |
| 149. | 01/23/01 | 12/6/01 | Stip. ✓ | Hammock Dunes Investment Pro |

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | Forma (E11624-E11676) |
| 150. | No Date | 12/6/01 | Stip ✓ | HD Associates/JTL Capital Deal Matrix (E05332-E05334) |
| 151. | 07/25/01 | 12/6/01 | " ✓ | Letter from Steve Kennedy to Robert Avil (E013379 – E013388) |
| 152. | 10/01/01 | 12/4/01 | Stip. ✓ | Hammock Dunes Investment Proforma (E012902 - E012954) |
| 153. | Demonstrative | 12/13/01 | | Photo |
| 154. | Demonstrative | 12/13/01 | | Photo |
| 155. | Demonstrative | 12/13/01 | | Site Plan |
| 156. | Demonstrative | 12/13/01 | | Site Plan |
| 157. | Demonstrative | | | Timeline |
| 158. | Demonstrative | | | Compensation Package |
| 159. | Demonstrative | | | Compensation Package within 6/11/99 Budget |
| 160. | Demonstrative | | | Compensation Package all Budget |
| 161. | Demonstrative | | | 06/11/99 Budget vs. Exhibit A to the Senior Credit Agreement |
| 162. | Demonstrative | | | Canterbury vs. Lochmere Numbers |
| 163. | Demonstrative | | | 4/26/99 Budget vs. Exhibit A to the Senior Credit Agreement |
| 164. | Demonstrative | | | 06/11/99 Budget vs. Appraisal (A – F) |
| 165. | Demonstrative | | | Damages |
| 166. | Demonstrative | | | Rowsey Retrade Exhibit |

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 167. | Demonstrative | | | 07/12/99 Lochmere Letter |
| 168. | Demonstrative | | | 07/13/99 Rowsey Letter |
| 169. | Demonstrative | | | 06/08/99 Rowsey Letter |

Gregory J. Orcutt, Esquire
Bricklemyer, Smolker & Bolves, P.A.
500 East Kennedy Blvd., Suite 200
Tampa, Florida 33602
Florida Bar No. 230855
(813) 223-3888
(813) 228-6422 - Fax
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent via facsimile and U. S. Mail to the individuals listed on the Service List, this _____ day of November 2001.

Gregory J. Orcutt

F:\docs\BDH\eIGER\Exhibit List 11-29-01.doc

14

**LOCHMERE'S EXHIBITS**

| PREADMITTED FOR ALL PURPOSES | PREADMITTED SUBJECT TO THE LIMITING INSTRUCTION THAT THE DOCUMENT IS OFFERED AND ADMITTED NOT FOR THE TRUTH OF THE MATTER ASSERTED BUT ONLY TO PROVE THE FACT THAT THE PROJECTIONS WERE MADE |
|---|---|
| 2-9 | 1 |
| 11-20 | 21-22 |
| 25 | 24 |
| 27 | 28 |
| 29-30 | 36 |
| 32-35 | 44 |
| 37 | 45 |
| 39-42 | 65 |
| 46-47 | 144 |
| 50 | 152 |
| 52-53 | |
| 56-62 | |
| 68 | |
| 70-72 | |
| 77 | |
| 80-83 | |
| 85 | |
| 87-88 | |
| 92 | |
| 95-98 | |
| 100-101 | |
| 103 | |
| 105-114 | |
| 117-121 | |
| 123 | |
| 125 | |
| 127-128 | |
| 132-133 | |
| 136-137 | |
| 139 | |
| 142-143 | |
| 147 | |