UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
CH

Lochmere

Plaintiff(s),
Government

Case No: 8:00-CV-1026-T-27TGu

v.

H.D. Associates

Defendant(s),

✓ Evidentiary
Trial
Other

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | COURT'S – **EXHIBIT LIST** | |
| 1 | 12/19/01 | | | Jury communication |
| 2 | 12/19/01 | | | Jury communication |
| 3 | 12/19/01 | | | Jury question |
| 4 | 12/17/01 | | | Court's response |
| 5 | 12/19/01 | | | Jury communication |
| 6 | 12/20/01 | | | Jury communication |

228

Case Number: _8:00 -CV- 1026 -T -27 TBW_          Page __2__ of _____ Pages

# EXHIBIT LIST -- CONTINUATION SHEET

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 7 | 12/20/01 | | | Jury Communication |
| 8 | 12/20/01 | | | Jury Communication |