# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION



## CLERK'S MINUTES - GENERAL

CASE NO. __8:00-CV-1026-T-27TGW__        DATE __December 20, 2001__

TITLE __LOCHMERE DEVELOPMENT, et al. vs. EIGER FUND I, L.P., et al.__

TIME __11:40 A.M. - 12:10 P.M. / 1:50 P.M. - 1:55 P.M.__    DAY __13__

HONORABLE JAMES D. WHITTEMORE        Courtroom Deputy: __Anne H. Ohle__

Court Reporter: __Kathleen Walden__        Interpreter: _____

| Attorney(s) for Pltf: | Attorney(s) for Defendant(s): |
|---|---|
| Gregory Orcutt | Alan Loewinsohn |
| Jay Bartlett | Carol Farquhar |
| | James Murphy |
| | Paul Rebein |
| | John Greene |
| | Alan Gerlach |
| | Jennifer Cook |

PROCEEDINGS OF: __JURY TRIAL resumed from 12/19/01__

Jury resumes deliberations.

Court assembled for jury question.

Jury announces they are deadlocked.

Court gives jury the *Allen* charge.

Jury retires to resume deliberations.

*Court orders lunch for jury.

Verdict: For the plaintiff against H.D. Associates, L.P. in amount of $225,000.

See verdict.

Jury discharged and excused from further attendance upon the Court.

Court adjourned.

*Copy to Jury Clerk

229