FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC.,

　　　　　Plaintiff,

　　Case No.: 8:00-CV-1026-T-27TGW

v.

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C., a Texas
limited liability company; DAVID LANE, an
individual; BARNETT LANE INVESTMENTS,
INC., a Texas corporation; JTL CAPITAL,
L.L.C., a Texas limited liability company; FLEET
NATIONAL BANK, N.A., a national banking
association; PAUL E. ROWSEY, III, an individual,

　　　　　Defendants.
_____/

## VERDICT

　　　**We the Jury,** find as follows:

1.　　　On the claim of misappropriation of trade secrets, did Lochmere Development
　　　　Group, Inc. possess a "trade secret" as defined by Florida law, namely, the master
　　　　development budget?
　　　　　　　　　Yes ✓　No ___

*[If you answered NO to Question #1, your verdict is for the Defendants and you should
not proceed further except to sign and date the verdict and return it to the courtroom. If you
answered YES to Question #1, proceed to Question #2.]*

230

2.    Do you find that any of the following **Defendants** misappropriated a trade secret possessed by Lochmere Development Group, **Inc.?**

David Lane                             **Yes** ___ **No** ✓

Barnett Lane Investments, Inc.         **Yes** ___ **No** ✓

JTL Capital, L.L.C.                    **Yes** ___ **No** ✓

H.D. Associates, L.P.
        (a Delaware limited partnership **by and through** its general partner,
        Dunes Operating Company L.P., a **Delaware** limited partnership,
        by and through its general **partners,** Eiger, Inc., and 2M Dunes,
        L.L.C., a Texas limited liability company)

                                       **Yes** ✓ **No** ___

Paul E. Rowsey, III                    **Yes** ___ **No** ✓

Fleet National Bank, N.A.             **Yes** ___ **No** ✓

*[If you answered No for all Defendants in Question #2, your verdict is for the Defendants and you should proceed no further except to sign and date the verdict and return it to the courtroom. If you answered yes as to any Defendant, proceed to Question #3.]*

3.    Do you find that any of the following **Defendants** engaged in a civil conspiracy to misappropriate Lochmere Development Group, **Inc.'s** trade secrets ?

David Lane                             **Yes** ___ **No** ✓

Barnett Lane Investments, Inc.    ·    **Yes** ___ **No** ✓

JTL Capital, L.L.C.                    **Yes** ___ **No** ✓

H.D. Associates
        ( a Delaware limited partnership **by and through** its general partner,
        Dunes Operating Company L.P., a **Delaware** limited partnership, by
        and through its general partners, **Eiger,** Inc. and 2M Dunes, L.L.C., a
        Texas limited partnership)

                                       **Yes** ___ **No** ✓

Paul E. Rowsey, III                Yes___  No ✓

Fleet National Bank, N.A.          Yes___  No ✓

*[Proceed to Question #4.]*

4.  For each Defendant for whom you answered **YES** to Question 2, state what amount of damages, if any, was sustained by Lochmere Development Group, Inc. and caused by that Defendant's misappropriation:

David Lane                         $ _____0_____

Barnett Lane Investments, Inc.     $ _____0_____

JTL Capital, L.L.C.                $ _____0_____

H.D. Associates, L.P.
        (a Delaware limited partnership by and through its general
        partner Dunes Operating Company, a Delaware limited
        partnership, by and through its general partners, Eiger, Inc. and
        2M Dunes, L.L.C., a Texas limited partnership)

                                   $ _225,000_

Paul E. Rowsey, III                $ _____0_____

Fleet National Bank, N.A.          $ _____0_____

*[Proceed to Question #5.]*

5.  If you found that any Defendant misappropriated Lochmere Development Group, Inc.'s trade secret, state whether the misappropriation was wilful and malicious.

David Lane                         Yes ___  No ✓

Barnett Lane Investments, Inc.     Yes ___  No ✓

JTL Capital, L.L.C.                Yes ___  No ✓

H.D. Associates, L.P.
  (a Delaware limited partnership by and through its general partner,
  Dunes Operating Company L.P., a Delaware limited partnership,
  by and through its general partners,  Eiger, Inc., and 2M Dunes,
  L.L.C., a Texas limited liability company)

                                          Yes ___   No ✓

Paul E. Rowsey, III                       Yes ___   No ✓

Fleet National Bank, N.A.                 Yes ___   No ✓

**SO SAY WE ALL** this 20th day of December, 2001.

                                          Foreperson