FILED
C.W

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LOCHMERE DEVELOPMENT GROUP,
INC.,

        Plaintiff,

                                CASE NO.: 8:00-CV-1026-TGW

vs.

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C., a Texas
limited liability company; DAVID LANE, an
individual; BARNETT LANE
INVESTMENTS, INC., a Texas corporation;
JTL CAPITAL, L.L.C., a Texas limited
liability company; FLEET NATIONAL
BANK, N.A., a national banking association;
and PAUL E. ROWSEY, III, an individual,

        Defendants.

_____/

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that in addition to those persons listed on the Service List attached

to the Notice a true and correct copy of Fleet National Bank, N.A.'s Objections to Form of Judgment

Submitted by Plaintiffs and Notice of Submission of Revised Proposed Form of Judgment has been

served by facsimile and U.S. Mail to Timothy A. Andreu, Jr., Glenn Rasmussen & Fogarty,

100 South Ashley Drive, Suite 1300, Tampa, FL 33602 this __4th__ day of January, 2002.

11784.1

233

Respectfully submitted,

James B. Murphy, Jr.
Florida Bar No. 287598
Paul W. Rebein
Florida Bar No. 488003
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 - Facsimile

and

Dora Kaufman
Florida Bar No. 771244
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300
(954) 467-1372 - Facsimile

Attorneys for FLEET NATIONAL BANK, N.A.
f/k/a BANKBOSTON, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by U.S. Mail to all parties on the attached Service List this _4__ day of January, 2002.

ATTORNEY

11784 1                    -2-

## SERVICE LIST

Gregory J. Orcutt
Florida Bar No. 230855
BRICKLEMYER SMOLKER & BOLVES
500 E. Kennedy Boulevard
Suite 200
Tampa, Florida 33602
(813) 223-3888
(813) 228-6422 - Facsimile

Attorneys for LOCHMERE DEVELOPMENT GROUP, INC. and
LOCHMERE REALTY, INC.

Alan S. Loewinsohn, Esquire
Carol E. Farquhar, Esquire
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252

(Attorneys for H.D. ASSOCIATES, L.P., DUNES
OPERATING COMPANY, L.P., EIGER, INC.,
2M DUNES, L.L.C,., EIGER FUND 1, L.P.,
PAUL E. ROWSEY, III, C. TODD MILLER,
DAVID M. JACOBS, WILLIAM S. BUCHANAN
and FLEET NATIONAL BANK,
NA., f/k/a BANKBOSTON, N.A.)

Dora Kaufman, Esquire
HALEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Co-Counsel: FLEET NATIONAL BANK, N.A. f/k/a
BANKBOSTON, N.A.

Alan M. Gerlach, Esquire
BROAD & CASSEL
390 North Orange Avenue
Suite 1100
Orlando, FL 32801

11784 1                                    -3-

John W. Greene, Esquire
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013
(Attys. for DAVID LANE, BARNETT LANE
INVESTMENTS, INC. and JTL CAPITAL, L.L.C.

Timothy A. Andreu, Esquire
Glen Rasmussen Fogarty & Hooker
100 S. Ashley Drive, Suite 1300
Tampa, FL 33602