## NOTIFICATION OF EXHIBITS TO DOCKET CLERKS

FILED

CASE NUMBER: _8:00-cv-1026-T-27TGW_

CASE STYLE: _Lochmere vs. H.D. Associates_

___✓___ (USA/PLA) Exhibits   _Lane + Eiser_ (DEFT) Exhibits

_____ (JOINT) Exhibits   ___✓___ (COURTS) Exhibits

DEFENDANT(S) NAME(S) : _Eiser Depts – 5 folders_

(Criminal Cases Only)   _Lane Dept – 1 folder_

_Pltf – 4 folders_

_____

DATE EXHIBITS PLACED IN EXHIBIT ROOM : _____

TYPE OF HEARING: _____ **Motion Hearing** _____ **Evidentiary Hearing**

_____ **Change of Plea** _____ **Sentencing**

___✓___ **Jury Trial** _____ **Bench Trial**

_____ **Other**

NUMBER OF FOLDERS : _10_   NUMBER OF BOXES : _____

COURTROOM DEPUTY MAKING DEPOSIT : _____ *Anne H. Ohle* _____

**Note to docket clerks: Please track the disposition of this case. As you know, 61 days after the case closes, postcards should be sent to counsel asking them to arrange for pickup of their exhibits. 40 days after mailing the postcards, you will destroy exhibits not picked up and will complete the Clerk's Certificate of Destruction. Also, please remember to make notations on the docket reflecting the actions you have taken. Finally, note on the Exhibit Log the date you return or destroy exhibits.**

