ORIGINAL

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

02 JAN -8 PM 4:28

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

v.                                                    Case No.: 8:00-CV-1026-T-27B.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

### DEFENDANTS H.D. ASSOCIATES, L.P., EIGER, INC., DUNES OPERATING COMPANY, L.P., 2M DUNES, L.L.C., EIGER PARTNERS, L.P., EIGER FUND 1, L.P., PAUL E. ROWSEY, C. TODD MILLER, DAVID M. JACOBS AND WILLIAM S. BUCHANAN RESPONSE TO FORMS OF JUDGMENT SUBMITTED BY PLAINTIFFS AND BY FLEET NATIONAL BANK, N.A.

Defendants H.D. Associates, L.P., Dunes Operating Company, L.P., Eiger, Inc., 2M Dunes, L.L.C., Eiger Partners, L.P., Eiger Fund 1, L.P., Paul E. Rowsey, C. Todd Miller, David M. Jacobs and William S. Buchanan (collectively, for purposes of this motion, "Eiger Defendants") file this their Response to the forms of judgment submitted by Plaintiffs and by Fleet National Bank, N.A.

DEFENDANTS H.D. ASSOCIATES, L.P., EIGER, INC.,
DUNES OPERATING COMPANY, L.P., 2M DUNES, L.L.C.,
EIGER PARTNERS, L.P., EIGER FUND 1, L.P., PAUL E. ROWSEY,
C. TODD MILLER, DAVID M. JACOBS AND WILLIAM S. BUCHANAN
RESPONSE TO FORMS OF JUDGMENT SUBMITTED BY PLAINTIFFS
AND BY FLEET NATIONAL BANK, N.A.                          Page 1

235

The Eiger Defendants join in and incorporate by reference the Objections to Form of Judgment Submitted by Plaintiffs and Notice of Submission of Revised Proposed Form of Judgment (the "Fleet Objection") filed by Fleet National Bank, N.A. for the reasons stated in the Fleet Objection and request the Court to enter judgment in the form of the revised judgment prepared by Fleet and submitted to the Court on or about January 4, 2002.

DEFENDANTS H.D. ASSOCIATES, L.P., EIGER, INC.,
DUNES OPERATING COMPANY, L.P., 2M DUNES, L.L.C.,
EIGER PARTNERS, L.P., EIGER FUND 1, L.P., PAUL E. ROWSEY,
C. TODD MILLER, DAVID M. JACOBS AND WILLIAM S. BUCHANAN
RESPONSE TO FORMS OF JUDGMENT SUBMITTED BY PLAINTIFFS
AND BY FLEET NATIONAL BANK, N.A.                                          Page 2

Respectfully submitted,

Alan S. Loewinsohn, Esq.
State Bar No. 12481600
Carol E. Farquhar, Esq.
State Bar No. 06828300
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 - Facsimile

and

Timothy A. Andreu, Jr.
State Bar No. 443778
Glenn Rasmussen & Fogarty
100 South Ashley Drive, Suite 1300
Tampa, FL 33602
(813) 229-3333
(813) 229-5946 - Facsimile

ATTORNEYS FOR H.D. ASSOCIATES,
L.P.,DUNES OPERATING COMPANY,
2M DUNES, L.L.C. and EIGER, INC.

**DEFENDANTS H.D. ASSOCIATES, L.P., EIGER, INC.,
DUNES OPERATING COMPANY, L.P., 2M DUNES, L.L.C.,
EIGER PARTNERS, L.P., EIGER FUND 1, L.P., PAUL E. ROWSEY,
C. TODD MILLER, DAVID M. JACOBS AND WILLIAM S. BUCHANAN
RESPONSE TO FORMS OF JUDGMENT SUBMITTED BY PLAINTIFFS
AND BY FLEET NATIONAL BANK, N.A.**                                    Page 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile and first class United States Mail upon all of the following-named addressees this 7th day of January, 2002.

Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602

James B. Murphy, Jr., Esq.
Paul W. Rebein, Esq.
Shook, Hardy & Bacon L.L.P.
100 North Tampa Street, Suite 2900
Tampa, FL 33602

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Alan M. Gerlach, Esq.
Broad & Cassel
390 North Orange Avenue, Suite 1100
Orlando, FL 32801

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

ATTORNEY

**DEFENDANTS H.D. ASSOCIATES, L.P., EIGER, INC.,
DUNES OPERATING COMPANY, L.P., 2M DUNES, L.L.C.,
EIGER PARTNERS, L.P., EIGER FUND 1, L.P., PAUL E. ROWSEY,
C. TODD MILLER, DAVID M. JACOBS AND WILLIAM S. BUCHANAN
RESPONSE TO FORMS OF JUDGMENT SUBMITTED BY PLAINTIFFS
AND BY FLEET NATIONAL BANK, N.A.** Page 4