UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED VIA MAIL

JAN 15 '02

CLERK, U.S. BANKRUPTCY
COURT, ... FLORIDA

LOCHMERE DEVELOPMENT GROUP, INC.

    Plaintiff,

vs.    Case No: 8:00-CV-1026-TGW  27

H. D. ASSOCIATES, L.P., a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through its
general partners, EIGER, INC., a Delaware
corporation and 2M DUENS, L.L.C., a Texas
limited liability company; DAVID LANE, an
individual; BARNETT LANE INVESTMENTS,
INC., a Texas corporation; JTL CAPITAL,
L.L.C.,  a Texas limited liability company;
FLEET NATIONAL BANK, N.A., a national
banking association; and PAUL E. ROWSEY,
III, an individual,

    Defendants.
_____/



## NOTICE OF FIRM AFFILIATION AND ADDRESS CHANGE

**PLEASE TAKE NOTICE** that the undersigned co-counsel for Defendants,

DAVID LANE, BARNETT LANE INVESTMENTS, INC., and JTL CAPITAL, L.L.C.

has changed firms and can be corresponded with at the following address effective

January 14, 2002:

**Ford & Harrison LLP**
**P.O. Box 60**
**Orlando, FL 32802-0060**
**Telephone: 407-418-2300**
**Facsimile: 407-418-2327**

237

Dated this _____ day of January, 2002.

ALAN M. GERLACH, ESQUIRE
Florida Bar No. 199184
FORD & HARRISON LLP
Post Office Box 60
Orlando. Florida 32802-0060
Telephone: 407/418-2300
Telecopier: 407/418-2327
Co-Counsel for Defendants,
DAVID LANE, BARNETT LANE
INVESTMENTS, INC., and JTL
CAPITAL, L.L.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the NOTICE OF AFFILIATION AND ADDRESS CHANGE has been furnished by United States Mail to: GREGORY J. ORCUTT, ESQUIRE and JAY J. BARTLETT, ESQUIRE, Bricklemyer, Smolker & Bolves, P.A., 500 East Kennedy Boulevard, Suite 200, Tampa, FL 33602; ALAN S. LOEWINSOHN, ESQUIRE, CAROL E. FARQUHAR, ESQUIRE and JO E. HARTWICK, ESQUIRE, Pezzulli & Loewinsohn, L.L.P., 18383 Preston Road, Suite 110, Dallas, TX 75252; DANIEL F. MOLONY, ESQUIRE, Shook, Hardy & Bacon, L.L.P., 100 North Tampa Street, Suite 3900, Tampa, FL 33602; DORA KAUFMAN, ESQUIRE, Halley, Sinagra & Perez, 100 S.E. 3rd Avenue, Suite 1900, Fort Lauderdale, FL 33394; and JOHN W. GREENE, ESQUIRE, Hill Gilstrap, P.C., 1400 West Abram Street, Arlington, TX 76013 this _____ day of January, 2002.

_____
ALAN M. GERLACH, ESQUIRE

37847