FILED

# UNITED STATES DISTRICT COURT
Middle District of Florida

02 FEB 13 PM 3: 34

CLERK. U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT GROUP, INC.,
and LOCHMERE REALTY, INC.,

      Plaintiffs,

vs.                            CASE NO.: 8:00-CV-1026-T-27B

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C., a Texas
limited liability company; et al.

      Defendants.

_____/

## NOTICE OF FILING

Plaintiffs, LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE

REALTY, INC., files this its Notice of Filing its proposed Final Judgment in this action

together with the cover letter as hand delivered to Judge Whittemore on December 27,

2001.

Gregory J. Orcutt, Esquire
Bricklemyer, Smolker & Bolves, P.A.
500 East Kennedy Blvd., Suite 200
Tampa, Florida 33602
Florida Bar No. 230855
(813) 223-3888
(813) 228-6422 - Facsimile
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent
on this _13_ day of February by U.S. Mail to the individuals or representatives on the
Service List.

Gregory J. Orcutt

239

## SERVICE LIST

Alan S. Loewinsohn, Esq.
Carol E. Farquhar, Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, TX 75252

Timothy A. Andreu, Jr.
Glenn Rasmussen & Fogarty
100 South Ashley Drive
Suite 1300
Tampa, FL 33602

(Attys. for H.D. ASSOCIATES, L.P. DUNES
OPERATING COMPANY, L.P., EIGER, INC.,
2M DUNES, L.L.C., EIGER FUND 1 L.P.,
EIGER PARTNERS, L.P.,L.P., PAUL E. ROWSEY, III,
C. TODD MILLER, DAVID M. JACOBS,
WILLIAM S. BUCHANAN and FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.)

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street, Suite 3900
Tampa, FL 33602

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Alan M. Gerlach, Esq.
Ford & Harrison LLP
Post Office Box 60
Orlando, FL 32802-0060

Co-Counsel: FLEET NATIONAL BANK f/k/a BANKBOSTON,N.A.

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

(Attys. for DAVID LANE, BARNETT LANE
INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.)

# BRICKLEMYER SMOLKER & BOLVES, P.A.

## ATTORNEYS & COUNSELORS AT LAW

PETER BAKER*
JAY J. BARTLETT
BRIAN A. BOLVES
KEITH W. BRICKLEMYER
DAVID M. CORRY
SETH T. (BIFF) CRAINE
ALBERT E. FORD II*
J. GREGORY JACOBS
J.A. JURGENS*

500 EAST KENNEDY BOULEVARD
SUITE 200
TAMPA, FLORIDA 33602
TELEPHONE (813) 223-3888
FACSIMILE (813) 228-6422

gorcutt@bsbpropertylaw.com
December 27, 2001

DAVID A. MERCER
RAANDI L. MORALES
GREGORY J. ORCUTT
RICHARD T. PETITT
SCOTT M. PRICE*
DOUGLAS C. ROLAND
MICHAEL L. ROSEN
RICHARD A. SCHLOSSER
DAVID SMOLKER
*OF COUNSEL

**Hand Delivery**

The Honorable James D. Whittemore
United States District Court Judge
801 North Florida Avenue
Tampa, Florida 33602

Re:   Lochmere Development Group, et al. v. Eiger Fund I, L.P., et al
Florida Middle District Court
Case No. CV-1026-T-27B
Our File No. 13294

Dear Judge Whittemore:

Enclosed find a Final Judgment in this case for your review. Although Jim Murphy and I have discussed the form and content of the Final Judgment, all Defendants' counsel reserve the right to submit their own form of this Judgment.

