UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



LOCHMERE DEVELOPMENT GROUP, INC.
and LOCHMERE REALTY, INC.,

Plaintiffs,

v.                                                      CASE NO. 8:00-CV-1026-T-27B

H.D. ASSOCIATES, L.P., a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P. a Delaware
limited partnership by and through its general
partners, EIGER, INC., a Delaware corporation and
2M DUNES, L.L.C., a Texas limited liability
company; EIGER FUND 1, L.P., a Delaware limited
partnership; EIGER PARTNERS, L.P., a Delaware
limited partnership; DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC., a Texas
corporation; JTL CAPITAL, L.L.C., a Texas limited
liability company; FLEET NATIONAL BANK,
N.A., a national banking association; PAUL E.
ROWSEY, III, an individual; C. TODD MILLER, an
individual; DAVID M. JACOBS, an individual; and,
WILLIAM S. BUCHANAN, an individual,

Defendants.

_____/

## NOTICE OF APPEARANCE
## OF APPELLATE COUNSEL FOR PLAINTIFFS

KYNES, MARKMAN & FELMAN, P.A., gives notice of appearance in this action

solely as **appellate** counsel on behalf of the Plaintiffs, LOCHMERE DEVELOPMENT

240

GROUP, INC., and LOCHMERE REALTY, INC.  Copies of all filings should be sent to

the undersigned at the address furnished below.

Stuart C. Markman
  Florida Bar No. 322571
James E. Felman
  Florida Bar No. 775568
Katherine Earle Yanes
  Florida Bar No. 0159727
Robert W. Ritsch, Of Counsel
  Florida Bar No. 780375
KYNES, MARKMAN & FELMAN, P.A.
Post Office Box 3396
Tampa, FL 33601-3396
Phone:  (813) 229-1118
Fax:  (813) 221-6750

Appellate Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof has been furnished by U.S. Mail, this _5th_ day of

April, 2002, to:

Alan S. Loewinsohn, Esq.
Carol E. Farquhar, Esq.
Jo E. Hartwick, Esq.
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, TX 75252

Daniel F. Molony, Esq.
James B. Murphy, Jr., Esq.
SHOOK, HARDY & BACON, L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602

Timothy A. Andreu, Jr., Esq.
Glenn, Rasmussen, Fogarty & Hooker
100 S. Ashley Drive, Suite 1300
Tampa, FL 33602

Dora Kaufman, Esq.
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Alan M. Gerlach, Esq.
BROAD & CASSEL
390 N. Orange Avenue, Suite 1100
Orlando, FL 32801

John W. Greene, Esq.
HILL GILSTRAP, P.C.
1400 West Abram Street
Arlington, TX 76013

Gregory J. Orcutt
BRICKLEMYER SMOLKER & BOLVES, P.A.
500 East Kennedy Boulevard, Suite 200
Tampa, FL 33602

_____
Stuart C. Markman

3