FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT GROUP,
INC.,

        **Plaintiff,**

vs.

                                      **CASE NO.: 8:00-CV-1026-T-27TGW**

**H.D. ASSOCIATES, L.P.** a Delaware limited
partnership by and through its general partner
**DUNES OPERATING COMPANY, L.P.,** a
Delaware limited partnership by and through
its general partners, **EIGER, INC.,** a Delaware
corporation and **2M DUNES, L.L.C.,** a Texas
limited liability company; **DAVID LANE,** an
individual; **BARNETT LANE
INVESTMENTS, INC.,** a Texas corporation;
**JTL CAPITAL, L.L.C.,** a Texas limited
liability company; **FLEET NATIONAL
BANK, N.A.,** a national banking association;
and **PAUL E. ROWSEY, III,** an individual,

        **Defendants.**
_____/

## JUDGMENT

This action came on for trial before the Court and a jury, and the issues having been duly

tried and the jury having duly rendered its verdict,

**It is ORDERED AND ADJUDGED that:**

1.     Pursuant to the verdict of the jury:

     (a)    Plaintiff Lochmere Development Group, Inc. recover from Defendant H.D.

Associates, L.P. (a Delaware limited partnership by and through its general partner Dunes Operating

Company, L.P., a Delaware limited partnership, by and through its general partners, Eiger, Inc., and

2M Dunes, L.L.C., a Texas limited liability company), the sum of Two Hundred and Twenty Five Thousand ($225,000.00) Dollars with respect to Plaintiff Lochmere Development Group, Inc.'s claim for violation of Florida's Uniform Trade Secret Act under Count XXVII of the Second Amended Complaint, with prejudgment interest at the rate of ten percent (10%) per annum from December 20, 2001 (the date of the verdict) to January 1, 2002, and at the rate of eleven percent (11%) per annum from January 1, 2002, to the date of entry of this Judgment, together with interest thereon from the date of entry of this Judgment at the rate specified in, and in accordance with, 28 U.S.C. § 1961.[1]

(b)     Plaintiff Lochmere Development Group, Inc. take nothing and Plaintiff Lochmere Development Group, Inc.'s claims for violation of Florida's Uniform Trade Secret Act under Counts XXIV, XXV, XXVI, XXIX, and XXX of the Second Amended Complaint against Defendants David Lane, Barnett Lane Investments, Inc., JTL Capital, L.L.C., Paul E. Rowsey, III, and Fleet National Bank, N.A., f/k/a BankBoston, N.A. be dismissed on the merits.

(c)     Plaintiff Lochmere Development Group, Inc. take nothing and Plaintiff Lochmere Development Group, Inc.'s claims for civil conspiracy under Counts XXXVIII of the Second Amended Complaint against Defendants David Lane, Barnett Lane Investments, Inc., JTL Capital, L.L.C., Paul E. Rowsey, III, H.D. Associates, L.P. (a Delaware limited partnership by and through its general partner Dunes Operating Company, L.P., a Delaware limited partnership, by and through its general partners, Eiger, Inc., and 2M Dunes, L.L.C., a Texas limited liability company), and Fleet National Bank, N.A., f/k/a BankBoston, N.A. be dismissed on the merits.

---

[1]Perdue Farms Incorporated v. Hook, 777 So. 2d 1047(Fla. 2d D.C.A. 2001)

00cv1026.fj.wpd                                          -2-

Case

Proper:

2.      Defendants having made motions for judgment as a matter of law in accordance with Rule 50 of the Federal Rules of Civil Procedure, and the Court having announced during trial its Order granting same:

(a)      Plaintiffs Lochmere Development Group, Inc. and Lochmere Realty, Inc. take nothing and Plaintiffs Lochmere Development Group, Inc.'s and Lochmere Realty, Inc.'s claims for violation of Florida's Uniform Partnership Act under Counts I, II, and III of the Second Amended Complaint against Defendants Barnett Lane Investments, Inc., JTL Capital, L.L.C., and H.D. Associates (a Delaware limited partnership by and through its general partner Dunes Operating Company, L.P., a Delaware limited partnership, by and through its general partners, Eiger, Inc., and 2M Dunes, L.L.C., a Texas limited liability company) be dismissed on the merits.

(b)      Plaintiffs Lochmere Development Group, Inc. and Lochmere Realty, Inc. take nothing and Plaintiffs Lochmere Development Group, Inc.'s and Lochmere Realty, Inc.'s claims for constructive fraud/breach of fiduciary duty under Counts XI, XII, XIII, XIV, and XVI of the Second Amended Complaint against Defendants David Lane, Barnett Lane Investments, Inc., JTL Capital, L.L.C. and H.D. Associates, L.P. a Delaware limited partnership by and through its general partner Dunes Operating Company, L.P., a Delaware limited partnership, by and through its general partners, Eiger, Inc., and 2M Dunes, L.L.C., a Texas limited liability company) and Paul E. Rowsey, III be dismissed on the merits.

