ORIGINAL

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

v.                                  Case No.: 8:00-CV-1026-T-27B.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW BY DEFENDANTS H.D. ASSOCIATES, L.P., DUNES OPERATING COMPANY, L.P., EIGER, INC., AND 2M DUNES, L.L.C.

**I.    INTRODUCTION**

Defendants H.D. Associates, L.P. ("H.D. Associates"), Dunes Operating Company, L.P. ("Dunes"), Eiger, Inc., and 2M Dunes, L.L.C. (collectively, for purposes of this motion, "Eiger Entities"), hereby renew their motions for judgment as a matter of law pursuant to Fed.R.Civ.P. 50(b).

In support of this motion the Eiger Entities would show that, as demonstrated in the accompanying memorandum of law, they sought judgment as a matter of law at the close of Plaintiffs' evidence and again at the close of all the evidence and are entitled to judgment as a matter of law on all counts, including but not limited to Count XXVII in the Second Amended Complaint, claim for violation of Florida's Uniform Trade Secret Act.

RENEWED JMOL BY EIGER ENTITIES        - 1 -

The reasons and authorities in support of this motion are set forth in the accompanying Memorandum of Law.

WHEREFORE, H.D. Associates, L.P., Dunes Operating Company, L.P., Eiger, Inc., and 2M Dunes, L.L.C. hereby renew their motion for judgment as a matter of law and request that the court vacate the Judgment entered on April 19, 2002, and render judgment that Plaintiffs take nothing by their suit and award Defendants their costs, expenses and reasonable attorneys fees.

Respectfully submitted,

Alan S. Loewinsohn, Esq.
State Bar No. 12481600
Carol E. Farquhar, Esq.
State Bar No. 06828300
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 100
Dallas, Texas 75252
(972) 713-1300
(972) 713-1313 - Facsimile

and

Timothy A. Andreu, Jr.
State Bar No. 443778
Glenn Rasmussen & Fogarty
100 South Ashley Drive, Suite 1300
Tampa, FL 33602
(813) 229-3333
(813) 229-5946 - Facsimile

ATTORNEYS FOR H.D. ASSOCIATES, L.P., DUNES OPERATING COMPANY, 2M DUNES, L.L.C. and EIGER, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by certified mail upon all of the following-named addressees this 30th day of April, 2002.

Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602

James B. Murphy, Jr., Esq.
Paul W. Rebein, Esq.
Shook, Hardy & Bacon L.L.P.
100 North Tampa Street, Suite 2900
Tampa, FL 33602

Dora Kaufman, Esq.
Haley, Sinagra, Paul & Toland
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Alan Gerlach, Esq.
Ford & Harrison, LLP
P.O. Box 60
Orlando, Florida 32802-0060

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

Stuart C. Markman, Esq.
James E. Felman, Esq.
Katherine E. Yanes, Esq.
Kynes, Markman & Felman, P.A.
Post Office Box 3396
Tampa, Florida 33601-3396

_____
ATTORNEY

RENEWED JMOL BY EIGER ENTITIES                    - 3 -