UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

        Plaintiffs,

v.                                                                              Case No.: 8:00-CV-1026-T-27B.

EIGER FUND I, L.P., et al.

        Defendants.

_____/

## JOINT MOTION FOR COSTS BY THE EIGER ENTITIES AND FLEET NATIONAL BANK, N.A.

### I.   INTRODUCTION

Defendants H.D. Associates, L.P. ("H.D. Associates"), Dunes Operating Company, L.P. ("Dunes"), Eiger, Inc., 2M Dunes, L.L.C. ("2M Dunes"), (collectively, for purposes of this motion, "Eiger Substantially Prevailing Defendants"), Eiger Fund 1, L.P.("Eiger Fund"), Eiger Partners, L.P.("Eiger Partners"), Paul E. Rowsey, III ("Rowsey"), C. Todd Miller ("Miller"), David M. Jacobs ("Jacobs"), and William S. Buchanan ("Buchanan") (collectively, for purposes of this motion, Eiger Fund, Eiger Partners, Rowsey, Miller, Jacobs and Buchanan will be referred to as the "Eiger Wholly Prevailing Defendants") (collectively, for purposes of this motion, the Eiger Wholly Prevailing Defendants and the Eiger Substantially Prevailing Defendants will be referred to as the "Eiger Entities") and Fleet National Bank, N.A. ("Fleet"), hereby request the Court enter an award of their costs against Plaintiffs Lochmere Development Group, Inc. and Lochmere Realty, Inc.

JOINT MOTION FOR COSTS
BY THE EIGER ENTITES AND FLEET NATIONAL BANK                    - 1 -

In support of this motion the Eiger Wholly Prevailing Defendants and Fleet would show that, as demonstrated in the accompanying memorandum of law, they were the prevailing parties in this litigation prevailing on all counts in the Second Amended Complaint brought against them. Consequently, pursuant to 28 U.S.C. § 1920 and Fed.R.Civ.P. 54(d), the Eiger Wholly Prevailing Defendants and Fleet are entitled to their costs. The Eiger Substantially Prevailing Defendants were the prevailing parties in this litigation on 13 of the 14 counts contained in the Second Amended Complaint against them and prevailed on a substantial part of the remaining count brought by Plaintiff Lochmere Development Group, Inc. The Eiger Substantially Prevailing Defendants were the prevailing parties on all counts brought by Plaintiff Lochmere Realty, Inc. Consequently, pursuant to 28 U.S.C. § 1920 and Fed.R.Civ.P. 54(d), the Eiger Substantially Prevailing Defendants are entitled to their costs.

The reasons and authorities in support of this motion are set forth in the accompanying Memorandum of Law.

Attached hereto as Exhibit "A" is the original Bill of Costs for which the Eiger Entities and Fleet seek recovery. The Bill of Costs is incorporated by reference as if fully set forth herein.

WHEREFORE, H.D. Associates, L.P., Dunes Operating Company, L.P., Eiger, Inc., 2M Dunes, L.L.C., Eiger Fund 1, L.P., Eiger Partners, L.P., Paul E. Rowsey, III, C. Todd Miller, David M. Jacobs and William S. Buchanan and Fleet National Bank, N.A. hereby pray that the Court award them their costs and expenses.

Respectfully submitted,

Alan S. Loewinsohn, Esq.
State Bar No. 12481600
Carol E. Farquhar, Esq.
State Bar No. 06828300
Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 100
Dallas, Texas 75252
(214) 572-1700
(214) 572-1717 - Facsimile

and

Timothy A. Andreu, Jr.
State Bar No. 443778
Glenn Rasmussen & Fogarty
100 South Ashley Drive, Suite 1300
Tampa, FL 33602
(813) 229-3333
(813) 229-5946 - Facsimile

ATTORNEYS FOR H.D. ASSOCIATES, L.P., DUNES OPERATING COMPANY, 2M DUNES, L.L.C. EIGER, INC., EIGER FUND 1, L.P., EIGER PARTNERS, L.P., PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M. JACOBS, and WILLIAM S. BUCHANAN

SHOOK, HARDY & BACON, L.L.P.

By: _____

Daniel F. Molony
Florida Bar No. 271330
James B. Murphy, Jr.
Florida Bar No. 287598
Paul W. Rebein
Florida Bar No. 488003
201 E. Kennedy, Suite 601
Tampa, Florida 33602
(813) 202-7100 Phone
(813) 221-8837 Facsimile

and

HALEY, SINAGRA, PAUL & TOLAND
Dora Kaufman, Esq.
Florida Bar No. 771244
100 SE 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300 Phone
(954) 467-1372 Facsimile

COUNSEL FOR FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand delivery to the following:

Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd.
Suite 200
Tampa, FL 33602

Stuart C. Markman, Esq.
James E. Felman, Esq.
Katherine E. Yanes, Esq.
Kynes, Markman & Felman, P.A.
Post Office Box 3396
Tampa, Florida 33601-3396

and by U.S. Mail to the following:

Alan M. Gerlach, Esq.
390 N. Orange Avenue
Suite 1100
Orlando, FL 32801

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

this 1st day of May, 2002.

_____
ATTORNEY

15301v1

-5-