FILED

02 MAY -8 PM 2: 50

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

    Plaintiffs,

v.                                                      Case No.: 8:00-CV-1026-T-27B.

EIGER FUND I, L.P., et al.

    Defendants.

_____/

## UNOPPOSED MOTION
## FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Defendants H.D. Associates, L.P., Dunes Operating Company, L.P., Eiger, Inc., 2M Dunes, L.L.C., Eiger Partners, L.P., Eiger Fund 1, L.P., Paul E. Rowsey, C. Todd Miller, David M. Jacobs and William S. Buchanan (collectively, for purposes of this motion, "Eiger Defendants") and file this Unopposed Motion for Substitution of Counsel, and in support thereof would show the following:

### I.

The Eiger Defendants wish to substitute their present counsel, the law firm of Pezzulli & Loewinsohn, L.L.P. with the law firm of Loewinsohn & Flegle, L.L.P., 18383 Preston Road, Suite 100, Dallas, Texas 75252. Mr. Loewinsohn will continue as lead counsel in this cause.

## II.

This Motion is not sought to delay the resolution of this cause, but so that justice may be done. The substitution of counsel of record for the Eiger Defendants will not cause any delay in the disposition of this lawsuit.

Respectfully submitted,

*Alan S. Loewinsohn* / gA
Alan S. Loewinsohn, Esq.
State Bar No. 12481600
Carol E. Farquhar, Esq.
State Bar No. 06828300
LOEWINSOHN & FLEGLE, L.L.P.
18383 Preston Road, Suite 110
Dallas, Texas 75252
(214) 572-1700
(214) 572-1717 - Facsimile

and

Timothy A. Andreu, Jr.
State Bar No. 443778
GLENN RASMUSSEN & FOGARTY
100 South Ashley Drive, Suite 1300
Tampa, FL 33602
(813) 229-3333
(813) 229-5946 - Facsimile

ATTORNEYS FOR H.D. ASSOCIATES, L.P., DUNES OPERATING COMPANY, 2M DUNES, L.L.C., EIGER, INC., EIGER PARTNERS, L.P., EIGER FUNDS 1, L.P., PAUL E. ROWSEY, C. TODD MILLER, DAVID M. JACOBS AND WILLIAM S. BUCHANAN

**UNOPPPOSED MOTION**
**FOR SUBSTITUTION OF COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the method indicated below, on this the __3__ day of May, 2002.

| | |
|---|---|
| Gregory J. Orcutt, Esq.<br>Bricklemyer, Smolker & Bolves, P.A.<br>500 E. Kennedy Blvd., Suite 200<br>Tampa, FL 33602 | Via Telecopy and U.S. Mail |
| James B. Murphy, Jr., Esq.<br>Paul W. Rebein, Esq.<br>Shook, Hardy & Bacon L.L.P.<br>100 North Tampa Street, Suite 2900<br>Tampa, FL 33602 | Via Telecopy and U.S. Mail |
| Dora Kaufman, Esq.<br>Halley, Sinagra & Perez<br>100 S.E. 3rd Avenue, Suite 1900<br>Fort Lauderdale, FL 33394 | Via Telecopy and U.S. Mail |
| Alan M. Gerlach, Esq.<br>Broad & Cassel<br>390 North Orange Avenue, Suite 1100<br>Orlando, FL 32801 | Via Telecopy and U.S. Mail |
| John W. Greene, Esq.<br>Hill Gilstrap, P.C.<br>1400 West Abram Street<br>Arlington, TX 76013 | Via Telecopy and U.S. Mail |
| Stuart C. Markman<br>Kynes, Markman & Felman, P.A.<br>Post Office Box 3396<br>Tampa, FL 33601-3396 | Via Telecopy and U.S. Mail |

Jennifer L. Ashby

**UNOPPPOSED MOTION**
**FOR SUBSTITUTION OF COUNSEL**

Page 3

## CERTIFICATE OF CONFERENCE

Counsel for movant and counsel for respondent have personally conducted a conference at which there was a substantive discussion of the item presented to the Court in this motion and counsel does not oppose the relief sought herein.

Certified to this _____ day of May 2002 by:


Jennifer L. Ashby

**UNOPPOSED MOTION
FOR SUBSTITUTION OF COUNSEL**                                                **Page 4**