FILED

*CM*

*[2 MAY 10 PM 1: 18]*

*TAMPA, FLORIDA*

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

      Plaintiffs,

v.

    Case No.: 8:00-cv-1026-T-27B

EIGER FUND I, L.P., et al.

      Defendants.

_____/

## ORDER GRANTING UNOPPOSED MOTION
## FOR SUBSTITUTION OF COUNSEL

CAME TO BE CONSIDERED on this _10th_ day of _May_, 2002, Defendants H.D. Associates, L.P., Dunes Operating Company, 2M Dunes L.L.C., Eiger, Inc., Eiger Partners, L.P., Eiger Funds 1, L.P., Paule E. Rowsey, C. Todd Miller, David M. Jacobs, and William S. Buchannan ("Defendants"), Unopposed Motion For Substitution of Counsel. Having considered the pleadings, the Court is of the opinion that the Motion should be, and hereby is, GRANTED.

It is, therefore, ORDERED, DECREED AND ADJUDGED that Loewinsohn & Flegle, L.L.P. be allowed to substitute as counsel for Defendants.

SIGNED this _10th_ day of _May_, 2002.

_____
JUDGE PRESIDING

*249*

F I L E    C O P Y

Date Printed: 05/10/2002



Notice sent to:

   \_\_\_   Gregory J. Orcutt, Esq.
         Bricklemyer, Smolker & Bolves, P.A.
         500 E. Kennedy Blvd., Suite 200
         Tampa, FL  33602-4990

   \_\_\_   Stuart C. Markman, Esq.
         Kynes, Markman & Felman, P.A.
         P.O. Box 3396
         Tampa, FL  33601-3396

   \_\_\_   Alan S. Loewinsohn, Esq.
         Pezzulli & Loewinsohn, LLP
         18383 Preston Rd., Suite 110
         Dallas, TX  75252-5476

   \_\_\_   Jo E. Hartwick, Esq.
         Pezzulli & Loewinsohn, LLP
         18383 Preston Rd., Suite 110
         Dallas, TX  75252-5476

   \_\_\_   Timothy Allen Andreu, Esq.
         Glenn, Rasmussen & Fogarty
         100 S. Ashley Dr., Suite 1300
         P.O. Box 3333
         Tampa, FL  33601-3333

   \_\_\_   Daniel F. Molony, Esq.
         Shook, Hardy & Bacon, L.L.P.
         100 N. Tampa St., Suite 2900
         P.O. Box 898
         Tampa, FL  33601-0898

   \_\_\_   Alan M. Gerlach Jr., Esq.
         Ford & Harrison LLP
         815 N. Garland Ave.
         P.O. Box 60
         Orlando, FL  32802-0060

   \_\_\_   John W. Greene, Esq.
         HILL GILSTRAP
         1400 West Abram Street
         Arlington, TX  76013

   \_\_\_   Dora F. Kaufman, Esq.
         Haley, Sinagra & Perez, P.A.
         100 Southeast 3rd Ave.
         One Financial Plaza, Suite 1900
         Ft. Lauderdale, FL  33394