**UNITED STATES DISTRICT COURT**
**Middle District of Florida**

LOCHMERE DEVELOPMENT GROUP,
INC., and LOCHMERE REALTY, INC.,

Plaintiffs,

vs.                                                 CASE NO.: 8:00-CV-1026-27TGW

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C.,
a Texas limited liability company; EIGER
FUND 1, L.P., a Delaware limited partnership;
EIGER PARTNERS, L.P., a Delaware limited
partnership;  DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC., a
Texas corporation; JTL CAPITAL, L.L.C., a
Texas limited liability company; FLEET NATIONAL
BANK, N.A., a national banking association;
PAUL E. ROWSEY, III, an individual; C. TODD MILLER,
an individual; DAVID M. JACOBS, an individual;
and, WILLIAM S. BUCHANAN, an individual,

Defendants.
_____/

**PLAINTIFFS' MOTION FOR AN ENLARGEMENT OF TIME TO FILE A
MEMORANDUM OF LAW IN RESPONSE TO DEFENDANTS' RENEWED MOTION
FOR JUDGMENT AS A MATTER OF LAW, DEFENDANTS' MOTION FOR
ATTORNEYS' FEES AND DEFENDANTS' MOTION FOR COSTS.**

Plaintiffs, LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE

REALTY, INC., by and through the undersigned counsel and pursuant to Rule 6(b) of

the Federal Rules of Civil Procedure, hereby move for an enlargement of the time

permitted for it to serve its brief or legal memorandum in opposition to the Renewed

Motion for Judgment as a Matter of Law by Defendants H.D. Associates, L.P., Dunes

Operating Company, L.P. Eiger, Inc. and 2M Dunes, L.L.C., Defendants David Lane, individually, Barnett Lane Investments, Inc. and JTL Capital, L.L.C. Motion for Attorney's Fees, and the Joint Motion for Costs by the Eiger Entities and Fleet National Bank, N.A. and in support thereof, state:

1.      On or about April 30, 2002 Defendants, H.D. Associates, L.P., Dunes Operating Company, L.P. Eiger, Inc. and 2M Dunes, LLC. filed their renewed motion for judgment as a matter of law and memorandum of law.

2.      On or about April 30, 2002 Defendants, David Lane, Barnett Lane Investments, Inc. and JTL Capital filed their motion costs and incorporated memorandum of law.

3.      On or about May 1, 2002, Defendants Eiger Entities and Fleet National Bank, N.A filed their joint motion for costs, serving same by hand delivery.

4.      Pursuant to Local Rule 3.01(b) Plaintiff has ten days to file and serve a brief or legal memorandum in opposition to Defendants' motion.  Pursuant to Rule 6(a) of the Federal Rules of Civil Procedure, a response is due on or before Friday, May 17, 2002, for the Renewed Motion for Judgment as a Matter of Law and for the Motion for Attorneys' Fees. Pursuant to Rule 6(a) of the Federal Rules of Civil Procedure, a response is due on or before Wednesday, May 15, 2002, for the Joint Motion for Costs.

5.      This Motion is timely filed prior to the expiration of time to respond.

6.      Plaintiffs' counsel has conferred with counsel for Defendants, who do not object to the filing of this motion.

7.     Plaintiff is requesting an additional thirteen (13) days, from May 17, 2002 and an additional ten (16) days from May 15, 2002 to May 30, 2002 within which to file its briefs or legal memoranda in response to Defendants' motions.

## MEMORANDUM OF LAW

Local Rule 3.01(b) requires that a party opposing a written motion shall file and serve, within ten days of being served with the motion, a brief or legal memorandum in opposition to the relief requested. Rule 6(b) of the Federal Rules of Civil Procedure provides, however, that prescribed time periods may be enlarged at the discretion of the Court if the request for an extension is made prior to the expiration of the period originally prescribed.

Federal Rule of Civil Procedure 6(b) states that the rule shall be construed to secure just, speedy and inexpensive determination in every action.  In accordance with that mandate, courts have generally given a liberal interpretation to Rule 6(b) in order to work substantial justice.  *See Anderson v. Stanco Sports Library, Inc.,* 52 F.R. D. 108 (D.S.C. 1971).

