## UNITED STATES DISTRICT COURT
### Middle District of Florida

FILED

02 MAY 17 AM 11: 03

CLERK U S DISTRICT COURT
DISTRICT OF FL
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT GROUP,
INC., and LOCHMERE REALTY, INC.,

        Plaintiffs,

vs.

                                        CASE NO.: 8:00-CV-1026-27TGW

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C.,
a Texas limited liability company; EIGER
FUND 1, L.P., a Delaware limited partnership;
EIGER PARTNERS, L.P., a Delaware limited
partnership;  DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC., a
Texas corporation; JTL CAPITAL, L.L.C., a
Texas limited liability company; FLEET NATIONAL
BANK, N.A., a national banking association;
PAUL E. ROWSEY, III, an individual; C. TODD MILLER,
an individual; DAVID M. JACOBS, an individual;
and, WILLIAM S. BUCHANAN, an individual,

        Defendants.

_____/

## AMENDED CERTIFICATION OF CONFERENCE

In accordance with Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida, I hereby certify that Carol E. Farquhar, Esquire of Loewinsohn & Flegle, L.L.P. counsel for H.D. Associates, L.P., Dunes Operating Company, L.P. Eiger, Inc., 2M Dunes, L.L.C., James B. Murphy, Esquire counsel for Fleet National Bank, N.A. and John W. Greene, Hill Gilstrap, counsel for David Lane, Barnett Lane Investments, Inc., and JTL Capital, L.L.C. were contacted in a good faith effort to



obtain an agreement for an extension of time to file a memorandum of law in opposition to their motion.  Counsel for Defendants do not object to the filing of this motion.


Gregory J. Orcutt, Esquire
Florida Bar No. 230855
Bricklemyer, Smolker & Bolves, P.A.
500 East Kennedy Boulevard, Suite 200
Tampa, Florida 33602
813-223-3888 / 813-228-6422 - Facsimile
Counsel for Plaintiff
LOCHMERE DEVELOPMENT GROUP, INC.
and LOCHMERE REALTY, INC.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by U. S. Mail to the parties listed on the Service List attached hereto, this 16th day of May, 2002.


Gregory J. Orcutt


2

## SERVICE LIST

Alan S. Loewinsohn, Esq.
Carol E. Farquhar, Esq.
Loewinsohn & Flegle L.L.P.
18383 Preston Road, Suite 100
Dallas, TX 75252

Timothy A. Andreu, Jr.
Glenn Rasmussen & Fogarty
100 South Ashley Drive
Suite 1300
Tampa, FL 33602

Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 North Tampa Street, Suite 3900
Tampa, FL 33602

Dora Kaufman, Esq.
Halley, Sinagra & Perez
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Alan M. Gerlach, Esq.
Ford & Harrison LLP
Post Office Box 60
Orlando, FL 32802-0060

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

Stuart C. Markman, Esq.
Kynes, Markman & Felman, P.A.
Post Office Box 3396
Tampa, FL 33601-3396

3