

FILED

02 MAY 17 AM 10: 39

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

# UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## CASE NO. 8:00-CV-1026-T-27B

LOCHMERE DEVELOPMENT GROUP, INC.
and LOCHMERE REALTY, INC.,

Plaintiffs,

v.                                                          **NOTICE OF APPEAL**

H.D. ASSOCIATES, L.P., a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through its
general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C., a Texas
limited liability company; EIGER FUND 1, L.P.,
a Delaware limited partnership; EIGER
PARTNERS, L.P., a Delaware limited
partnership; DAVID LANE, an individual;
BARNETT LANE INVESTMENTS, INC., a
Texas corporation; JTL CAPITAL, L.L.C., a
Texas limited liability company; FLEET
NATIONAL BANK, N.A., a national banking
association; PAUL E. ROWSEY, III, an
individual; C. TODD MILLER, an individual;
DAVID M. JACOBS, an individual; and,
WILLIAM S. BUCHANAN, an individual,

Defendants.
_____/

Notice is hereby given that LOCHMERE DEVELOPMENT GROUP, INC.,

and LOCHMERE REALTY, INC., plaintiffs in the above named case, hereby

TO158114
$105.00

255

appeal to the United States Court of Appeals for the Eleventh Circuit from the

final judgment entered in this action on the 22nd day of April, 2002.


Stuart C. Markman
  Florida Bar No. 322571
James E. Felman
  Florida Bar No. 775568
Robert W. Ritsch, Of Counsel
  Florida Bar No. 780375
Katherine Earle Yanes
  Florida Bar No. 0159727
KYNES, MARKMAN & FELMAN, P.A.
Post Office Box 3396
Tampa, FL 33601-3396
Phone:  (813) 229-1118
Fax:    (813) 221-6750

**Appellate Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof has been furnished by U.S. Mail, this 17th day of May, 2002, to:

Alan S. Loewinsohn, Esq.
Carol E. Farquhar, Esq.
Jo E. Hartwick, Esq.

Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road, Suite 110
Dallas, TX 75252

Daniel F. Molony, Esq.
James B. Murphy, Jr., Esq.
SHOOK, HARDY & BACON, L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602

Timothy A. Andreu, Jr., Esq.
Glenn, Rasmussen, Fogarty & Hooker
100 S. Ashley Drive, Suite 1300
Tampa, FL 33602

Dora Kaufman, Esq.
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

Alan M. Gerlach, Esq.
BROAD & CASSEL
390 N. Orange Avenue, Suite 1100
Orlando, FL 32801

3

John W. Greene, Esq.
HILL GILSTRAP, P.C.
1400 West Abram Street
Arlington, TX 76013

Gregory J. Orcutt
BRICKLEMYER SMOLKER & BOLVES, P.A.
500 East Kennedy Boulevard, Suite 200
Tampa, FL 33602

_____
Stuart C. Markman

4

RECEIPT FOR PAYMENT
DISTRICT COURT OF MIDDLE
FLORIDA
TAMPA DIVISION
WWW.FLMD.USCOURTS.GOV

T815311

Received From:

Kynes, Markman & Feldman, P.A.

Case Number: 8:00CV81026

C/O/W/D:

Party ID:

Tender Type:          CHECK
Ck 845347              $185.00

Notice of Appeal

$185.00:

Subtotal:             $185.00

Receipt Total:        $185.00

* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

Cash:      5/17/02
Clerk:

VF