

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED

02 MAY 30 AM 11: 27

Case No.: 8:00-CV-1026-T-27B

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

Plaintiffs,                                    **NOTICE OF APPEAL**

v.

EIGER FUND I, L.P., et al.

Defendants.

_____/

Notice is hereby given that H.D. Associates, L.P., Dunes Operating Company, L.P.,

Eiger, Inc. and 2M Dunes, L.L.C., defendants in the above named case, hereby appeal to the United

States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on or

about the 22nd day of April 2002.



NOTICE OF APPEAL                              - 1 -

Respectfully submitted,

Alan S. Loewinsohn, Esq.
State Bar No. 12481600
Carol E. Farquhar, Esq.
State Bar No. 06828300
Loewinsohn & Flegle, L.L.P.
18383 Preston Road, Suite 100
Dallas, Texas 75252
(214) 572-1700
(214) 572-1717 - Facsimile

and

Timothy A. Andreu, Jr.
State Bar No. 443778
Glenn Rasmussen & Fogarty
100 South Ashley Drive, Suite 1300
Tampa, FL 33602
(813) 229-3333
(813) 229-5946 - Facsimile

ATTORNEYS FOR H.D. ASSOCIATES, L.P.,
DUNES OPERATING COMPANY, 2M DUNES,
L.L.C. EIGER, INC., EIGER FUND 1, L.P., EIGER
PARTNERS, L.P., PAUL E. ROWSEY, III, C. TODD
MILLER, DAVID M. JACOBS, and WILLIAM S.
BUCHANAN

NOTICE OF APPEAL                    - 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by certified mail, return receipt requested, upon all of the following-named addressees this 24th day of May, 2002.

Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602

Alan Gerlach, Esq.
Ford & Harrison, LLP
P.O. Box 60
Orlando, Florida 32802-0060

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

Stuart C. Markman, Esq.
James E. Felman, Esq.
Katherine E. Yanes, Esq.
Kynes, Markman & Felman, P.A.
Post Office Box 3396
Tampa, Florida 33601-3396

James B. Murphy, Jr.
Shook Hardy & Bacon, L.L.P.
201 E. Kennedy, Suite 601
Tampa, Florida 33602

Dora Kaufman, Esq.
Haley, Sinagra, Paul & Toland
100 SE 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

ATTORNEY

NOTICE OF APPEAL                    - 3 -

2046

CHECK

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|
| 5/29/02 | Clerk of the Court 99576 - Elgin - filing notice of Appeal | | | | 105.00 |
| | Leo1 Loc | | | | |

| CHECK DATE | CONTROL NUMBER | | | | |
|------------|----------------|---|---|---|---|
| 5/29/02. | | TOTALS ▶ | | | 105.00 |

---

2046

**LOEWINSOHN & FLEGLE, L.L.P.**
18383 PRESTON ROAD, SUITE 100
DALLAS, TX 75252
PH.(214) 572-1700

BANK OF AMERICA
00642 TX
32-2-1110

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 5/29/02 | 2046 | 105.00 |

PAY One Hundred and Five Dollars and XX/100

TO THE ORDER OF: Clerk of the Court Middle District of Florida Tampa Division

⑈002046⑈ ⑆111000025⑆ 00479345365 6⑈

RECEIPT FOR PAYMENT
DISTRICT COURT OF MIDDLE
FLORIDA
TAMPA DIVISION
WWW.FLMD.USCOURTS.GOV

T016010
-------------------------------------
RECEIVED FROM:

LOEWINSOHN & FLEGLE, L.L.P.
-------------------------------------

 Case Number: 8:00CV01026

-------------------------------------
F/U/B/O:

Party ID:

Tender Type:        CHECK
82-086900           $105.00

Notice of Appeal

Remarks:

-------------------------------------
   Subtotal:        $105.00

-------------------------------------
Receipt Total:      $105.00
=====================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

     Date:    5/30/02
     Clerk:
              --------------------
                     DV