

FILED

02 MAY 30 AM 9: 57

CLERK
MIDDLE ... CT COURT
TAMPA, FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LOCHMERE DEVELOPMENT GROUP,**
**INC., and LOCHMERE REALTY, INC.,**

        **Plaintiff(s),**

vs.                                 **Case No. 8:00-CV-1026-T-27TGW**

**H.D. ASSOCIATES, L.P., et al.,**

        **Defendant(s).**
_____/

**ORDER ON PLAINTIFFS' MOTION FOR AN ENLARGEMENT OF TIME**
**TO FILE A MEMORANDUM OF LAW IN RESPONSE TO DEFENDANTS'**
**RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW, DEFENDANTS'**
**MOTION FOR ATTORNEYS' FEES AND DEFENDANTS' MOTION FOR COSTS**

    **THIS CAUSE** came on to be considered on Plaintiffs' Motion for an Enlargement of Time to File a Memorandum of Law in Response to Defendants' Renewed Motion for Judgment as a Matter of Law, Defendants' Motion for Attorneys' Fees and Defendants' Motion for Costs (Dkt. 252). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that Plaintiffs' motion (Dkt. 252) is **GRANTED** and Plaintiffs shall respond to Defendants' Renewed Motion for Judgment as a Matter of Law, Defendants' Motion for Attorneys' Fees and Defendants' Motion for Costs on or before May 30, 2002.

    **DONE AND ORDERED** in chambers this 28th day of May, 2002.

                                     **JAMES D. WHITTEMORE**
                                   **United States District Judge**

Copies to:
Counsel of Record

261

F I L E   C O P Y

Date Printed: 05/31/2002



Notice sent to:

    ___    Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL  33602-4990

    ___    Stuart C. Markman, Esq.
Kynes, Markman & Felman, P.A.
P.O. Box 3396
Tampa, FL  33601-3396

    ___    Alan S. Loewinsohn, Esq.
Loewinsohn & Flegle, L.L.P.
18383 Preston Rd., Suite 110
Dallas, TX  75252-5476

    ___    Jo E. Hartwick, Esq.
Loewinsohn & Flegle, L.L.P.
18383 Preston Rd., Suite 110
Dallas, TX  75252-5476

    ___    Timothy Allen Andreu, Esq.
Glenn, Rasmussen & Fogarty
100 S. Ashley Dr., Suite 1300
P.O. Box 3333
Tampa, FL  33601-3333

    ___    Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 N. Tampa St., Suite 2900
P.O. Box 898
Tampa, FL  33601-0898

    ___    Alan M. Gerlach Jr., Esq.
Ford & Harrison LLP
815 N. Garland Ave.
P.O. Box 60
Orlando, FL  32802-0060

    ___    John W. Greene, Esq.
HILL GILSTRAP
1400 West Abram Street
Arlington, TX  76013

    ___    Dora F. Kaufman, Esq.
Haley, Sinagra & Perez, P.A.
100 Southeast 3rd Ave.
One Financial Plaza, Suite 1900
Ft. Lauderdale, FL  33394