UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida Corporation, and
LOCHMERE REALTY, INC., a Florida
Corporation,

Plaintiffs,

v.                                                      Case No.:  8:00-cv-1026-T-27B

EIGER FUND I, L.P., et al

Defendants.
_____/

### JOINDER BY FLEET NATIONAL BANK, N.A. IN MOTION BY DEFENDANTS H.D. ASSOCIATES, L.P., EIGER, INC., AND 2M DUNES, INC. FOR RELIEF FROM FINAL JUDGMENT TO CORRECT CLERICAL ERROR OR MISTAKE

Defendant Fleet National Bank, N.A. ("Fleet") joins in the Motion by Defendant

H.D. Associates, L.P., Eiger, Inc. and 2M Dunes, Inc. (the "Eiger Movants") for Relief

from Final Judgment to Correct Clerical Error or Mistake.

As recited in the Eiger Movants' Motion and Memorandum of Law, the

undersigned counsel for Fleet only just discovered the error in the rates for prejudgment

interest recited in the Judgment last week when he was researching the amount of

prejudgment interest in an unrelated matter.  Furthermore, in submitting the proposed

form of judgment which was adopted and approved by the Court, the undersigned

counsel inadvertently failed to accurately transpose the rates of interest reflected in the

printout of interest rates from the Controller of the State of Florida that counsel filed with

the proposed form of judgment.  This error carried through the entry of the Judgment by

Court.

17331vl

Respectfully submitted,

James B. Murphy, Jr.
Florida Bar No. 287598
Paul W. Rebein
Florida Bar No. 488003
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
(813) 202-7100
(813) 221-8837 - Facsimile

and

Dora Kaufman
Florida Bar No. 771244
HALLEY, SINAGRA & PEREZ
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394
(954) 467-1300
(954) 467-1372 - Facsimile

Attorneys for FLEET NATIONAL BANK, N.A.
f/k/a BANKBOSTON, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served on the following counsel of record on this _16_ day of July, 2002, by facsimile and U.S. Mail:

Gregory J. Orcutt, Esquire
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd. Ste. 200
Tampa, Florida 33602

Carol E. Farquhar, Esquire
Alan S. Loewinsohn, Esquire
Loewinsohn & Flegle, L.L.P.
18383 Preston Road
Suite 110
Dallas, Texas 75252

17331v1

Timothy A. Andreu, Jr., Esquire
Glenn Rasmussen & Fogarty
100 South Ashley Drive
Suite 1300
Tampa, FL 33602

Alan M. Gerlach, Esquire
FORD & HARRISON LLP
P.O. Box 60
Orlando, FL 32802-0060

John W. Greene, Esquire
Hill Gilstrap
1400 West Abram
Arlington, TX  76013

Stuart C. Markman, Esquire
Kynes, Markman & Felman, P.A.
Post Office Box 3396
Tampa, FL 33601-3396

_____
                        ATTORNEY

17331v1