# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

July 15, 2002

02 JUL 17  AM 11: 14

Kathleen Walden
Court Reporter, USDC
c/o Courthouse
Room 412, 611 N. Florida Ave.
Tampa  FL  33601

RE: 02-12865-I      Lochmere Development Group v. Eiger Fund
DC DKT NO.:  00-01026 CV-T-27B

The following action has been taken in the referenced case:

An extension of time has been granted to and including July 26, 2002

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Pamela Allen (404) 335-6188

MOT-2 (2-2002)