

FILED

JUL 01 PM 3:30

FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and LOCHMERE
REALTY, INC.,

                **Plaintiff(s),**

vs.                              **Case No. 8:00-CV-1026-T-27TGW**

EIGER FUND I, L.P., et al.,

                **Defendant(s).**
_____/

## ORDER ON JOINT MOTION FOR COSTS BY
## THE EIGER ENTITIES AND FLEET NATIONAL BANK, N.A.

**BEFORE THE COURT** is the Joint Motion for Costs by the Eiger Entities and Fleet National Bank, N.A. (Dkt. 244). Upon consideration, it is

**ORDERED AND ADJUDGED** that the Joint Motion for Costs by the Eiger Entities and Fleet National Bank, N.A. (Dkt. 244) is **DENIED** to the extent that H.D. Associates, L.P. by and through its general partner Dunes Operating Company, L.P. by and through its general partners, Eiger, Inc. and 2M Dunes, L.L.C. and Fleet National Bank, N.A. collectively contend they were the "Substantially Prevailing Defendants" in this litigation.

It is incumbent upon each defendant contending it is a prevailing party under Fed. R. Civ. P. 54(d) to establish its individual costs and the grounds for its contention that it is the prevailing party. Defendants H.D. Associates, L.P. by and through its general partner Dunes Operating Company, L.P. by and through its general partners, Eiger, Inc. and 2M Dunes, L.L.C. and Fleet National Bank, N.A. have failed to do so. Should any Defendant contend that it is the prevailing

party, such Defendant is granted fifteen (15) days leave from the date of this Order to file an individual bill of costs and a memorandum supporting its contentions that it is the prevailing party in this litigation.

**DONE AND ORDERED** in chambers this ___25___ day of July, 2002.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Courtroom Deputy
Law Clerk

2

F I L E    C O P Y

Date Printed: 08/01/2002

Notice sent to:

___    Gregory J. Orcutt, Esq.
       Bricklemyer, Smolker & Bolves, **P.A.**
       500 E. Kennedy Blvd., Suite 200
       Tampa, FL  33602-4990

___    Stuart C. Markman, Esq.
       Kynes, Markman & Felman, P.A.
       P.O. Box 3396
       Tampa, FL  33601-3396

___    Alan S. Loewinsohn, Esq.
       Loewinsohn & Flegle, L.L.P.
       18383 Preston Rd., Suite 110
       Dallas, TX  75252-5476

___    Jo E. Hartwick, Esq.
       Loewinsohn & Flegle, L.L.P.
       18383 Preston Rd., Suite 110
       Dallas, TX  75252-5476

___    Timothy Allen Andreu, Esq.
       Glenn, Rasmussen & Fogarty
       100 S. Ashley Dr., Suite 1300
       P.O. Box 3333
       Tampa, FL  33601-3333

___    Daniel F. Molony, Esq.
       Shook, Hardy & Bacon, L.L.P.
       100 N. Tampa St., Suite 2900
       P.O. Box 898
       Tampa, FL  33601-0898

___    Alan M. Gerlach Jr., Esq.
       Ford & Harrison LLP
       300 S. Orange Ave., Suite 1300
       P.O. Box 60
       Orlando, FL  32802-0060

___    John W. Greene, Esq.
       HILL GILSTRAP
       1400 West Abram Street
       Arlington, TX  76013

___    Dora F. Kaufman, Esq.
       Haley, Sinagra & Perez, P.A.
       100 Southeast 3rd Ave.
       One Financial Plaza, Suite 1900
       Ft. Lauderdale, FL  33394