

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and LOCHMERE
REALTY, INC.,

Plaintiff(s),

vs.                                                            Case No. 8:00-CV-1026-T-27TGW

EIGER FUND I, L.P., et al.,

Defendant(s).
_____/

## ORDER ON PLAINTIFF'S BILL OF
## COSTS AND SUPPLEMENTAL BILL OF COSTS

BEFORE THE COURT is Plaintiff's Bill of Costs and Supplemental Bill of Costs. Upon

consideration, it is

ORDERED AND ADJUDGED that:

1.      Plaintiff Lochmere Development Group, Inc.'s Bill of Costs is **GRANTED**

pursuant to Fed. R. Civ. P. 54(d) as Plaintiff is the prevailing party in this

action. Costs in the amount of $17,783.87, which are specifically authorized

by 28 U.S.C. § 1920, are taxed against H.D. Associates, L.P. by and through

its general partner Dunes Operating Company, L.P. by and through its general

partners, Eiger, Inc. and 2M Dunes, L.L.C. Costs for demonstrative exhibits,

computer animation and video equipment are not taxable, however, and

accordingly $23,848.20 in costs incurred by the Presentation Group are not

taxable. See Arcadian Fertilizer, L.P. v. MPW Industrial Serv., Inc., 249 F.3d

1293, 1297 (11th Cir. 2001); <u>EEOC v. W&O, Inc.</u>, 213 F.3d 600, 623 (11th Cir. 2000); <u>Morrison v. Reichhold Chemicals, Inc.</u>, 97 F.3d 460, 465-66 (11th Cir. 1996).

2.    Plaintiffs' Supplemental Bill of Costs is **DENIED** without prejudice as it was untimely filed as provided in M.D. Fla. Local **Rule 4.18**(a) and Plaintiffs have failed to provide any justification or excuse for the untimely request.

**DONE AND ORDERED** in chambers this _25th_ day of July, 2002.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record
Courtroom Deputy
Law Clerk

2

F I L E   C O P Y

Date Printed: 08/07/2002



Notice sent to:

___   Gregory J. Orcutt, Esq.
      Bricklemyer, Smolker & Bolves, **P.A.**
      500 E. Kennedy Blvd., Suite 200
      Tampa, FL  33602-4990

___   Stuart C. Markman, Esq.
      Kynes, Markman & Felman, P.A.
      P.O. Box 3396
      Tampa, FL  33601-3396

___   Alan S. Loewinsohn, Esq.
      Loewinsohn & Flegle, L.L.P.
      18383 Preston Rd., Suite 110
      Dallas, TX  75252-5476

___   Jo E. Hartwick, Esq.
      Loewinsohn & Flegle, L.L.P.
      18383 Preston Rd., Suite 110
      Dallas, TX  75252-5476

___   Timothy Allen Andreu, Esq.
      Glenn, Rasmussen & Fogarty
      100 S. Ashley Dr., Suite 1300
      P.O. Box 3333
      Tampa, FL  33601-3333

___   Daniel F. Molony, Esq.
      Shook, Hardy & Bacon, L.L.P.
      100 N. Tampa St., Suite 2900
      P.O. Box 898
      Tampa, FL  33601-0898

___   Alan M. Gerlach Jr., Esq.
      Ford & Harrison LLP
      300 S. Orange Ave., Suite 1300
      P.O. Box 60
      Orlando, FL  32802-0060

___   John W. Greene, Esq.
      HILL GILSTRAP
      1400 West Abram Street
      Arlington, TX  76013

___   Dora F. Kaufman, Esq.
      Haley, Sinagra & Perez, P.A.
      100 Southeast 3rd Ave.
      One Financial Plaza, Suite 1900
      Ft. Lauderdale, FL  33394