# United States Court of Appeals

Eleventh Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

RECEIVED

02 AUG -8  AM 10:44  In Replying Give Number
Of Case And Names of Parties
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

August 06, 2002

Kathleen Walden
Court Reporter, USDC
c/o Courthouse
Room 412, 611 N. Florida Ave.
Tampa  FL  33601

RE: 02-12865-I      Lochmere Development Group v. Eiger Fund
DC DKT NO.:  00-01026 CV-T-27B

The following action has been taken in the referenced case:

An extension of time has been granted to and including August 9, 2002

**APPLICATION FOR EXTENSION OF TIME TO FILE TRANSCRIPTS HAS BEEN GRANTED.**

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Pamela Allen (404) 335-6188

MOT-2 (2-2002)