UNITED STATES DISTRICT **COURT**
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT
GROUP, INC. and
LOCHMERE REALTY, INC.,

         Plaintiffs,

v.                                                                                          **Case No.**: 8:00-CV-1026-T-27B.

EIGER FUND I, L.P., et al.

         Defendants.

_____/

## MOTION FOR COSTS BY
## PAUL E. ROWSEY, III

### I.    INTRODUCTION

Defendant Paul E. Rowsey, III ("Rowsey"), hereby requests the Court enter an award of his costs against Plaintiffs Lochmere Development Group, Inc. and Lochmere Realty, Inc., as permitted by the Order on Joint Motion for Costs by The Eiger Entities and Fleet National Bank, N.A. entered on July 31, 2002.

In support of this motion Rowsey would show that, as demonstrated in the accompanying memorandum of law, he was a prevailing party in this litigation prevailing on all counts in the Second Amended Complaint brought against him. Consequently, pursuant to 28 U.S.C. § 1920 and Fed.R.Civ.P. 54(d), Rowsey is entitled to his costs.

The reasons and authorities in support of this motion are set forth in the accompanying Memorandum of Law.

MOTION FOR COSTS
BY PAUL E. ROWSEY, III            - 1 -

Attached hereto as Exhibit "A" is the original Bill of Costs for which Rowsey seeks recovery. The Bill of Costs is incorporated by reference as if fully set forth herein.

WHEREFORE, Paul E. Rowsey, III, hereby prays that the Court award him his costs and expenses.

Respectfully submitted,

Alan S. Loewinsohn, Esq.
State Bar No. 12481600
Carol E. Farquhar, Esq.
State Bar No. 06828300
Loewinsohn & Flegle, L.L.P.
18383 Preston Road
Suite 100
Dallas, Texas 75252
(214) 572-1700
(214) 572-1717 - Facsimile

and

Timothy A. Andreu, Jr.
State Bar No. 443778
Glenn Rasmussen & Fogarty
100 South Ashley Drive, Suite 1300
Tampa, FL 33602
(813) 229-3333
(813) 229-5946 - Facsimile

ATTORNEYS FOR H.D. ASSOCIATES, L.P., DUNES OPERATING COMPANY, 2M DUNES, L.L.C. EIGER, INC., EIGER FUND 1, L.P., EIGER PARTNERS, L.P., PAUL E. ROWSEY, III, C. TODD MILLER, DAVID M. JACOBS, and WILLIAM S. BUCHANAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by certified mail, return receipt requested, upon all of the following-named addressees this $\cancel{3}$ 4th day of August, 2002.

Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602

Alan Gerlach, Esq.
Ford & Harrison, LLP
P.O. Box 60
Orlando, Florida  32802-0060

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

Stuart C. Markman, Esq.
James E. Felman, Esq.
Katherine E. Yanes, Esq.
Kynes, Markman & Felman, P.A.
Post Office Box 3396
Tampa, Florida 33601-3396

Dora F. Kaufman, Esq.
Haley, Sinagra, Paul & Toland
100 SE 3rd Avenue, Suite 1900
Fort Lauderdale, FL  33394

James B. Murphy, Esq.
Shook, Hardy & Bacon, L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL  33602-5810

ATTORNEY

MOTION FOR COSTS
BY PAUL E. ROWSEY, III

- 3 -

# EXHIBIT A

AO 133    (Rev. 9/89)  Bill of Costs

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Florida_____

~~UNITED STATES OF AMERICA~~

Lochmere Development Group, Inc., et al.

V.

H.D. Assoc., L.P., et al.

**BILL OF COSTS**

Case Number: **8:00-CV-1026-T-27 TGW**

Judgment having been entered in the above entitled action on _____April 19, 2002_____ against _____H.D. Assoc., L.P._____ ,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ....(Tab 2)........................................................ | $ 150.00 |
| Fees for service of summons and subpoena ......................................... | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Tabs 3, 4, 5, 6, 7 and 8) | 17,574.86 |
| Fees and disbursements for printing ............................................... | 0.00 |
| Fees for witnesses (itemize on reverse side) .......(Tab 9)...................... | 295.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............... | 15,191.87 |
| (Tabs 10 and 11) Docket fees under 28 U.S.C. 1923 ........................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ................................... | 0.00 |
| Compensation of court-appointed experts ......................................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ........ | 0.00 |
| Other costs (please itemize) .....Mediator's Fee (Tab 12).......................... | 915.00 |
| - Tab 1 is an itemized recap    TOTAL | $ 34,126.73 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:  All counsel of record .

Signature of Attorney: _____

Name of Attorney:  Carol E. Farquhar

For:  Paul E. Rowsey, III *    Date: August 8, 2002
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                Deputy Clerk                Date

*These costs were incurred jointly with the other Eiger Entites and Fleet as more fully set forth in the Memorandum of Law in Support of Paul E. Rowsey, III's Motion for Costs.

## WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Merrick Kleeman 2905 Long Ridge Road Stamford, Connecticut 06903 | 1 | 40 | | | | | 40.00 |
| Private Process Service | | | | | | | 255.00 |
| | | | | | | TOTAL | 295.00 |

# TAB 1

JOINT COSTS
EIGER ENTITIES/FLEET

| | Vendor | Invoice # | Invoice Date | Amount | Total |
|---|---|---|---|---|---|
| **Court Filing Fees** (Tab 2) | | | | | |
| U.S. District Clerk - filing of removal | | T004463 | | 150.00 | |
| Total | | | | | 150.00 |
| | | | | | |
| **Copies of Deposition Transcripts for Depositions Taken by Eiger/Fleet** (Tab 3) | | | | | |
| R. Evans  4/26/01 | Esquire Deposition Services | 229842 | 05/16/01 | 2,370.80 | |
| R. Evans  11/14/01 | Esquire Deposition Services | 20290EDA | 11/20/01 | 1,358.30 | |
| M. Kleeman  7/30/01 | Del Vecchio Reporting Services, LLC | 19241 | 09/11/01 | 749.78 | |
| R. Whitley  8/2/01 | Esquire Deposition Services | 251761EFL | 08/23/01 | 1,346.72 | |
| R. Brown  8/3/01 | Esquire Deposition Services | 251157EFL | 08/21/01 | 1,468.72 | |
| S. Samaha  12/5/01 | Hartsock & Cervone | 996734 | 12/16/01 | 498.80 | |
| R. Canterbury  12/7/01 | Hartsock & Cervone | 996737 | 12/16/01 | 395.40 | |
| Total | | | | | 8,188.52 |
| **Copies of Video of Depositions Taken by Eiger/Fleet** (Tab 4) | | | | | |
| R. Evans  4/26/01 | Esquire Deposition Services | 226465 | 05/03/01 | 875.00 | |
| R. Evans  11/14/01 | Esquire Deposition Services | 21755 | 01/17/02 | 240.00 | |
| M. Kleeman  7/30/01 | Hamilton Communications | (none) | 08/05/01 | 581.00 | |
| R. Whitley  8/2/01 | Esquire Deposition Services | 248814EFL | 08/09/01 | 803.00 | |
| R. Brown  8/3/01 | Esquire Deposition Services | 251626EFL | 08/22/01 | 660.00 | |
| S. Samaha  12/5/01 | Edgar E. Pike | 11532 | 12/09/01 | 270.00 | |
| R. Canterbury  12/7/01 | Edgar E. Pike | 11532 | 12/09/01 | 190.00 | |
| Total | | | | | 3,619.00 |

JOINT COSTS
EIGER ENTITIES/FLEET

| | Vendor | Invoice # | Invoice Date | Amount | Total |
|---|---|---|---|---|---|
| **Copies of Deposition Transcripts for Depositions Taken by Plaintiffs** (Tab 5) | | | | | |
| R. Avil 6/7/01 | Esquire Deposition Services | 21746ATL | 06/25/01 | 693.55 | |
| N. Whiting 6/15/01 | Bay Area Reporting, Inc. | 1SF669 | 06/27/01 | 415.32 | |
| J. Gardner & T. Pendleton 6/19/01 | St. Augustine Court Reporters | J-FAR-061901 | 07/06/01 | 444.75 | |
| P. Rowsey 6/27/01 | Merit Court Reporters | 33813 | 07/16/01 | 400.90 | |
| S. Kennedy 6/28/01 | Merit Court Reporters | 33697 | 07/06/01 | 327.60 | |
| J. Roebuck & E. Montgomery 7/10/01 | Merit Court Reporters | 33864 | 07/18/01 | 331.40 | |
| D. Lane 7/11/01 | Merit Court Reporters | 33839 | 07/17/01 | 232.40 | |
| Total | | | | | 2,845.92 |
| | | | | | |
| **Copies of Deposition Transcripts of Depositions Taken by Lane Defendants** (Tab 6) | | | | | |
| R. Evans 6/26/01 | Merit Court Reporters | 33473 | 06/28/01 | 272.20 | |
| Total | | | | | 272.20 |
| **Copies of Video of Depositions Taken by Lane Defendants** (Tab 7) | | | | | |
| R. Evans 6/26/01 | Accurate Evidence | 24031 | 07/11/01 | 74.22 | |
| Total | | | | | 74.22 |
| **Daily Trial Transcripts** (Tab 8) | | | | | |
| Week of Dec. 3 | Kathleen P. Walden | 52 | | 2,575.00 | |
| Week of Dec. 10 | none requested | | | | |
| Week of Dec. 17 | none requested | | | | |
| Total | | | | | 2,575.00 |

