# UNITED STATES DISTRICT COURT
## Middle District of Florida
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

Sheryl L. Loesch
Clerk
(813) 301-5412

Cindy Rauback
Tampa Division Manager
(813) 301-5400

**LOCHMERE DEVELOPMENT GROUP, INC.
and LOCHMERE REALTY, INC.,**

**Plaintiffs,**

v.

**Case No.  8:00-cv-1026-T-25B**

**EIGER FUND I, L.P., et al.,**

**Defendants.**

---

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

**U.S.C.A. Case Number:      02-1865-I**

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal.  The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

- Complete Record on Appeal:

  - 9      Volume(s) of Pleadings

  - 16     Volume(s) of Transcripts

  - 10      Folders of Exhibits

  * 3 expandable folders of documentary exhibits

SHERYL L. LOESCH, CLERK

By:    D. Greco, Deputy Clerk

August 22, 2002

F I L E   C O P Y



Date Printed: 08/22/2002

Notice sent to:

____    Gregory J. Orcutt, Esq.
        Bricklemyer, Smolker & Bolves, P.A.
        500 E. Kennedy Blvd., Suite 200
        Tampa, FL  33602-4990

____    Stuart C. Markman, Esq.
        Kynes, Markman & Felman, P.A.
        P.O. Box 3396
        Tampa, FL  33601-3396

____    Alan S. Loewinsohn, Esq.
        Loewinsohn & Flegle, L.L.P.
        18383 Preston Rd., Suite 110
        Dallas, TX  75252-5476

____    Jo E. Hartwick, Esq.
        Loewinsohn & Flegle, L.L.P.
        18383 Preston Rd., Suite 110
        Dallas, TX  75252-5476

____    Timothy Allen Andreu, Esq.
        Glenn, Rasmussen & Fogarty
        100 S. Ashley Dr., Suite 1300
        P.O. Box 3333
        Tampa, FL  33601-3333

____    Alan M. Gerlach Jr., Esq.
        Ford & Harrison LLP
        300 S. Orange Ave., Suite 1300
        P.O. Box 60
        Orlando, FL  32802-0060

____    John W. Greene, Esq.
        HILL GILSTRAP
        1400 West Abram Street
        Arlington, TX  76013

____    Dora F. Kaufman, Esq.
        Haley, Sinagra & Perez, P.A.
        100 Southeast 3rd Ave.
        One Financial Plaza, Suite 1900
        Ft. Lauderdale, FL  33394

USCA

____