RECEIVED

AO 133    (Rev. 9/89)  Bill of Costs

# UNITED STATES DISTRICT COURT

02 AUG 22  PM 3:49

__MIDDLE__    District of    __FLORIDA__

LOCHMERE DEVELOPMENT GROUP, INC., et al.

V.

H.D. ASSOCIATES, L.P., et al.

**AMENDED**
**BILL OF COSTS**
PER ORDER DATED 07/25/02

Case Number:  **8:00-CV-1026-T-27 TGW**

Judgment having been entered in the above entitled action on __April 19, 2002__ against __H.D. Associates, L.P.__
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . .(filing fee). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 219.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 795.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained **for use in** the case | 9,076.07 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 114.50 |
| Fees for exemplification and copies of papers necessarily obtained for use in the **case** . . . . . . . . . . . . . . | 6,729.30 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 **U.S.C.** 1828 . . . . . . . | |
| Other costs (please itemize) . . . **Mediation** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 850.00 |
| TOTAL | $ 17,783.87 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested **costs** in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were **necessarily** incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy **of this** bill was mailed today with postage prepaid to: __All counsel of record__ .

Signature of Attorney: _____

Name of Attorney:  **Gregory J. Orcutt**

For: __Plaintiff, Lochmere Development Group, Inc., et al__    Date: __08/21/02__
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

**SHERYL L. LOESCH**    By: _____    8/28/02
Clerk of Court    Deputy Clerk    Date

308

Date Printed: 08/29/2002



Notice sent to:

   \_\_\_   Gregory J. Orcutt, Esq.
        Bricklemyer, Smolker & Bolves, **P.A.**
        500 E. Kennedy Blvd., Suite 200
        Tampa, FL  33602-4990

   \_\_\_   Stuart C. Markman, Esq.
        Kynes, Markman & Felman, P.A.
        P.O. Box 3396
        Tampa, FL  33601-3396

   \_\_\_   Alan S. Loewinsohn, Esq.
        Loewinsohn & Flegle, L.L.P.
        18383 Preston Rd., Suite 110
        Dallas, TX  75252-5476

   \_\_\_   Jo E. Hartwick, Esq.
        Loewinsohn & Flegle, L.L.P.
        18383 Preston Rd., Suite 110
        Dallas, TX  75252-5476

   \_\_\_   Timothy Allen Andreu, Esq.
        Glenn, Rasmussen & Fogarty
        100 S. Ashley Dr., Suite 1300
        P.O. Box 3333
        Tampa, FL  33601-3333

   \_\_\_   Daniel F. Molony, Esq.
        Shook, Hardy & Bacon, L.L.P.
        100 N. Tampa St., Suite 2900
        P.O. Box 898
        Tampa, FL  33601-0898

   \_\_\_   Alan M. Gerlach Jr., Esq.
        Ford & Harrison LLP
        300 S. Orange Ave., Suite 1300
        P.O. Box 60
        Orlando, FL  32802-0060

   \_\_\_   John W. Greene, Esq.
        HILL GILSTRAP
        1400 West Abram Street
        Arlington, TX  76013

   \_\_\_   Dora F. Kaufman, Esq.
        Haley, Sinagra & Perez, P.A.
        100 Southeast 3rd Ave.
        One Financial Plaza, Suite 1900
        Ft. Lauderdale, FL  33394