FILED

CH

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

02 NOV 14 PM 2: 32

COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT
GROUP, INC., a Florida Corporation
and LOCHMERE REALTY, INC., a
Florida Corporation,

           Plaintiff(s),

vs.                      Case No. 8:00-CV-1026-T-27TGW

EIGER FUND I, L.P., et al.,

           Defendant(s).
_____/

## ORDER ON MOTION BY DEFENDANTS H.D. ASSOCIATES, L.P., EIGER, INC., AND 2M DUNES, INC. FOR RELIEF FROM FINAL JUDGMENT TO CORRECT CLERICAL ERROR OR MISTAKE

**BEFORE THE COURT** is Motion by Defendants H.D. Associates, L.P., Eiger, Inc., and

2M Dunes, Inc. for Relief from Final Judgment to Correct Clerical Error or Mistake (Dkt. 264) and

Joinder by Fleet National Bank, N.A. in Motion by Defendants H.D. Associates, L.P., Eiger, Inc.,

and 2M Dunes, Inc. for Relief from Final Judgment to Correct Clerical Error or Mistake (Dkt. 265).

Upon consideration, it is

      **ORDERED AND ADJUDGED** that Defendants' Motion (Dkt. 264) is **GRANTED.**

      **DONE AND ORDERED** in chambers this ___14th___ day of November, 2002.

                        _____
                        JAMES D. WHITTEMORE
                        United States District Judge

Copies to:
Counsel of Record
Courtroom Deputy

F I L E   C O P Y

Date Printed: 11/15/2002

Notice sent to:

____ Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL  33602-4990

____ Stuart C. Markman, Esq.
Kynes, Markman & Felman, P.A.
P.O. Box 3396
Tampa, FL  33601-3396

____ Alan S. Loewinsohn, Esq.
Loewinsohn & Flegle, L.L.P.
18383 Preston Rd., Suite 110
Dallas, TX  75252-5476

____ Jo E. Hartwick, Esq.
Loewinsohn & Flegle, L.L.P.
18383 Preston Rd., Suite 110
Dallas, TX  75252-5476

____ Timothy Allen Andreu, Esq.
Glenn, Rasmussen, Fogarty & Hooker, PA
100 S. Ashley Dr., Suite 1300
P.O. Box 3333
Tampa, FL  33601-3333

____ Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 N. Tampa St., Suite 2900
P.O. Box 898
Tampa, FL  33601-0898

____ Alan M. Gerlach Jr., Esq.
Ford & Harrison LLP
300 S. Orange Ave., Suite 1300
P.O. Box 60
Orlando, FL  32802-0060

____ John W. Greene, Esq.
HILL GILSTRAP
1400 West Abram Street
Arlington, TX  76013

____ Dora F. Kaufman, Esq.
Haley, Sinagra & Perez, P.A.
100 Southeast 3rd Ave.
One Financial Plaza, Suite 1900
Ft. Lauderdale, FL  33394