*Rev.*

OAO 133        (Rev. 9/89)  Bill of Costs

# UNITED STATES DISTRICT COURT

## Central District of Florida

Lochmere Development Group, et al.

V.

H.D. Assoc., L.P., et al.

### (Amended) BILL OF COSTS
### Pursuant to Order on Motion for Cost

Case Number:    8:00-CV-1026-T-27 TGW

Judgment having been entered in the above entitled action on    April 19, 2002    Against    H.D. Assoc., L.P.,

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . (Tab 2)................................................. | $              150.00 |
| Fees for service of summons and subpoena .............................. | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case . .      (Tabs 3,4,5,6, and 7) | 14,999.86 |
| Fees and disbursements for printing .................................... | 0.00 |
| Fees for witnesses (itemize on reverse side) ............................ | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case .............      (Tabs 8 and 9) | 15,191.87 |
| Docket fees under 28 U.S.C. 1923 ..................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ......................... | 0.00 |
| Compensation of court-appointed experts................................ | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ...... | 0.00 |
| Other costs (please itemize) . .Mediator's Fee (Tab 10)..................      Tab 1 is an itemized recap | 915.00 |
| TOTAL    $ | 31,256.73 |
| $97.5% Per Order | 30,475.31 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:       All Counsel of Record

Signature of Attorney:  _____

Name of Attorney:    Carol E. Farquhar

For:  Fleet National Bank, N.A., Eiger Partners, L.P., Eiger Fund 1, L.P., Paul E. Rowsey, III,       Date: 11/28/02
      C. Todd Miller, David M. Jacobs, and William S. Buchanan
                          Name of Claiming Party

Costs are taxed in the amount of    _____ $ 30,475.31 _____

**SHERYL L. LOESCH**                      By: _____    12/3/02

Clerk of Court                                    Deputy Clerk                          Date



**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Each Witness |
| | | | | | | | |
| | | | | | TOTAL | | |

# Exhibit
# 1

## JOINT COSTS
## EIGER ENTITIES/FLEET

|  | Vendor | Invoice # | Invoice Date | Amount | Total |
|---|---|---|---|---|---|
| **Court Filing Fees** (Tab 2) |  |  |  |  |  |
| U.S. District Clerk - filing of removal |  | T004463 |  | 150.00 |  |
| Total |  |  |  |  | 150.00 |
| **Copies of Deposition Transcripts for Depositions Taken by Eiger/Fleet** (Tab 3) |  |  |  |  |  |
| R. Evans  4/26/01 | Esquire Deposition Services | 229842 | 05/16/01 | 2,370.80 |  |
| R. Evans  11/14/01 | Esquire Deposition Services | 20290EDA | 11/20/01 | 1,358.30 |  |
| M. Kleeman  7/30/01 | Del Vecchio Reporting Services, LLC | 19241 | 09/11/01 | 749.78 |  |
| R. Whitley  8/2/01 | Esquire Deposition Services | 251761EFL | 08/23/01 | 1,346.72 |  |
| R. Brown  8/3/01 | Esquire Deposition Services | 251157EFL | 08/21/01 | 1,468.72 |  |
| S. Samaha  12/5/01 | Hartsock & Cervone | 996734 | 12/16/01 | 498.80 |  |
| R. Canterbury  12/7/01 | Hartsock & Cervone | 996737 | 12/16/01 | 395.40 |  |
| Total |  |  |  |  | 8,188.52 |
| **Copies of Video of Depositions Taken by Eiger/Fleet** (Tab 4) |  |  |  |  |  |
| R. Evans  4/26/01 | Esquire Deposition Services | 226465 | 05/03/01 | 875.00 |  |
| R. Evans  11/14/01 | Esquire Deposition Services | 21755 | 01/17/02 | 240.00 |  |
| M. Kleeman  7/30/01 | Hamilton Communications | (none) | 08/05/01 | 581.00 |  |
| R. Whitley  8/2/01 | Esquire Deposition Services | 248814EFL | 08/09/01 | 803.00 |  |
| R. Brown  8/3/01 | Esquire Deposition Services | 251626EFL | 08/22/01 | 660.00 |  |
| S. Samaha  12/5/01 | Edgar E. Pike | 11532 | 12/09/01 | 270.00 |  |
| R. Canterbury  12/7/01 | Edgar E. Pike | 11532 | 12/09/01 | 190.00 |  |
| Total |  |  |  |  | 3,619.00 |

Joint Costs - Eiger Entities/Fleet

JOINT COSTS
EIGER ENTITIES/FLEET

|  | Vendor | Invoice # | Invoice Date | Amount | Total |
|---|---|---|---|---|---|
| **Copies of Deposition Transcripts for Depositions Taken by Plaintiffs** (Tab 5) | | | | | |
| R. Avil  6/7/01 | Esquire Deposition Services | 21746ATL | 06/25/01 | 693.55 | |
| N. Whiting  6/15/01 | Bay Area Reporting, Inc. | 1SF669 | 06/27/01 | 415.32 | |
| J. Gardner & T. Pendleton 6/19/01 | St. Augustine Court Reporters | J-FAR-061901 | 07/06/01 | 444.75 | |
| P. Rowsey  6/27/01 | Merit Court Reporters | 33813 | 07/16/01 | 400.90 | |
| S. Kennedy  6/28/01 | Merit Court Reporters | 33697 | 07/06/01 | 327.60 | |
| J. Roebuck & E. Montgomery 7/10/01 | Merit Court Reporters | 33864 | 07/18/01 | 331.40 | |
| D. Lane  7/11/01 | Merit Court Reporters | 33839 | 07/17/01 | 232.40 | |
| Total | | | | | 2,845.92 |
| **Copies of Deposition Transcripts of Depositions Taken by Lane Defendants** (Tab 6) | | | | | |
| R. Evans  6/26/01 | Merit Court Reporters | 33473 | 06/28/01 | 272.20 | |
| Total | | | | | 272.20 |
| **Copies of Video of Depositions Taken by Lane Defendants** (Tab 7) | | | | | |
| R. Evans 6/26/01 | Accurate Evidence | 24031 | 07/11/01 | 74.22 | |
| Total | | | | | 74.22 |

JOINT COSTS
EIGER ENTITIES/FLEET

|  | Vendor | Invoice # | Invoice Date | Amount | Total |
|---|---|---|---|---|---|
| **Copies of Documents** | | | | | |
| **Produced and Bates labeled** | | | | | |
| (Tab 8) | Ikon Office Solutions | DAL168135 | 03/05/01 | 5,495.26 | |
| | Ikon Office Solutions | DAL168118 | 03/05/01 | 1,547.46 | |
| | Ikon Office Solutions | DAL16951 | 04/03/01 | 209.10 | |
| | Ikon Office Solutions | DNR106204 | 04/12/01 | 1,356.31 | |
| | The Medleh Group | DAL00046556 | 04/24/01 | 291.99 | |
| | The Medleh Group | DAL 00047928 | 06/05/01 | 1,021.34 | |
| | Ikon Office Solutions | DAL172728 | 06/18/01 | 95.14 | |
| | The Medleh Group | DAL 00055089 | 11/21/01 | 324.93 | |
| | Total | | | 10,341.53 | 10,341.53 |
| **Copies of Exhibits for All** | | | | | |
| **Counsel and Court** | | | | | |
| (Tab 9) | The Medleh Group | DAL00055069 | 11/21/01 | 652.26 | |
| | The Medleh Group | DAL00055079 | 11/21/01 | 845.81 | |
| | The Medleh Group | DAL00055124 | 11/23/01 | 740.48 | |
| | The Medleh Group | DAL00055119 | 11/23/01 | 450.05 | |
| | The Medleh Group | DAL00055327 | 11/28/01 | 328.74 | |
| | The Medleh Group | DAL00055301 | 11/28/01 | 1,833.00 | |
| | Total | | | 4,850.34 | 4,850.34 |
| **Mediator's Fees** | | | | | |
| (Tab 10) | | | | | |
| Peter J. Grilli | | | | 915.00 | |
| Total | | | | | 915.00 |
| TOTAL | | | | | 31,256.73 |

# Exhibit
# 2

Docket as of April 23, 2002 0:09                                    Web PACER (v2.3)

# U.S. District Court

## Middle District of Florida (Tampa)

## CIVIL DOCKET FOR CASE #: 00-CV-1026

## Lochmere Development, et al v. Eiger Fund I, L.P., et al

Filed: 05/24/00
Assigned to: Judge James D. Whittemore
Jury demand: Plaintiff
Demand: $15,000
Nature of Suit: 190
Lead Docket: None
Jurisdiction: Diversity
Dkt # in State Court-04/03/00 : is 00-02525 DIV I
ᵀCause: 28:1332 Diversity-Contract Dispute

LOCHMERE DEVELOPMENT GROUP,
INC., a Florida Corporation
    plaintiff

Stuart C. Markman
[COR LD NTC]
James E. Felman
[COR]
Kynes, Markman & Felman, P.A.
P.O. Box 3396
Tampa, FL 33601-3396
USA
813/229-1118
Katherine Earle Yanes
[COR]
Kynes, Markman & Felman, P.A.
100 S. Ashley Dr., Suite 1300
P.O. Box 3396
Tampa, FL 33601-3396
813/229-1118
Gregory J. Orcutt
[COR LD NTC]
Jay J. Bartlett
[COR LD]
Bricklemyer, Smolker & Bolves,
P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602-4990
813/223-3888
Robert W. Ritsch
[COR]
Law Office of Patricia L. Levy
1548 Beverly Dr.



