UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION      03 FEB 28 PM 4: 26

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

LOCHMERE DEVELOPMENT GROUP,
INC.,

        Plaintiff,

                                  CASE NO.: 8:00-CV-1026-TGW

vs.

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C., a Texas
limited liability company; DAVID LANE, an
individual; BARNETT LANE INVESTMENTS,
INC., a Texas corporation; JTL CAPITAL, L.L.C.,
a Texas limited liability company; FLEET NATIONAL
BANK, N.A., a national banking association;
and PAUL E. ROWSEY, III, an individual,

        Defendants.
_____/

## NOTICE OF FILING OF NOTICE OF RELEASE OF CHARGING LIEN

        COMES NOW James B. Murphy, Jr., attorney for Defendant Fleet National

Bank, N.A., and hereby gives notice of filing the Notice of Release of Charging Lien.

                          Respectfully submitted,

                          James B. Murphy, Jr.      FBN 287398
                          Shook, Hardy & Bacon, LLP
                          100 North Tampa Street, Suite 2900
                          Tampa, Florida 33602
                          (813) 202-7100
                          (813) 221-8837
                          Attorneys for Fleet National Bank

239601

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail upon all of the following-named addressees this 28th day of February, 2003.

Gregory J. Orcutt, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602

Alan Gerlach, Esq.
Ford & Harrison, LLP
P.O. Box 60
Orlando, Florida 32802-0060

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

Stuart C. Markman, Esq.
James E. Felman, Esq.
Katherine E. Yanes, Esq.
Kynes, Markman & Felman, P.A.
Post Office Box 3396
Tampa, Florida 33601-3396

Alan S. Loewinsohn, Esq.
Loewinsohn & Flegle, L.L.P.
18383 Preston Road, Suite 100
Dallas, Texas 75252-5476

Dora F. Kaufman, Esquire
Haley, Sinagra & Perez
One Financial Plaza
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL 33394

ATTORNEY

23960v1