F I L E D
2-28-03.
Date                                     Ti...

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
Middle District of Florida

LOCHMERE DEVELOPMENT GROUP, INC.,
and LOCHMERE REALTY, INC.,

        Plaintiffs,

vs.                                          CASE NO.: 8:00-CV-1026-T-27B

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C.,
a Texas limited liability company; et al.

        Defendants.
_____/

## NOTICE OF RELEASE OF CHARGING LIEN

BRICKLEMYER, SMOLKER & BOLVES, P.A., former counsel for Plaintiffs,

LOCHMERE DEVELOPMENT GROUP, INC., and LOCHMERE REALTY, INC., in this

action, hereby gives notice of the Release of its Charging Lien against any recovery,

settlement or proceeds of any Judgment for the payment of its remaining attorneys' fees

and costs owing by Plaintiffs incurred in the representation.

Gregory J. Orcutt, Esquire
Bricklemyer, Smolker & Bolves, P.A.
500 East Kennedy Blvd., Suite 200
Tampa, Florida 33602
Florida Bar No. 230855
(813) 223-3888
(813) 228-6422 - Fax
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent via U. S. Mail to the individuals listed on the Service List, this _20_ day of February 2003.

Gregory J. Orcutt

## <u>SERVICE LIST</u>

Alan Gerlach, Esq.
Ford & Harrison, LLP
P.O. Box 60
Orlando, Florida  32802-0060

John W. Greene, Esq.
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013

Stuart C. Markman, Esq.
James E. Felman, Esq.
Katherine E. Yanes, Esq.
Kynes, Markman & Felman, P.A.
Post Office Box 3396
Tampa, Florida 33601-3396

Alan S. Loewinsohn, Esq.
Loewinsohn & Flegle, L.L.P.
18383 Preston Road, Suite 100
Dallas, Texas  75252-5476

Dora F. Kaufman, Esquire
Haley, Sinagra & Perez
One Financial Plaza
100 S.E. 3rd Avenue, Suite 1900
Fort Lauderdale, FL  33394

James B. Murphy, Jr., Esquire
201 E. Kennedy, Suite 601
Tampa, Florida 33602

23958v1