UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOCHMERE DEVELOPMENT GROUP,
INC.,

        Plaintiff,

                                                 **CASE NO.: 8:00-CV-1026-TGW**

vs.

H.D. ASSOCIATES, L.P. a Delaware limited
partnership by and through its general partner
DUNES OPERATING COMPANY, L.P., a
Delaware limited partnership by and through
its general partners, EIGER, INC., a Delaware
corporation and 2M DUNES, L.L.C., a Texas
limited liability company; DAVID LANE, an
individual; BARNETT LANE INVESTMENTS,
INC., a Texas corporation; JTL CAPITAL, L.L.C.,
a Texas limited liability company; FLEET NATIONAL
BANK, N.A., a national banking association;
and PAUL E. ROWSEY, III, an individual,

        Defendants.

_____/

## SATISFACTION OF JUDGMENT

KNOW ALL MEN BY THESE PRESENTS: That Plaintiff Lochmere Development

Group, Inc. does hereby acknowledge full satisfaction of the Judgment dated April 17, 2002, as

amended by that Amended Judgment dated November 14, 2002, and full satisfaction of that

certain Order dated July 25, 2002, and Amended Bill of Costs per Order of July 25, 2002,

entered by the Clerk of Court on August 28, 2002, in this cause, and hereby consents that the

same shall be satisfied of record.

Executed this 28th day of February, 2003.

LOCHMERE DEVELOPMENT GROUP, INC.

By: _____

Robert Evans

Title:   President

Before me personally appeared Robert Evans, President of Lochmere Development Group, Inc., who is personally known to me or produced _____ as identification, and having been duly sworn under oath, stated that to his personal knowledge the matters herein are true and correct.

Dated this 28th day of February, 2003.

sign _____

print _DEBORAH P. SCOTT_

Notary Public, State at Large

My Commission expires:

_____



DEBORAH P. SCOTT
MY COMMISSION # DD 011109
EXPIRES: March 31, 2005
Bonded Thru Notary Public Underwriters

- 2 -

23904v1