FILED

IN THE UNITED STATES COURT OF APPEALS

03 MAR 27 PM 12:10

FOR THE ELEVENTH CIRCUIT

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

No. 02-12865-II

LOCHMERE DEVELOPMENT GROUP, INC.,
a Florida Corporation,
LOCHMERE REALTY, INC.,
a Florida corporation,

*8:00-CV-1026-7-27(6w)*

Plaintiffs-Appellants
-Cross-Appellees,

versus

EIGER FUND I, L.P., a Delaware Limited Partnership,
EIGER PARTNERS, L.P., a Delware Limited Partnership,
ET AL.,

Defendants-Appellees,

EIGER, INC., a Delaware corporation,
H.D. Associates, LP, a Delaware Limited Partnership,
DUNES OPERATING COMPANY, L.P.,
ET AL.,

Defendants-Appellees
-Cross-Appellants.

-----------------------------
On Appeal from the United States District Court for the
Middle District of Florida
-----------------------------

BEFORE: DUBINA and MARCUS, Circuit Judges.


BY THE COURT:

The motions to dismiss this **appeal** and cross-appeal with

prejudice, with the parties bearing their own costs, are GRANTED.

*317*

**United States Court of Appeals** RECEIVED

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

03 MAR 27   In Replying Give Number
Of Case And Names of Parties

CLERK, U.S.
MIDDLE TAMPA, FLORIDA

March 25, 2003

Sheryl L. Loesch
Clerk, U.S. District Court
801 N. Florida Ave., Room 220
Tampa FL 33602

RE: 02-12865-II      Lochmere Development Group v. Eiger Fund
DC DKT NO.:  00-01026 CV-T-27B

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Tonya Dumas (404) 335-6178

Encl.

DIS-4  (3-2003)