I have included prejudgment interest in the Judgment. Florida has adopted the "loss theory" of prejudgment interest holding that prejudgment interest is another element of damages required to make a party whole. Venn v. St. Paul Fire & Marine Ins. Co., 99 F.3d 1058, 1066 (11th Cir. 1996); Argonaut Ins. Co. v. May Plumbing Co., 474 So.2d 212, 215 (Fla. 1985). Once a verdict has determined the amount of damages as of a certain date, computation of prejudgment interest is merely a mathematical computation; there is no finding of fact needed. Argonaut, 474 So.2d at 215. Any lack of certainty about the amount of loss prior to trial does not preclude prejudgment interest once the date of loss is determined. Offices Togolais Des Phosphates v. Mulberry Phosphates, Inc., 62 F.Supp. 2d 1316, 1329 (M.D. Fla. 1999). A federal court should properly apply the forum state's law on prejudgment interest when sitting in a diversity case. Venn v. St. Paul Fire & Marine Ins. Co., 99 F.3d 1058, 1066 (11th Cir. 1996).

I will be out of the office until January 4, 2002. Please contact my partner, Jay Bartlett in the meantime, if you require any changes to the form or content of the Final Judgment.

Sincerely,
BRICKLEMYER, SMOLKER & BOLVES, P.A.

Gregory J. Orcutt

cc:  All Counsel

TALLAHASSEE OFFICE:
315 S. CALHOUN STREET · SUITE 502
TALLAHASSEE, FLORIDA 32301
TELEPHONE (850) 681-9346 · FACSIMILE (850) 681-9410

LONGWOOD OFFICE:
505 WEKIVA SPRINGS ROAD · SUITE 500
LONGWOOD, FLORIDA 32779
TELEPHONE (407) 772-2277 · FACSIMILE (407) 772-2278

UNITED STATES DISTRICT COURT
Middle District of Florida


LOCHMERE DEVELOPMENT GROUP, INC.,

     Plaintiffs,

vs.

Case No.        8:00-CV-1026-T-27B
State Court No.   00-02525 / Div. I


H. D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a Delaware
limited partnership by and through its general partners,
EIGER, INC., a Delaware corporation and 2M
DUNES, L.L.C., a Texas limited liability company;
DAVID LANE, an individual; BARNETT LANE
INVESTMENTS, INC., a Texas corporation; JTL
CAPITAL, L.L.C., a Texas limited liability company;
FLEET NATIONAL BANK, N. A., a national banking
association; and PAUL E. ROWSEY, III, an individual,

     Defendants.

_____/


## FINAL JUDGMENT

THIS ACTION came on for trial before the Court and a jury on December 3,

2001, Honorable James D. Whittemore, presiding, and the issues having been duly tried

and the jury having duly rendered its verdict, it is

**ORDERED AND ADJUDGED:**

1.     That the Plaintiff, LOCHMERE DEVELOPMENT GROUP, INC., recover of

the Defendant, H. D. ASSOCIATES, L. P., a Delaware limited partnership by and

through its general partner DUNES OPERATING COMPANY, L. P., a Delaware limited

partnership, by and through its general partners, EIGER, INC., and 2M DUNES, L.L.C., a Texas limited liability company, the sum of TWO HUNDRED AND TWENTY FIVE THOUSAND DOLLARS ($225,000.00), with interest thereon at a rate of _____ percent as provided by law from the date of entry of this Judgment , and its costs of this action. Plaintiff is also awarded prejudgment interest from July 12, 1999 in the amount of FIFTY FOUR THOUSAND FOUR HUNDRED SEVENTY THREE AND SIXTY CENTS ($54,473.60), for which let execution issue.

2.    That the Plaintiff, LOCHMERE DEVELOPMENT GROUP, INC., take nothing, that the action be dismissed on the merits against Defendants, DAVID LANE, BARNETT LANE INVESTMENTS, INC., JTL CAPITAL, L.L.C., PAUL E. ROWSEY, III, and FLEET NATIONAL BANK, N. A., and each of these said Defendants recover of the Plaintiff, their costs of this action.

The Court reserves jurisdiction to award costs as referenced above.

Dated this _____ day of _____.


_____
James D. Whittemore
United States District Court Judge


Copies to
Counsel of Record

2