(c)      Plaintiffs Lochmere Development Group, Inc. and Lochmere Realty, Inc. take nothing and Plaintiffs Lochmere Development Group, Inc.'s and Lochmere Realty, Inc.'s claims for promissory estoppel under Count XXXIX of the Second Amended Complaint against Defendants Barnett Lane Investments, Inc., JTL Capital, L.L.C. and H.D. Associates, L.P. a Delaware limited

partnership by and through its general partner Dunes Operating Company, L.P., a Delaware limited partnership, by and through its general partners, Eiger, Inc., and 2M Dunes, L.L.C., a Texas limited liability company) be dismissed on the merits.

(d)     Plaintiffs Lochmere Development Group, Inc. and Lochmere Realty, Inc. take nothing and Plaintiffs Lochmere Development Group, Inc.'s and Lochmere Realty Inc.'s claims for tortious interference under Count XL of the Second Amended Complaint against Defendants H.D. Associates, L.P. a Delaware limited partnership by and through its general partner Dunes Operating Company, L.P., a Delaware limited partnership, by and through its general partners, Eiger, Inc., and 2M Dunes, L.L.C., a Texas limited liability company) and Paul E. Rowsey be dismissed on the merits.

(e)     Plaintiffs Lochmere Development Group, Inc. and Lochmere Realty, Inc. take nothing and Plaintiffs Lochmere Development Group, Inc.'s and Lochmere Realty, Inc.'s claims for violation of the Florida Uniform Partnership Act under Count III of the Second Amended Complaint, constructive fraud/breach of fiduciary duty under Count XV of the Second Amended Complaint, violation of Florida's Uniform Trade Secrets Act under Count XXVIII, civil conspiracy under Count XXXVIII, promissory estoppel under Count XXXIX, and tortious interference under Count XL of the Second Amended Complaint against Defendants Eiger Fund I, L.P. and Eiger Partners, L.P. be dismissed on the merits.

(f)     Plaintiff Lochmere Realty, Inc. take nothing and Plaintiff Lochmere Realty, Inc.'s claims against Defendants H.D. Associates, L.P. (a Delaware limited partnership by and through its general partner Dunes Operating Company, L.P., a Delaware limited partnership, by and through its general partners, Eiger, Inc., and 2M Dunes, L.L.C., a Texas limited liability company), David Lane,

00cv1026.fj.wpd

-4-

Barnett Lane Investments, Inc., JTL Capital, L.L.C., Paul E. Rowsey, III, and Fleet National Bank, N.A., f/k/a BankBoston, N.A. for violation of Florida's Uniform Trade Secret Act under Counts XXIV, XXV, XXVI, XXVII, XXVIII, XXIX, and XXX of the Second Amended Complaint and for conspiracy under Count XXXVIII of the Second Amended Complaint be dismissed on the merits.

(g)    Plaintiffs Lochmere Development Group, Inc. and Lochmere Realty, Inc. take nothing and Plaintiffs Lochmere Development Group, Inc.'s and Lochmere Realty, Inc.'s claims against Defendants C. Todd Miller, David M. Jacobs, and William S. Buchanan for constructive fraud/breach of fiduciary duty under Count XVI of the Second Amended Complaint, violation of Florida's Uniform Trade Secrets Act under Count XXIX of the Second Amended Complaint, civil conspiracy under Count XXXVIII of the Second Amended Complaint, promissory estoppel under Count XXXIX of the Second Amended Complaint, and tortious interference under Count XL of the Second Amended Complaint be dismissed on the merits.

(h)    Plaintiffs Lochmere Development Group, Inc. and Lochmere Realty, Inc. take nothing and Plaintiffs Lochmere Realty, Inc.'s claims for violation of Florida's Uniform Partnership Act against Defendant David Lane in Counts I and II of the Second Amended Complaint and against Defendants David Lane and Paul E. Rowsey, III, for promissory estoppel under Count XXXIX of the Second Amended Complaint be dismissed on the merits.

3.    Pursuant to the Court's Order on Defendants' Motions for Summary Judgment dated November 21, 2001 (Dkt. 154):

(a)    Plaintiffs Lochmere Development Group, Inc. and Lochmere Realty, Inc. take nothing and Plaintiffs Lochmere Development Group, Inc.'s and Lochmere Realty, Inc.'s claims for intentional fraud under Counts V, VI, VII, VIII, IX and X of the Second Amended Complaint against

Defendants David Lane, Barnett Lane Investments, Inc., JTL Capital, L.L.C., H.D. Associates, L.P. (a Delaware limited partnership by and through its general partner Dunes Operating Company, L.P., a Delaware limited partnership, by and through its general partners, Eiger, Inc., and 2M Dunes, L.L.C., a Texas limited liability company), Eiger, Inc., Eiger Fund 1, L.P., Eiger Partners, L.P., and Paul E. Rowsey, III, be dismissed on the merits.