Service of the motion to Plaintiffs was effected April 30, 2002 and May 1, 2002. Pursuant to Rule 6(a) of the Federal Rules of Civil Procedure, when the period of time prescribed is less than 11 days, intermediate Saturdays and Sundays are excluded in the computation.  The response to Defendants motion is due on or before May 17, 2002 and May 15, 2002.  Accordingly, this motion is timely filed.

WHEREFORE, Plaintiffs, LOCHMERE DEVELOPMENT GROUP, INC. and LOCHMERE REALTY, INC., respectfully request that this Court enter an Order enlarging by thirteen (13) days to May 30, 2002, the time permitted for serving a brief or legal

3

memorandum in opposition to the motion filed by Defendants, H.D. Associates, L.P., Dunes Operating Company, L.P. Eiger, Inc. and 2M Dunes, L.L.C and the time permitted for serving a brief or legal memorandum in opposition to the motion filed by Defendants, David Lane, individually, Barnett Lane Investments, Inc., and JTL Capital, L.L.C. and enlarging by sixteen (16) days to May 30, 2002, the time permitted for serving a brief or legal memorandum in opposition to the motion filed by Defendants, the Eiger Entities and Fleet National Bank, N.A.

Gregory J. Orcutt, Esquire
Florida Bar No. 230855
Bricklemyer, Smolker & Bolves, P.A.
500 East Kennedy Boulevard, Suite 200
Tampa, Florida 33602
813-223-3888 / 813-228-6422 - Facsimile
Counsel for Plaintiff
LOCHMERE DEVELOPMENT GROUP, INC.
and LOCHMERE REALTY, INC.

## CERTIFICATION OF CONFERENCE

In accordance with Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida, I hereby certify that Carol E. Farquhar, Esquire of Loewinsohn & Flegle, L.L.P. counsel for H.D. Associates, L.P., Dunes Operating Company, L.P. Eiger, Inc., 2M Dunes, L.L.C. and Fleet National Bank, N.A. and John W. Greene, Hill Gilstrap, counsel for David Lane, Barnett Lane Investments, Inc., and JTL Capital, L.L.C. were contacted in a good faith effort to obtain an agreement for an extension of time to file a memorandum of law in opposition to their motion. Counsel for Defendants do not object to the filing of this motion.

Gregory J. Orcutt, Esquire
Florida Bar No. 230855

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by Facsimile and U. S. Mail to the parties listed on the Service List attached hereto, this _____ of May 2002.

Gregory J. Orcutt
Florida Bar No. 230855

5

## SERVICE LIST

Alan S. Loewinsohn, Esq.
Carol E. Farquhar, Esq.
Loewinsohn & Flegle L.L.P.
18383 Preston Road, Suite 100
Dallas, TX  75252

Timothy A. Andreu, Jr.
Glenn Rasmussen & Fogarty
100 South Ashley Drive
Suite 1300
Tampa, FL  33602

(Attys. for H.D. ASSOCIATES, L.P. DUNES
OPERATING COMPANY, L.P., EIGER, INC.,
2M DUNES, L.L.C., EIGER FUND 1 L.P.,
EIGER PARTNERS, L.P.,L.P., PAUL E. ROWSEY, III,
C. TODD MILLER, DAVID M. JACOBS,
WILLIAM S. BUCHANAN and FLEET NATIONAL
BANK f/k/a BANKBOSTON, N.A.)

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street, Suite 3900
Tampa, FL  33602

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Alan M. Gerlach, Esq.
Ford & Harrison LLP
Post Office Box 60
Orlando, FL 32802-0060

Co-Counsel: FLEET NATIONAL BANK f/k/a BANKBOSTON,N.A.

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

(Attys. for DAVID LANE, BARNETT LANE
INVESTMENTS, INC. AND JTL CAPITAL, L.L.C.)

6

Stuart C. Markman, Esq.
Kynes, Markman & Felman, P.A.
Post Office Box 3396
Tampa, FL  33601-3396

7