JOINT COSTS
EIGER ENTITIES/FLEET

|  | Vendor | Invoice # | Invoice Date | Amount | Total |
|---|---|---|---|---|---|
| **Witness Fees** | | | | | |
| (Tab 9) | | | | | |
| M. Kleeman -corporate representative of Starwood - service of deposition subpoena | Esquire Deposition Services | 17274-DA | 06/26/01 | 170.00 | |
| M. Kleeman - service of deposition subpoena (deposition rescheduled) | Esquire Deposition Services | 17729EDA | 07/23/01 | 125.00 | |
| Total | | | | | 295.00 |
| | | | | | |
| **Copies of Documents Produced and Bates labeled** | | | | | |
| (Tab 10) | Ikon Office Solutions | DAL168135 | 03/05/01 | 5,495.26 | |
| | Ikon Office Solutions | DAL168118 | 03/05/01 | 1,547.46 | |
| | Ikon Office Solutions | DAL16951 | 04/03/01 | 209.10 | |
| | Ikon Office Solutions | DNR106204 | 04/12/01 | 1,356.31 | |
| | The Medleh Group | DAL00046556 | 04/24/01 | 291.99 | |
| | The Medleh Group | DAL 00047928 | 06/05/01 | 1,021.34 | |
| | Ikon Office Solutions | DAL172728 | 06/18/01 | 95.14 | |
| | The Medleh Group | DAL 00055089 | 11/21/01 | 324.93 | |
| | Total | | | 10,341.53 | 10,341.53 |
| **Copies of Exhibits for All Counsel and Court** | | | | | |
| (Tab 11) | The Medleh Group | DAL00055069 | 11/21/01 | 652.26 | |
| | The Medleh Group | DAL00055079 | 11/21/01 | 845.81 | |
| | The Medleh Group | DAL00055124 | 11/23/01 | 740.48 | |
| | The Medleh Group | DAL00055119 | 11/23/01 | 450.05 | |
| | The Medleh Group | DAL00055327 | 11/28/01 | 328.74 | |
| | The Medleh Group | DAL00055301 | 11/28/01 | 1,833.00 | |
| | Total | | | 4,850.34 | 4,850.34 |
| **Mediator's Fees** | | | | | |
| (Tab 12) | | | | | |
| Peter J. Grilli | | | | 915.00 | |
| Total | | | | | 915.00 |
| TOTAL | | | | | 34,126.73 |

# TAB 2

Docket as of April 23, 2002 0:09                    Web PACER (v2.3)

# U.S. District Court

## Middle District of Florida (Tampa)

## CIVIL DOCKET FOR CASE #: 00-CV-1026

## Lochmere Development, et al v. Eiger Fund I, L.P., et al

Filed: 05/24/00
Assigned to: Judge James D. Whittemore
Jury demand: Plaintiff
Demand: $15,000
Nature of Suit: 190
Lead Docket: None
Jurisdiction: Diversity
Dkt # in State Court-04/03/00 : is 00-02525 DIV I
ᵀCause: 28:1332 Diversity-Contract Dispute

LOCHMERE DEVELOPMENT GROUP,
INC., a Florida Corporation
        plaintiff

Stuart C. Markman
[COR LD NTC]
James E. Felman
[COR]
Kynes, Markman & Felman, P.A.
P.O. Box 3396
Tampa, FL 33601-3396
USA
813/229-1118
Katherine Earle Yanes
[COR]
Kynes, Markman & Felman, P.A.
100 S. Ashley Dr., Suite 1300
P.O. Box 3396
Tampa, FL 33601-3396
813/229-1118
Gregory J. Orcutt
[COR LD NTC]
Jay J. Bartlett
[COR LD]
Bricklemyer, Smolker & Bolves,
P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602-4990
813/223-3888
Robert W. Ritsch
[COR]
Law Office of Patricia L. Levy
1548 Beverly Dr.

# DOCKET   PROCEEDINGS

DATE   #          DOCKET   ENTRY

5/24/00  1        NOTICE OF REMOVAL from the 13th **Judicial** Circuit, in and
                  for Hillsborough County, Florida, **with** state court record
                  attached, by Eiger Fund I, L.P., **Eiger, Inc.**, Eiger
                  Partners, L.P., David Lane, Barnett **Lane**, JTL Capital,
                  L.L.C., H.D. Associates, LP, BankBoston, N.A., Paul E.
                  Rowsey III, C. Todd Miller, David **M.** Jacobs, William S.
                  Buchanan ( State Court case no.: **00-02525** DIV I)  Filed in
                  state court on 4/3/00.   Filing **fee $** 150.00 Receipt #
                  T004463 (jlg) [Entry date 05/25/00]

5/24/00  --       MAGISTRATE JUDGE CASE ASSIGNMENT   **Magist**rate assigned:
                  Thomas G. Wilson (jlg) [Entry date **05/25/00**]

5/24/00  2        COMPLAINT filed in state court on **4/3/00**; jury demand (jlg)
                  [Entry date 05/25/00]

5/24/00  --       **ARBITRATION candidate. (jlg) [Entry date** 05/25/00]

5/25/00  3        NOTICE to counsel of new case **number and** judge assignment
                  (signed by deputy clerk) ctc (jlg)

5/26/00  4        ANSWER and affirmative defenses to [2-1] complaint by David
                  Lane, Barnett Lane, JTL Capital, **L.L.C.** (smb)
                  [Entry date 05/30/00]

5/26/00  5        NOTICE of designation under Local **Rule** 3.05 - TRACK 2.
                  (ctc) (smb) [Entry date 05/30/00]

5/30/00  6        MOTION by Eiger Fund I, L.P., **Eiger, Inc.**, Eiger Partners,
                  L.P., H.D. Associates, LP, Bank**Boston, N.A.**, Paul E. Rowsey
                  III, C. Todd Miller, David M. **Jacobs, William** S. Buchanan
                  with memorandum in support to **extend time** to answer or
                  otherwise plead (smb) [Entry date **05/31/00**]

6/1/00   7        NOTICE OF CASE REASSIGNMENT to the **Honorab**le Judge James D.
                  Whittemore. ctc (ag)

6/8/00   8        ANSWER and affirmative defenses to [2-1] complaint by Eiger
                  Fund I, L.P., Eiger, Inc., Eiger **Partners**, L.P., H.D.
                  Associates, LP, Paul E. Rowsey III, **C.** Todd Miller, David
                  M. Jacobs, William S. Buchanan **(smb) [Entry** date 06/09/00]

6/8/00   9        ANSWER and affirmative defenses to [2-1] complaint by
                  BankBoston, N.A. (smb) [Entry date **06/09/00**]

6/12/00  10       APPEARANCE of non-resident counsel **and** designation of local
                  counsel as to David Lane, Barnett **Lane**, JTL Capital, L.L.C.
                  Local counsel: Alan M. Gerlach. **Non-res**ident counsel: John
                  W. Greene. (smb) [Entry date 06/13/00]

# TAB 3

01/07/02   12:24   ☎2:   .599      EIGER. INC.

05-28-01  03:18pm   From-PEZZULLI&LOEWINSOHN                          972-712-1313        T-931  P.03/03  F-611



| **ESQUIRE DEPOSITION SERVICES (N)** | | |
| A Hobart West Company | | |
| 101 E Kennedy Blvd #2310 Tampa, Fl 33602 | 299994 | BADEM01 |
| (800) 838-2814 | INVOICE NUMBER | DATE |
| Tax ID # 22-3779684 | | |

To:  PEZZULLI & LOEWINSOHN, LLP
     18383 PRESTON ROAD
     SUITE 110                                                    229842   05/16/01
     DALLAS, TX 75252

ATTN : ALAN S. LOEWINSOHN, ESQUIRE          Due upon receipt   AMOUNT DUE   ENCL

YOUR REFERENCE NUMBER   8:00-cv-1026-T27GW

CAPTION   LOCHMERE DEVELOPMENT VS. EIGER FUND

SERVICES PROVIDED ON 04/26/01.
ROBERT D. EVANS                   1- 334   334 PGS @ $5.75     1,920.50   O+1

APPEARANCE FEE 9:00-5:00                                        260.00
INTERACTIVE REALTIME                                             0.00
ASCII DISK                                                       5.00
CONDENSED & WORD INDEX                                          15.00
EXHIBITS                              451 @  $0.30             135.30
SHIPPING AND HANDLING                                          35.00
THANK YOU                                                       0.00
ACCOUNT SERVICE FEE                                            237.08

                                              TOTAL     2,607.88   Thank you

***SAVE 237.08   AMOUNT DUE IF PAID BEFORE   06/15/01   2,370.80
                 AMOUNT DUE IF PAID AFTER    06/15/01   2,607.88

Esquire Deposition Services is not affiliated with Esquire  Reporting, Inc.

↓ Please detach and send with payment

Remit To:

ESQUIRE DEPOSITION SERVICES          JOB #: 299994   TOTAL: $2607.88
P.O. BOX 460070                      INVOICE #: 229842 EFL
FORT LAUDERDALE, FL 33346            DATE: 05/16/01
Tax ID # 22-3779684

PEZZULLI & LOEWINSOHN, LLP
Attn: ALAN S. LOEWINSOHN, ESQUIRE
18383 PRESTON ROAD
SUITE 110
DALLAS, TX 75252



A Record Of Excellence

Case 8:00-cv-01026-JDW    Document 297    Filed 08/09/02    Page 16 of 64 PageID 3231

# ESQUIRE
DEPOSITION SERVICES

**(E) Esquire Deposition Services DALLAS**
A Hobart West Group Company
703 McKinney Ave, #320, Dallas, TX 75202
Tel(214)965-9200      Fax(214)965-9205     20624    ESQUT01
Tax ID # 22-3779684

| INVOICE NUMBER | DATE |
|---|---|
| 20290EDA | 11/20/01 |

To: Pezzulli & Loewinsohn
18383 Preston Road
Suite 100
Dallas, TX 75252

ATTN : Alan Loewinsohn

Due upon receipt.

| | AMOUNT DUE | ENCL |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION: LOCHMERE DEVELOPMENT VS. EIGER FUND

| SERVICES PROVIDED ON 11/14/01: | | | AMOUNT DUE | ENCL |
|---|---|---|---|---|
| Robert Evans | 1- 62 | 62 PGS @ $4.30 | 266.60 | O+1 |
| Plus Expedited Two-Day | | 62 @ $3.65 | 226.30 | |
| Condensed Transcript | | | 12.00 | |
| ASCII Disk | | 62 @ $12.00 | 744.00 | |
| Exhibits | | 74 @ $0.35 | 25.90 | |
| Exhibit Tabs | | 7 @ $0.50 | 3.50 | |
| Binders | | | 10.00 | |
| Administration Fee | | | 40.00 | |
| Shipping & Handling | | | 30.00 | |
| THANK YOU! | | | 0.00 | |

POSTED
CLIENT EXPENSES

POSTED A/P

Pay - put on
Firm credit card

TOTAL    1,358.30

Thank You!