# DOCKET   PROCEEDINGS

---

| DATE | # | DOCKET   ENTRY |
|---|---|---|

**5/24/00  1**    NOTICE OF REMOVAL from the 13th Judicial Circuit, in and for Hillsborough County, Florida, with state court record attached, by Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., David Lane, Barnett Lane, JTL Capital, L.L.C., H.D. Associates, LP, BankBoston, N.A., Paul E. Rowsey III, C. Todd Miller, David M. Jacobs, William S. Buchanan ( State Court case no.: 00-02525 DIV I)  Filed in state court on 4/3/00.   Filing fee $ 150.00 Receipt # T004463 (jlg) [Entry date 05/25/00]

**5/24/00  --**    MAGISTRATE JUDGE CASE ASSIGNMENT   Magistrate assigned: Thomas G. Wilson (jlg) [Entry date 05/25/00]

**5/24/00  2**    COMPLAINT filed in state court on 4/3/00; jury demand (jlg) [Entry date 05/25/00]

**5/24/00  --**    **ARBITRATION candidate. (jlg) [Entry date 05/25/00]

**5/25/00  3**    NOTICE to counsel of new case number and judge assignment (signed by deputy clerk) ctc (jlg)

**5/26/00  4**    ANSWER and affirmative defenses to [2-1] complaint by David Lane, Barnett Lane, JTL Capital, L.L.C. (smb) [Entry date 05/30/00]

**5/26/00  5**    NOTICE of designation under Local Rule 3.05 - TRACK 2. (ctc) (smb) [Entry date 05/30/00]

**5/30/00  6**    MOTION by Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, LP, BankBoston, N.A., Paul E. Rowsey III, C. Todd Miller, David M. Jacobs, William S. Buchanan with memorandum in support to extend time to answer or otherwise plead (smb) [Entry date 05/31/00]

**6/1/00  7**    NOTICE OF CASE REASSIGNMENT to the Honorable Judge James D. Whittemore. ctc (ag)

**6/8/00  8**    ANSWER and affirmative defenses to [2-1] complaint by Eiger Fund I, L.P., Eiger, Inc., Eiger Partners, L.P., H.D. Associates, LP, Paul E. Rowsey III, C. Todd Miller, David M. Jacobs, William S. Buchanan (smb) [Entry date 06/09/00]

**6/8/00  9**    ANSWER and affirmative defenses to [2-1] complaint by BankBoston, N.A. (smb) [Entry date 06/09/00]

**6/12/00  10**    APPEARANCE of non-resident counsel and designation of local counsel as to David Lane, Barnett Lane, JTL Capital, L.L.C. Local counsel: Alan M. Gerlach. Non-resident counsel: John W. Greene. (smb) [Entry date 06/13/00]

# Exhibit
# 3

01/07/02  12:24  ☎2.  ⌐ 3599          EIGER. INC.  ⌐                    ⌀014
05-28-01  03:18pm  From-PEZZULLI&LOEWINSOHN          972-712-1313      T-831  P.03/03  F-611

## E S Q U I R E™
DEPOSITION SERVICES

**ESQUIRE DEPOSITION SERVICES (N)**
A Hobart West Company
101 E Kennedy Blvd #2310 Tampa, Fl 33602
(800) 838-2814
Tax ID # 22-3779684

| | 299994 | BADEM01 |
|---|---|---|
| | INVOICE NUMBER | DATE |
| | 229842 | 05/16/01 |

To:  PEZZULLI & LOEWINSOHN, LLP
18383 PRESTON ROAD
SUITE 110
DALLAS, TX 75252

ATTN : ALAN S. LOEWINSOHN, ESQUIRE

| Due upon receipt | AMOUNT DUE | ENCL |
|---|---|---|

YOUR REFERENCE NUMBER   8:00-cv-1026-T27GW

CAPTION   LOCHMERE DEVELOPMENT VS. EIGER FUND

SERVICES PROVIDED ON 04/26/01.
ROBERT D. EVANS                  1- 334   334 PGS @ $5.75     1,920.50   O+1

APPEARANCE FEE 9:00-5:00                                        260.00
INTERACTIVE REALTIME                                             0.00
ASCII DISK                                                       5.00
CONDENSED & WORD INDEX                                          15.00
EXHIBITS                          451 @   $0.30                135.30
SHIPPING AND HANDLING                                           35.00
THANK YOU                                                        0.00
ACCOUNT SERVICE FEE                                            237.08

                                          TOTAL     2,607.88

***SAVE 237.08   AMOUNT DUE IF PAID BEFORE   06/15/01    2,370.80
                 AMOUNT DUE IF PAID AFTER    06/15/01    2,607.88

Esquire Deposition Services is not affiliated with Esquire Reporting, Inc.

↓ Please detach and send with payment

Remit To:

ESQUIRE DEPOSITION SERVICES          JOB #: 299994   TOTAL: $2607.88
P.O. BOX 460070                      INVOICE #: 229842 EFL
FORT LAUDERDALE, FL 33346            DATE: 05/16/01
Tax ID # 22-3779684

PEZZULLI & LOEWINSOHN, LLP
Attn: ALAN S. LOEWINSOHN, ESQUIRE
18383 PRESTON ROAD
SUITE 110
DALLAS, TX 75252

## E S Q U I R E™
DEPOSITION SERVICES

A Record Of Excellence

Case 8:00-cv-01026-JDW   Document 312   Filed 12/03/02   Page 12 of 56 PageID 3571

# ESQUIRE
DEPOSITION SERVICES

**(E) Esquire Deposition Services DALLAS**
A Hobart West Group Company
703 McKinney Ave, #320, Dallas, TX 75202
Tel(214)965-9200      Fax(214)965-9205      20624      ESQUT01
Tax ID # 22-3779684

| | INVOICE NUMBER | DATE |
|---|---|---|
| | 20290EDA | 11/20/01 |

To: Pezzulli & Loewinsohn
18383 Preston Road
Suite 100
Dallas, TX 75252

ATTN : Alan Loewinsohn

| | Due upon receipt. | AMOUNT DUE | ENCL. |
|---|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION: LOCHMERE DEVELOPMENT VS. EIGER FUND

| SERVICES PROVIDED ON 11/14/01: | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|
| Robert Evans | 1- 62 | 62 PGS @ $4.30 | 266.60 | O+1 |
| | | | | |
| Plus Expedited Two-Day | | 62 @ $3.65 | 226.30 | |
| Condensed Transcript | | | 12.00 | |
| ASCII Disk | | 62 @ $12.00 | 744.00 | |
| Exhibits | | 74 @ $0.35 | 25.90 | |
| Exhibit Tabs | | 7 @ $0.50 | 3.50 | |
| Binders | | | 10.00 | |
| Administration Fee | | | 40.00 | |
| Shipping & Handling | | | 30.00 | |
| THANK YOU! | | | 0.00 | |

POSTED
CLIENT EXPENSES

POSTED A/P

pay - put on
Firm credit card

TOTAL   1,358.30

Thank You!

A M E R I C A    T H E    B E A U T I F U L

↓ Please detach and send with payment

1-01 08:24P                                                          P.02

                                                                    1

# INVOICE

## Del Vecchio Reporting Services, LLC
*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

**INVOICE #** 19241

9/11/01

TO:    CAROL E. FARQUHAR, ESQ.
       PEZZULLI & LOEWINSOHN, L.L.P.
       18383 Preston Road, Suite 110
       Dallas, TX  75252

RE:    LOCHMERE DEVELOPMENT GROUP, INC., ET AL. V. EIGER
       FUND I, L.P., ET AL.
       Deposition of:  MERRICK KLEEMAN
       Taken on:  7/30/01


       TRANSCRIPT               588.00
       JURAT PREP               10.00
       APPR. FEE                75.00
       REALTIME                 220.50
       ASCII                    10.00
       CONDENSED, CONCORDANCE   25.00
       PHOTOCOPIES              164.25
                                --------
       SUB TOTAL                613.00
       TAX                      36.78
                                --------
       TOTAL                    649.78
       FEDEX, COD               100.00
                                --------
       GRAND TOTAL              749.78

                                EIN 06-1464733

       REPORTER:  SAN EDWARDS

**POSTED**
**CLIENT EXPENSES**

*Please refer to invoice number when remitting.*

# E S Q U I R E™
### DEPOSITION SERVICES

**ESQUIRE DEPOSITION SERVICES (W)**
**A HOBART WEST COMPANY**
515 N. FLAGLER DR. P-200 - WPB, FL 33401
(561) 659-4155
Tax ID # 22-3779684

| INVOICE NUMBER | DATE |
|---|---|
| 325754 | HOT,MM01 |
| 251761EFL | 08/23/01 |

To:
PEZZULLI & LOEWINSOHN, LLP
18383 PRESTON ROAD
SUITE 110
DALLAS, TX 75252

ATTN : ALAN S. LOEWINSOHN, ESQUIRE

YOUR REFERENCE NUMBER: 8:00-cv-1026-T27GW

CAPTION  LOCHMERE DEVELOPMENT VS. EIGER FUND

Due upon receipt.

| Description | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|
| SERVICES PROVIDED ON 08/02/01: | | | | |
| ROBERT WHITLEY | 1- 227 | 227 PGS @ $3.75 | 851.25 | O+1 |
| APPEARANCE FEE | | | 140.00 | |
| 10:56 - 12:51 & 1:49 - 4:00 | | | | |
| ASCII OR CONDENSED TRANSCRIPT | | | 15.00 | |
| EXHIBITS | | 634 @ $0.40 | 253.60 | |
| EXHIBITS (COLOR COPIES) | | 34 @ $1.99 | 67.66 | |
| SHIPPED UPS | | | 19.21 | |
| THANK YOU | | | 0.00 | |

POSTED A/P

POSTED
CLIENT EXPENSES

| | TOTAL | 1,346.72 | Thank You! |
|---|---|---|---|

Esquire Deposition Services is not affiliated with Esquire  Reporting, Inc.
↓ Please detach and send with payment

Case 8:00-cv-01026-JDW   Document 312   Filed 12/03/02   Page 15 of 56 PageID 3574

# ESQUIRE
DEPOSITION SERVICES

**ESQUIRE DEPOSITION SERVICES (N)**
A Hobart West Company
101 E Kennedy Blvd #2310 Tampa, Fl 33602
(800) 838-2814
Tax ID # 22-3779684

| | |
|---|---|
| 325767 | BADEM01 |
| INVOICE NUMBER | DATE |
| 251157EFL | 08/21/01 |

To: PEZZULLI & LOEWINSOHN, LLP
18383 PRESTON ROAD
SUITE 110
DALLAS, TX 75252

ATTN : CAROL FARQUHAR, ESQ.