(b)      Plaintiffs Lochmere Development Group, Inc. and Lochmere Realty, Inc. take nothing and Plaintiffs Lochmere Development Group, Inc.'s and Lochmere Realty, Inc.'s claims for conversion under Counts XXXI, XXXII, XXXIII, XXXIV, XXXV, XXXVI, and XXXVII of the Second Amended Complaint against Defendants David Lane, Barnett Lane Investments, Inc., JTL Capital, L.L.C., H.D. Associates, L.P. (a Delaware limited partnership by and through its general partner Dunes Operating Company, L.P., a Delaware limited partnership, by and through its general partners, Eiger, Inc., and 2M Dunes, L.L.C., a Texas limited liability company), Eiger, Inc., Eiger Fund 1, L.P. and Eiger Partners, L.P., Paul E. Rowsey, III, C. Todd Miller, David M. Jacobs, William S. Buchanan, and Fleet National Bank, N.A., formerly known as BankBoston, N.A., be dismissed on the merits.

(c)      As modified by the Court's ruling on the record during the trial granting in part Plaintiff's Motion for Reconsideration (Dkt. 192) of that aspect of the Court's Order on Defendant's Motions for Summary Judgment addressing Plaintiffs' claims for quantum meruit or unjust enrichment, to the extent that Plaintiffs Lochmere Development Group, Inc.'s and Lochmere Realty, Inc.'s claims for quantum meruit/unjust enrichment in Counts XVII, XVIII, XIX, XX, XXI are factually intertwined with or cannot be meaningfully distinguished from their claims for misappropriation of trade secrets, they are preempted by the Florida Uniform Trade Secrets Act,

Section 688.008, Florida Statutes; accordingly, Plaintiffs Lochmere Development Group, Inc. and Lochmere Realty, Inc. take nothing as to these claims and these claims against Defendants David Lane, Barnett Lane Investments, Inc., JTL Capital, L.L.C., H.D. Associates, L.P. (a Delaware limited partnership by and through its general partner Dunes Operating Company, L.P., a Delaware limited partnership, by and through its general partners, Eiger, Inc., and 2M Dunes, L.L.C., a Texas limited liability company), Eiger, Inc., Eiger Fund 1, L.P. and Eiger Partners, L.P. be dismissed on the merits.

4.     The Court reserves jurisdiction to determine awards of costs, expenses, or attorney's fees, if any, in favor of or against any of the parties.

**DONE AND ORDERED** at Tampa, Florida, on this _17th_ day of April, 2002.

_____
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record

F I L E   C O P Y

Date Printed: 04/22/2002



Notice sent to:

   \_\_\_   Gregory J. Orcutt, Esq.
         Bricklemyer, Smolker & Bolves, P.A.
         500 E. Kennedy Blvd., Suite 200
         Tampa, FL  33602-4990

   \_\_\_   Stuart C. Markman, Esq.
         Kynes, Markman & Felman, P.A.
         P.O. Box 3396
         Tampa, FL  33601-3396

   \_\_\_   Alan S. Loewinsohn, Esq.
         Pezzulli & Loewinsohn, LLP
         18383 Preston Rd., Suite 110
         Dallas, TX  75252-5476

   \_\_\_   Jo E. Hartwick, Esq.
         Pezzulli & Loewinsohn, LLP
         18383 Preston Rd., Suite 110
         Dallas, TX  75252-5476

   \_\_\_   Timothy Allen Andreu, Esq.
         Glenn, Rasmussen & Fogarty
         100 S. Ashley Dr., Suite 1300
         P.O. Box 3333
         Tampa, FL  33601-3333

   \_\_\_   Daniel F. Molony, Esq.
         Shook, Hardy & Bacon, L.L.P.
         100 N. Tampa St., Suite 2900
         P.O. Box 898
         Tampa, FL  33601-0898

   \_\_\_   Alan M. Gerlach Jr., Esq.
         Ford & Harrison LLP
         815 N. Garland Ave.
         P.O. Box 60
         Orlando, FL  32802-0060

   \_\_\_   John W. Greene, Esq.
         HILL GILSTRAP
         1400 West Abram Street
         Arlington, TX  76013

   \_\_\_   Dora F. Kaufman, Esq.
         Haley, Sinagra & Perez, P.A.
         100 Southeast 3rd Ave.
         One Financial Plaza, Suite 1900
         Ft. Lauderdale, FL  33394