A M E R I C A    T H E    B E A U T I F U L

↓ Please detach and send with payment

11-01 08:24P                                                          P.02

                                                                        1

# INVOICE

## Del Vecchio Reporting Services, LLC
### Professional Shorthand Reporters
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

**INVOICE #** 19241

9/11/01

TO:  CAROL E. FARQUHAR, ESQ.
     PEZZULLI & LOEWINSOHN, L.L.P.
     18383 Preston Road, Suite 110
     Dallas, TX  75252

RE:  LOCHMERE DEVELOPMENT GROUP, INC., ET AL. V. EIGER
     FUND I, L.P., ET AL.
     Deposition of:  MERRICK KLEEMAN
     Taken on:  7/30/01

| | |
|---|---|
| TRANSCRIPT | 588.00 |
| JURAT PREP | 10.00 |
| APPR. FEE | 75.00 |
| REALTIME | 220.50 |
| ASCII | 10.00 |
| CONDENSED, CONCORDANCE | 25.00 |
| PHOTOCOPIES | 164.25 |
| SUB TOTAL | 613.00 |
| TAX | 36.78 |
| TOTAL | 649.78 |
| FEDEX, COD | 100.00 |
| GRAND TOTAL | 749.78 |

POSTED
CLIENT EXPENSES

OK u

EIN 06-1464733

REPORTER:  SAN EDWARDS

*Please refer to invoice number when remitting.*

Case 8:00-cv-01026-JDW   Document 297   Filed 08/09/02   Page 18 of 64 PageID 3233

# ESQUIRE
**DEPOSITION SERVICES**

**ESQUIRE DEPOSITION SERVICES (W)**
A HOBART WEST COMPANY
515 N. FLAGLER DR. P-200 - WPB, FL 33401
(561) 659-4155
Tax ID # 22-3779684

| | |
|---|---|
| 325754 | HOLMM01 |
| INVOICE NUMBER | DATE |

To: PEZZULLI & LOEWINSOHN, LLP
18383 PRESTON ROAD
SUITE 110
DALLAS, TX 75252

251761EFL 08/23/01

ATTN : ALAN S. LOEWINSOHN, ESQUIRE

| | Due upon receipt. | AMOUNT DUE | ENCL. |
|---|---|---|---|

YOUR REFERENCE NUMBER: 8:00-cv-1026-T27GW

CAPTION: LOCHMERE DEVELOPMENT VS. EIGER FUND

SERVICES PROVIDED ON 08/02/01:

| | | AMOUNT DUE | ENCL. |
|---|---|---|---|
| ROBERT WHITLEY | 1- 227   227 PGS @ $3.75 | 851.25 | O+1 |
| APPEARANCE FEE | | 140.00 | |
| 10:56 - 12:51 & 1:49 - 4:00 | | | |
| ASCII OR CONDENSED TRANSCRIPT | | 15.00 | |
| EXHIBITS | 634 @ $0.40 | 253.60 | |
| EXHIBITS {COLOR COPIES} | 34 @ $1.99 | 67.66 | |
| SHIPPED UPS | | 19.21 | |
| THANK YOU | | 0.00 | |

**POSTED A/P**

**POSTED CLIENT EXPENSES**

| | TOTAL | 1,346.72 | Thank You! |
|---|---|---|---|

Esquire Deposition Services is not affiliated with Esquire  Reporting, Inc.

↓ Please detach and send with payment

**ESQUIRE**
DEPOSITION SERVICES

ESQUIRE DEPOSITION SERVICES (N)
A Hobart West Company
101 E Kennedy Blvd #2310 Tampa, Fl 33602
(800) 838-2814
Tax ID # 22-3779684

| | 325767 | BADEM01 |
|---|---|---|
| | INVOICE NUMBER | DATE |
| | 251157EFL | 08/21/01 |

To: PEZZULLI & LOEWINSOHN, LLP
18383 PRESTON ROAD
SUITE 110
DALLAS, TX 75252

ATTN : CAROL FARQUHAR, ESQ.

| Due upon receipt. | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:   8:00-cv-1026-T27GW

CAPTION:  LOCHMERE DEVELOPMENT VS. EIGER FUND

SERVICES PROVIDED ON 08/03/01:

| Description | Qty | | Amount Due | ENCL. |
|---|---|---|---|---|
| RICHARD BROWN | 1- 208 | 208 PGS @ $3.75 | 780.00 | O+1 |
| APPEARANCE FEE | | | 170.00 | |
| 9:30 - 12:00 & 1:00 - 3:30 | | | | |
| EXHIBITS (B+W) (2 SETS) | 392 @ | $0.60 | 235.20 | |
| EXHIBITS (COLOR) (2 SETS) | 25 @ | $4.00 | 100.00 | |
| ASCII OR CONDENSED TRANSCRIPT | | | 15.00 | |
| SHIPPING AND HANDLING | | | 35.00 | |
| THANK YOU | | | 0.00 | |
| ACCOUNT SERVICE FEE | | | 133.52 | |

POSTED
CLIENT SERVICES

POSTED A/P

| | TOTAL | 1,468.72 | Thank You! |
|---|---|---|---|

***SAVE 133.52   AMOUNT DUE IF PAID BEFORE   09/20/01   1,335.20
AMOUNT DUE IF PAID AFTER   09/20/01   1,468.72

Esquire Deposition Services is not affiliated with Esquire Reporting, Inc.

↓ Please detach and send with payment

## *Hartsock & Cervone*
### COURT REPORTERS

100 NORTH TAMPA STREET
SUITE 2825
TAMPA, FLORIDA 33602
(813) 221-3292
FAX (813) 227-9337

PLEASE REMIT TO:
POST OFFICE BOX 2408
TAMPA, FLORIDA 33601

received
12-20-01

TAX ID # 59-3470714

360 CENTRAL AVENUE
SUITE 1450
ST. PETERSBURG, FLORIDA 33701
(727) 895-3331
FAX (727) 895-3554

Carol E. Farquhar, Attorney at Law
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 100
Dallas, TX 75252

DATE  12/16/01

#  996734

LOCHMERE DEVELOPMENT vs.
H.D. ASSOCIATES, et al.

NR
Deposition of: Steven Samaha

| 12/05/01 | | |
|---|---|---|
| Appearance fee | | 90.00 |
| Original transcript | | 408.80 |
| ASCII Disk - NO CHARGE | | |
| Compressed copy - NO CHARGE | | |

TOTAL DUE: 498.80

# Hartsock & Cervone
## COURT REPORTERS

| 100 NORTH TAMPA STREET<br>SUITE 2825<br>TAMPA, FLORIDA 33602<br>(813) 221-3292<br>FAX (813) 227-9337 | PLEASE REMIT TO:<br>POST OFFICE BOX 2408<br>TAMPA, FLORIDA 33601 | TAX ID# 59-3470714<br>360 CENTRAL AVENUE<br>SUITE 1450<br>ST. PETERSBURG, FLORIDA 33701<br>(727) 898-3331<br>FAX (727) 895-3554 |

12-20-01

Carol E. Farquhar, Attorney at Law
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 100
Dallas, TX 75252

**DATE** 12/16/01

\# 996737

| 12/07/01 | LOCHMERE DEVELOPMENT vs.<br>H.D. ASSOCIATES, et al.<br><br>nr<br>Deposition of:  Robert Canterbury<br>Appearance fee<br>Original transcript<br>ASCII Disk - NO CHARGE<br>Compressed copy - NO CHARGE | |
|---|---|---|
| | Appearance fee | 45.00 |
| | Original transcript | 350.40 |

OK-af

ID#:╪∠€·≈²∠²≥■∩Ω∩Ω

**TOTAL DUE:** 395.40

# TAB 4



**ESQUIRE**
DEPOSITION SERVICES

**ESQUIRE DEPOSITION SERVICES (N)**
A Hobart West Company
101 E Kennedy Blvd #2310 Tampa, Fl 33602
(800) 838-2814
Tax ID # 22-3779684

| 299993 | KINDM01 |
|---|---|
| INVOICE NUMBER | DATE |

**To:** PEZZULLI & LOEWINSOHN, LLP
18383 PRESTON ROAD
SUITE 110
DALLAS, TX 75252

**RECEIVED**
MAY - 9 2001
ALAN S. LOEWINSOHN

| 226465 | 05/03/01 |
|---|---|

ATTN : ALAN S. LOEWINSOHN, ESQUIRE          Due upon receipt.   AMOUNT DUE   ENCL

YOUR REFERENCE NUMBER:  8:00-cv-1026-T27GW

CAPTION:  LOCHMERE DEVELOPMENT VS. EIGER FUND

**POSTED CLIENT EXPENSES**

SERVICES PROVIDED ON 04/26/01:

**POSTED A/P**

| | | |
|---|---|---|
| VIDEO DEPO. OF ROBERT EVANS | | 0.00 |
| VIDEO CHARGE    9:07-5:09 | | 780.00 |
| VHS MASTER TAPE | 4 @ $10.00 | 40.00 |
| VHS COPY(S) | 4 @ $10.00 | 40.00 |
| SHIPPED UPS | | 15.00 |
| THANK YOU | | 0.00 |
| ACCOUNT SERVICE FEE | | 87.50 |

| TOTAL | 962.50 | Thank You! |
|---|---|---|

***SAVE $87.50   AMOUNT DUE IF PAID BEFORE   06/02/01   $875.00
AMOUNT DUE IF PAID AFTER   06/02/01   $962.50

Esquire Deposition Services is not affiliated with Esquire Reporting, Inc.

↓ Please detach and send with payment

01/18/2002  16:44    21430    5    ESQUIRE DALL    PAGE  02

# ESQUIRE
**DEPOSITION SERVICES**

**(E) Esquire Deposition Services DALLAS**
A Hobart West Group Company
703 McKinney Ave, #320, Dallas, TX 75202
Tel (214) 965-9200    Fax (214) 965-9205
Tax ID # 22-3779684

| | |
|---|---|
| 21755 | |
| INVOICE NUMBER | DATE |

**To:** Pezzulli & Loewinsohn
18383 Preston Road
Suite 100
Dallas, TX 75252

21675EDA   01/17/02

**ATTN : Alan Loewinsohn**

Due upon receipt.    AMOUNT DUE    ENCL.

YOUR REFERENCE NUMBER:

CAPTION: LOCHMERE DEVELOPMENT VS. EIGER FUND

SERVICES PROVIDED ON 11/14/01:

VIDEO OF DEPOSITION (V)                                              240.00
Witness: Robert Evans
THANK YOU!

BALANCE DUE                        TOTAL | 240.00 | Thank You!

Recipient of the coveted Josh M. Rotten Award for service excellence!