Due upon receipt.

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER: 8:00-cv-1026-T27GW

CAPTION LOCHMERE DEVELOPMENT VS. EIGER FUND

| | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|
| SERVICES PROVIDED ON 08/03/01: | | | | |
| RICHARD BROWN | 1- 208 | 208 PGS @ $3.75 | 780.00 | O+1 |
| APPEARANCE FEE | | | 170.00 | |
| 9:30 - 12:00 & 1:00 - 3:30 | | | | |
| EXHIBITS (B+W) (2 SETS) | 392 @ | $0.60 | 235.20 | |
| EXHIBITS (COLOR) (2 SETS) | 25 @ | $4.00 | 100.00 | |
| ASCII OR CONDENSED TRANSCRIPT | | | 15.00 | |
| SHIPPING AND HANDLING | | | 35.00 | |
| THANK YOU | | | 0.00 | |
| ACCOUNT SERVICE FEE | | | 133.52 | |
| | | TOTAL | 1,468.72 | Thank You! |

POSTED
CLIENT ... ES

POSTED A/P

***SAVE 133.52   AMOUNT DUE IF PAID BEFORE   09/20/01   1,335.20
AMOUNT DUE IF PAID AFTER   09/20/01   1,468.72

Esquire Deposition Services is not affiliated with Esquire Reporting, Inc.

↓ Please detach and send with payment

# Hartsock & Cervone
## COURT REPORTERS

TAX D # 59-3470714

received
12-20-01

100 NORTH TAMPA STREET
SUITE 2825
TAMPA, FLORIDA 33602
(813) 221-3292
FAX (813) 227-9337

PLEASE REMIT TO:
POST OFFICE BOX 2408
TAMPA, FLORIDA 33601

360 CENTRAL AVENUE
SUITE 1450
ST. PETERSBURG, FLORIDA 33701
(727) 895-3331
FAX (727) 895-3554

Carol E. Farquhar, Attorney at Law
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 100
Dallas, TX 75252

DATE  12/16/01

#  996734

| Date | Description | Amount |
|---|---|---|
| 12/05/01 | LOCHMERE DEVELOPMENT vs. H.D. ASSOCIATES, et al. | |
| | NR | |
| | Deposition of: Steven Samaha | |
| | Appearance fee | 90.00 |
| | Original transcript | 408.80 |
| | ASCII Disk - NO CHARGE | |
| | Compressed copy - NO CHARGE | |

ID#:÷∠€·≈²∠²∑∎nΩnΩ

TOTAL DUE: 498.80

## Hartsock & Cervone
### COURT REPORTERS

| | | |
|---|---|---|
| 100 NORTH TAMPA STREET<br>SUITE 2825<br>TAMPA, FLORIDA 33602<br>(813) 221-3292<br>FAX (813) 227-9337 | PLEASE REMIT TO:<br>POST OFFICE BOX 2408<br>TAMPA, FLORIDA 33601 | 360 CENTRAL AVENUE<br>SUITE 1450<br>ST. PETERSBURG, FLORIDA 33701<br>(727) 895-3331<br>FAX (727) 895-3554 |

*12-20-01*          TAX ID 59-2470714

Carol E. Farquhar, Attorney at Law
Pezzulli & Loewinsohn, LLP
18383 Preston Rd., Suite 100
Dallas, TX 75252

**DATE**    12/16/01

#    996737

| | |
|---|---|
| 12/07/01 | LOCHMERE DEVELOPMENT vs.<br>H.D. ASSOCIATES, et al.<br><br>nr<br>Deposition of:  Robert Canterbury<br>Appearance fee<br>Original transcript<br>ASCII Disk — NO CHARGE<br>Compressed copy — NO CHARGE | 45.00<br>350.40 |

OK-of

ID#:

**TOTAL DUE:**  395.40

# Exhibit
# 4



**ESQUIRE**
DEPOSITION SERVICES

**ESQUIRE DEPOSITION SERVICES (N)**
A Hobart West Company
101 E Kennedy Blvd #2310 Tampa, Fl 33602
(800) 838-2814
Tax ID # 22-3779684

| 299993 | KINDM01 |
|---|---|
| INVOICE NUMBER | DATE |
| 226465 | 05/03/01 |

To: PEZZULLI & LOEWINSOHN, LLP
18383 PRESTON ROAD
SUITE 110
DALLAS, TX 75252

**RECEIVED**

MAY - 9 2001
ALAN S. LOEWINSOHN

ATTN : ALAN S. LOEWINSOHN, ESQUIRE

Due upon receipt.    AMOUNT DUE    ENCL

YOUR REFERENCE NUMBER:  8:00-cv-1026-T27GW

CAPTION:  LOCHMERE DEVELOPMENT VS. EIGER FUND

**POSTED CLIENT EXPENSES**

SERVICES PROVIDED ON 04/26/01:

**POSTED A/P**

| | | |
|---|---|---|
| VIDEO DEPO. OF ROBERT EVANS | | 0.00 |
| VIDEO CHARGE   9:07-5:09 | | 780.00 |
| VHS MASTER TAPE | 4 @ $10.00 | 40.00 |
| VHS COPY(S) | 4 @ $10.00 | 40.00 |
| SHIPPED UPS | | 15.00 |
| THANK YOU | | 0.00 |
| ACCOUNT SERVICE FEE | | 87.50 |

| TOTAL | 962.50 |
|---|---|

*Thank You!*

***SAVE $87.50   AMOUNT DUE IF PAID BEFORE  06/02/01   $875.00
AMOUNT DUE IF PAID AFTER   06/02/01   $962.50

Esquire Deposition Services is not affiliated with Esquire  Reporting, Inc.

↓ Please detach and send with payment

01/18/2002  16:44    21430     ⌐ ⌐         ESQUIRE DALL (          PAGE  02

## ESQUIRE
**DEPOSITION SERVICES**

(E) Esquire Deposition Services DALLAS
A Hobart West Group Company
703 McKinney Ave, #320, Dallas, TX 75202
Tel(214)965-9200    Fax(214)965-9205    21755
Tax ID # 22-3779684

| INVOICE NUMBER | DATE |
|---|---|
| 21675EDA | 01/17/02 |

To:  Pezzulli & Loewinsohn
18383 Preston Road
Suite 100
. Dallas, TX 75252

ATTN : Alan Loewinsohn

Due upon receipt.    AMOUNT DUE    ENCL.

YOUR REFERENCE NUMBER:

CAPTION: LOCHMERE DEVELOPMENT VS. EIGER FUND

SERVICES PROVIDED ON 11/14/01:

VIDEO OF DEPOSITION (V)                                   240.00
Witness: Robert Evans
THANK YOU!

BALANCE DUE                          TOTAL       240.00   Thank You!

Recipient of the coveted Josh M. Rotten Award for service excellence!

↓ Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

Esquire Deposition Services DALLAS    JOB: 21755  TOT: $240.00
703 McKinney Avenue                    INVOICE #: 21675EDA
Suite 320                              DATE: 01/17/02
Dallas,TX 75202
Tax ID # 22-3779684

Pezzulli & Loewinsohn
Attn: Alan Loewinsohn
18383 Preston Road
Suite 100
Dallas, TX 75252



## ESQUIRE
**DEPOSITION SERVICES**

A Record Of Excellence

*Eiger 995* received

# HAMILTON COMMUNICATIONS

*Videographer*

**P.O. BOX 555, WESTBROOK, CONNECTICUT 06498  (860) 399-4999  FAX (860) 399-6999**

6-6 110

August 5, 2001

Carol E. Farquhar, Esq.
Pezzulli & Loewinsohn
18383 Preston Road – Suite 110
Dallas, TX 75252

Re: Lochmere Development Group VS. Eiger Fund I

## POSTED
### CLIENT EXPENSES
I  N  V  O  I  C  E

For the videotape recording of the following deposition:

## POSTED A/P

Witness: Merrick Kleeman
Date: July 30, 2001
Location: Stamford, CT

| | |
|---|---|
| Videography (S-VHS requested) ............................... | $575.00 |
| Working copies (2 VHS videotapes) ............................. | N/C |
| Shipping ...................................................... | 6.00 |
| TOTAL .......................... | $581.00 |

Payable upon receipt please
Tax ID# 001489561

99576

# ESQUIRE
DEPOSITION SERVICES

**ESQUIRE DEPOSITION SERVICES (W)**
**A HOBART WEST COMPANY**
515 N. FLAGLER DR. P-200 - WPB, FL 33401
(561) 659-4155
Tax ID # 22-3779684

| | 325753 | BALST01 |
|---|---|---|
| | INVOICE NUMBER | DATE |
| | 248814EFL | 08/09/01 |

To: PEZZULLI & LOEWINSOHN, LLP
18383 PRESTON ROAD
SUITE 110
DALLAS, TX 75252

ATTN : ALAN S. LOEWINSOHN, ESQUIRE

YOUR REFERENCE NUMBER:  8:00-cv-1026-T27GW

CAPTION.  LOCHMERE DEVELOPMENT VS. EIGER FUND

*POSTED CLIENT EXPENSES*
*POSTED A/P*

SERVICES PROVIDED ON 08/02/01:

| | Due upon receipt. | AMOUNT DUE | ENCL. |
|---|---|---|---|
| VIDEO DEPO. OF ROBERT WHITLEY | | 0.00 | |
| VIDEO CHARGE 1ST HOUR | | 200.00 | |
| ADDITIONAL HOURS | 5 @ $85.00 | 425.00 | |
| VHS MASTER TAPE | 3 @ $10.00 | 30.00 | |
| VHS COPY(S) | 6 @ $10.00 | 60.00 | |
| SHIPPED UPS | | 15.00 | |
| THANK YOU | | 0.00 | |
| ACCOUNT SERVICE FEE | | 73.00 | |
| TOTAL | | 803.00 | Thank You! |

***SAVE $73.00   AMOUNT DUE IF PAID BEFORE   09/08/01   $730.00
AMOUNT DUE IF PAID AFTER   09/08/01   $803.00

Esquire Deposition Services is not affiliated with Esquire  Reporting, Inc.