↓ Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

Esquire Deposition Services DALLAS      JOB: 21755  TOT: $240.00
703 McKinney Avenue                     INVOICE #: 21675EDA
Suite 320                               DATE: 01/17/02
Dallas, TX 75202
Tax ID # 22-3779684

Pezzulli & Loewinsohn
Attn: Alan Loewinsohn
18383 Preston Road
Suite 100
Dallas, TX 75252



# ESQUIRE
**DEPOSITION SERVICES**
A Record Of Excellence

*Eiger 99.02*    *received*    *2-9-01*

# HAMILTON COMMUNICATIONS

*Videographer*

## P.O. BOX 555, WESTBROOK, CONNECTICUT 06498   (860) 399-4999   FAX (860) 399-6999

*6-6 110*

August 5, 2001

Carol E. Farquhar, Esq.
Pezzulli & Loewinsohn
18383 Preston Road - Suite 110
Dallas, TX 75252

Re: Lochmere Development Group VS. Eiger Fund I

**POSTED**
CLIENT EXPENSES

I    N    V    O    I    C    E

For the videotape recording of the following deposition:

**POSTED A/P**

Witness: Merrick Kleeman
Date: July 30, 2001
Location: Stamford, CT

| | |
|---|---|
| Videography (S-VHS requested) ................................ | $575.00 |
| Working copies (2 VHS videotapes) ............................. | N/C |
| Shipping ..................................................... | 6.00 |
| TOTAL ......................... | $581.00 |

Payable upon receipt please
Tax ID# 001489561

Case 8:00-cv-01026-JDW   Document 297   Filed 08/09/02   Page 26 of 64 PageID 3241

**ESQUIRE**
DEPOSITION SERVICES

99576

**ESQUIRE DEPOSITION SERVICES (W)**
A HOBART WEST COMPANY
515 N. FLAGLER DR. P-200 - WPB, FL 33401
(561) 659-4155
Tax ID # 22-3779684

| | 325753 | BALST01 |
|---|---|---|
| | INVOICE NUMBER | DATE |
| | 248814EFL | 08/09/01 |

To: PEZZULLI & LOEWINSOHN, LLP
18383 PRESTON ROAD
SUITE 110
DALLAS, TX 75252

ATTN : ALAN S. LOEWINSOHN, ESQUIRE

Due upon receipt.

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER: 8:00-cv-1026-T27GW

POSTED CLIENT EXPENSES

CAPTION: LOCHMERE DEVELOPMENT VS. EIGER FUND

SERVICES PROVIDED ON 08/02/01:

POSTED A/P

| | | AMOUNT DUE |
|---|---|---|
| VIDEO DEPO. OF ROBERT WHITLEY | | 0.00 |
| VIDEO CHARGE 1ST HOUR | | 200.00 |
| ADDITIONAL HOURS | 5 @ $85.00 | 425.00 |
| VHS MASTER TAPE | 3 @ $10.00 | 30.00 |
| VHS COPY(S) | 6 @ $10.00 | 60.00 |
| SHIPPED UPS | | 15.00 |
| THANK YOU | | 0.00 |
| ACCOUNT SERVICE FEE | | 73.00 |

| TOTAL | 803.00 | Thank You! |
|---|---|---|

***SAVE $73.00   AMOUNT DUE IF PAID BEFORE   09/08/01   $730.00
AMOUNT DUE IF PAID AFTER   09/08/01   $803.00

Esquire Deposition Services is not affiliated with Esquire Reporting, Inc.

↓ Please detach and send with payment

Case 8:00-cv-01026-JDW  Document 297  Filed 08/09/02  Page 27 of 64 PageID 3242

**ESQUIRE**
DEPOSITION SERVICES

**ESQUIRE DEPOSITION SERVICES (N)**
A Hobart West Company
101 E Kennedy Blvd #2310 Tampa, Fl 33602
(800) 838-2814
Tax ID # 22-3779684

325766      KINDM01

| INVOICE NUMBER | DATE |
|---|---|
| 251626EFL | 08/22/01 |

To:   PEZZULLI & LOEWINSOHN, LLP
      18383 PRESTON ROAD
      SUITE 110
      DALLAS, TX 75252

ATTN : CAROL FARQUHAR, ESQ.

Due upon receipt.

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:  8:00-cv-1026-T27GW

CAPTION:  LOCHMERE DEVELOPMENT VS. EIGER FUND

SERVICES PROVIDED ON 08/03/01:

| | | AMOUNT DUE |
|---|---|---|
| VIDEO DEPO. OF RICHARD BROWN | | 0.00 |
| VIDEO CHARGE 1ST HOUR | | 185.00 |
| ADDITIONAL HOURS | 4 @ $85.00 | 340.00 |
| VHS MASTER TAPE | 3 @ $10.00 | 30.00 |
| VHS COPY(S) | 3 @ $10.00 | 30.00 |
| SHIPPED UPS | | 15.00 |
| THANK YOU | | 0.00 |
| ACCOUNT SERVICE FEE | | 60.00 |

POSTED A/P

**TOTAL   660.00**   Thank You!

***SAVE $60.00   AMOUNT DUE IF PAID BEFORE  09/21/01   $600.00
                 AMOUNT DUE IF PAID AFTER   09/21/01   $660.00

POSTED EXPENSES

Esquire Deposition Services is not affiliated with Esquire  Reporting, Inc.

↓ Please detach and send with payment

**received**
12-14-01

Edgar E. Pike
P.O. Box 2305
Tampa, FL 33601-2305
813-254-3513
TIN# 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

## Invoice

| Invoice Date | Invoice # |
|---|---|
| 12/9/2001 | 11532 |

Bill To

Pezzulli & Loewinshon, L.L.P.
18383 Preston Road
Suite 110
Dallas, TX 75252

Please Remit To:

Edgar E. Pike
P.O. Box 2305
Tampa, FL 33601-2305

| Sched.Date | Terms | Due Date: | | Ordered By: |
|---|---|---|---|---|
| 12-05 & 12-07-01 | Net 30 | 1/8/2002 | | Carol E. Farquhar, Esq. |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Depositions held @ Bricklemeyer, Smolker & Bolves, P.A. Tampa, FL | | | |

POSTED
CLIENT EXPENSES

Video Depositions of:

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| 12-05 | STEVEN SAMAHA | 1 | 150.00 | 150.00 |
| | | 1.5 | 80.00 | 120.00 |
| 12-07 | ROBERT L. CANTERBURY | 1 | 150.00 | 150.00 |
| | | 0.5 | 80.00 | 40.00 |

Lochmere Development
vs.
H.D. Associates, L.P., et al

case # 8:00-CV-1026-T-27TGW

POSTED A/P



THANK YOU FOR YOUR BUSINESS.

| Total | $460.00 |
|---|---|
| **Balance Due** | $460.00 |

# TAB 5

Case 8:00-cv-01026-JDW   Document 297   Filed 08/09/02   Page 30 of 64 PageID 3245

*Eiger*

# ESQUIRE
DEPOSITION SERVICES

**Esquire Deposition Services**
1100 Spring Street, Suite 102
Atlanta, GA 30309
(954) 331-4459 * (800) 584-3500
Tax ID # 22-3779684

| | 403265 | HANHM01 |
|---|---|---|
| | INVOICE NUMBER | DATE |
| | 21746ATL | 06/25/01 |

To:  PEZZULLI, LOEWINSOHN, L.L.P.
     18383 PRESTON ROAD
     SUITE 110
     DALLAS, TX 75252-5476

ATTN : CAROL FARQUHAR, ESQ.

| | Due upon receipt. | AMOUNT DUE | ENCL. |
|---|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  LOCHMERE DEVELOPMENT VS. H.D ASSOCIATES

| | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|
| SERVICES PROVIDED ON 06/07/01: | | | | |
| Bob Avil | 1- 136 | 136 PGS @ $2.50 | 340.00 | 1CC |
| EXHIBITS | | 149 @ $0.50 | 74.50 | |
| ROUGH ASCII DISK | | 136 @ $1.50 | 204.00 | |
| SHIPPING & HANDLING | | | 12.00 | |
| THANK YOU | | | 0.00 | |
| ACCOUNT SERVICE FEE | | | 63.05 | |

POSTED A/P   POSTED
CLIENT EXPENSES

| | TOTAL | 693.55 | Thank You! |
|---|---|---|---|

***SAVE $63.05    AMOUNT DUE IF PAID BEFORE   07/25/01    $630.50
                  AMOUNT DUE IF PAID AFTER    07/25/01    $693.55

↓ Please detach and send with payment



## BAY AREA REPORTING, INC.

REC'D AUG 9 2001
ajc



Carol E. Farquhar, Esquire
18383 Preston Rd.
Suite 110
Dallas, TX 75252

# INVOICE

### FED I.D. #59-1955802

| BILLING DATE | INVOICE NO. |
|---|---|
| 06/27/2001 | 1SF669 |

**Style:**   Lochmere Development Group
Vs. H.D.Associates, L.P., et al

| | | Description of Charges | Amount |
|---|---|---|---|
| **Case No.** | 8:00-CV-1026-T-278 | One copy/expedited | 327.00 |
| **Court Reporter:** | Sharlene Farmer | Condensed Transcript | 16.35 |
| **Date of Service:** | 06/15/2001 | Exhibits | 17.30 |
| **Time of Service:** | 9:30 AM | Federal Express for transcript | 30.75 |
| **Deposition of:** | Nicholas Whiting | Federal Express for ASCII, condensed | 23.92 |
| **Total Pages:** | 109 | | |
| **Status:** | FedEx overnight | | |

**POSTED CLIENT EXPENSES**

**PAST DUE**

*1st PAST DUE NOTICE*

**POSTED A/P**

return bottom portion with payment

| | DUE UPON RECEIPT → | TOTAL $ | **$415.32** |
|---|---|---|---|
| | AFTER 60 DAYS → | TOTAL $ | |

Acct. No. _____

Authorized Signature _____

Exp. Date: _____

INVOICE NO. _____ 1SF669

• Do not staple checks

*received*
7-13-01

ST. AUGUSTINE COURT REPORTERS
1510 N. Ponce de Leon Blvd., Suite A
P. O. Box 3801
St. Augustine, FL  32085-3801
(904) 825-0570 - FAX: 825-4566
Tax ID No.:  59-3139381
DUNS No.:  82-773-1027


July 6, 2001


INV NO.:  J-FAR-061901

CAROL E. FARQUHAR, Esquire    RE:  **LOCHMERE** v H.D. ASSOC
Pezzulli & Loewinsohn, L.L.P.        **Depos** of JAMES GARNDER
18383 Preston Road, Suite 110        **& TERRY** PENDLETON
Dallas, Texas  75252

---

Copies of Transcripts of Depos of **JAMES** GARDNER & TERRY
PENDLETON held at the law offices **of Rogers,** Towers, 170
Malaga Street, St. Augustine, Fl, **on Tues**day, June 19,
2001, in the above-referenced case.