↓ Please detach and send with payment

# ESQUIRE
DEPOSITION SERVICES

**ESQUIRE DEPOSITION SERVICES (N)**
A Hobart West Company
101 E Kennedy Blvd #2310 Tampa, Fl 33602
(800) 838-2814
Tax ID # 22-3779684

| 325766 | KINDM01 |
|---|---|
| INVOICE NUMBER | DATE |
| 251626EFL | 08/22/01 |

To:  PEZZULLI & LOEWINSOHN, LLP
18383 PRESTON ROAD
SUITE 110
DALLAS, TX 75252

ATTN : CAROL FARQUHAR, ESQ.

Due upon receipt.

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:  8:00-cv-1026-T27GW

CAPTION: LOCHMERE DEVELOPMENT VS. EIGER FUND

SERVICES PROVIDED ON 08/03/01:

| | | AMOUNT DUE |
|---|---|---|
| VIDEO DEPO. OF RICHARD BROWN | | 0.00 |
| VIDEO CHARGE 1ST HOUR | | 185.00 |
| ADDITIONAL HOURS | 4 @ $85.00 | 340.00 |
| VHS MASTER TAPE | 3 @ $10.00 | 30.00 |
| VHS COPY(S) | 3 @ $10.00 | 30.00 |
| SHIPPED UPS | | 15.00 |
| THANK YOU | | 0.00 |
| ACCOUNT SERVICE FEE | | 60.00 |

POSTED A/P

| TOTAL | 660.00 |
|---|---|

Thank You!

***SAVE $60.00   AMOUNT DUE IF PAID BEFORE 09/21/01   $600.00
AMOUNT DUE IF PAID AFTER 09/21/01   $660.00

Esquire Deposition Services is not affiliated with Esquire Reporting, Inc.

↓ Please detach and send with payment

received
12-14-01

# Invoice

Edgar E. Pike
P.O. Box 2305
Tampa, FL 33601-2305
813-254-3513
TIN#  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

| Invoice Date | Invoice # |
|---|---|
| 12/9/2001 | 11532 |

**Bill To**

Pezzulli & Loewinsohn, L.L.P.
18383 Preston Road
Suite 110
Dallas, TX  75252

**Please Remit To:**

Edgar E. Pike
P.O. Box 2305
Tampa, FL 33601-2305

| Sched.Date | Terms | Due Date: | | Ordered By: |
|---|---|---|---|---|
| 12-05 & 12-07-01 | Net 30 | 1/8/2002 | | Carol E. Farquhar, Esq. |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Depositions held @  Bricklemeyer, Smolker & Bolves, P.A. Tampa, FL | | | |
| Video Depositions of: | | | |
| 12-05    STEVEN SAMAHA | 1 | 150.00 | 150.00 |
| | 1.5 | 80.00 | 120.00 |
| 12-07    ROBERT L. CANTERBURY | 1 | 150.00 | 150.00 |
| | 0.5 | 80.00 | 40.00 |

POSTED
CLIENT EXPENSES

Lochmere Development
vs.
H.D. Associates, L.P., et al

case # 8:00-CV-1026-T-27TGW

POSTED A/P

OK t pay
of

| | Total | $460.00 |
|---|---|---|
| THANK YOU FOR YOUR BUSINESS. | | |
| | Balance Due | $460.00 |

# Exhibit
# 5

Case 8:00-cv-01026-JDW   Document 312   Filed 12/03/02   Page 26 of 56 PageID 3585

**ESQUIRE**
DEPOSITION SERVICES

**Esquire Deposition Services**
1100 Spring Street, Suite 102
Atlanta, GA 30309
(954) 331-4459 * (800) 584-3500
Tax ID # 22-3779684

| 403265 | HANHM01 |
|---|---|
| INVOICE NUMBER | DATE |
| 21746ATL | 06/25/01 |

To: PEZZULLI, LOEWINSOHN, L.L.P.
18383 PRESTON ROAD
SUITE 110
DALLAS, TX 75252-5476

ATTN : CAROL FARQUHAR, ESQ.

Due upon receipt.

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  LOCHMERE DEVELOPMENT VS. H.D ASSOCIATES

| | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|
| SERVICES PROVIDED ON 06/07/01:<br>Bob Avil | 1- 136 | 136 PGS @ $2.50 | 340.00 | 1CC |
| EXHIBITS | | 149 @ $0.50 | 74.50 | |
| ROUGH ASCII DISK | | 136 @ $1.50 | 204.00 | |
| SHIPPING & HANDLING | | | 12.00 | |
| THANK YOU | | | 0.00 | |
| ACCOUNT SERVICE FEE | | | 63.05 | |

POSTED A/P   POSTED   CLIENT EXPENSES

| TOTAL | 693.55 | Thank You! |
|---|---|---|

***SAVE $63.05   AMOUNT DUE IF PAID BEFORE   07/25/01   $630.50
AMOUNT DUE IF PAID AFTER   07/25/01   $693.55

↓ Please detach and send with payment



## BAY AREA REPORTING, INC.

REC'D AUG 9 2001
ajc

# INVOICE

**FED I.D. #59-1955802**

Carol E. Farquhar, Esquire
18383 Preston Rd.
Suite 110
Dallas, TX 75252

| BILLING DATE | INVOICE NO. | |
|---|---|---|
| 06/27/2001 | 1SF669 | |

**Style:** Lochmere Development Group
Vs. H.D.Associates, L.P., et al

| | | Description of Charges | Amount |
|---|---|---|---|
| **Case No.** | 8:00-CV-1026-T-278 | One copy/expedited | 327.00 |
| **Court Reporter:** | Sharlene Farmer | Condensed Transcript | 16.35 |
| **Date of Service:** | 06/15/2001 | Exhibits | 17.30 |
| **Time of Service:** | 9:30 AM | Federal Express for transcript | 30.75 |
| **Deposition of:** | Nicholas Whiting | Federal Express for ASCII, condensed | 23.92 |
| **Total Pages:** | 109 | | |
| **Status:** | FedEx overnight | | |

**POSTED**
**CLIENT EXPENSES**

**PAST DUE**

*1st PAST DUE NOTICE*

**POSTED A/P**

return bottom portion with payment

VISA   MasterCard   card

| DUE UPON RECEIPT → | TOTAL $ | **$415.32** |
|---|---|---|
| AFTER 60 DAYS → | TOTAL $ | |

Acct. No. _____

Authorized Signature _____

Exp. Date: _____

INVOICE NO.   1SF669

• Do not staple checks

*Elgin*

*Court Rptr*

received
7-13-01

ST. AUGUSTINE COURT REPORTERS
1510 N. Ponce de Leon Blvd., Suite A
P. O. Box 3801
St. Augustine, FL  32085-3801
(904) 825-0570 - FAX: 825-4566
Tax ID No.:  59-3139381
DUNS No.:  82-773-1027

July 6, 2001

INV NO.:  J-FAR-061901
CAROL E. FARQUHAR, Esquire   RE:  LOCHMERE v H.D. ASSOC
Pezzulli & Loewinsohn, L.L.P.        Depos of JAMES GARNDER
18383 Preston Road, Suite 110        & TERRY PENDLETON
Dallas, Texas  75252

Copies of Transcripts of Depos of JAMES GARDNER & TERRY
PENDLETON held at the law offices of Rogers, Towers, 170
Malaga Street, St. Augustine, Fl, on Tuesday, June 19,
2001, in the above-referenced case.


Copy -- Gardner ---- 93 pgs @ $1.75 pp ----$   162.75
Copy -- Pendleton -- 90 pgs @ $1.75 pp ----   157.50
Exhibits -- 323 copies @ $.35 each --------   113.05
ASCII disk ----- no charge ---------------    -0-
Postage -- priority mail -----------------    11.45
                                TOTAL:  $   444.75

POSTED
CLIENT EXPENSES

Thank you!

Janet M. Beason, RPR-CP, RMR
Certified RealTime Reporter


Balance due and owing upon receipt.