Copy -- Gardner ---- 93 pgs @ $1.75 **pp** ----$   162.75
Copy -- Pendleton -- 90 pgs @ $1.75 **pp** ----   157.50
Exhibits -- 323 copies @ $.35 each -------   113.05
ASCII disk ----- no charge ---------------   -0-
Postage -- priority mail ----------------    11.45
POSTED TOTAL:   $   444.75
CLIENT EXPENSES

Thank you!

Janet M. Beason, RPR-CP, RMR
Certified RealTime Reporter


Balance due and owing upon receipt.



**POSTED A/P**

# Merit Court Reporter~

Suite 600
309 West 7th Street
Fort Worth, TX 76102
**Phone:** (817) 336-3042     **Fax:** (817) 335-1203

**Job #:** 010627OFFI
**Job Date:** 06/27/2001
**Order Date:** 06/27/2001
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

## Invoice

**Invoice #:** 33813
**Inv.Date:** 07/16/2001
**Balance:** $400.90

---

**Bill To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

**Action:** **Lochmere** Development Group, Inc.
VS
**H.D. Associates, L.P.**
**Action #:** **8:00CV1026T27B**
**Rep:** **OFFI**
**Cert:**

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Paul E. Rowsey, III | Copy of Proceedings | $370.90 |
| 2 | Paul E. Rowsey, III | ASCII Diskette | $15.00 |
| 3 | Paul E. Rowsey, III | Condensed Transcript | $15.00 |



POSTED CLIENT EXPENSES
POSTED A/P

**Comments:**

Your prompt payment is appreciated.

| | |
|---|---|
| Sub Total | $400.90 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $400.90 |
| Payment | $0.00 |
| Balance Due | $400.90 |

**Federal Tax I.D.:** 75-2138679     **Terms:** Please Remit Upon **Receipt**

Please **KEEP THIS PART for YOUR RECORDS.**
Please **FOLD** then **TEAR HERE** and **RETURN THIS PART with PAYMENT.**

---

**Bill To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

**Deliver To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

## Invoice

Merit Court Reporters
Suite 600
309 West 7th Street
Fort Worth, TX 76102

**Phone:** (817) 336-3042
**Fax:** (817) 335-1203

**Invoice #:** 33813
**Inv.Date:** 07/16/2001
**Balance:** $400.90
**Job #:** 010627OFFI
**Job Date:** 06/27/2001
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Client:**

# Merit Court Reporters

**received**
7-9-01

Suite 600
309 West 7th Street
Fort Worth, TX 76102

Phone: (817) 336-3042    Fax: (817) 335-1203

Job #: 010628GAS
Job Date: 06/28/2001
Order Date: 06/28/2001
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| Invoice #: | 33697 |
| Inv.Date: | 07/06/2001 |
| Balance: | $327.60 |

**Bill To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

Action: **Lochmere** Development Group, Inc.
VS
**H.D. Associates, L.P.**

Action #: **8:00CV1026T27B**

Rep: **GAS**

Cert:

| Item | Proceeding/Witness | Description | Amount |
|------|-------------------|-------------|--------|
| 1 | Steven E. Kennedy | Copy of Proceedings | $297.60 |
| 2 | Steven E. Kennedy | ASCII Diskette | $15.00 |
| 3 | Steven E. Kennedy | Condensed Transcript | $15.00 |



POSTED CLIENT EXPENSES

POSTED A/P

**Comments:**

Your prompt payment is appreciated.

| | |
|---|---|
| Sub Total | $327.60 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $327.60 |
| Payment | $0.00 |
| Balance Due | $327.60 |

Federal Tax I.D.: 75-2138679    Terms: Please Remit Upon Receipt

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

# Invoice

Merit Court Reporters
Suite 600
309 West 7th Street
Fort Worth, TX 76102

**Deliver To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

Phone: (817) 336-3042
Fax: (817) 335-1203

| Invoice #: | 33697 |
| Inv.Date: | 07/06/2001 |
| Balance: | $327.60 |
| Job #: | 010628GAS |
| Job Date: | 06/28/2001 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

# Merit Court Reporters

Suite 600
309 West 7th Street
Fort Worth, TX 76102
Phone: (817) 336-3042    Fax: (817) 335-1203

Job #: 010710GAS
Job Date: 07/10/2001
Order Date: 07/10/2001
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**received** 7-23-01

## Invoice

Invoice #: 33864
Inv.Date: 07/18/2001
Balance: $331.40

**Bill To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

Action: **Lochmere** Development Group, Inc.
vs
**H.D. Associates, L.P.**
Action #: **8:00CV1026T27B**
Rep: **GAS**
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Joel H. Robuck | Copy of Proceedings | $121.10 |
| 2 | Joel H. Robuck | ASCII Diskette | $15.00 |
| 3 | Joel H. Robuck | Condensed Transcript | $15.00 |
| 4 | Edward P. Montgomery, Jr., CPA | Copy of Proceedings | $150.30 |
| 5 | Edward P. Montgomery, Jr., CPA | ASCII Diskette | $15.00 |
| 6 | Edward P. Montgomery, Jr., CPA | Condensed Transcript | $15.00 |

OK to pay

POSTED
CLIENT EXPENSES

Comments:

Your prompt payment is **POSTED A/P**

| | |
|---|---|
| Sub Total | $331.40 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $331.40 |
| Payment | $0.00 |
| Balance Due | $331.40 |

Federal Tax I.D.: 75-2138679    Terms: Please Remit Upon Receipt

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

**Deliver To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

## Invoice

Merit Court Reporters
Suite 600
309 West 7th Street
Fort Worth, TX 76102

Phone: (817) 336-3042
Fax: (817) 335-1203

Invoice #: 33864
Inv.Date: 07/18/2001
Balance: $331.40
Job #: 010710GAS
Job Date: 07/10/2001
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# TAB 6

# Merit Court Reporters

Suite 600
309 West 7th Street
Fort Worth, TX 76102
Phone: (817) 336-3042    Fax: (817) 335-1203

| | |
|---|---|
| Job #: | 010711CHG |
| Job Date: | 07/11/2001 |
| Order Date: | 07/11/2001 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |


**Invoice**

| | |
|---|---|
| Invoice #: | 33839 |
| Inv.Date: | 07/17/2001 |
| Balance: | $232.40 |

**Bill To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn  LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

**Action:** Lochmere Development Group, Inc.
vs
H.D. Associates, L.P.

**Action #:** 8:00CV1026T27B

**Rep:** CHG

**Cert:**

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | David Lane | Copy of Proceedings | $202.40 |
| 2 | David Lane | ASCII Diskette | $15.00 |
| 3 | David Lane | Condensed Transcript | $15.00 |

POSTED A/P

POSTED CLIENT EXPENSES

**Comments:**

Your prompt payment is appreciated.

| | |
|---|---|
| Sub Total | $232.40 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $232.40 |
| Payment | $0.00 |
| Balance Due | $232.40 |

**Federal Tax I.D.:** 75-2138679    **Terms:** Please Remit Upon Receipt

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn  LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

**Deliver To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn  LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

## Invoice

Merit Court Reporters
Suite 600
309 West 7th Street
Fort Worth, TX 76102

Phone: (817) 336-3042
Fax: (817) 335-1203

| | |
|---|---|
| Invoice #: | 33839 |
| Inv.Date: | 07/17/2001 |
| Balance: | $232.40 |
| Job #: | 010711CHG |
| Job Date: | 07/11/2001 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

# Merit Court Reporters

Suite 600
309 West 7th Street
Fort Worth, TX 76102

Phone: (817) 336-3042    Fax: (817) 335-1203

Job #: 010626GJC
Job Date: 06/26/2001
Order Date: 06/26/2001

DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



Invoice #:    33473
Inv.Date:    06/28/2001
Balance:    $272.20

---

**Bill To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

**Action:** **Lochmere** Development Group, Inc.
vs
**Eiger Fund I, L.P.**
**Action #:** **8:00-CV-1026-T-2**
**Rep:** **GJC**
**Cert:**

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Robert D. Evans | Copy of Proceedings | $201.70 |
| 2 | Robert D. Evans | Federal Express Charges | $12.25 |
| 3 | Robert D. Evans | Exhibit Charges | $13.25 |
| 4 | Robert D. Evans | E-Transcript Charges (X2) | $30.00 |
| 5 | Robert D. Evans | ASCII Diskette | $15.00 |

POSTED
CLIENT EXPENSES

POSTED A/P

**Comments:**

Your prompt payment is appreciated.

| | |
|---|---|
| Sub Total | $272.20 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $272.20 |
| Payment | $0.00 |
| Balance Due | $272.20 |

Federal Tax I.D.: 75-2138679    **Terms:** Please Remit Upon **Receipt**

Please *KEEP THIS PART for YOUR RECORDS.*
Please *FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

**Deliver To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

# Invoice

Merit Court Reporters
Suite 600
309 West 7th Street
Fort Worth, TX 76102

Phone: (817) 336-3042
Fax: (817) 335-1203

Invoice #:    33473
Inv.Date:    06/28/2001
Balance:    $272.20
Job #: 010626GJC
Job Date: 06/26/2001
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# TAB 7

Case 8:00-cv-01026-JDW    Document 297    Filed 08/09/02    Page 40 of 64 PageID 3255

**Accurate Evidence**
Legal Video and Photographic Services, Inc.
2377 South Collins · Arlington, Texas 76014
METRO (817) 261-2100 · FAX (817) 861-2089
Taxpayer I.D. # 75-2415786

*Bank One 00506*

*The high quality k video leader in North Texas since 1983.... for the enhancement of your professional image !*

received
7-13-01

6-6110

**INVOICE**
# 24031

Invoice Date: July 11, 2001

Our File #

Your File #

Case:    Lockmere Development
         vs.  HD Assoc et al

TO:    Ms. Carol Farquhar
       Pezzulli & Loewinnsohn
       18383 Preston Road
       Suite 110
       Dallas          TX   75252