POSTED A/P

# Merit Court Reporter

Suite 600
309 West 7th Street
Fort Worth, TX 76102
Phone: (817) 336-3042    Fax: (817) 335-1203

Job #: 010627OFFI
Job Date: 06/27/2001
Order Date: 06/27/2001
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:



**Invoice #:** 33813
**Inv.Date:** 07/16/2001
**Balance:** $400.90

**Bill To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

**Action:** Lochmere Development Group, Inc.
VS
H.D. Associates, L.P.
**Action #:** 8:00CV1026T27B
**Rep:** OFFI
**Cert:**

| Item | Proceeding/Witness | Description | Amount |
|------|--------------------|-------------|--------|
| 1 | Paul E. Rowsey, III | Copy of Proceedings | $370.90 |
| 2 | Paul E. Rowsey, III | ASCII Diskette | $15.00 |
| 3 | Paul E. Rowsey, III | Condensed Transcript | $15.00 |



**Comments:**

Your prompt payment is appreciated.

| | |
|---|---|
| Sub Total | $400.90 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $400.90 |
| Payment | $0.00 |
| Balance Due | $400.90 |

**Federal Tax I.D.:** 75-2138679    **Terms:** Please Remit Upon Receipt

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

**Deliver To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

**Invoice**

Merit Court Reporters
Suite 600
309 West 7th Street
Fort Worth, TX 76102

Phone: (817) 336-3042
Fax: (817) 335-1203

**Invoice #:** 33813
**Inv.Date:** 07/16/2001
**Balance:** $400.90
Job #: 010627OFFI
Job Date: 06/27/2001
DB Ref.#:
Date of Loss:  / /
Your File #:

Merit Court Reporter~ **received**

# Invoice

**Merit Court Reporter~**

uite 600
09 West 7th Street
ort Worth, TX 76102
'hone: **(817) 336-3042**     Fax: **(817) 335-1203**

Job #: 010628GAS
Job Date: 06/28/2001
Order Date: 06/28/2001
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Invoice #:     33697
Inv.Date:     07/06/2001
Balance:     $327.60

**Bill To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

Action: **Lochmere Development Group, Inc.**
VS
**H.D. Associates, L.P.**
Action #: **8:00CV1026T27B**
Rep: **GAS**
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Steven E. Kennedy | Copy of Proceedings | $297.60 |
| 2 | Steven E. Kennedy | ASCII Diskette | $15.00 |
| 3 | Steven E. Kennedy | Condensed Transcript | $15.00 |



**Comments:**

Your prompt payment is appreciated.

| | |
|---|---|
| Sub Total | $327.60 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $327.60 |
| Payment | $0.00 |

Federal Tax I.D.: 75-2138679     Terms: Please Remit Upon Receipt     Balance Due     $327.60

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

**Deliver To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

# Invoice

Merit Court Reporters
Suite 600
309 West 7th Street
Fort Worth, TX 76102

Phone: **(817) 336-3042**
Fax: **(817) 335-1203**

Invoice #:     33697
Inv.Date:     07/06/2001
Balance:     $327.60
Job #: 010628GAS
Job Date: 06/28/2001
DB Ref.#:
Date of Loss: / /
Your File #:

# Ierit Court Reporter⌐

ιite 600
)9 West 7th Street
ɔrt Worth, TX 76102
hone: **(817) 336-3042**    Fax: **(817) 335-1203**

Job #: **010710GAS**
Job Date: **07/10/2001**
Order Date: **07/10/2001**

DB Ref.#:
Date of Loss: **/ /**
Your File #:
Your Client:

# Invoice

Invoice #: **33864**
Inv.Date: **07/18/2001**
Balance: **$331.40**

*received*
*7-23-01*

---

**Bill To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

Action: **Lochmere Development Group, Inc.**
VS
**H.D. Associates, L.P.**
Action #: **8:00CV1026T27B**
Rep: **GAS**
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Joel H. Robuck | Copy of Proceedings | $121.10 |
| 2 | Joel H. Robuck | ASCII Diskette | $15.00 |
| 3 | Joel H. Robuck | Condensed Transcript | $15.00 |
| 4 | Edward P. Montgomery, Jr., CPA | Copy of Proceedings | $150.30 |
| 5 | Edward P. Montgomery, Jr., CPA | ASCII Diskette | $15.00 |
| 6 | Edward P. Montgomery, Jr., CPA | Condensed Transcript | $15.00 |

*OK to pay /cy*

**POSTED**
**CLIENT EXPENSES**

**Comments:**

Your prompt payment is **POSTED A/P**

| | |
|---|---|
| Sub Total | $331.40 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $331.40 |
| Payment | $0.00 |
| Balance Due | $331.40 |

*Federal Tax I.D.:* 75-2138679      Terms: Please Remit Upon Receipt

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

**Deliver To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

# Invoice

Merit Court Reporters
Suite 600
309 West 7th Street
Fort Worth, TX 76102

Phone: **(817) 336-3042**
Fax: **(817) 335-1203**

Invoice #: **33864**
Inv.Date: **07/18/2001**
Balance: **$331.40**
Job #: **010710GAS**
Job Date: **07/10/2001**
DB Ref.#:
Date of Loss: **/ /**
Your File #:

# Exhibit
# 6

# 'Ierit Court Reporter~

ŝuite 600
.09 West 7th Street
ort Worth, TX 76102

*Phone:* (817) 336-3042    *Fax:* (817) 335-1203

| | |
|---|---|
| *Job #:* | 010711CHG |
| *Job Date:* | 07/11/2001 |
| *Order Date:* | 07/11/2001 |
| *DB Ref.#:* | |
| *Date of Loss:* | / / |
| *Your File #:* | |
| *Your Client:* | |



| | |
|---|---|
| *Invoice #:* | 33839 |
| *Inv.Date:* | 07/17/2001 |
| *Balance:* | $232.40 |

| **Bill To:** | **Action:** Lochmere Development Group, Inc. |
|---|---|
| Carol E. Farquhar, ESQ | VS |
| Pezzulli & Loewinsohn LLP | H.D. Associates, L.P. |
| : Suite 110 | *Action #:* 8:00CV1026T27B |
| 18383 Preston Road | *Rep:* CHG |
| Dallas, TX 75252-5476 | *Cert:* |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | David Lane | Copy of Proceedings | $202.40 |
| 2 | David Lane | ASCII Diskette | $15.00 |
| 3 | David Lane | Condensed Transcript | $15.00 |

POSTED A/P

POSTED CLIENT EXPENSES

**Comments:**

Your prompt payment is appreciated.

| | |
|---|---|
| Sub Total | $232.40 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $232.40 |
| Payment | $0.00 |
| Balance Due | $232.40 |

*Federal Tax I.D.:* 75-2138679          *Terms:* Please Remit Upon Receipt

**Please KEEP THIS PART for YOUR RECORDS.**
**Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.**

---

| **Bill To:** | **Deliver To:** |
|---|---|
| Carol E. Farquhar, ESQ | Carol E. Farquhar, ESQ |
| Pezzulli & Loewinsohn LLP | Pezzulli & Loewinsohn LLP |
| Suite 110 | Suite 110 |
| 18383 Preston Road | 18383 Preston Road |
| Dallas, TX 75252-5476 | Dallas, TX 75252-5476 |

## Invoice

Merit Court Reporters
Suite 600
309 West 7th Street
Fort Worth, TX 76102

*Phone:* (817) 336-3042
*Fax:* (817) 335-1203

| | |
|---|---|
| *Invoice #:* | 33839 |
| *Inv.Date:* | 07/17/2001 |
| *Balance:* | $232.40 |
| *Job #:* | 010711CHG |
| *Job Date:* | 07/11/2001 |
| *DB Ref.#:* | |
| *Date of Loss:* | / / |
| *Your File #:* | |

# Merit Court Reporters

Suite 600
309 West 7th Street
Fort Worth, TX 76102

Phone: (817) 336-3042    Fax: (817) 335-1203

| | |
|---|---|
| Job #: | 010626GJC |
| Job Date: | 06/26/2001 |
| Order Date: | 06/26/2001 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |



## Invoice

| | |
|---|---|
| Invoice #: | 33473 |
| Inv.Date: | 06/28/2001 |
| Balance: | $272.20 |

**Bill To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

**Action:** Lochmere Development Group, Inc.
vs
Eiger Fund I, L.P.

**Action #:** 8:00-CV-1026-T-2

**Rep:** GJC

**Cert:**

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Robert D. Evans | Copy of Proceedings | $201.70 |
| 2 | Robert D. Evans | Federal Express Charges | $12.25 |
| 3 | Robert D. Evans | Exhibit Charges | $13.25 |
| 4 | Robert D. Evans | E-Transcript Charges (X2) | $30.00 |
| 5 | Robert D. Evans | ASCII Diskette | $15.00 |

POSTED
CLIENT EXPENSES

POSTED A/P

**Comments:**

Your prompt payment is appreciated.

| | |
|---|---|
| Sub Total | $272.20 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $272.20 |
| Payment | $0.00 |
| Balance Due | $272.20 |

*Federal Tax I.D.:* 75-2138679    **Terms: Please Remit Upon Receipt**

*Please KEEP THIS PART for YOUR RECORDS*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

**Deliver To:**
Carol E. Farquhar, ESQ
Pezzulli & Loewinsohn LLP
Suite 110
18383 Preston Road

Dallas, TX 75252-5476

## Invoice

Merit Court Reporters
Suite 600
309 West 7th Street
Fort Worth, TX 76102

Phone: (817) 336-3042
Fax: (817) 335-1203

| | |
|---|---|
| Invoice #: | 33473 |
| Inv.Date: | 06/28/2001 |
| Balance: | $272.20 |
| Job #: | 010626GJC |
| Job Date: | 06/26/2001 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |

# Exhibit
# 7

**Accurate Evid_ _ce**
Legal Video and Photographic Services, Inc.
2377 South Collins · Arlington, Texas 76014
METRO (817) 261-2100 · FAX (817) 861-2089
Taxpayer I.D. # 75-2415786

*Bank One 00306*

The high quality l_ _ video leader in
North Texas since 1983.... for the
enhancement of your professional image!