*We are grateful for the opportunity to be of service... your comments are welcome!*

| Service Date | Quantity | Service Description | Price / Per | Amount |
|---|---|---|---|---|
| | | Video Deposition of Robert Evans at 1400 W. Abram, Arlington, Texas | | |
| 06/26/01 | 2 | VHS T-120 Dub from Master | 35.00 | 70.00 |
| | 2 | Sales Tax - Arlington (tape charge only) - 7.75% | 1.09 | 2.18 |
| | 1 | Postage | 2.04 | 2.04 |
| | | | TOTAL | $74.22 |

POSTED CLIENT EXPENSES

POSTED A/P

*If you assigned your deposition to us directly, your rate reduction is reflected!*
*Thank You for Your Dedication and Continued Confidence !*
PLEASE RETURN COPY OF INVOICE WITH REMITTANCE
www.legalvideo.com

# TAB 8

AO44
(Rev 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT

INVOICE NO:   00000052

### MAKE CHECKS PAYABLE TO:

MR. ALAN S. LOEWINSOHN
Pezzulli & Loewinsohn
18383 Preston Road, Ste. 110
Dallas, TX 75252-5476

KATHLEEN P. WALDEN, RMR, CRR
UNITED STATES COURT REPORTER
801 N. FLORIDA AVENUE
TAMPA, FL 33602

Phone:
FAX:

Phone:   (813) 301-5252
FAX:
Tax ID:   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
KWALDEN801@MSN.COM

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED 12-04-2001 | DATE DELIVERED |
|---|---|---|

Case Style:   00-CV-1026-T-27, LOCHMERE v EIGER, ET AL
DAILY COPY OF 12/4/01, 12/5/01, 12/6/01

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 515 | 5.00 | 2,575.00 | | | | | | | 2,575.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |

| | |
|---|---|
| TOTAL: | 2,575.00 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $2,575.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United State

| SIGNATURE | DATE |
|---|---|
| *Kathleen P. Walden* | 12-07-2001 |

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

# TAB 9

Case 8:00-cv-01026-JDW    Document 297    Filed 08/09/02    Page 44 of 64 PageID 3259

**ESQUIRE**
DEPOSITION SERVICES

**(E) Esquire Deposition Services DALLAS**
A Hobart West Group Company
703 McKinney Ave, #320, Dallas, TX 75202
Tel(214)965-9200     Fax(214)965-9205     17380
Tax ID # 22-3779684

17274-DA

| INVOICE NUMBER | DATE |
|---|---|
| 17274-DA | 06/26/01 |

To: Pezzulli & Loewinsohn
18383 Preston Road
Suite 110
Dallas, TX 75252

ATTN : Jo Hartwick

Due upon receipt.

| | AMOUNT DUE | ENCL |
|---|---|---|

YOUR REFERENCE NUMBER: Federal

CAPTION: LOCHMERE DEVELOPMENT VS. EIGER FUND I

SERVICES PROVIDED ON 06/12/01:

| | AMOUNT DUE |
|---|---|
| Process Service (P) | 170.00 |
| Service Upon Cor Starwood | 0.00 |
| Capitol, Richard Kleeman | |
| THANK YOU! | 0.00 |

**POSTED A/P**

**POSTED**
**CLIENT EXPENSES**

| TOTAL | 170.00 | Thank You! |
|---|---|---|

Esquire Deposition Services.   A name you know -- A name you can trust.

↓ Please detach and send with payment

Case 8:00-cv-01026-JDW    Document 297    Filed 08/09/02    Page 45 of 64 PageID 3260

# ESQUIRE™
### DEPOSITION SERVICES

**(E) Esquire Deposition Services DALLAS**
A Hobart West Group Company
703 McKinney Ave, #320, Dallas, TX 75202
Tel(214)965-9200      Fax(214)965-9205
Tax ID # 22-3779684

17872

| INVOICE NUMBER | DATE |
|---|---|
| 17729EDA | 07/23/01 |

To: Pezzulli & Loewinsohn
18383 Preston Road
Suite 110
Dallas, TX 75252

ATTN : Wilson Wray

*OK - cy*

| Due upon receipt. | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER: Federal

CAPTION: LOCHMERE DEVELOPMENT VS. EIGER FUND I

SERVICES PROVIDED ON 07/10/01:

| | AMOUNT DUE |
|---|---|
| Process Service (P) | 105.00 |
| Service Upon Starwood | 0.00 |
| Capitol Group | |
| Shipping & Handling (P) | 20.00 |
| THANK YOU! | 0.00 |

## POSTED A/P

## POSTED
### CLIENT EXPENSES

| TOTAL | 125.00 | Thank You! |
|---|---|---|

**Esquire Deposition Services.  A name you know -- A name you can trust.**

↓ Please detach and send with payment

# TAB 10



**Remit Payment To:**

**P.O. Box 96370**
**Houston, Texas 77213**

TAX ID: 76-0438874

# INVOICE

DAL 00046556

*INCLUDE ON*
*ALL REMITTANCE*

BILL TO: JESSICA THORNTON

PEZZULLI & LOEWINSOHN
18383 PRESTON RD.
SUITE 110
DALLAS, TEXAS 75252

PAYMENT DUE:
**5/24/01**

CLIENT MATTER NO:
**99576**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 3,363 | AutoFeed Copies Produced | $0.08 | $269.04 |
| 2 | 11" x 17" Copies Produced | $0.35 | $0.70 |

# POSTED

## POSTED
## CLIENT EXPENSES

Pay your balance today with American Express, MasterCard, Visa or Discover credit cards. Call
Maria Munoz at 214-953-0490 extension 228 for payment assistance.

| | |
|---|---|
| SUBTOTAL | $269.74 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $22.25 |
| AMT APPLIED | $0.00 |
| TOTAL | $291.99 |

CUSTOMER SIGNATURE:

ACCOUNT MANAGER     DELIVERY DATE     JOB NUMBER
ZACH POPE           4/24/01           00046556

Thank you for using the MedLeh Group!!! 214-953-0490

**Please Pay** From This Invoice by the Due Date Below

**5/24/01**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

# IKON
## Office Solutions

**INVOICE**    Page    1

| | |
|---|---|
| Invoice # | DNR106204 |
| Invoice Date | 04/12/2001 |
| Due Date | 04/12/2001 |
| Customer # | DNR-PEZZ |
| Order # | 01045068 |

## Document Services

Phone:(972) 386-9194    Fax:(972) 386-9459

Federal ID #:230334400

**TERMS: NET 10 DAYS**

| SOLD TO: | SHIP TO: |
|---|---|
| PEZZULLI & LOEWINSOHN L.L.P. | PEZZULLI & LOEWINSOHN L.L.P. |
| 18383 PRESTON ROAD | 18383 PRESTON ROAD |
| SUITE 110 | SUITE 110 |
| DALLAS,TX 75252-5476 | DALLAS,TX 75252-5476 |

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 04/11/2001 | JESSICA THORTON | 99576 | DAVID BISHOP |

| Reference 2 | | Reference 3 | |
|---|---|---|---|

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 67 C Litigation | 8431 | 0.140 | 1180.34 |
| 11 OS 11 x 17 Copy | 111 | 0.350 | 38.85 |
| 12 OS Copying | 27 | 1.250 | 33.75 |

OK J&H

POSTED A/P

POSTED

Thank You for Using IKON Document Services

CLIENT CHARGES

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED  THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS  ALL INVOICES ARE DUE UPON RECEIPT  INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS

| | |
|---|---|
| Taxable Sales: | 1252.94 |
| Sales Tax: | 103.37 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **1356.31** |

Received and approved by:_____    Date: _____

*Please pay from this copy.  The party named on this bill is **held responsible** for payment*

Payment From
PEZZULLI & LOEWINSOHN L.L.P.
18383 PRESTON ROAD
SUITE 110
DALLAS,TX 75252-5476

| Amount Enclosed |
|---|
| $ |

| **Invoice** | **DNR106204** |
|---|---|
| Invoice Date | 04/12/2001 |
| Customer # | DNR-PEZZ |
| Order # | 01045068 |

Please Remit to:
IKON Document Services
P.O. BOX 911830
Dallas,TX 75391-1830

**PAY THIS AMOUNT:**    **1356.31**


## IKON
### Office Solutions™

## Document Services

Phone:(214) 382-4566  Fax:(214) 382-2679
Federal ID #:230334400

**INVOICE**  Page  1

| | |
|---|---|
| Invoice # | DAL168135 |
| Invoice Date | 03/05/2001 |
| Due Date | 03/05/2001 |
| Customer # | DAL-PEZZ |
| Order # | 01030086 |

**TERMS: Net 10 Days**

SOLD TO:
**PEZZULLI AND LOEWINSOHN**
**18383 PRESTON RD**
**SUITE 110**
**DALLAS,TX 75252-000**

SHIP TO:
**PEZZULLI AND LOEWINSOHN**
**18383 PRESTON RD**
**SUITE 110**
**DALLAS,TX 75252-000**

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 03/02/2001 | JO HARTWICK | 99576 | JOHN SCHALLHORN |

| Reference 2 | | Reference 3 | |
|---|---|---|---|

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 567 | MEDIUM LITIGATION | 8875 | 0.140 | 1242.50 |
| 568 | EXTENSIVE LITIGATION | 13060 | 0.170 | 2220.20 |
| 588 | 11 X 17 COLOR COPIES | 7 | 3.000 | 21.00 |
| 589 | COLOR COPIES | 89 | 1.250 | 111.25 |
| 641 | 11 X 17 COPIES | 267 | 0.350 | 93.45 |
| 642 | OVERSIZE | 532 | 1.000 | 532.00 |
| 572 | LABELING | 17121 | 0.050 | 856.05 |

**Thank You for Using IKON Document Services**

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 5076.45 |
| Sales Tax: | 418.81 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | 5495.26 |

Received and approved by: _____  Date: _____

( *Please pay from this copy. The party named on this bill is held responsible for payment* )

Payment From:
PEZZULLI AND LOEWINSOHN
18383 PRESTON RD
SUITE 110
DALLAS,TX 75252-000

| Amount Enclosed |
|---|
| $ |

**Invoice**  DAL168135

| Invoice Date | 03/05/2001 |
|---|---|
| Customer # | DAL-PEZZ |
| Order # | 01030086 |