**received**
7-13-01

*6-6110*

**INVOICE**
# 24031

Invoice Date: July 11, 2001

Our File #

Your File #

Case:   Lockmere Development
vs. HD Assoc et al

TO:   Ms. Carol Farquhar
Pezzulli & Loewinnsohn
18383 Preston Road
Suite 110
Dallas     TX   75252

*We are grateful for the opportunity to be of service... your comments are welcome!*

| Service Date | Quantity | Service Description | Price / Per | Amount |
|---|---|---|---|---|
| | | Video Deposition of Robert Evans at 1400 W. Abram, Arlington, Texas | | |
| 06/26/01 | 2 | VHS T-120 Dub from Master | 35.00 | 70.00 |
| | 2 | Sales Tax - Arlington (tape charge only) - 7.75% | 1.09 | 2.18 |
| | 1 | Postage | 2.04 | 2.04 |

POSTED
CLIENT EXPENSES

POSTED A/P

| | TOTAL | $74.22 |
|---|---|---|

*If you assigned your deposition to us directly, your rate reduction is reflected!*

*Thank You for Your Dedication and Continued Confidence!*
PLEASE RETURN COPY OF INVOICE WITH REMITTANCE
www.legalvideo.com

# Exhibit
# 8

*Pty Svc*

**Remit Payment To:**

**P.O. Box 96370**
**Houston, Texas 77213**

# INVOICE

## DAL 00046556

*INCLUDE ON*
*ALL REMITTANCE*

TAX ID: 76-0438874

THE MEDLEH GROUP
DALLAS · HOUSTON
CHICAGO

BILL TO: JESSICA THORNTON

PEZZULLI & LOEWINSOHN
18383 PRESTON RD.
SUITE 110
DALLAS, TEXAS 75252

**PAYMENT DUE:**
**5/24/01**

CLIENT MATTER NO:
99576

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 3,363 | AutoFeed Copies Produced | $0.08 | $269.04 |
| 2 | 11" x 17" Copies Produced | $0.35 | $0.70 |

POSTED

POSTED
CLIENT EXPENSES

Pay your balance today with American Express, MasterCard, Visa or Discover credit cards. Call
Maria Munoz at 214-953-0490 extension 228 for payment assistance.

| | |
|---|---|
| SUBTOTAL | $269.74 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $22.25 |
| AMT APPLIED | $0.00 |
| TOTAL | $291.99 |

CUSTOMER SIGNATURE:

| ACCOUNT MANAGER | DELIVERY DATE | JOB NUMBER |
|---|---|---|
| ZACH POPE | 4/24/01 | 00046556 |

Thank you for using the MedLeh Group!!! 214-953-0490

Please Pay From This Invoice by the Due Date Below
**5/24/01**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

# IKON
## Office Solutions

## Document Services

Phone:(972) 386-9194        Fax:(972) 386-9459

Federal ID #:230334400

**TERMS: NET 10 DAYS**

**INVOICE**    Page    1

| | |
|---|---|
| Invoice # | DNR106204 |
| Invoice Date | 04/12/2001 |
| Due Date | 04/12/2001 |
| Customer # | DNR-PEZZ |
| Order # | 01045068 |

**SOLD TO:**
PEZZULLI & LOEWINSOHN L.L.P.
18383 PRESTON ROAD
SUITE 110
DALLAS,TX 75252-5476

**SHIP TO:**
PEZZULLI & LOEWINSOHN L.L.P.
18383 PRESTON ROAD
SUITE 110
DALLAS,TX 75252-5476

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 04/11/2001 | JESSICA THORTON | 99576 | DAVID BISHOP |

| Reference 2 | Reference 3 | |
|---|---|---|

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| C Litigation | 8431 | 0.140 | 1180.34 |
| OS 11 x 17 Copy | 111 | 0.350 | 38.85 |
| OS Copying | 27 | 1.250 | 33.75 |

OK JEH

POSTED A/P

Thank You for Using IKON Document Services

POSTED CUR...GES

### PLEASE PAY FROM THIS INVOICE

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED  THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS  ALL INVOICES ARE DUE UPON RECEIPT  INTEREST AT THE RATE OF THE LESSER 15%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS

| | |
|---|---|
| Taxable Sales: | 1252.94 |
| Sales Tax: | 103.37 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | 1356.31 |

received and approved by: _____    Date: _____

( *Please pay from this copy.  The party named on this bill is held responsible for payment* )

Payment From
PEZZULLI & LOEWINSOHN L L P
18383 PRESTON ROAD
SUITE 110
DALLAS TX 75252-5476

Please Remit to:
IKON Document Services
P.O. BOX 911830
Dallas,TX 75391-1830

**Amount Enclosed**

$

**Invoice    DNR106204**

| | |
|---|---|
| Invoice Date | 04/12/2001 |
| Customer # | DNR-PEZZ |
| Order # | 01045068 |

| PAY THIS AMOUNT: | 1356.31 |
|---|---|



**IKON** Office Solutions™

## Document Services

Phone:(214) 382-4566        Fax:(214) 382-2679

Federal ID #:230334400

INVOICE    Page    1

| Invoice # | DAL168135 |
|---|---|
| Invoice Date | 03/05/2001 |
| Due Date | 03/05/2001 |
| Customer # | DAL-PEZZ |
| Order # | 01030086 |

**TERMS:  Net 10 Days**

**SOLD TO:**
PEZZULLI AND LOEWINSOHN
18383 PRESTON RD
SUITE 110
DALLAS,TX 75252-000

**SHIP TO:**
PEZZULLI AND LOEWINSOHN
18383 PRESTON RD
SUITE 110
DALLAS,TX 75252-000

| Order Date | Ordered By | Reference / Case # | | Account Manager |
|---|---|---|---|---|
| 03/02/2001 | JO HARTWICK | 99576 | | JOHN SCHALLHORN |

| Reference 2 | | Reference 3 | |
|---|---|---|---|

| Description | | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 567 | MEDIUM LITIGATION | 8875 | 0.140 | 1242.50 |
| 568 | EXTENSIVE LITIGATION | 13060 | 0.170 | 2220.20 |
| 588 | 11 X 17 COLOR COPIES | 7 | 3.000 | 21.00 |
| 589 | COLOR COPIES | 89 | 1.250 | 111.25 |
| 541 | 11 X 17 COPIES | 267 | 0.350 | 93.45 |
| 542 | OVERSIZE | 532 | 1.000 | 532.00 |
| 572 | LABELING | 17121 | 0.050 | 856.05 |

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| Taxable Sales: | 5076.45 |
|---|---|
| Sales Tax: | 418.81 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | 5495.26 |

Received and approved by: _____    Date: _____

( Please pay from this copy.  The party named on this bill is held responsible for payment )

Payment From:
PEZZULLI AND LOEWINSOHN
18383 PRESTON RD
SUITE 110
DALLAS,TX 75252-000

| Amount Enclosed |
|---|
| $ |

**Invoice    DAL168135**

| Invoice Date | 03/05/2001 |
|---|---|
| Customer # | DAL-PEZZ |
| Order # | 01030086 |

Please Remit to:
IKON DOCUMENT SERVICES
P O BOX 911830
Dallas,TX 75391-1830

**PAY THIS AMOUNT:**    5495.26



**Document Services**

Phone:(214) 382-4566          Fax:(214) 382-2679

Federal ID #:230334400

**INVOICE**   Page   1

| | |
|---|---|
| Invoice # | DAL168118 |
| Invoice Date | 03/05/2001 |
| Due Date | 03/05/2001 |
| Customer # | DAL-PEZZ |
| Order # | 01030055 |

**TERMS: Net 10 Days**

| SOLD TO: | SHIP TO: |
|---|---|
| PEZZULLI AND LOEWINSOHN | PEZZULLI AND LOEWINSOHN |
| 18383 PRESTON RD | 18383 PRESTON RD |
| SUITE 110 | SUITE 110 |
| DALLAS,TX 75252-000 | DALLAS,TX 75252-000 |

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 03/01/2001 | JO HARTWICK | 99576 | JOHN SCHALLHORN |

| Reference 2 | | Reference 3 | |
|---|---|---|---|

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 572 | LABELING | 10998 | 0.050 | 549.90 |
| 541 | 11 X 17 COPIES | 4 | 0.350 | 1.40 |
| 642 | OVERSIZE | 14 | 1.500 | 21.00 |
| 567 | MEDIUM LITIGATION | 6123 | 0.140 | 857.22 |

**Thank You for Using IKON Document Services**

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS

| | |
|---|---|
| Taxable Sales: | 1429.52 |
| Sales Tax: | 117.94 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **1547.46** |

Received and approved by: _____   Date: _____

( *Please pay from this copy. The party named on this bill is held responsible for payment* )

Payment From:

PEZZULLI AND LOEWINSOHN

18383 PRESTON RD

SUITE 110

DALLAS,TX 75252-000

| Amount Enclosed |
|---|
| $ |

| Invoice | DAL168118 |
|---|---|
| Invoice Date | 03/05/2001 |
| Customer # | DAL-PEZZ |
| Order # | 01030055 |

Please Remit to:

IKON DOCUMENT SERVICES

P O BOX 911830

Dallas,TX 75391-1830

| | |
|---|---|
| **PAY THIS AMOUNT:** | 1547.46 |

**INVOICE**    Page    1

**ice Solutions**

**...nt Services**

POSTED A/P

POSTED CLIENT EXPENSES

| | |
|---|---|
| Invoice # | DAL169517 |
| Invoice Date | 04/03/2001 |
| Due Date | 04/03/2001 |
| Customer # | DAL-PEZZ |
| Order # | 01040046 |