Please Remit to:
IKON DOCUMENT SERVICES
P O BOX 911830
Dallas,TX 75391-1830

**PAY THIS AMOUNT:**  5495.26

08:52:57  03/05/2001



## IKON Office Solutions™

## Document Services

Phone:(214) 382-4566          Fax:(214) 382-2679

Federal ID #:230334400

**INVOICE**   Page   **1**

| | |
|---|---|
| Invoice # | DAL168118 |
| Invoice Date | 03/05/2001 |
| Due Date | 03/05/2001 |
| Customer # | DAL-PEZZ |
| Order # | 01030055 |

**TERMS: Net 10 Days**

| SOLD TO: | SHIP TO: |
|---|---|
| PEZZULLI AND LOEWINSOHN | PEZZULLI AND LOEWINSOHN |
| 18383 PRESTON RD | 18383 PRESTON RD |
| SUITE 110 | SUITE 110 |
| DALLAS,TX 75252-000 | DALLAS,TX 75252-000 |

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 03/01/2001 | JO HARTWICK | 99576 | JOHN SCHALLHORN |

| Reference 2 | Reference 3 | |
|---|---|---|

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 572 | LABELING | 10998 | 0.050 | 549.90 |
| 641 | 11 X 17 COPIES | 4 | 0.350 | 1.40 |
| 642 | OVERSIZE | 14 | 1.500 | 21.00 |
| 567 | MEDIUM LITIGATION | 6123 | 0.140 | 857.22 |

Thank You for Using IKON Document Services

### PLEASE PAY FROM THIS INVOICE

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 1429.52 |
| Sales Tax: | 117.94 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **1547.46** |

Received and approved by: _____   Date: _____

( Please pay from this copy.  The party named on this bill is held responsible for payment )

Payment From:
PEZZULLI AND LOEWINSOHN
18383 PRESTON RD
SUITE 110
DALLAS,TX 75252-000

| Amount Enclosed |
|---|
| $ |

**Invoice**   **DAL168118**

| | |
|---|---|
| Invoice Date | 03/05/2001 |
| Customer # | DAL-PEZZ |
| Order # | 01030055 |

Please Remit to:
IKON DOCUMENT SERVICES
P O BOX 911830
Dallas,TX 75391-1830

**PAY THIS AMOUNT:**   1547.46

07:31:29   03/05/2001


**ce Solutions**

**...nt Services**

Phone:(214) 382-4566        Fax:(214) 382-2679

Federal ID #:230334400

**INVOICE**    Page    1

| | |
|---|---|
| Invoice # | DAL169517 |
| Invoice Date | 04/03/2001 |
| Due Date | 04/03/2001 |
| Customer # | DAL-PEZZ |
| Order # | 01040046 |

POSTED A/P

TERMS: Net 10 Days

POSTED
CLIENT EXPENSES

**SOLD TO:**
PEZZULLI AND LOEWINSOHN
18383 PRESTON RD
SUITE 110
DALLAS,TX 75252-000

**SHIP TO:**
PEZZULLI AND LOEWINSOHN
18383 PRESTON RD
SUITE 110
DALLAS,TX 75252-000

| Order Date | Ordered By | Reference / Case # | | Account Manager |
|---|---|---|---|---|
| 04/02/2001 | JESSICA THORTON | 99576 | | JOHN SCHALLHORN |
| Reference 2 | | | Reference 3 | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 567 | MEDIUM LITIGATION | 684 | 0.140 | 95.76 |
| 641 | 11 X 17 COPIES | 68 | 0.350 | 23.80 |
| 571 | LABELING | 1472 | 0.050 | 73.60 |

OK 96¢H

**Thank You for Using IKON Document Services**

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 193.16 |
| Sales Tax: | 15.94 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | 209.10 |

Received and approved by: _____    Date: 4/3/01

Please pay from this copy.  The party named on this bill is held responsible for payment

Payment From:
PEZZULLI AND LOEWINSOHN
18383 PRESTON RD
SUITE 110
DALLAS,TX 75252-000

| Amount Enclosed |
|---|
| $ |

**Invoice**    **DAL169517**

| | |
|---|---|
| Invoice Date | 04/03/2001 |
| Customer # | DAL-PEZZ |
| Order # | 01040046 |

Please Remit to:
IKON DOCUMENT SERVICES
P O BOX 911830
Dallas,TX 75391-1830

**PAY THIS AMOUNT:**    209.10

08:01:28    04/03/2001

**Remit Payment To:**

**P.O. Box 96370**
**Houston, Texas 77213**

TAX ID: 76-0438874



# INVOICE

DAL 00047928

*INCLUDE ON*
*ALL REMITTANCE*

BILL TO: JESSICA THORNTON
PEZZULLI & LOEWINSOHN
18383 PRESTON RD.
SUITE 110
DALLAS, TEXAS 75252

PAYMENT DUE:
**7/5/01**

CLIENT MATTER NO:
00566

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 6,126 | Medium Litigation Copies Produced | $0.15 | $918.90 |
| 6 | 11" x 17" Copies Produced | $0.35 | $2.10 |
| 18 | Square Feet of Oversize Produced | $1.25 | $22.50 |

POSTED
CLIENT EXPENSES

POSTED A/P

We're growing!
1-877-WE WRK-4U
Prompt payment is needed.

Pay your balance today with American Express, MasterCard, Visa or Discover credit cards. Call
Maria Munoz at 214-953-0490 extension 228 for payment assistance.

| | |
|---|---|
| SUBTOTAL | $943.50 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $77.84 |
| AMT APPLIED | $0.00 |
| TOTAL | $1,021.34 |

CUSTOMER SIGNATURE:

ACCOUNT MANAGER
ZACH POPE

DELIVERY DATE
6/5/01

JOB NUMBER
00047928

Thank you for using the MedLeh Group!!! 214-953-0490

**Please Pay** From This Invoice by the Due Date Below

**7/5/01**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

# IKON
### Office Solutions™

**INVOICE**   Page   **1**

## Document Services

Phone:(214) 382-4566      Fax:(214) 382-2679

Federal ID #:230334400

**TERMS: Net 10 Days**

| | |
|---|---|
| Invoice # | DAL172728 |
| Invoice Date | 06/18/2001 |
| Due Date | 06/18/2001 |
| Customer # | DAL-PEZZ |
| Order # | 01060589 |

| SOLD TO: | SHIP TO: |
|---|---|
| PEZZULLI AND LOEWINSOHN | PEZZULLI AND LOEWINSOHN |
| 18383 PRESTON RD | 18383 PRESTON RD |
| SUITE 110 | SUITE 110 |
| DALLAS,TX 75252-000 | DALLAS,TX 75252-000 |

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 06/15/2001 | ANDREA HOWARD | 99576 | DAVID BISHOP |

| Reference 2 | Reference 3 | |
|---|---|---|
| | | |

| Description | | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 566 | LITIGATION | 799 | 0.110 | 87.89 |

**POSTED A/P**

**POSTED CLIENT EXPENSES**

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 87.89 |
| Sales Tax: | 7.25 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | 95.14 |

Received and approved by: _____    Date: _____

( *Please pay from this copy.  The party named on this bill is held responsible for payment* )

Payment From:

PEZZULLI AND LOEWINSOHN

18383 PRESTON RD

SUITE 110

DALLAS,TX 75252-000

| Amount Enclosed |
|---|
| $ |

**Invoice**   **DAL172728**

| | |
|---|---|
| Invoice Date | 06/18/2001 |
| Customer # | DAL-PEZZ |
| Order # | 01060589 |

Please Remit to:

IKON DOCUMENT SERVICES

P O BOX 911830

Dallas,TX 75391-1830

**PAY THIS AMOUNT:**   95.14

09-57-37   06/18/2001

**Remit Payment To:**

**P.O. Box 96370**
**Houston, Texas 77213**

**TAX ID: 76-0438874**

# INVOICE

DAL 00055089

*INCLUDE ON*
**ALL REMITTANCE**

BILL TO: JESSICA THORNTON

PEZZULLI & LOEWINSOHN
18383 PRESTON RD.
SUITE 110
DALLAS, TEXAS 75252

PAYMENT DUE:
**12/21/01**

CLIENT MATTER NO:
**99576**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 1,509 | Heavy Litigation Copies Produced | $0.185 | $279.17 |
| 84 | 11" Tabs | $0.25 | $21.00 |

*POSTED A/P*

*Copies of Depositions/Deposits.*
*for Shook*
*Hardy,*
*& Bacon*
*6-60 90*

POSTED
CLIENT EXPENSES

We're growing!
1-877-WE WRK-4U
Prompt payment is needed.

Pay your balance today with American Express, MasterCard, Visa or Discover credit cards. Call
Maria Munoz at 214-953-0490 extension 228 for payment assistance.

| | |
|---|---|
| SUBTOTAL | $300.17 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $24.76 |
| AMT APPLIED | $0.00 |
| TOTAL | $324.93 |

CUSTOMER SIGNATURE:

| ACCOUNT MANAGER | DELIVERY DATE | JOB NUMBER |
|---|---|---|
| ZACH POPE | 11/21/01 | 00055089 |

THANK YOU FOR USING THE MEDLEH GROUP!!! 214-953-0490

**Please Pay** From This Invoice by the Due Date Below
**12/21/01**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

PINK - CUSTOMER COPY

# TAB 11



**Remit Payment To:**

**P.O. Box 96370**
**Houston, Texas 77213**

**TAX ID: 76-0438874**

# INVOICE

DAL 00055069

*INCLUDE ON*
*ALL REMITTANCE*

BILL TO: JESSICA THORNTON

PEZZULLI & LOEWINSOHN
18383 PRESTON RD.
SUITE 110
DALLAS, TEXAS 75252

PAYMENT DUE:
**12/21/01**

CLIENT MATTER NO:
**99576**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 3,477 | Medium Litigation Copies Produced | $0.15 | $521.55 |
| 20 | 11" x 17" Copies Produced | $0.35 | $7.00 |
| 197 | 11" Tabs | $0.25 | $49.25 |
| 9 | 14" Redwelds | $2.75 | $24.75 |

POSTED A/P

POSTED
CLIENT EXPENSES

Pay your balance today with American Express, MasterCard, Visa or Discover credit cards. Call
Maria Munoz at 214-953-0490 extension 228 for payment assistance.

| | |
|---|---|
| SUBTOTAL | $602.55 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $49.71 |
| AMT APPLIED | $0.00 |
| TOTAL | $652.26 |

CUSTOMER SIGNATURE: _____

| ACCOUNT MANAGER | DELIVERY DATE | JOB NUMBER |
|---|---|---|
| ZACH POPE | 11/21/01 | 00055069 |

THANK YOU FOR USING THE MEDLEH GROUP!!! 214-953-0490

**Please Pay** From This Invoice by the Due Date Below
**12/21/01**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

PINK - CUSTOMER COPY

**Remit Payment To:**

**P.O. Box 96370
Houston, Texas 77213**

**INVOICE**

DAL 00055079

*INCLUDE ON
ALL REMITTANCE*

TAX ID: 76-0438874

DALLAS · HOUSTON
CHICAGO

BILL TO: JESSICA THORNTON

PEZZULLI & LOEWINSOHN
18383 PRESTON RD.
SUITE 110
DALLAS, TEXAS 75252

PAYMENT DUE:
**12/21/01**

CLIENT MATTER NO:
**99576**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 5,209 | Medium Litigation Copies Produced | $0.15 | $781.35 |

POSTED A/P

*ex5. for P&L*

*6-6090*

We're growing!