Phone:(214) 382-4566    Fax:(214) 382-2679

Federal ID #:230334400

TERMS: Net 10 Days

**SOLD TO:**
**PEZZULLI AND LOEWINSOHN**
**18383 PRESTON RD**
**SUITE 110**
**DALLAS,TX 75252-000**

**SHIP TO:**
**PEZZULLI AND LOEWINSOHN**
**18383 PRESTON RD**
**SUITE 110**
**DALLAS,TX 75252-000**

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 04/02/2001 | JESSICA THORTON | 99576 | JOHN SCHALLHORN |

| Reference 2 | | Reference 3 | |
|---|---|---|---|

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 567 | MEDIUM LITIGATION | 684 | 0.140 | 95.76 |
| 641 | 11 X 17 COPIES | 68 | 0.350 | 23.80 |
| 571 | LABELING | 1472 | 0.050 | 73.60 |

OK 9644

**Thank You for Using IKON Document Services**

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 193.16 |
| Sales Tax: | 15.94 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | 209.10 |

Received and approved by:                                                    Date: 4/3/01

*Please pay from this copy. The party named on this bill is held responsible for payment*

Payment From:
PEZZULLI AND LOEWINSOHN
18383 PRESTON RD
SUITE 110
DALLAS,TX 75252-000

| Amount Enclosed |
|---|
| $ |

**Invoice    DAL169517**

| | |
|---|---|
| Invoice Date | 04/03/2001 |
| Customer # | DAL-PEZZ |
| Order # | 01040046 |

Please Remit to:
IKON DOCUMENT SERVICES
P O BOX 911830
Dallas,TX 75391-1830

**PAY THIS AMOUNT:**    209.10

**Remit Payment To:**

**P.O. Box 96370**
**Houston, Texas 77213**

TAX ID: 76-0438874

# INVOICE

DAL 00047928

*INCLUDE ON*
*ALL REMITTANCE*

DALLAS · HOUSTON
CHICAGO

BILL TO: JESSICA THORNTON

PEZZULLI & LOEWINSOHN
18383 PRESTON RD.
SUITE 110
DALLAS, TEXAS 75252

PAYMENT DUE:
**7/5/01**

CLIENT MATTER NO:
00566

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 6,126 | Medium Litigation Copies Produced | $0.15 | $918.90 |
| 6 | 11" x 17" Copies Produced | $0.35 | $2.10 |
| 18 | Square Feet of Oversize Produced | $1.25 | $22.50 |

POSTED
CLIENT EXPENSES

POSTED A/P

We're growing!
1-877-WE WRK-4U
Prompt payment is needed.

Pay your balance today with American Express, MasterCard, Visa or Discover credit cards. Call
Maria Munoz at 214-953-0490 extension 228 for payment assistance.

| | |
|---|---|
| SUBTOTAL | $943.50 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $77.84 |
| AMT APPLIED | $0.00 |
| TOTAL | $1,021.34 |

CUSTOMER SIGNATURE:

ACCOUNT MANAGER
ZACH POPE

DELIVERY DATE
6/5/01

JOB NUMBER
00047928

Thank you for using the MedLeh Group!!! 214-953-0490

Please Pay From This Invoice by the Due Date Below
**7/5/01**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.


**IKON** Office Solutions™

**Document Services**

Phone:(214) 382-4566    Fax:(214) 382-2679

Federal ID #:230334400

*Hey Svc*

**INVOICE**    Page    1

| | |
|---|---|
| Invoice # | DAL172728 |
| Invoice Date | 06/18/2001 |
| Due Date | 06/18/2001 |
| Customer # | DAL-PEZZ |
| Order # | 01060589 |

**TERMS: Net 10 Days**

| SOLD TO: | SHIP TO: |
|---|---|
| PEZZULLI AND LOEWINSOHN | PEZZULLI AND LOEWINSOHN |
| 18383 PRESTON RD | 18383 PRESTON RD |
| SUITE 110 | SUITE 110 |
| DALLAS,TX 75252-000 | DALLAS,TX 75252-000 |

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 06/15/2001 | ANDREA HOWARD | 99576 | DAVID BISHOP |

| Reference 2 | | Reference 3 | |
|---|---|---|---|

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 566    LITIGATION | 799 | 0.110 | 87.89 |

**POSTED A/P**

**POSTED CLIENT EXPENSES**

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 87.89 |
| Sales Tax: | 7.25 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | 95.14 |

Received and approved by: _____    Date: _____

( *Please pay from this copy. The party named on this bill is held responsible for payment* )

Payment From:

PEZZULLI AND LOEWINSOHN

18383 PRESTON RD

SUITE 110

DALLAS,TX 75252-000

| Amount Enclosed |
|---|
| $ |

| Invoice | DAL172728 |
|---|---|
| Invoice Date | 06/18/2001 |
| Customer # | DAL-PEZZ |
| Order # | 01060589 |

Please Remit to:

IKON DOCUMENT SERVICES

P O BOX 911830

Dallas,TX 75391-1830

**PAY THIS AMOUNT:**    95.14

**Remit Payment To:**

**P.O. Box 96370**
**Houston, Texas 77213**

TAX ID: 76-0438874

**INVOICE**

DAL 00055089

*INCLUDE ON*
*ALL REMITTANCE*

BILL TO: JESSICA THORNTON

PEZZULLI & LOEWINSOHN
18383 PRESTON RD.
SUITE 110
DALLAS, TEXAS 75252

PAYMENT DUE:
**12/21/01**

CLIENT MATTER NO:
**99576**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 1,509 | Heavy Litigation Copies Produced | $0.185 | $279.17 |
| 84 | 11" Tabs | $0.25 | $21.00 |

POSTED A/P

*Copy of Depositions/Deposits for Shook Hardy & Bacon*
*6-6090*

POSTED
CLIENT EXPENSES

We're growing!
1-877-WE WRK-4U
*Prompt payment is needed.*

Pay your balance today with American Express, MasterCard, Visa or Discover credit cards. Call
Maria Munoz at 214-953-0490 extension 228 for payment assistance.

| | |
|---|---|
| SUBTOTAL | $300.17 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $24.76 |
| AMT APPLIED | $0.00 |
| TOTAL | $324.93 |

CUSTOMER SIGNATURE:

| ACCOUNT MANAGER | DELIVERY DATE | JOB NUMBER |
|---|---|---|
| ZACH POPE | 11/21/01 | 00055089 |

THANK YOU FOR USING THE MEDLEH GROUP!!! 214-953-0490

Please Pay From This Invoice by the Due Date Below
**12/21/01**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

# Exhibit
# 9

**Remit Payment To:**

**P.O. Box 96370**
**Houston, Texas 77213**

**TAX ID: 76-0438874**

BILL TO: JESSICA THORNTON

PEZZULLI & LOEWINSOHN
18383 PRESTON RD.
SUITE 110
DALLAS, TEXAS 75252

# INVOICE

DAL 00055069

*INCLUDE ON*
*ALL REMITTANCE*

PAYMENT DUE:
**12/21/01**

CLIENT MATTER NO:
**99576**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 3,477 | Medium Litigation Copies Produced | $0.15 | $521.55 |
| 20 | 11" x 17" Copies Produced | $0.35 | $7.00 |
| 197 | 11" Tabs | $0.25 | $49.25 |
| 9 | 14" Redwelds | $2.75 | $24.75 |

POSTED A/P

POSTED
CLIENT EXPENSES

Pay your balance today with American Express, MasterCard, Visa or Discover credit cards. Call
Maria Munoz at 214-953-0490 extension 228 for payment assistance.

| | |
|---|---|
| SUBTOTAL | $602.55 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $49.71 |
| AMT APPLIED | $0.00 |
| TOTAL | $652.26 |

CUSTOMER SIGNATURE:

ACCOUNT MANAGER          DELIVERY DATE          JOB NUMBER
ZACH POPE                       11/21/01                    00055069

THANK YOU FOR USING THE MEDLEH GROUP!!! 214-953-0490

Please Pay From This Invoice by the Due Date Below
**12/21/01**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.



**Remit Payment To:**

**P.O. Box 96370**
**Houston, Texas 77213**

TAX ID: 76-0438874

**INVOICE**

DAL 00055079

*INCLUDE ON*
*ALL REMITTANCE*

BILL TO: JESSICA THORNTON

PEZZULLI & LOEWINSOHN
18383 PRESTON RD.
SUITE 110
DALLAS, TEXAS 75252

PAYMENT DUE:
**12/21/01**

CLIENT MATTER NO:
**99576**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 5,209 | Medium Litigation Copies Produced | $0.15 | $781.35 |

exs. for P&L

6-6090

**POSTED**
CLIENT EXPENSES

Pay your balance today with American Express, MasterCard, Visa or Discover credit cards. Call
Maria Munoz at 214-953-0490 extension 228 for payment assistance.

| | |
|---|---|
| SUBTOTAL | $781.35 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $64.46 |
| AMT APPLIED | $0.00 |
| TOTAL | $845.81 |

CUSTOMER SIGNATURE:

| ACCOUNT MANAGER | DELIVERY DATE | JOB NUMBER |
|---|---|---|
| ZACH POPE | 11/21/01 | 00055079 |

THANK YOU FOR USING THE MEDLEH GROUP!!! 214-953-0490

Please Pay From This Invoice by the Due Date Below
**12/21/01**

By signing above you acknowledge receipt of work performed   Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed.  The party above also agrees to the payment due date reflected on this invoice.