1-877-WE-WRK-4U

*Prompt payment is needed.*

**POSTED
CLIENT EXPENSES**

Pay your balance today with American Express, MasterCard, Visa or Discover credit cards. Call
Maria Munoz at 214-953-0490 extension 228 for payment assistance.

| | |
|---|---|
| SUBTOTAL | $781.35 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $64.46 |
| AMT APPLIED | $0.00 |
| TOTAL | $845.81 |

CUSTOMER SIGNATURE:

| ACCOUNT MANAGER | DELIVERY DATE | JOB NUMBER |
|---|---|---|
| ZACH POPE | 11/21/01 | 00065079 |

THANK YOU FOR USING THE MEDLEH GROUP!!! 214-953-0490

**Please Pay** From This Invoice by the Due Date Below

**12/21/01**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

PINK CUSTOMER COPY

**Remit Payment To:**
P.O. Box 96370
Houston, Texas 77213

TAX ID: 76-0438874

THE MEDLEH GROUP
We're here to serve you.
DALLAS · HOUSTON
CHICAGO

# INVOICE

Prof Svcs

DAL 00055124

*INCLUDE ON
ALL REMITTANCE*

BILL TO: JESSICA THORNTON
PEZZULLI & LOEWINSOHN
18383 PRESTON RD.
SUITE 110
DALLAS, TEXAS 75252

PAYMENT DUE:
**12/23/01**

CLIENT MATTER NO:
**99576**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 4,439 | Medium Litigation Copies Produced | $0.15 | $665.85 |
| 52 | 11" x 17" Copies Produced | $0.35 | $18.20 |

Copy of Exhibits for Shook Hardy Bacon

POSTED A/P

POSTED
CLIENT EXPENSES

We're growing!
1-877-WE WRK-4U
Prompt payment is needed.

66090

Pay your balance today with American Express, MasterCard, Visa or Discover credit cards. Call
Maria Munoz at 214-953-0490 extension 228 for payment assistance.

| | |
|---|---|
| SUBTOTAL | $684.05 |
| POSTAGE/FREIGHT. | $0.00 |
| SALES TAX; | $56.43 |
| AMT APPLIED | $0.00 |
| TOTAL | $740.48 |

CUSTOMER SIGNATURE:

ACCOUNT MANAGER
ZACH POPE.

DELIVERY DATE
11/23/01

JOB NUMBER
00055124

THANK YOU FOR USING THE MEDLEH GROUP!!! 214-953-0490

**Please Pay From This Invoice by the Due Date Below**
**12/23/01**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

PINK - CUSTOMER COPY

**Remit Payment To:**
**P.O. Box 96370**
**Houston, Texas 77213**

THE MEDLEH GROUP
We're here to serve you
DALLAS · HOUSTON
CHICAGO

# INVOICE

DAL 00055119

*INCLUDE ON*
*ALL REMITTANCE*

TAX ID: 76-0438874

BILL TO: JESSICA THORNTON

PEZZULLI & LOEWINSOHN
18383 PRESTON RD.
SUITE 110
DALLAS, TEXAS 75252

PAYMENT DUE:
**12/23/01**

CLIENT MATTER NO:
**99-576**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 2,550 | Medium Litigation Copies Produced | $0.15 | $382.50 |
| 133 | 11" Tabs | $0.25 | $33.25 |

*Copy for Shook Hardy*

*Exhibits*

POSTED A/P

POSTED CLIENT EXPENSES

We're growing!
1-877-WE-WRK-4U
Prompt payment is needed.

6-6090

Pay your balance today with American Express, MasterCard, Visa or Discover credit cards. Call
Maria Munoz at 214-953-0490 extension 228 for payment assistance.

| | |
|---|---|
| SUBTOTAL | $415.75 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $34.30 |
| AMT APPLIED | $0.00 |
| TOTAL | $450.05 |

CUSTOMER SIGNATURE: _____

ACCOUNT MANAGER    DELIVERY DATE    JOB NUMBER
ZACH POPE          11/23/01         00055119

THANK YOU FOR USING THE MEDLEH GROUP!!! 214-953-0490

**Please Pay From This Invoice by the Due Date Below**
**12/23/01**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

PINK CUSTOMER COPY

*Prep. Svcs*

**Remit Payment To:**

**P.O. Box 96370**
**Houston, Texas 77213**



# INVOICE

**DAL 00055327**

*INCLUDE ON*
*ALL REMITTANCE*

TAX ID: 76-0438874

BILL TO: JESSICA THORNTON

PEZZULLI & LOEWINSOHN
18383 PRESTON RD.
SUITE 110
DALLAS, TEXAS 75252

**PAYMENT DUE:**
**12/28/01**

CLIENT MATTER NO:
**99576**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1,507 | Heavy Litigation Copies Produced | $0.17 | $256.19 |
| 70 | 11" Tabs | $0.25 | $17.50 |
| 3 | 3" Clear View Binders | $10.00 | $30.00 |

## POSTED A/P

*le-6340*



POSTED
CLIENT EXPENSES

Pay your balance today with American Express, MasterCard, Visa or Discover credit cards. Call
Maria Muñoz at 214-953-0490 extension 228 for payment assistance.

CUSTOMER SIGNATURE.

ACCOUNT MANAGER
ZACH POPE

DELIVERY DATE
11/28/01

JOB NUMBER
00055327

| | |
|---|---|
| SUBTOTAL | $303.69 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $25.05 |
| AMT APPLIED | $0.00 |
| TOTAL | $328.74 |

THANK YOU FOR USING THE MEDLEH GROUP!!! 214-953-0490

**Please Pay From This Invoice by the Due Date Below**
**12/28/01**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

PINK CUSTOMER COPY

**Remit Payment To:**
**P.O. Box 96370**
**Houston, Texas 77213**

THE MEDLEH GROUP
We're here to serve you.
DALLAS · HOUSTON
CHICAGO

# INVOICE

DAL 00055301

*INCLUDE ON*
*ALL REMITTANCE*

TAX ID: 76-0438874

BILL TO: JESSICA THORNTON
PEZZULLI & LOEWINSOHN
18383 PRESTON RD.
SUITE 110
DALLAS, TEXAS 75252

PAYMENT DUE:
**12/28/01**

CLIENT MATTER NO:
99576

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 7,880 | Heavy Litigation Copies Produced | $0.185 | $1,457.80 |
| 40 | 11" x 17" Copies Produced | $0.35 | $14.00 |
| 12 | 3" Binders | $10.00 | $120.00 |
| 406 | 11" Tabs | $0.25 | $101.50 |

We're growing!
1-877-WE WRK-4U
Prompt payment is needed.

Copies for Hill Gilstrap Orcott

Pay your balance today with American Express, MasterCard, Visa or Discover credit cards. Call Maria Munoz at 214-953-0490 extension 228 for payment assistance.

CUSTOMER SIGNATURE:

| | |
|---|---|
| SUBTOTAL | $1,693.30 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $139.70 |
| AMT APPLIED | $0.00 |
| TOTAL | $1,833.00 |

ACCOUNT MANAGER
ZACH POPE

DELIVERY DATE
11/28/01

JOB NUMBER
00055301

THANK YOU FOR USING THE MEDLEH GROUP!!! 214-953-0490

**Please Pay From This Invoice by the Due Date Below**
**12/28/01**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

PINK - CUSTOMER COPY

# TAB 12

COPY

## STATEMENT FOR MEDIATION SERVICES
### October 25, 2001

Re: **Lochmere Development Group, Inc. and Lochmere Realty, Inc. v. Eiger Fund I, L.P., et al.**, Case No. 8:00-cv-1026-T-27B

Time charges:

August 15, 2001

.5   Administration time

October 18, 2001

.25  Confer with counsel; prepare file memo

October 24, 2001

1.0  Review mediation summaries and pleadings; legal research; prepare notes and questions

October 25, 2001

6.75 Review lengthy attachments; prepare additional notes and questions; mediate; prepare final paperwork

8.5  x  $300/hr  =  $2550.00

Costs incurred:

Copies              WAIVED
Long distance       WAIVED
Parking             WAIVED
Postage             WAIVED

Total costs:          0


Per-party mediation fee: $850.00


Lochmere should pay:  $850.00
Eiger/Bank should pay:$850.00
Lane/JTL/Barnett Lane should pay:  $850.00

Checks should be made payable to:

Peter J. Grilli, P.A.          Corporate EIN:
100 S. Ashley Dr., Ste. 1300   59-3215643
Tampa, Florida  33602
(813) 221-4515
Fax: (813) 228-9316

MEDIATION AND LAW OFFICE

COPY

PETER J. GRILLI
PROFESSIONAL ASSOCIATION

100 SOUTH ASHLEY DRIVE, SUITE 1300,
TAMPA, FL 33602
(813) 221-4515 FAX (813) 228-9316

ONLINE CALENDAR: WWW.GRILLIMEDIATION.COM
E-MAIL: MEDITR@AOL.COM

12/7/01

October 25, 2001

Alan S. Loewinsohn, Esquire
Carol E. Farquhar, Esquire
Pezzulli & Loewinsohn, LLP
18383 Preston Road, Ste. 110
Dallas, Texas        75252

Re:    Lochmere Development Group, Inc. and Lochmere Realty, Inc.
       v. Eiger Fund I, L.P., et al.
       Case No. 8:00-cv-1026-T-27B

---

### S T A T E M E N T

---

Facsimile Copies (65 x $1.00/page)              $65.00