**Remit Payment To:**
P.O. Box 96370
Houston, Texas 77213

TAX ID: 76-0438874

**INVOICE**

Prg Svcs

DAL 00055124

*INCLUDE ON
ALL REMITTANCE*

BILL TO: JESSICA THORNTON
PEZZULLI & LOEWINSOHN
18383 PRESTON RD.
SUITE 110
DALLAS, TEXAS 75252

PAYMENT DUE:
**12/23/01**

CLIENT MATTER NO:
99576

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 4,439 | Medium Litigation Copies Produced | $0.15 | $665.85 |
| 52 | 11" x 17" Copies Produced | $0.35 | $18.20 |

*Copy of Exhibits for Shook Hardy Bacon*

POSTED A/P

POSTED
CLIENT EXPENSES

We're growing!
1-877-WE-WRK-4U
Prompt payment is needed.

66090

Pay your balance today with American Express, MasterCard, Visa or Discover credit cards. Call
Maria Munoz at 214-953-0490 extension 228 for payment assistance.

| | |
|---|---|
| SUBTOTAL | $684.05 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $56.43 |
| AMT APPLIED | $0.00 |
| TOTAL | $740.48 |

CUSTOMER SIGNATURE:

ACCOUNT MANAGER
ZACH POPE

DELIVERY DATE
11/23/01

JOB NUMBER
00055124

THANK YOU FOR USING THE MEDLEH GROUP!!! 214-953-0490

Please Pay From This Invoice by the Due Date Below
**12/23/01**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

PINK - CUSTOMER COPY

*Pkep. Sixa*

**Remit Payment To:**
## P.O. Box 96370
## Houston, Texas 77213

TAX ID: 76-0438874



# INVOICE

DAL 00055119

*INCLUDE ON*
*ALL REMITTANCE*

BILL TO: JESSICA THORNTON

PEZZULLI & LOEWINSOHN
18383 PRESTON RD.
SUITE 110
DALLAS, TEXAS 75252

PAYMENT DUE:
**12/23/01**

CLIENT MATTER NO:
**99-576**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 2,550 | Medium Litigation Copies Produced | $0.15 | $382.50 |
| 133 | 11" Tabs | $0.25 | $33.25 |

*Copy for Shook Hardy Exhibits*

POSTED A/P

POSTED CLIENT EXPENSES

6-6090

Pay your balance today with American Express, MasterCard, Visa or Discover credit cards. Call
Maria Munoz at 214-953-0490 extension 228 for payment assistance

| | |
|---|---|
| SUBTOTAL | $415.75 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $34.30 |
| AMT APPLIED | $0.00 |
| TOTAL | $450.05 |

CUSTOMER SIGNATURE: _____

| ACCOUNT MANAGER | DELIVERY DATE | JOB NUMBER |
|---|---|---|
| ZACH POPE | 11/23/01 | 00055119 |

THANK YOU FOR USING THE MEDLEH GROUP!!! 214-953-0490

Please Pay From This Invoice by the Due Date Below
**12/23/01**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

*Prep. Svcs*

**Remit Payment To:**

**P.O. Box 96370**
**Houston, Texas 77213**

# INVOICE

**DAL 00055327**

*INCLUDE ON*
*ALL REMITTANCE*

TAX ID: 76-0438874

BILL TO: JESSICA THORNTON

PEZZULLI & LOEWINSOHN
18383 PRESTON RD.
SUITE 110
DALLAS, TEXAS 75252

PAYMENT DUE:
**12/28/01**

CLIENT MATTER NO:
**99576**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1,507 | Heavy Litigation Copies Produced | $0.17 | $256.19 |
| 70 | 11" Tabs | $0.25 | $17.50 |
| 3 | 3" Clear View Binders | $10.00 | $30.00 |

## POSTED A/P

*6-6340*



**We're growing!**
1-877-WE WRK-4U
*Prompt payment is needed.*

POSTED
CLIENT EXPENSES

Pay your balance today with American Express, MasterCard, Visa or Discover credit cards  Call
Maria Munoz at 214-953-0490 extension 228 for payment assistance.

| | |
|---|---|
| SUBTOTAL | $303.69 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $25.05 |
| AMT APPLIED | $0.00 |
| TOTAL | $328.74 |

CUSTOMER SIGNATURE.

ACCOUNT MANAGER
ZACH POPE

DELIVERY DATE
11/28/01

JOB NUMBER
00055327

THANK YOU FOR USING THE MEDLEH GROUP!!! 214-953-0490

Please Pay From This Invoice by the Due Date Below

**12/28/01**

By signing above you acknowledge receipt of work performed.  Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed.  The party above also agrees to the payment due date reflected on this invoice.

**Remit Payment To:**
P.O. Box 96370
Houston, Texas 77213

TAX ID: 76-0438874

# INVOICE

DAL 00055301

*INCLUDE ON*
*ALL REMITTANCE*

BILL TO: JESSICA THORNTON
PEZZULLI & LOEWINSOHN
18383 PRESTON RD.
SUITE 110
DALLAS, TEXAS 75252

PAYMENT DUE:
**12/28/01**

CLIENT MATTER NO:
99576

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 7,880 | Heavy Litigation Copies Produced | $0.185 | $1,457.80 |
| 40 | 11" x 17" Copies Produced | $0.35 | $14.00 |
| 12 | 3" Binders | $10.00 | $120.00 |
| 406 | 11" Tabs | $0.25 | $101.50 |

We're growing!
1-877-WE WRK-4U
Prompt payment is needed.

*Copies for Hill Gilstrap Orcutt*

Pay your balance today with American Express, MasterCard, Visa or Discover credit cards. Call Maria Munoz at 214-953-0490 extension 226 for payment assistance.

CUSTOMER SIGNATURE:

| | | |
|---|---|---|
| SUBTOTAL | $1,693.30 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $139.70 |
| AMT APPLIED | $0.00 |
| TOTAL | $1,833.00 |

ACCOUNT MANAGER
ZACH POPE

DELIVERY DATE
11/28/01

JOB NUMBER
00055301

THANK YOU FOR USING THE MEDLEH GROUP!!! 214-953-0490

Please Pay From This Invoice by the Due Date Below

**12/28/01**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

PINK CUSTOMER COPY

# Exhibit 10



COPY

## STATEMENT FOR MEDIATION SERVICES
October 25, 2001

Re:  **Lochmere Development Group, Inc. and Lochmere Realty, Inc. v. Eiger Fund I, L.P., et al.**, Case No. 8:00-cv-1026-T-27B

Time charges:

August 15, 2001

.5  Administration time

October 18, 2001

.25 Confer with counsel; prepare file memo

October 24, 2001

1.0  Review mediation summaries and pleadings; legal research; prepare notes and questions

October 25, 2001

6.75 Review lengthy attachments; prepare additional notes and questions; mediate; prepare final paperwork

8.5  x  $300/hr  =  $2550.00

Costs incurred:

Copies            WAIVED
Long distance     WAIVED
Parking           WAIVED
Postage           WAIVED

Total costs:        0

Per-party mediation fee: $850.00

Lochmere should pay:  $850.00
Eiger/Bank should pay:$850.00
Lane/JTL/Barnett Lane should pay:  $850.00

Checks should be made payable to:

Peter J. Grilli, P.A.              Corporate EIN:
100 S. Ashley Dr., Ste. 1300       59-3215643
Tampa, Florida  33602
(813) 221-4515
Fax: (813) 228-9316

MEDIATION AND LAW OFFICE

COPY

PETER J. GRILLI
PROFESSIONAL ASSOCIATION

100 SOUTH ASHLEY DRIVE, SUITE 1300,
TAMPA, FL 33602
(813) 221-4515  FAX (813) 228-9316

ONLINE CALENDAR: WWW.GRILLIMEDIATION.COM
E-MAIL: MEDITR@AOL.COM

12/7/01

October 25, 2001


Alan S. Loewinsohn, Esquire
Carol E. Farquhar, Esquire
Pezzulli & Loewinsohn, LLP
18383 Preston Road, Ste. 110
Dallas, Texas      75252

Re:  Lochmere Development Group, Inc. and Lochmere Realty, Inc.
     v. Eiger Fund I, L.P., et al.
     Case No. 8:00-cv-1026-T-27B

---

## S T A T E M E N T

---


Facsimile Copies (65 x $1.00/page)            $65.00

F I L E   C O P Y

Date Printed: 12/04/2002

Notice sent to:



    \_\_\_  Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL  33602-4990

    \_\_\_  Stuart C. Markman, Esq.
Kynes, Markman & Felman, P.A.
P.O. Box 3396
Tampa, FL  33601-3396

    \_\_\_  Alan S. Loewinsohn, Esq.
Loewinsohn & Flegle, L.L.P.
18383 Preston Rd., Suite 110
Dallas, TX  75252-5476

    \_\_\_  Jo E. Hartwick, Esq.
Loewinsohn & Flegle, L.L.P.
18383 Preston Rd., Suite 110
Dallas, TX  75252-5476

    \_\_\_  Timothy Allen Andreu, Esq.
Glenn, Rasmussen, Fogarty & Hooker, PA
100 S. Ashley Dr., Suite 1300
P.O. Box 3333
Tampa, FL  33601-3333

    \_\_\_  Daniel F. Molony, Esq.
Shook, Hardy & Bacon, L.L.P.
100 N. Tampa St., Suite 2900
P.O. Box 898
Tampa, FL  33601-0898

    \_\_\_  Alan M. Gerlach Jr., Esq.
Ford & Harrison LLP
300 S. Orange Ave., Suite 1300
P.O. Box 60
Orlando, FL  32802-0060

    \_\_\_  John W. Greene, Esq.
HILL GILSTRAP
1400 West Abram Street
Arlington, TX  76013

    \_\_\_  Dora F. Kaufman, Esq.
Haley, Sinagra & Perez, P.A.
100 Southeast 3rd Ave.
One Financial Plaza, Suite 1900
Ft. Lauderdale, FL  33394